EXHIBIT 15

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2011**

For calendar year 2011, or tax
year beginning ___JAN 01, 2011___
ending ___DEC 31, 2011___

☐ Final K-1   ☐ Amended K-1

## Partner's Share of Income, Deductions, Credits, etc. ▶ See separate instructions.

| | Partner's Share of Current Year Income, Deductions, Credits, and Other Items | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | (8,823.) | **15** Credits | |
| **2** Net rental real estate income (loss) | | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | | |
| **4** Guaranteed payments | 19,225. | | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **17** Alternative minimum tax (AMT) items | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | **18** Tax-exempt inc. & nondeductible exp. | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **19** Distributions | |
| **13** Other deductions | | **20** Other information | |
| **14** Self-employment earnings (loss) | | | |
| A | 10,402. | | |
| C | 44,522. | | |
| | | *See attached statement for additional information. | |

For IRS Use Only

### Part I — Information About the Partnership

**A** Partnership's employer identification number
30-0596630

**B** Partnership's name, address, city, state, and ZIP code
South Eastern Holding and Invst LLC

3421 Preston Pointe Way
CUMMING GA 30041
Cincinnati

**C** IRS Center where partnership filed return

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
-6147

**F** Partner's name, address, city, state, and ZIP code
Arkadiy Dubovoy

3374 Cedar Farm Ct

ALPHARETTA GA 30004

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? Individual

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 95.000 % | 95.000 % |
| Loss | 95.000 % | 95.000 % |
| Capital | 95.002 % | 95.001 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse ......... | $ |
| Qualified nonrecourse financing ...... | $ |
| Recourse ........... | $ 15,835. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account ......... | $ |
| Capital contributed during the year... | $ |
| Current year increase (decrease) ... | $ (8,823.) |
| Withdrawals & distributions ....... | $ ( ) |
| Ending capital account ......... | $ 7,012. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

BCA

Schedule K-1 (Form 1065) 2011

US1065K1

EXHIBIT 16

**IR & S CORPORATION**
**3855 SHALLOWFORD RD STE 315**
**MARIETTA, GA 30062**
**(770) 693-5301**
**irikelman@irands.com**

September 11, 2012

BONI, INC
6495 SHILOH RD STE 400
ALPHARETTA, GA 30005

Dear Client,

We have prepared and enclosed your 2011 Form 1120S, U.S. Income Tax Return for an S Corporation for BONI, INC for the tax year ending December 31, 2011.

Your 2011 Form 1120S, U.S. Income Tax Return for an S Corporation for BONI, INC has been electronically filed.

No payment is due with this return.

Enclosed is the 2011 Form 600S, Georgia S Corporation Tax Return for BONI, INC.

Your 2011 Form 600S, Georgia S Corporation Tax Return for BONI, INC has been electronically filed.

You have a balance due of $870.00. Listed below are the filing instructions for the PV CORP.

The due date of PV CORP, Georgia Corporate Payment Voucher, is March 15, 2012.

Include PV CORP and a check or money order in the amount of $870.00, payable to "Georgia Department of Revenue." Write your Name and EIN on the check.

Mail to:
    Georgia Department of Revenue
    Processing Center
    P.O. Box 740317
    Atlanta, GA 30374-0317

We appreciate this opportunity to serve you. If you have any questions, please contact us.

SEC-USAONJ-E-0013867

Sincerely,

ISAAK RIKELMAN, EA

SEC-USAONJ-E-0013868

Form **8879-S**

**IRS e-file Signature Authorization for Form 1120S**

OMB No. 1545-1663

Department of the Treasury
Internal Revenue Service

For calendar year 2011, or tax year beginning _ _ _ _ _ _ , 2011, ending _ _ _ _ _ , _ _ _ _ .
► **See instructions. Do not send to the IRS. Keep for your records.**

**2011**

| Name of corporation | Employer identification number |
|---|---|
| BONI, INC | ███ 0419 |

**Part I  Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120S, line 1e) . . . . . . . . . . . . . . . . . . | 1 | 0. |
| 2 | Gross profit (Form 1120S, line 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0. |
| 3 | Ordinary business income (loss) (Form 1120S, line 21) . . . . . . . . . . . . . . . . . . . . . | 3 | -37,711. |
| 4 | Net rental real estate income (loss) (Form 1120S, Schedule K, line 2) . . . . . . . . . . . . . . | 4 | |
| 5 | Income (loss) reconciliation (Form 1120S, Schedule K, line 18) . . . . . . . . . . . . . . . . | 5 | -7,484. |

**Part II  Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2011 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize   IR & S CORPORATION _____   to enter my PIN   90419 _____   as my signature
         ERO firm name                       do not enter all zeros

on the corporation's 2011 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2011 electronically filed income tax return.

Officer's signature ►  _[signature]_    Date ► **September 12 2012**   Title ► PRESIDENT

**Part III  Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN . . . . . . . . . . . . . . . | 58181773146 |
                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2011 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112,** IRS e-file Application and Participation, and **Pub 4163,** Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ► _____    Date ► 09/11/12

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**         Form **8879-S** (2011)

SPSA0701   06/10/11

SEC-USAONJ-E-0013869

**2011 S Corporation Return**
prepared for:

**BONI, INC**
6495 SHILOH RD STE 400
ALPHARETTA, GA 30005

**IR & S CORPORATION**
3855 SHALLOWFORD RD STE 315
MARIETTA, GA 30062

SEC-USAONJ-E-0013870

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

OMB No. 1545-0130

**2011**

For calendar year 2011 or tax year beginning , 2011, ending .

| | | | |
|---|---|---|---|
| **A** S election effective date | 07/01/07 | **TYPE OR PRINT** | Name BONI, INC | **D** Employer identification number 0419 |
| **B** Business activity code number (see instrs) 523900 | | | Number, street, and room or suite no. If a P.O. box, see instructions. 6495 SHILOH RD STE 400 | **E** Date incorporated 05/07/98 |
| **C** Check if Sch M-3 attached ☐ | | | City or town, state, and ZIP code ALPHARETTA GA 30005 | **F** Total assets (see instructions) $ 2,946,063. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . ► 1

Caution. Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | | |
|---|---|---|---|---|
| **1 a** | Merchant card and third-party payments. For 2011, enter -0- . . . . . . . . | **1 a** | 0. | |
| **b** | Gross receipts or sales not reported on line 1a (see instructions) . . . . . . . | **1 b** | | |
| **c** | Total. Add lines 1a and 1b . . . . . . . . . . . . . . . . . . | **1 c** | 0. | |
| **d** | Returns and allowances plus any other adjustments (see instructions) | **1 d** | | |
| **e** | Subtract line 1d from line 1c . . . . . . . . . . . . . . . . . | | | **1 e** 0. |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . | | | **2** |
| **3** | Gross profit. Subtract line 2 from line 1e . . . . . . . . . . . . . | | | **3** 0. |
| **4** | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* . . . . . | | | **4** |
| **5** | Other income (loss) *(see instrs — att statement)* . . . . .STMT | | | **5** −37,711. |
| **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . ► | | | **6** −37,711. |

**DEDUCTIONS (SEE INSTRS)**

| | | | |
|---|---|---|---|
| **7** | Compensation of officers . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Salaries and wages (less employment credits) . . . . . . . . . . . . | **8** | |
| **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Interest . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return *(attach Form 4562)* | **14** | |
| **15** | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . | **15** | |
| **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| **17** | Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . | **17** | |
| **18** | Employee benefit programs . . . . . . . . . . . . . . . . . | **18** | |
| **19** | Other deductions *(attach statement)* . . . . . . . . . . . . . . | **19** | |
| **20** | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . ► | **20** | |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . | **21** | −37,711. |

**TAX AND PAYMENTS**

| | | | | |
|---|---|---|---|---|
| **22 a** | Excess net passive income or LIFO recapture tax *(see instructions)* . . . . | **22a** | | |
| **b** | Tax from Schedule D (Form 1120S) . . . . | **22b** | | |
| **c** | Add lines 22a and 22b *(see instructions for additional taxes)* . . . . . . . | | | **22c** |
| **23 a** | 2011 estimated tax payments and 2010 overpayment credited to 2011 . . . | **23a** | | |
| **b** | Tax deposited with Form 7004 . . . . . . . | **23b** | 0. | |
| **c** | Credit for federal tax paid on fuels *(attach Form 4136)* | **23c** | | |
| **d** | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . | | | **23d** 0. |
| **24** | Estimated tax penalty *(see instructions)*. Check if Form 2220 is attached . . ► ☐ | | | **24** |
| **25** | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . | | | **25** 0. |
| **26** | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** |
| **27** | Enter amount from line 26 Credited to 2012 estimated tax ► Refunded ► | | | **27** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date September 12 2012 | Title PRESIDENT | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name ISAAK RIKELMAN, EA | Preparer's signature ISAAK RIKELMAN, EA | Date 09/11/12 | Check ☐ if self-employed | PTIN P00362923 |
|---|---|---|---|---|
| Firm's name ► IR & S CORPORATION | | | Firm's EIN ► 63-1162145 | |
| Firm's address ► 3855 SHALLOWFORD RD STE 315 MARIETTA GA 30062 | | | Phone no. (770) 693-5301 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** SPSA0112 12/12/11 Form **1120S** (2011)

SEC-USAONJ-E-0013871

Form 1120S (2011)   BONI, INC     ▮▮▮▮0419    Page **2**

## Schedule B   Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ▶ BROKERAGE _ _ _ _ _ _ _ _ _ **b** Product or service. ▶ SERVICE _ _ _ _ _ _ _ _ _ | | |
| **3** | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a qualified subchapter S subsidiary election made? | | X |
| **4** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **5** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **6** | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years *(see instructions)* ▶ $ _ _ _ _ _ _ _ _ | | |
| **7** | Enter the accumulated earnings and profits of the corporation at the end of the tax year ▶ $ _ _ _ _ _ _ | | |
| **8** | Are the corporation's total receipts *(see instructions)* for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |
| **9** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions | | X |
| **10a** | Did the corporation make any payments in 2011 that would require it to file Form(s) 1099 (see instructions)? | | X |
| **b** | If 'Yes,' did the corporation file or will it file all required Forms 1099? | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **I N C O M E / L O S S** | **1** | Ordinary business income (loss) (page 1, line 21) | **1** | −37,711. |
| | **2** | Net rental real estate income (loss) *(attach Form 8825)* | **2** | |
| | **3a** | Other gross rental income (loss)    | 3a | |
| | **b** | Expenses from other rental activities *(attach statement)*   3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | **4** | Interest income | **4** | |
| | **5** | Dividends:   **a** Ordinary dividends | 5a | |
| | | **b** Qualified dividends   5b | | |
| | **6** | Royalties | **6** | |
| | **7** | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* | **7** | 33,517. |
| | **8a** | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 8a | |
| | **b** | Collectibles (28%) gain (loss)   8b | | |
| | **c** | Unrecaptured section 1250 gain *(attach statement)*   8c | | |
| | **9** | Net section 1231 gain (loss) *(attach Form 4797)* | **9** | |
| | **10** | Other income (loss) *(see instructions)*   Type ▶ | **10** | |

Form **1120S** (2011)

SPSA0112   12/12/11

SEC-USAONJ-E-0013872

Form **1120S** (2011)   BONI, INC                                              0419          Page **3**

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deduc-tions** | 11  Section 179 deduction *(attach Form 4562)* . . . . . . . . . . . | **11** | |
| | 12a Contributions. . . . . . . . . . . . . . . Cash contribution (.50%) . . . . . . . | **12a** | 3,290. |
| | b Investment interest expense . . . . . . . . . . . . . . . . . . | **12b** | |
| | c Section 59(e)(2) expenditures   **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  **(2)** Amount ▶ | **12c (2)** | |
| | d Other deductions *(see instructions)*. . . Type ▶ | **12d** | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . | **13a** | |
| | b Low-income housing credit (other) . . . . . . . . . . . . . . . . . | **13b** | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* . . . . . . . . . . . . | **13c** | |
| | d Other rental real estate credits *(see instrs)*     Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | e Other rental credits *(see instrs)*     Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* . . . . . . . . . . | **13f** | |
| | g Other credits *(see instructions)* . . . . . Type ▶ | **13g** | |
| **Foreign Trans-actions** | 14a Name of country or U.S. possession . . . . . ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | b Gross income from all sources . . . . . . . . . . . . . . . . . . | **14b** | |
| | c Gross income sourced at shareholder level . . . . . . . . . . . . . . . | **14c** | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category. . . . . . . . . . . . . . . . . . . | **14d** | |
| | e General category. . . . . . . . . . . . . . . . . . . | **14e** | |
| | f Other *(attach statement)* . . . . . . . . . . . . . . . | **14f** | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense . . . . . . . . . . . . . . . . . . . | **14g** | |
| | h Other . . . . . . . . . . . . . . . . . . . . . | **14h** | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category. . . . . . . . . . . . . . . . . . . | **14i** | |
| | j General category. . . . . . . . . . . . . . . . . . . | **14j** | |
| | k Other *(attach statement)* . . . . . . . . . . . . . . . | **14k** | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid     ☐ Accrued . . . . | **14l** | |
| | m Reduction in taxes available for credit | | |
| | *(attach statement)* . . . . . . . . . . . . . . . . . . | **14m** | |
| | n Other foreign tax information *(attach statement)* | **14n** | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . | **15a** | 16,025. |
| | b Adjusted gain or loss . . . . . . . . . . . . . . . . . . | **15b** | |
| | c Depletion (other than oil and gas) . . . . . . . . . . . . . . . | **15c** | |
| | d Oil, gas, and geothermal properties — gross income . . . . . . . . . . | **15d** | |
| | e Oil, gas, and geothermal properties — deductions . . . . . . . . . . | **15e** | |
| | f Other AMT items *(attach statement)* . . . . . . . . . . . . . . | **15f** | |
| **Items Affec-ting Share-holder Basis** | 16a Tax-exempt interest income . . . . . . . . . . . . . . . . . | **16a** | |
| | b Other tax-exempt income. . . . . . . . . . . . . . . . . . | **16b** | |
| | c Nondeductible expenses . . . . . . . . . . . . . . . . . . | **16c** | |
| | d Distributions (attach stmt if required) *(see instrs)* . . . . . . . . . . . | **16d** | |
| | e Repayment of loans from shareholders . . . . . . . . . . . . . . | **16e** | |
| **Other Inform-ation** | 17a Investment income . . . . . . . . . . . . . . . . . . . | **17a** | |
| | b Investment expenses. . . . . . . . . . . . . . . . . . . | **17b** | |
| | c Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . | **17c** | |
| | d Other items and amounts | | |
| | *(attach statement)* | | |
| **Recon-ciliation** | 18  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right col-umn. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l . . . . | **18** | −7,484. |

**BAA**                                                                        Form **1120S** (2011)

SPSA0134   06/03/11

SEC-USAONJ-E-0013873

Form **1120S** (2011)  BONI, INC                                                                          0419        Page **4**

## Schedule L   Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| **1** Cash . . . . . . . . . . . . . . . . . . . | | 339. | | 339. |
| **2a** Trade notes and accounts receivable . . . . . | | | | |
| **b** Less allowance for bad debts . . . . . . . . | | | | |
| **3** Inventories . . . . . . . . . . . . . . . | | | | |
| **4** U.S. government obligations . . . . . . . . | | | | |
| **5** Tax-exempt securities *(see instructions)* . . . | | | | |
| **6** Other current assets *(attach stmt)* . . . . . . . | | | | |
| **7** Loans to shareholders . . . . . . . . . . | | 80,230. | | |
| **8** Mortgage and real estate loans . . . . . . . . | | | | |
| **9** Other investments *(attach statement)* .Ln 9.St | | 5,144,361. | | 2,945,724. |
| **10a** Buildings and other depreciable assets . . . . | | | | |
| **b** Less accumulated depreciation . . . . . . . | | | | |
| **11a** Depletable assets . . . . . . . . . . . . . | | | | |
| **b** Less accumulated depletion . . . . . . . . | | | | |
| **12** Land (net of any amortization) . . . . . . . | | | | |
| **13a** Intangible assets (amortizable only). . . . . . | | | | |
| **b** Less accumulated amortization . . . . . . . | | | | |
| **14** Other assets *(attach stmt)* . . . . . . . . . | | | | |
| **15** Total assets . . . . . . . . . . . . . . | | 5,224,930. | | 2,946,063. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable . . . . . . . . . . . . | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| **18** Other current liabilities *(attach stmt)* .Ln 18.St | | 0. | | 232,254. |
| **19** Loans from shareholders . . . . . . . . . | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more . . . | | 430,000. | | 1,290,954. |
| **21** Other liabilities *(attach statement)* . . . . . . . | | 1,000,000. | | |
| **22** Capital stock . . . . . . . . . . . . . . | | 100. | | 100. |
| **23** Additional paid-in capital . . . . . . . . . . | | 3,836,086. | | 1,471,495. |
| **24** Retained earnings . . . . . . . . . . . . | | −41,256. | | −48,740. |
| **25** Adjustments to shareholders' equity *(att stmt)* . . . . | | | | |
| **26** Less cost of treasury stock . . . . . . . . | | | | |
| **27** Total liabilities and shareholders' equity . . . . . | | 5,224,930. | | 2,946,063. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books . . . . . . . . . | −7,484. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** Tax-exempt interest   $ _ _ _ _ _ _ _ _ _ _ | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | **6** Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | |
| **a** Depreciation . . . .  $ _ _ _ _ _ _ _ _ _ | | **a** Depreciation . . .  $ _ _ _ _ _ _ _ _ _ | | |
| **b** Travel and entertainment   $ _ _ _ _ _ _ _ | | **7** Add lines 5 and 6. . . . . . . . . . . | | |
| **4** Add lines 1 through 3. . . . . . . . . . | −7,484. | **8** Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 . . . | | −7,484. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| **1** Balance at beginning of tax year . . . . . . . . . . . . . . | 10,201. | 0. | 0. |
| **2** Ordinary income from page 1, line 21 . . . . . . . . . . | | | |
| **3** Other additions . . . . . . .  STMT . . . . . . . | 33,517. | | |
| **4** Loss from page 1, line 21 . . . . . . . . . . . . | 37,711. | | |
| **5** Other reductions . . . . . . . .  STMT . . . . . . | 3,290. | | |
| **6** Combine lines 1 through 5 . . . . . . . . . . . . | 2,717. | 0. | 0. |
| **7** Distributions other than dividend distributions . . . . . . . | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . | 2,717. | 0. | 0. |

SPSA0134  06/03/11                                                                                   Form **1120S** (2011)

SEC-USAONJ-E-0013874

| SCHEDULE D | | | | OMB No. 1545-0130 | |
|---|---|---|---|---|---|

**SCHEDULE D**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses and Built-In Gains**

► Attach to Form 1120S.
► See separate instructions.

OMB No. 1545-0130

**2011**

Name

BONI, INC

Employer identification number

[████] 0419

## Part I  Short-Term Capital Gains and Losses — Assets Held One Year or Less

| 1 | (a) Description of property (Example: 100 shares of Z Co) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) (Subtract (e) from (d)) |
|---|---|---|---|---|---|---|
| From Schedule K-1 (Form 1065) | | | | | | 33,517. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Short-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Combine lines 1 through 3 in column (f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 33,517. |
| 5 | Tax on short-term capital gain included on line 21 below . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | **Net short-term capital gain or (loss).** Combine lines 4 and 5. Enter here and on Form 1120S, Schedule K, line 7 or 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 33,517. |

## Part II  Long-Term Capital Gains and Losses — Assets Held More Than One Year

| 7 | (a) Description of property (Example: 100 shares of Z Co) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price | (e) Cost or other basis (see instructions) | (f) Gain or (loss) (Subtract (e) from (d)) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 8 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Long-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Capital gain distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Combine lines 7 through 10 in column (f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Tax on long-term capital gain included on line 21 below . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| 13 | **Net long-term capital gain or (loss).** Combine lines 11 and 12. Enter here and on Form 1120S, Schedule K, line 8a or 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |

## Part III  Built-in Gains Tax (See instructions **before** completing this part.)

| | | | |
|---|---|---|---|
| 14 | Excess of recognized built-in gains over recognized built-in losses (attach computation schedule) . . . . . . . . . . . | **14** | |
| 15 | Taxable income (attach computation schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Net recognized built-in gain. Enter the smallest of line 14, line 15, or line 6 of Schedule B . . . . . . . . . . | **16** | |
| 17 | Section 1374(b)(2) deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Subtract line 17 from line 16. If zero or less, enter -0- here and on line 21 . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Enter 35% of line 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Section 1374(b)(3) business credit and minimum tax credit carryforwards from C corporation years . . . . . . | **20** | |
| 21 | **Tax.** Subtract line 20 from line 19 (if zero or less, enter -0-). Enter here and on Form 1120S, page 1, line 22b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.**

Schedule **D** (Form 1120S) 2011

SPSA0301  06/03/11

SEC-USAONJ-E-0013875

671111

SEC-USAONJ-E-0013876

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2011**

For calendar year 2011, or tax

year beginning _____ , 2011

ending _____

### Shareholder's Share of Income, Deductions, Credits, etc ▶ See page 2 of form and separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
████████ 0419

**B** Corporation's name, address, city, state, and ZIP code
BONI, INC
6495 SHILOH RD STE 400
ALPHARETTA, GA 30005

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |

**D** Shareholder's identifying number
████████ 6147

**E** Shareholder's name, address, city, state, and ZIP code
ARKADIY DUBOVOY
3374 CEDAR FARMS COURT
ALPHARETTA, GA 30004

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . . 100.00000 %

F O R   I R S   U S E   O N L Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| 1 Ordinary business income (loss) | 13 Credits |
| -37,711. | |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4 Interest income | |
| 5 a Ordinary dividends | |
| 5 b Qualified dividends | 14 Foreign transactions |
| 6 Royalties | |
| 7 Net short-term capital gain (loss) | |
| 33,517. | |
| 8 a Net long-term capital gain (loss) | |
| 8 b Collectibles (28%) gain (loss) | |
| 8 c Unrecaptured section 1250 gain | |
| 9 Net section 1231 gain (loss) | |
| 10 Other income (loss) | 15 Alternative minimum tax (AMT) items |
| | A 16,025. |
| 11 Section 179 deduction | 16 Items affecting shareholder basis |
| 12 Other deductions | |
| A 3,290. | |
| | 17 Other information |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule K-1 (Form 1120S) 2011

SPSA0412 08/02/11

BONI, INC █████0419                                                                                    1

Form 1120S, Line 5, Ordinary Income from PassThru Entities
**Ordinary income from partnerships, estates, and trusts**

| | |
|---|---:|
| BEST SCAPES, LLC | 2,499. |
| 26-4676290 | |
| 128 HWY 9 STE 600 | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| BEST SOLUTION HOUSE REPAIR, LLC | 4,508. |
| 26-4675083 | |
| 3374 CEDAR FARMS COURT | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| DAWSON & DAWSON ASSOCIATES, LLC | -68,300. |
| 26-4674930 | |
| 1850 HWY 9 STE 600 | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| IPSOFT, LLC | 0. |
| 26-3371104 | |
| 6495 SHILOH RD STE 400 | |
| ALPHARETTA | |
| GA      30005 | |
| | |
| DMB ENGINEERING, LLC | 4,763. |
| 26-4675034 | |
| 13366 FREEMANVILLE RD | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| GA TA INVESTMENTS, LLC | 3,921. |
| 80-0288121 | |
| 13366 FREEMANVILLE RD | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| IAD LEASING, LLC | 1,298. |
| 26-1775315 | |
| 13366 FREEMANVILLE RD | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| KEITH & ALLEN ROOFING, LLC | 970. |
| 26-4674995 | |
| 12850 HWY 9 STE 600 | |
| ALPHARETTA | |
| GA      30004 | |
| | |
| M&I ADVISING ASSOCIATES, LLC | 3,425. |
| 80-0277142 | |
| 13366 FREEMANVILLE RD | |
| ALPHARETTA | |
| GA      30004 | |

SEC-USAONJ-E-0013877

BONI, INC   ██-████419

Form 1120S, Line 5, Ordinary Income from PassThru Entities                    Continued
**Ordinary income from partnerships, estates, and trusts**

| | |
|---|---|
| TJ CONTRACTING, LLC | 9,205. |
| 26-4674864 | |
| 12850 HWY 9 STE 600 | |
| ALPHARETTA | |
| GA        30004 | |

| | |
|---|---|
| Total | -37,711. |

Form 1120S, Page 1, Line 5
**Other Income (Loss)**

| | |
|---|---|
| ORDINARY INCOME FROM PASSTHRU ENTITIES | -37,711. |
| Total | -37,711. |

Other Investments:
**1120S, Schedule L, Line 9**

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| Investments - Boni-U | 3,794,591. | |
| N/R APD  Developers, Inc. | 919,770. | 2,320,724. |
| N/R Mozaika LTD | 430,000. | 625,000. |
| Total | 5,144,361. | 2,945,724. |

Other Current Liabilities:
**1120S, Schedule L, Line 18**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| Loans from Shareholders | | 232,254. |
| Total | | 232,254. |

Form 1120S, Page 4, Schedule M-2, Line 3
**Schedule M-2, Other Additions**

| | | |
|---|---|---|
| NET SHORT-TERM CAPITAL GAIN | 33,517. | |
| Total | 33,517. | |

SEC-USAONJ-E-0013878

BONI, INC ████ 0419                                                                      3

Form 1120S, Page 4, Schedule M-2, Line 5
**Schedule M-2, Other Reductions**

| CHARITABLE CONTRIBUTIONS | 3,290. | |
|---|---|---|
| Total | 3,290. | |

SEC-USAONJ-E-0013879

## Instructions for the Payment Voucher (PV CORP)

**1**   Only complete this voucher if you owe taxes.

**2**   If you are filing a paper return mail your return, PV Corp and your payment to the address that appears on the return.

**3**   **Do not** mail your paper return with your voucher and payment if you are filing electronically.
    Mail only your voucher and payment to the address below.

**4**   Write your Federal Employer Identification Number on your check or money order.

**5**   **Do not** use staples to attach your check. Remove your check stub and keep with your records.

For faster and more accurate posting to your account, use a payment voucher with a valid scanline from
Georgia Department of Revenue's website **www.dor.ga.gov/forms.aspx** or one produced by an approved
software company listed at **www.dor.ga.gov/inctax/efile/corp_efile_info.aspx#approved**

---

**PLEASE DO NOT mail this entire page. Please cut along dotted line and mail only coupon and payment.**
**PLEASE DO NOT STAPLE. PLEASE REMOVE ALL CHECK STUBS.**

- - - - - - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - - - - -

■ **PV CORP** (Rev. 10/11)
**Corporate Payment Voucher**

**2011**

1203001619

**MAIL TO:**
Georgia Department of Revenue
Processing Center
P.O. Box 740317
Atlanta, GA 30374-0317

☐ Paper Return   ☒ Electronically Filed

| FEI Number ████ 0419 | Income Tax Year 2011 | Fiscal Begin Date 010111 | Fiscal End Date 123111 | Vendor Code 016 |
|---|---|---|---|---|

| Name (Type or print plainly the exact Corporation Name) | E-mail Address |
|---|---|
| BONI, INC | |

| Business Address | City | State | Zip Code |
|---|---|---|---|
| 6495 SHILOH RD STE 400 | ALPHARETTA | GA | 30005 |

| Title | Telephone | Signature | Date |
|---|---|---|---|
| PRESIDENT | 678-665-7771 | | |

**PLEASE DO NOT STAPLE. REMOVE ALL CHECK STUBS.**    **Amount Paid** $   870.00

GACA0201   11/08/11

030582390419001123111000000000000000001600000870003



1201501612

# Georgia Form **600S** (Rev 10/11)
Corporation Tax Return
Georgia Department of Revenue (Approved software version)

**2011** Income Tax Return
Beginning 01/01/11
Ending 12/31/11

**2012** Net Worth Tax Return
Beginning 01/01/12
Ending 12/31/12

[X] Original Return
[ ] Amended Return
[ ] Amended due to IRS change
[ ] Final Return *(Attach explanation)*

[ ] UET Annualization Exception attached
[ ] Initial Net Worth          [ ] C Corp Last Year
[ ] Address Change        [ ] Name Change

**Page 1**

[X] Extension
[ ] Composite Return Filed

| | | |
|---|---|---|
| **A** Federal Employer ID Number | Name (Corporate title) Please give former name if applicable. | **E** Date of Incorporation |
| ▓▓▓▓0419 | BONI, INC | 05/07/98 |
| **B** GA Withholding Tax Account Number | Business Address (Number and Street) | **F** Incorporated under laws of what state |
| Payroll WH Number · Nonresident WH No. | 6495 SHILOH RD STE 400 | GA |
| **C** GA Sales Tax Reg Number | City or Town | State | Zip Code | **G** Date admitted into GA |
| | ALPHARETTA | GA | 30005 | 05/07/98 |
| **D** NAICS Code | Location of Books for Audit (City & State) | Telephone Number | **H** Kind of Business |
| 523900 | SAME | GA | (678) 665-7771 | BROKERAGE |

| | | |
|---|---|---|
| **I** Total Shareholders 1 | Total Nonresident Shareholders 0 | **J** Federal Ordinary Income ▶ -37,711. |
| **K** Indicate latest taxable year adjusted by IRS . . . . ▶ | | And when reported to Georgia . . . . ▶ |

## COMPUTATION OF GEORGIA TAXABLE INCOME AND TAX   (ROUND TO NEAREST DOLLAR)   SCHEDULE 1

| | | |
|---|---|---|
| 1 Georgia Taxable Income (See instructions) . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 Tax — 6% x Line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0. |

## COMPUTATION OF NET WORTH RATIO (to be used by Foreign Corporations only)   (ROUND TO NEAREST DOLLAR)   SCHEDULE 2

| | | A Within Georgia | B Total Everywhere | C GA. ratio (A/B) |
|---|---|---|---|---|
| 1 Total value of property owned (Total assets from Federal balance sheet). . . | 1 | | | |
| 2 Gross receipts from business . . . . . . . . . . . . . . . . . . . . . | 2 | | | |
| 3 Totals (Line 1 + 2) . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | | |
| 4 Georgia ratio (Divide Line 3A by 3B) | 4 | | | |

## COMPUTATION OF NET WORTH TAX   (ROUND TO NEAREST DOLLAR)   SCHEDULE 3

| | | |
|---|---|---|
| 1 Total Capital stock issued . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 100. |
| 2 Paid in or Capital surplus . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 2 | 1,471,495. |
| 3 Total Retained earnings . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | -48,740. |
| 4 Net Worth (Total of Lines 1, 2 and 3) . . . . . . . . . . . . . . . . . . | 4 | 1,422,855. |
| 5 Ratio (GA. and Dom. For. Corp. — 100%)(Foreign Corp. — Line 4, Sch. 2) . . . . | 5 | 1.000000 | |
| 6 Net Worth Taxable by Georgia (Line 4 x Line 5). . . . . . . . . . . . . . | 6 | 1,422,855. |
| 7 Net Worth Tax (from table in instructions) . . . . . . . . . . . . . . . | 7 | 750. |

## COMPUTATION OF TAX DUE OR OVERPAYMENT   (ROUND TO NEAREST DOLLAR)   SCHEDULE 4

| | A Income Tax | B Net Worth Tax | | C Total |
|---|---|---|---|---|
| 1 Total Tax (Schedule 1, Line 2 and Schedule 3, Line 7) . . . . . | 0. | 750. | 1 | 750. |
| 2 Less: Credits and payments of estimated tax . . . . . . . . . | | | 2 | |
| 3 Less: Credits from Schedule 10, Line 6* . . . . . . . . . . . | | | 3 | |
| 4 Withholding Credits (G2-A, G-2LP and/or G-2RP). . . . . . . . | | | 4 | |
| 5 Balance of tax due (Line 1, less Lines 2, 3 and 4) . . . . . . | | | 5 | 750. |
| 6 Amount of overpayment (Lines 2, 3 and 4 less Line 1) . . . . | | | 6 | |
| 7 Interest due (See Instructions) . . . . . . . . . . . . . . . | | 45. | 7 | 45. |
| 8 Form 600 UET (Estimated tax penalty) . . . . . . . . . . . . | | | 8 | |
| 9 Other penalty due (See Instructions) . . . . . . . . . . . . | | 75. | 9 | 75. |
| 10 Balance of tax, interest and penalty due with return . . . . . | | | 10 | 870. |
| 11 Amount of Line 6 less Line 8 to be credited to 2012 estimated tax . . . . . . . . . . . . . . . . . . ▶ | | Refunded | ▶ | |

***NOTE:** Any tax credits from Schedule 10 may be applied against income tax liability only, **not** net worth tax liability.*

**DIRECT DEPOSIT OPTIONS, SEE PAGE 2 SIGNATURE SECTION**

GASA0101   01/19/12

SEC-USAONJ-E-0013881



Georgia Form 600S/2011     **Page 2**

1201501622

(Corporation) Name  BONI, INC     FEIN ████0419

## ADDITIONS TO FEDERAL TAXABLE INCOME     (ROUND TO NEAREST DOLLAR)     SCHEDULE 5

| # | Description | | |
|---|---|---|---|
| 1 | State and municipal bond interest (other than Georgia or political subdivision thereof) · · · · · · · · · | 1 | |
| 2 | Net income or net profits taxes imposed by taxing jurisdictions other than Georgia · · · · · · · · · · ► | 2 | |
| 3 | Expense attributable to tax exempt income · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 3 | |
| 4 | Federal deduction for income attributable to domestic production activities (IRC Section 199) · · · · · · · | 4 | |
| 5 | Intangible expenses and related interest costs · · · · · · · · · · · · · · · · · · · · · · · · · · · | 5 | |
| 6 | Captive REIT expenses and costs · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 6 | |
| 7 | Other Additions (Attach Schedule) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 7 | |
| 8 | TOTAL — Enter here and on Line 8, Schedule 8 · · · · · · · · · · · · · · · · · · · · · · · · · ► | 8 | |

## SUBTRACTIONS FROM FEDERAL TAXABLE INCOME     (ROUND TO NEAREST DOLLAR)     SCHEDULE 6

| # | Description | | |
|---|---|---|---|
| 1 | Interest on obligations of United States (must be reduced by direct and indirect interest expense) · · · · · · · | 1 | |
| 2 | Exception to intangible expenses and related interest costs (Attach IT-Addback) · · · · · · · · · · · | 2 | |
| 3 | Exception to captive REIT expenses and costs (Attach IT-REIT) · · · · · · · · · · · · · · · · · · | 3 | |
| 4 | Other Subtractions (Must Attach Schedule) · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 4 | |
| 5 | TOTAL — Enter here and on Line 10, Schedule 8 · · · · · · · · · · · · · · · · · · · · · · · · | 5 | |

## APPORTIONMENT OF INCOME     SCHEDULE 7

| | | A WITHIN GEORGIA | B EVERYWHERE | C DO NOT ROUND COL (A)/ COL (B) COMPUTE TO SIX DECIMALS |
|---|---|---|---|---|
| 1 | Gross receipts from business · · · · · · · · · · · · ► 1 | | | |
| 2 | Georgia Ratio (Divide Column A by Column B) · · · · · ► 2 | | | |

## COMPUTATION OF TOTAL INCOME FOR GEORGIA PURPOSES     (ROUND TO NEAREST DOLLAR)     SCHEDULE 8

| # | Description | | | Amount |
|---|---|---|---|---|
| 1 | Ordinary income (loss) per Federal return · · · · · · · · · · · · · · · · · · · · · | | 1 | −37,711. |
| 2 | Net income (loss) from rental real estate activities · · · · · · · · · · · · · · · · | | 2 | |
| 3 | a Gross income from other rental activities · · · · · · · | 3a | | |
| | b Less: expenses · · · · · · · · · · · · · · · · · | 3b | | |
| | c Net business income from other rental activities (Line 3a less Line 3b) · · · · · · | | 3c | |
| 4 | Portfolio income (loss): | a Interest Income · · · · · · · · · · · · · · · · · | 4a | |
| | | b Dividend Income · · · · · · · · · · · · · · · · · | 4b | |
| | | c Royalty Income · · · · · · · · · · · · · · · · · | 4c | |
| | | d Net short-term capital gain (loss) · · · · · · · · · · | 4d | 33,517. |
| | | e Net long-term capital gain (loss) · · · · · · · · · · | 4e | |
| | | f Other portfolio income (loss) · · · · · · · · · · · · | 4f | |
| 5 | Net gain (loss) under section 1231 · · · · · · · · · · · · · · · · · · · · · · · · | | 5 | |
| 6 | Other Income (loss) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 6 | |
| 7 | Total Federal Income (Add Lines 1 through 6) · · · · · · · · · · · · · · · · · · · | | 7 | −4,194. |
| 8 | Additions to Federal Income (Schedule 5 above) · · · · · · · · · · · · · · · · · · | | 8 | |
| 9 | Total (Add Lines 7 and 8) · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 9 | −4,194. |
| 10 | Subtractions from Federal Income (Schedule 6 above) · · · · · · · · · · · · · · · · | | 10 | |
| 11 | Total Income for Georgia purposes (Subtract Line 10 from Line 9) · · · · · · · · · · | | 11 | −4,194. |

**A copy of the Federal Return and supporting Schedules must be attached, otherwise this return is deemed incomplete. No extension of time for filing will be allowed unless a copy of the request for Federal extension or Form IT-303 is attached to this return.**

    **Make check payable to:** Georgia Department of Revenue
    **Mail To:** Georgia Department of Revenue, Processing Center, P.O. Box 740391, Atlanta, Georgia 30374-0391

### DIRECT DEPOSIT OPTIONS

**A** Direct deposit (for U.S. Accounts Only) Type:   Checking ☐    Routing Number _____    **B** Paper Check ☐
See booklet for further instructions.    Savings ☐    Account Number _____

Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in lawful money of the United States free of any expense to the State of Georgia. **Declaration:** I/We declare under the penalties of perjury that I/we have examined this return (including accompanying schedules and statements) and to the best of my/our knowledge and belief it is true, correct, and complete. If prepared by a person other than taxpayer, their declaration is based on all information of which they have any knowledge.

☐ I authorize the Georgia Department of Revenue to electronically notify me at the below e-mail address regarding any updates to my account(s)

Email address   **Dubovoy1@gmail.com**

    September 12 2012     ISAAK RIKELMAN, EA     ☐ Check the box to authorize the Georgia Department of Revenue to discuss the contents of this tax return with the named preparer.

SIGNATURE OF OFFICER     DATE     SIGNATURE OF INDIVIDUAL OR FIRM PREPARING THE RETURN

PRESIDENT     63-1162145

TITLE     IDENTIFICATION OR SOCIAL SECURITY NUMBER

IR & S CORPORATION
3855 SHALLOWFORD RD STE 315
MARIETTA     GA   30062

GASA0102   01/19/12

SEC-USAONJ-E-0013882

EXHIBIT 17

**From:** "OH - New Accounts"
**To:** "docimaging@apexclearing.com"
**Sent:** 4/4/2013 10:51:43 AM
**Subject:** New Accounts 3

**Attachments:**
"4992_001.pdf"

9189
9160
9085
8957
9216
9193
8185
5113
8298
8914
8200

See http://www.peak6.com/email_disclaimer/ for terms and conditions related to this email

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

Case 2:15-cv-00456-WCM-DMA Document 35-17 Filed 02/07/16 Page 22 of 95 Pages ID: 7286

## PRINT, SIGN and SEND YOUR APPLICATION

This document may print on several pages. Please make sure you read and send us all the printed pages to expedite the opening of your account.

Send or Fax to: **OptionsHouse, LLC**
P.O. BOX 812
Chicago, IL 60690

Fax Number: **(866) 492-2478**

# NEWF

### optionshouse.△

---

## INDIVIDUAL Account Application

**Primary Applicant**

Pending Application Number: ▮957

| | |
|---|---|
| Citizenship: | U.S. Resident Alien |
| Presence In United States: | 20 Years |
| Left The US During That Time? | Yes |
| For How Long? | 3 Weeks |
| Account Type: | Individual, Margin |

**Personal Profile: Email Address And Security Question**

| | |
|---|---|
| Email Address: | dybovoy01@gmail.com |
| Username: | ▮2100 |
| Security Question: | |
| Security Answer: | izmalls |

| | |
|---|---|
| Prefix: | |
| First Name: | Arkadiy |
| Middle Name: | |
| Last Name: | Dubovoy |
| Suffix: | |
| Social Sec. Number: | ▮-6147 |
| Date Of Birth: | ▮ 1984 |
| Marital Status: | Married |
| Dependents: | 3 |
| Residential Address: | 3374 Cedar Farms CT |
| | Alpharetta , Georgia, 30004 |
| Phone (Day): | |
| Phone (Evening): | ▮-6086 |
| Fax: | |

**Comments (Office Use Only)**

**Employment Status:** Employed
**Employer:** APD Custom Homes
**Occupation:** Manager
**Employer Address:** 6495 Shiloh RD, Suite 400
Alpharetta, Georgia, 30005
**Employer Country:** United States Of America
**Associated With FINRA/Exchange Firm:** No

**Financial Profile**

**Annual Gross Income:** $100,001 To $250,000
**Net Worth:** Over $250,000
**Liquid Net Worth:** Over $250,000
**Federal Tax Bracket:** Approx. 30% To 45%

**Investing Profile**

**Years Of Trading Experience:** 10 Years Of Options Trading
15 Years Of Trading Stocks
**Avg. Trades Per Year:** 300 Options; 300 Stocks
**Experienced Trading Online:** No
**Investment Objectives:** Speculation
**Trading Strategies:** Buy Stock And Options
Trade Cash Covered Puts, Covered Calls,
Protective Puts
Buy Spreads
Sell Spreads

> 10% Public Company Ownership:

**Agreements:**
New Account Application - NEWF
Customer Account Agreement - CAGR
Customer Agreement - UMIS
Option Agreement - OPTA
Characteristics And Risks
Special Statement For Uncovered Options Writers
Short Stock Agreement - UMIS
Margin Disclosure Document - UMIS
Margin Agreement - MRGN

---

4/1/2013

**Agreement to "Customer Agreement" and other Account Agreements:**

I (or we) hereby request that OptionsHouse, LLC, ("OptionsHouse") open an account as indicated above, and I acknowledge that I have read and understood the "Customer Agreement" and all Account Agreements that govern this account, including agreements regarding use of data and exchange quotes, and I agree to be bound by these agreements as currently in effect and as amended from time to time and posted on the OptionsHouse website. I have legal capacity to enter into and be bound by this legal contract. I agree that the information I have provided to OptionsHouse is complete, accurate, and true. Further, I agree to immediately advise OptionsHouse of any material changes to the information I have provided, including but not limited to my financial status, investment objectives, residence, employment or legal status. I agree to receive all account notices, including all confirmation of trades, by electronic means and to access my account regularly to receive such notices. I EXPRESSLY ACKNOWLEDGE THAT OPTIONSHOUSE DOES NOT MAKE RECOMMENDATIONS REGARDING INVESTMENTS, TAXES, OR LEGAL MATTERS. BY SIGNING BELOW, THE UNDERSIGNED CERTIFIES THAT THE INFORMATION CONTAINED HEREIN IS COMPLETE AND ACCURATE. I understand that my account is governed by a pre-dispute arbitration clause contained in OptionsHouse "Customer Agreement" section #24.

**Important Information About Procedures for Opening a New Account**

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask you to provide us with a copy of your driver's license or other identifying documents.

**Citizenship**

Due to differing tax implications and foreign securities regulations, OptionsHouse is not able to maintain accounts for customers residing outside of the United States on a long-term or permanent basis. If you plan on leaving the United States on a long-term or permanent basis, please contact OptionsHouse ten (10) days in advance of your departure for further assistance. Customer hereby confirms the information furnished to OptionsHouse on the account application is true and accurate. Customer also acknowledges and agrees to contact OptionsHouse if there are any changes to their US visa, permanent residency status or should they leave the United States on a long-term or permanent basis. Customer further agrees to contact OptionsHouse when changes to their personal information have occurred, such as email address, physical address or phone number. OptionsHouse reserves the right to request additional information of the account holder during the account sign-up process or as long as the account is held at OptionsHouse.

**Options Agreement Terms**

I represent that I am aware of the inherent risks associated with options trading and that I am financially able to bear such risks and withstand options trading losses. I have read and understood the terms and conditions that govern this options account and the special risk statement for uncovered option writers, where applicable, and agree to be bound by them as currently in effect and as amended from time to time. I have also fully read and understood the disclosure document entitled Characteristics and Risks of Standardized Options issued by the Options Clearing Corporation and delivered to me by OptionsHouse, LLC either electronically or in hard copy.

---

**Disclosure of Name/Address on Securities You Own**

Under SEC Rule 14b-1(c), brokerage firms are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities.

_____ I object to the disclosure of such information

**Margin Account Information**

By signing below, the undersigned agrees to all terms of the Margin and Short Account Agreement ("Agreement"). The undersigned acknowledges that the undersigned's margin account securities may be borrowed by you or loaned to others. The undersigned also acknowledges receipt of a copy of this Agreement and a copy of the Margin Risk Disclosure Statement.

**Payment Instructions**

Unless otherwise instructed, you agree that securities will be held in street name, the proceeds of any securities transactions, including maturities and dividends, will be credited to your account and your available credit balances will be swept into a money market account.

---

**Certification of Taxpayer Number (Substitute W-9):**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because:
   a. I am exempt from backup withholding, or
   b. I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or
   c. the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____      04/01/13

Customer Signature, Pending Application#5PD88957     Date

**NEWF**

M
4/3/13

P.O. Box 812
Chicago, IL 60690
PHONE. (877) 653-2500
FAX. (866) 492-2478

# Customer Option Agreement

| BROKERS USE ONLY (Must be filled in before Penson can accept) | TO BE COMPLETED BY MANAGER PRIOR TO OPTION TRADING: |
|---|---|

Please note Date of Delivery:
Approved for option trading as follows:

1. Characteristics and Risks of Standard Options    4/1/13

Covered Call Writing

2. Special Statement for Uncovered Option Writers    N/A

Purchasing Options    3

Other OptionTransactions

Approved Subject to the Following Limits

AE, ROP and Manager Signature    _____    Date 4/3/13

In connection with any transactions in options which have been or may be purchased, sold, exercised or endorsed for the undersigned's account with an introducing broker(s) which clears through Penson Financial Services, Inc., the undersigned agrees as follows:

1. **Definitions. Introducing broker**" means any brokerage firm which introduces security transactions on behalf of the undersigned, which transactions are cleared through you, whether one or more. **"Obligations"** means all indebtedness, debit balances, liabilities or other obligations of any kind of the undersigned to you, whether now existing or hereafter arising. **"Options"** means all types of options, including puts, calls, equity, debt, index or otherwise. **"Securities and other property"** shall include, but shall not be limited to money, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. **"You"** or **"your"** refers to Penson Financial Services, Inc.

2. **Limits.** The Undersigned shall not, acting alone or in concert with others, exceed the position/exercise limits set forth by any exchange or market or by any other regulatory authority having jurisdiction.

3. **Authority, Execution of Orders, Security Interest.** The undersigned hereby authorizes you in your discretion, should you deem it necessary for your protection for any reason, or if the undersigned dies, to buy, sell, or sell short for the undersigned's account and risk, puts, calls or other forms of option and/or to buy, sell or sell short any part or all of the underlying shares represented by options endorsed by you for the undersigned's account. Any and all expenses incurred by you in connection with such transactions shall be reimbursed by the undersigned to you. The undersigned understands and acknowledges that when transactions on the undersigned's behalf are to be executed and the options are traded in more than one marketplace you may use your discretion in selecting the market in which to enter the undersigned's order unless the undersigned specifically instructs otherwise. All monies, securities, or other property which you may hold in any account of the undersigned shall be held subject to a general lien for the discharge of the undersigned's obligations to you under this Agreement or otherwise. The decision to enter into options transactions was made entirely by the undersigned without any investment advice from Penson or the introducing broker.

4. **Notice, Exercise, Random Allocation.** The undersigned is aware of your requirements and time limitations for accepting an exercise notice and expiration date. The undersigned understands that the undersigned may not receive actual notice of exercise until the week following exercise. The undersigned bears full responsibility for taking action to exercise or sell valuable options; however, in the absence of the undersigned notifying the introducing broker to exercise a valuable options contract by 3 p.m. Central Standard Time on the last business day prior to the expiration date of the options contract, and the introducing broker instructing you to sell valuable options on the undersigned's behalf within such time, the undersigned agrees that you may exercise the options contract on the undersigned's behalf. In the event of such exercise, the profit in excess of commission costs created thereby will be credited to the undersigned's account. In the event that the commissions to be charged for such an expiration transaction exceeds the proceeds to be realized, the undersigned agrees and hereby relinquishes the undersigned's ownership in said option to you, and you may exercise such option for your own account. If the undersigned does not instruct the introducing broker to exercise the valuable option by the time stated above, and you for whatever reason, do not exercise such option on the undersigned's behalf, the undersigned hereby waives any and all claims for damage or loss which the undersigned might at the time or any time thereafter have against you arising out of the fact that the option was not exercised. The undersigned is aware that you utilize a random method of allocation for all option(s) assignments received from the Option Clearing Corporation. Exercise assignment notices for options contracts are allocated among all customers' short positions within that series. This is accomplished by a manual procedure, which randomly selects from among all customer short positions, including positions established on the day of assignment, those contracts which are subject to exercise. All American short positions are liable for assignment at any time. The undersigned understands that a more detailed description of this procedure is available upon request by the undersigned.

5. **Uncovered Options.** The undersigned agrees that in connection with any uncovered option(s) for the undersigned's account, the undersigned will not sell, during the life of such options, the underlying securities collateralizing such options, including any cash or securities which may accrue on the underlying covered securities until such options are closed, exercised or expired or the undersigned has met the collateral requirements established by you and/or the introducing broker for carrying uncovered options. The undersigned also agrees that the introducing broker and/or you, in your respective sole discretion, may refuse any order to sell such underlying securities received from the undersigned or by means of a "give up" basis through another firm unless, prior to such sale, the undersigned has met the collateral requirements established by you and/or the introducing broker for carrying uncovered options. You have the right, in your sole discretion, to permit the undersigned to apply the proceeds of such sale to such collateral requirements.

6. **Risks.** The undersigned is aware of the high degree of risk involved in options transactions and has given the introducing broker, in strict confidence, information to demonstrate that this account and the trading anticipated in connection therewith is not unsuitable for the undersigned in light of the undersigned's investment objectives, financial situation and needs, experience and knowledge. The undersigned agrees to advise the introducing broker of any changes in the undersigned's investment objectives, financial situation or other circumstances that may be deemed to materially affect the suitability of executing options transactions for the undersigned's account.

7. **Options Account Form, Disclosure Documents.** The undersigned has reviewed the contents of the options account form and represents that they are accurate. Although certain types of transactions are indicated as anticipated you and the introducing broker may execute any other types of transactions for the undersigned's account upon the

Customer Option Agreement Form - 2/6/2012    **OPTA**

EXHIBIT 18

# Open a Schwab Account Today

ACCT -0305

☒ All sections of this form (Steps 1–7) must be completed.
☒ Include your initial deposit, or a completed Transfer of Account form.
☒ Remember to sign the completed application.

Questions? Call 1-800-435-4000

---

**1. Establish Your Account.** *Please complete all sections below. We respect your privacy. Schwab considers the information you provide on this application to be confidential and will use it only in connection with your relationship with Schwab.*

**Select an Account** *(Choose only one.)*

☐ **Schwab Account**
- $2,500 minimum balance to open
- Weekly sweep of uninvested cash balances over $100 into a Schwab Money Fund
- Optional margin trading feature
- If balance is below $10,000 on September 15, $29 annual fee

☒ **Schwab One® Account**
- $10,000 minimum balance to open
- Daily sweep of any uninvested cash balances into a Schwab Money Fund
- Access to your funds via optional Schwab One checks and/or Visa® debit card
- Automatic margin trading feature
- If balance falls below $10,000 during the last five business days of the calendar quarter, $15 quarterly fee

**Title Your Account** *(Select only one.)*

☒ Individual    ☐ Joint Tenants with Right of Survivorship    ☐ Tenants in Common    ☐ Community Property

**Account Holder**

☒ Mr. ☐ Mrs. ☐ Ms. ☐ Dr.

Name (First) ARKADIY   (Middle) P.   (Last) DUBOVOY

Home Street Address (no PO boxes, please) 4895 POST OAK TRITT

City, State, Zip Code Roswell   GA   30075

Mailing Address (if different from above, PO boxes may be used) SAME

Business Street Address

City, State, Zip Code

Home Telephone Number _____ 2402

Business Telephone Number

E-mail Address (Please see Section 3, "Web Access to Your Account") IGOR_DUBOVOY@HOTMAIL.COM

Social Security/Tax ID Number ___6147

Passport Number (if not a U.S. citizen)

Date of Birth (mm/dd/yyyy) __/__/64

Mother's Maiden Name DaBENKO

Driver's License State, Number _____0552

Are you known by another name? Specify NO

Country of Citizenship ☐ USA ☒ Other UKRAINE

Country of Legal Residence ☒ USA ☐ Other

Securities industry regulations require that we collect the following information:

Check any that apply ☐ Employed ☒ Self-employed ☐ Retired ☐ Student ☐ Unemployed

Occupation/Position   Employer Name/Industry   Consultant/owner

List any security firm(s) you are employed by or in which you are a director or owner ☒ Not applicable ☐ Yes, please specify

List all publicly traded companies in which you are a director, 10% shareholder or policy-making officer ☒ Not applicable ☐ Yes, please specify

Marital Status ☐ Single ☒ Married ☐ Divorced

Number of Dependents 4

**Joint Account Holder** *(if applicable)*

☐ Mr. ☐ Mrs. ☐ Ms. ☐ Dr.

Name (First)   (Middle)   (Last)

Home Street Address (no PO boxes, please)

City, State, Zip Code

Mailing Address (if different from above, PO boxes may be used)

Business Street Address

City, State, Zip Code

Home Telephone Number

Business Telephone Number

E-mail Address (Please see Section 3, "Web Access to Your Account")

Social Security/Tax ID Number

Passport Number (if not a U.S. citizen)

Date of Birth (mm/dd/yyyy)

Mother's Maiden Name

Driver's License State, Number

Are you known by another name? Specify

Country of Citizenship ☐ USA ☐ Other

Country of Legal Residence ☐ USA ☐ Other

Securities industry regulations require that we collect the following information:

Check any that apply ☐ Employed ☐ Self-employed ☐ Retired ☐ Student ☐ Unemployed

Occupation/Position   Employer Name/Industry

List any security firm(s) you are employed by or in which you are a director or owner ☐ Not applicable ☐ Yes, please specify

List all publicly traded companies in which you are a director, 10% shareholder or policy-making officer ☐ Not applicable ☐ Yes, please specify

Marital Status ☐ Single ☐ Married ☐ Divorced

Number of Dependents

---

CONFIDENTIAL FOIA TREATMENT REQUESTED    BATES # CRR-1402-06895-0000001

DAVID FERNANDES

©1999 Charles Schwab & Co., Inc. All rights reserved. Member SIPC/NYSE. CRS 20418 (0299-1206)

APP2372 7(2/99)

## 7. Agree to Terms

I hereby request that Charles Schwab & Co., Inc. ("Schwab") open a brokerage account as indicated above in the names listed as account holders on this Schwab Account Application. I agree to read and be bound by the terms of the applicable Account Agreement (which includes information on the Cash Account and, if applicable, the Schwab Sweep Funds, the Margin and Short Account, Disclosure of Credit Terms and Policies, the Schwab StockBuilder Plan® and other written agreements between me and Schwab that apply to my brokerage account) as currently in effect and as amended from time to time. If, in the future, I add features to this account governed by the foregoing agreements (e.g., a money fund or margin trading), I agree to be bound by their terms and conditions. If I do not receive or understand the Account Agreement, I will notify Schwab.

I acknowledge that I am responsible for determining the nature, potential value and suitability for me of any particular security, transaction or investment strategy; that Schwab has no responsibility for any such determination unless a Schwab representative gives advice directly to me that is clearly identified as a Schwab recommendation for me to enter into a particular transaction or to buy or sell a particular security; and that Schwab does not give legal or tax advice.

In accordance with Section 9, pages 6–7, of the Brokerage Account Agreement and Section 7, pages 20–21, of the Schwab One® Account Agreement, I agree that all debts and other obligations owed to Schwab by any party to the Account Agreement will be secured by a lien on all Securities and Other Property now or hereafter held, carried or maintained in any of my present or future brokerage accounts with Schwab, whether individually or jointly held with others, or in any brokerage account at Schwab in which I have an interest.

I agree to settle by arbitration any controversy between myself and Schwab and/or any Schwab officers, directors, employees or agents relating to the Account Agreement, my brokerage account or account transactions, or in any way arising from my relationship with Schwab as provided in Section 17, pages 11–13, of the Brokerage Account Agreement and Section 23, pages 29–31, of the Schwab One Account Agreement. The following disclosures are made pursuant to applicable self-regulatory organization rules: (1) arbitration is final and binding on all parties; (2) the parties are waiving their right to seek remedies in court, including the right to a jury trial; (3) pre-arbitration discovery is generally more limited than and different from court proceedings; (4) the arbitrators' award is not required to include factual findings or legal reasoning, and any party's right to appeal or seek modification of rulings by the arbitrators is strictly limited; and (5) the panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person

who has initiated a putative class action, or who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (1) the class certification is denied; (2) the class is decertified; or (3) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this Agreement except to the extent stated herein.

Accounts with Margin Features. All Securities and Other Property now or hereafter held in the account of the undersigned may be pledged, repledged, hypothecated or rehypothecated, either separately or together with securities of other customers either for the amount due Charles Schwab & Co., Inc. or for a greater sum.

Interest on debit balances will be charged and compounded in accordance with the Account Agreement and as permitted under the laws of the State of California.

Disclosure of Account Information: I authorize Schwab to disclose information to others about me and my accounts in connection with services Schwab makes available or arranges on behalf of customers, when it is necessary for completing transactions, to comply with a government agency request or court order, such as the IRS or the SEC, to verify the existence and condition of my account for a third party, such as a credit bureau or merchant, and as otherwise authorized by the Account Agreement.

Schwab One Accounts: I agree that each account holder is authorized to write checks and/or engage in Visa® transactions on this Schwab One account, and I further request that PNC Bank to issue checks and Visa debit card(s), as indicated on this Account Application. I authorize Schwab to make inquiries for the purpose of verifying my creditworthiness and the creditworthiness of my spouse if I am married and live in a community property state. Such inquiries may include verifying information I have given in my Account Application, contacting my employer and obtaining credit reports.

Schwab MoneyLink® Accounts: I agree to be bound by the terms and conditions of the Schwab MoneyLink Transfer Service, as these may be amended. This authorization is to remain in full force and effect until Schwab has received notification from me (or any of the account holders) of its termination in such time and in such manner as to allow Schwab and my bank/financial institution a reasonable opportunity to act on it or until Schwab terminates this service. Written notification may be addressed to Charles Schwab & Co., Inc., MoneyLink Support Services, 101 Montgomery Street, San Francisco, CA 94104, or you may contact Schwab customer service directly over the phone. For account holders with more than one account at Schwab: This authorization further authorizes Schwab to direct transfers between your accounts at Schwab when no written authorization is requested.

**BY SIGNING THIS AGREEMENT, HOLDERS OF CASH ACCOUNTS WITH MARGIN FEATURES AND SCHWAB ONE ACCOUNTS ACKNOWLEDGE THAT CERTAIN OF THEIR SECURITIES MAY BE LENT TO SCHWAB AS PRINCIPAL OR LENT OUT TO OTHERS.**

Please note that the Account Agreement contains a pre-dispute arbitration agreement, which is set forth in Section 17, pages 11–13, of the Brokerage Account Agreement and in Section 23, pages 29–31, of the Schwab One Account Agreement.

I certify under penalty of perjury that (1) the number shown on this application is my correct taxpayer identification number, and (2) that I am not subject to back-up withholding either because I have not been notified that I am subject to back-up withholding as a result of a failure to report all interest and dividends, or the Internal Revenue Service has notified me that I am no longer subject to back-up withholding. (I understand that if I have been notified by the IRS that I am subject to back-up withholding as a result of dividend or interest underreporting, and I have not received a notice from the IRS advising me that back-up withholding is terminated, I must strike or cross out the information contained in Item 2 above.) The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid back-up withholding.

| Signature(s) Required X | Date 04.19.89 | Joint Account Holder's Signature | Date |
| --- | --- | --- | --- |

For Schwab One® accounts only, if you've selected Schwab One checks or Visa® debit cards, all account holders must ALSO sign below. If you'd like additional people to use these items, please contact us for further information.

| For Schwab One checks and Visa debit cards Sign Here ALSO sign in Step 7 above. | Date 04.18.89 |
| --- | --- |
| Joint Account Holder's Signature | Date |

CONFIDENTIAL FOIA TREATMENT REQUESTED          BATES # CRR-1402-06695-000002

©1999 Charles Schwab & Co., Inc. All rights reserved. Member SIPC/NYSE. CRS 20418 (0299-1206)          APP2372-7(2/99)

EXHIBIT 19

# Schwab One® Organization Account Application

*charles* SCHWAB

- Please review the Organization Account Guide prior to completing this application to determine what forms are required to open your particular organization account type. For trusts, qualified plans or non-U.S. organizations, do not use this form. Contact us for the correct application.
- $1,000 minimum deposit required to open an account, or $100 monthly transfer through either direct deposit or Schwab MoneyLink®

www.schwab.com
1-800-435-4000 (inside the U.S.)
+1-415-667-5009 (outside the U.S.)
1-888-686-6916 (multilingual services)
Page 1 of 4

## 1. Account Information

Complete all sections below. We respect your privacy. Charles Schwab & Co., Inc. ("Schwab") will use the information you provide to open and service your accounts, communicate with you, and provide information about products and services. Read about Schwab's privacy policy at www.schwab.com/privacy. As required by federal law, Schwab will use the information provided below to verify your identity.

**Title Your Account** Select only one.

- [X] Corporation
- [ ] Partnership
- [ ] Limited Liability Company
- [ ] Charity/Non-Profit
- [ ] Investment Club
- [ ] Sole Proprietorship
- [ ] Non-incorporated
- [ ] "Doing Business As" (DBA)

**Organization Information**

| Name of Organization | Organization Telephone Number | Tax ID Number |
|---|---|---|
| APD DEVELOPERS' INC. | (678) 845-0290 | ▓▓▓9495 |

| Organization Street Address (no P.O. boxes) | Country of Legal Establishment |
|---|---|
| 6495 SHILOH ROAD SUITE 400 | [X] USA [ ] Other: |

| City, State, Zip Code | State of Incorporation |
|---|---|
| ALPHARETTA GA 30005 | GEORGIA |

Mailing Address (if different from above; P.O. boxes may be used)
SAME

List all publicly traded companies in which the organization is a 10% shareholder.
Please specify: NONE

Email Address* (Required to access your account through the web.)
DUBOVOY01@GMAIL.COM

[ ] Is this organization a broker-dealer? [ ] If so, is this a proprietary account?

**Authorized Agent Information** List all individuals authorized to place trade orders, withdraw funds and transact other business relating to the account. Individuals listed must also be identified on any additional required documents as specified in the Schwab One Organization Account Guide.

| Name (First) | (Middle) | (Last) | | Name (First) | (Middle) | (Last) |
|---|---|---|---|---|---|---|
| ARKADIY | | DUBOVOY | | | | |

| Home/Legal Street Address (no P.O. boxes) | | Home/Legal Street Address (no P.O. boxes) |
|---|---|---|
| 3374 CEDAR FARMS COURT | | |

| City, State, Zip Code | | City, State, Zip Code |
|---|---|---|
| ALPHARETTA GA 30004 | | |

Mailing Address, City, State, Zip Code (if different from above; P.O. boxes may be used)
SAME

| Home Telephone Number | Business Telephone Number | Cellular Telephone Number |
|---|---|---|
| N/A. | ▓▓▓-0290 | ▓▓▓-6173 |

Email Address* (Required to access your account through the web.)
DUBOVOY01@GMAIL.COM

| Social Security/Tax ID Number | Date of Birth (mm/dd/yyyy) | Mother's Maiden Name |
|---|---|---|
| ▓▓-6147 | ▓▓-1964 | BABENKO |

| ID Number | |
|---|---|
| ▓▓0552 | [X] Driver's License [X] State [ ] Passport GA |

| Place of Issuance | Expiration Date |
|---|---|
| GEORGIA | 04-08-2012 |

| Country(ies) of Citizenship (Must list all.) | Country of Legal Residence |
|---|---|
| [ ] USA [X] Other: UKRAINE | [X] USA [ ] Other: |

Securities industry regulations require that we collect the following information:

**Check only one:**
- [X] Employed
- [X] Self-employed
- [ ] Retired
- [ ] Student
- [ ] Homemaker
- [ ] Not employed

| Employer | Occupation/Position |
|---|---|
| APD DEVELOPERS Inc | PRESIDENT |

| Business Street Address | City, State, Zip Code |
|---|---|
| 6495 SHILOH Rd Suite 400 | ALPHARETTA GA 30005 |

Are you affiliated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?
[X] No [ ] Yes (If "yes," you must attach a letter from your employer approving the establishment of your account when submitting this application.)

Are you a director, 10% shareholder or policy-making officer of a publicly held company?
[X] No [ ] Yes (If "yes," enter company name ___ and trading symbol ___ )

| Marital Status | Number of Dependents |
|---|---|
| [ ] Single [X] Married [ ] Divorced | 3 |

*(Right column of Authorized Agent Information is blank)*

Securities industry regulations require that we collect the following information:

**Check only one:**
- [ ] Employed
- [ ] Self-employed
- [ ] Retired
- [ ] Student
- [ ] Homemaker
- [ ] Not employed

*By providing your email address, you consent to receiving email from Schwab. Information about opting out of certain email communications is provided at www.schwab.com/privacy.

©2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   FTA 04477 (1207-9033)   APP13052-18 (02/08)

000000

## 1. Account Information (Continued)

**Additional Authorized Agent Information**

| Name (First) | (Middle) | (Last) |
|---|---|---|

Home/Legal Street Address (no P.O. boxes)

City, State, Zip Code

Mailing Address, City, State, Zip Code (if different from above; P.O. boxes may be used)

| Home Telephone Number<br>( ) | Business Telephone Number<br>( ) | Cellular Telephone Number<br>( ) |
|---|---|---|

Email Address* (Required to access your account through the web.)

| Social Security/Tax ID Number | Date of Birth (mm/dd/yyyy) | Mother's Maiden Name |
|---|---|---|

ID Number
☐ Driver's License ☐ State ☐ Passport ☐ Military

| Place of Issuance | Expiration Date |
|---|---|

| Country(ies) of Citizenship (Must list all.)<br>☐ USA ☐ Other: _____ ☐ Other: _____ | Country of Legal Residence<br>☐ USA ☐ Other: _____ |
|---|---|

Securities industry regulations require that we collect the following information:

Check only one:
☐ Employed ☐ Self-employed ☐ Retired ☐ Student ☐ Homemaker ☐ Not employed

| Employer | Occupation/Position |
|---|---|

| Business Street Address | City, State, Zip Code |
|---|---|

Are you affiliated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?
☐ No ☐ Yes (If "yes," you must attach a letter from your employer approving the establishment of your account when submitting this application.)

Are you a director, 10% shareholder or policy-making officer of a publicly held company?
☐ No ☐ Yes (If "yes," enter company name _____ and trading symbol _____.)

| Marital Status<br>☐ Single ☐ Married ☐ Divorced | Number of Dependents |
|---|---|

---

| Name (First) | (Middle) | (Last) |
|---|---|---|

Home/Legal Street Address (no P.O. boxes)

City, State, Zip Code

Mailing Address, City, State, Zip Code (if different from above; P.O. boxes may be used)

| Home Telephone Number<br>( ) | Business Telephone Number<br>( ) | Cellular Telephone Number<br>( ) |
|---|---|---|

Email Address* (Required to access your account through the web.)

| Social Security/Tax ID Number | Date of Birth (mm/dd/yyyy) | Mother's Maiden Name |
|---|---|---|

ID Number
☐ Driver's License ☐ State ☐ Passport ☐ Military

| Place of Issuance | Expiration Date |
|---|---|

| Country(ies) of Citizenship (Must list all.)<br>☐ USA ☐ Other: _____ ☐ Other: _____ | Country of Legal Residence<br>☐ USA ☐ Other: _____ |
|---|---|

Securities industry regulations require that we collect the following information:

Check only one:
☐ Employed ☐ Self-employed ☐ Retired ☐ Student ☐ Homemaker ☐ Not employed

| Employer | Occupation/Position |
|---|---|

| Business Street Address | City, State, Zip Code |
|---|---|

Are you affiliated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?
☐ No ☐ Yes (If "yes," you must attach a letter from your employer approving the establishment of your account when submitting this application.)

Are you a director, 10% shareholder or policy-making officer of a publicly held company?
☐ No ☐ Yes (If "yes," enter company name _____ and trading symbol _____.)

| Marital Status<br>☐ Single ☐ Married ☐ Divorced | Number of Dependents |
|---|---|

**\*By providing your email address, you consent to receiving email from Schwab. Information about opting out of certain email communications is provided at www.schwab.com/privacy.**

---

## 2. Investment Profile

**Investment Experience:**

| Agent 1 | Agent 2 | Agent 3 | Agent 4 | |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | None |
| ☐ | ☐ | ☐ | ☐ | Limited |
| ☒ | ☐ | ☐ | ☐ | Good |
| ☐ | ☐ | ☐ | ☐ | Extensive |

**Annual Income of Organization:**
☐ Under $15,000
☐ $15,000–$24,999
☐ $25,000–$49,999
☐ $50,000–$99,999
☒ $100,000 or More

**Liquid Net Worth of Organization:**
☐ Under $25,000
☐ $25,000–$49,999
☐ $50,000–$99,999
☐ $100,000–$249,999
☒ $250,000 or More
Specify: _____

## 3. Overall Investment Objective of Account

☐ Capital Preservation ☐ Income ☒ Growth ☒ Speculation

---

| FOR CHARLES SCHWAB USE ONLY: |
|---|
| Branch Office and Account Number |

©2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. FTA 04477 (1207-9033) APP13052-18 (02/08)

CONFIDENTIAL FOIA TREATMENT REQUESTED

## 4. Brokerage Features

**Margin Borrowing**

A margin account allows you to borrow from Schwab against your collateral. You can use a margin loan for things such as (1) purchasing additional securities using leverage with a view to enhancing investment returns, (2) selling securities short or (3) obtaining short-term financing or overdraft protection. To learn more about how margin borrowing works and to better understand its benefits and risks, read the Margin Risk Disclosure and the *Schwab One® Account Agreement*, or visit our interactive online margin tutorial on www.schwab.com.

Margin borrowing is automatically included, unless you check this box. ☐ **Do NOT add margin borrowing.**

**Cash Features**

The Schwab One Interest feature is automatically included on your account. This feature pays interest on the uninvested cash in your account. Rates are set by Schwab and are generally based on your Household Balances. Sole proprietors who are individuals residing in the U.S. may alternatively request that their uninvested cash be swept to Charles Schwab Bank, an FDIC-insured institution affiliated with Schwab.*

Clients with $500,000 or more in Household Balances may request a sweep money market fund as an alternative by speaking to their Schwab representative. The yields of sweep money market funds are generally higher than interest rates offered by either Schwab or Schwab Bank.

Schwab's Cash Features are further described in Schwab's Cash Features Disclosure Statement for Individual Investors, which you will receive at account opening. Please contact Schwab for current information on interest rates and money market yields.

*FDIC insurance is available up to $100,000 (when aggregated with all other deposits held by you in the same capacity at Schwab Bank). Please see the Cash Features Disclosure Statement for Individual Investors for information about FDIC insurance.

**Electronic Trade Confirmations ("eConfirms")**

If you have provided your email address, you will soon receive an email that will tell you how to receive paperless trade confirmations and the associated prospectuses and disclosures by email. Until we receive a response to our email, you will receive paper trade confirmations and disclosures through the U.S. mail. You may enroll in our electronic delivery services or return to delivery through the U.S. mail at any time by indicating your preferences online.

☒ No, at this time I do not want eConfirms.    *Wants e-confirms*

**Checks and Visa® Check Cards**

Select one of the following options to access the cash in your Schwab One Organization account.

☐ Checks only    ☒ Checks and Visa Check Card

Upon receipt of your starter checks, you may contact a Schwab representative to order additional customized checks at no cost.

## 5. Fund Your Account

☐ Check or money order made payable to Charles Schwab & Co., Inc. enclosed for $_____.

☐ Transfer Your Account form enclosed.

☒ Electronic transfer via Schwab MoneyLink® (Schwab MoneyLink Electronic Funds Transfer Enrollment Form enclosed).

©2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   FTA 04477 (1207-9033)   APP13052-18 (02/08)



## 6. Authorization to Open Account

By signing this application, you acknowledge that you have received and read a copy of the attached "Application Agreement," which contains a predispute arbitration provision. You acknowledge that your signature signifies and constitutes your agreement that this account and your relationship with Schwab will be governed by the Application Agreement and all incorporated agreements and disclosures, including, but not limited to, the *Schwab One® Account Agreement* and the *Charles Schwab Pricing Guide*, each as amended from time to time (the "Agreement and Disclosures").

You understand there are fees associated with establishing, maintaining, engaging in transactions in, and transferring assets out of this account. Unless you have declined the margin feature, you acknowledge that securities securing loans from Schwab may be lent to Schwab and lent by Schwab to others. You also acknowledge that if you trade "on margin," you are borrowing money from Schwab and that you understand the requirements and risks associated with margin borrowing as summarized in the "Margin Borrowing at Schwab: Overview and Disclosure Statement" included with this application.

You also acknowledge that the securities products purchased or sold in a transaction with Schwab (i) are not insured by the Federal Deposit Insurance Corporation ("FDIC"); (ii) are not deposits or other obligations of Schwab and are not guaranteed by Schwab Bank; and (iii) are subject to investment risks, including possible loss of the principal invested.

For purposes of this Account Application and the attached Application Agreement, the terms "you," "your" and "Account Holder" refer to each person who signs this Account Application and apply with respect to both a person's individual capacity as well as any applicable representative or fiduciary capacity. When the legal owner of assets in the Account is not a natural person, the terms "you," "your" and "Account Holder" also refer to such legal owner. The terms "we," "us," "our" and "Schwab" refer to Charles Schwab & Co., Inc. The term "Schwab Bank" refers to Charles Schwab Bank.

You certify under penalty of perjury that (1) the number shown on this Application is your correct taxpayer number; (2) you are not subject to back-up withholding because (a) you are exempt from back-up withholding, or (b) you have not been notified by the Internal Revenue Service (IRS) that you are subject to back-up withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified you that you are no longer subject to back-up withholding; and (3) you are a U.S. person (including a U.S. resident alien). (You understand that if you have been notified by the IRS that you are subject to back-up withholding as a result of dividend or interest underreporting and you have not received a notice from the IRS advising you that back-up withholding is terminated, you must strike or cross out the information contained in Item 2 above.) The IRS does not require your consent to any provision of this document other than the certification required to avoid back-up withholding.

**THE AGREEMENT WITH SCHWAB INCLUDES A PREDISPUTE ARBITRATION CLAUSE. YOU ACKNOWLEDGE RECEIPT OF THE PREDISPUTE ARBITRATION CLAUSE CONTAINED IN SECTION 15, PAGE 2, OF THE SCHWAB ONE ORGANIZATION ACCOUNT APPLICATION AGREEMENT.**

PLEASE SIGN AND DATE BELOW IN BLUE OR BLACK INK ONLY. Your signature below will also serve as a signature card.

### Signature(s) and Date(s) Required  All Authorized Agents must sign.

| X | 02-15-2011 | X | |
|---|---|---|---|
| Authorized Agent Signature | Date | Authorized Agent Signature | Date |
| X | | X | |
| Authorized Agent Signature | Date | Authorized Agent Signature | Date |

| FOR CHARLES SCHWAB USE ONLY: | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Branch Office and Account Number | | | — | | | | | — | | | DDA Number | | | | | | | | | |
| Customer ID Number | | | | | | | Source Code | | | | | | | | | | | | | |
| Approved By | | | | Print Name of Approver | | | | | | | | | | | | Date | | | | |

©2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   FTA 04477 (1207-9033)   APP13052-18 (02/08)

CONFIDENTIAL FOIA TREATMENT REQUESTED

BATES # CRR-1402-06895-000014

EXHIBIT 20



### Online Account Application

**Status:** Account Opened

# This section is for E*TRADE Securities use only

| | | |
|---|---|---|
| **Type of account:**<br>individual account | **Prefix:** | **Application ID:** ███8403 |
| **Account features:**<br>Cash account | **Name:**<br>arkadiy dubovoy | **Account:** ███6987 |
| **Between-investment fund:**<br>JP Morgan Liquid Assets Money<br>Market Fund, E*TRADE Class<br>Shares | **Suffix:** | **User Name:** DUBOVOY1<br>**Source:** S087701 |
| **Investment Objective:**<br>Growth | **Mailing Address:**<br>3374 cedar farms ct<br>alpharetta GA 30004<br>United States | |
| **Annual Income:**<br>$200,000+ | **Citizenship:**<br>US Citizen | |
| **Liquid Net Worth:**<br>$1,000,000+ | **Country of legal residence:**<br>United States | |
| **Total Net Worth:**<br>$1,000,000+ | **Social Security:**<br>███6147 | |
| **Investment Experience:**<br>Good | **Date of Birth:**<br>███1964 | |
| **How often do you trade?**<br>10+ trades per month | **Employer:**<br>APD Developers Inc<br>6495 shiloh Rd Alpharetta ,GA 30004<br>US | |
| **What is the purpose and expected<br>use of the account?**<br>Other (please explain) - day trading | **Occupation:**<br>Real Estate | |
| **Does anyone other than the<br>account holder(s) have trading<br>authorization over the account?**<br>No | **Employer a broker/dealer?**<br>No | |
| | **Director, or policy-making office of<br>publicly-owned company?**<br>No | |
| | **10% shareholder of publicly-owned<br>company?**<br>No | |
| | This tax information will be used for IRS<br>reporting. | |

**Account Agreement.**

I am of legal age to contract. I acknowledge that I have received, read, and agree to be bound by the terms and conditions
as currently set forth in the E*TRADE Securities Customer Agreement as amended from time to time. I acknowledge that I
have had the opportunity to read the **Privacy Statement/Business Continuity. I ACKNOWLEDGE THAT E*TRADE**

SECURITIES LLC DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE OR RECOMMENDATIONS.

**Under penalty of perjury, I certify that (1) My Social Security (or taxpayer ID) number shown on this form is my correct number and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return), and (3) I am a U.S. person (including a U.S. resident alien).**

I understand that my name will be supplied to issuers of any securities held in my account so that I might receive any important information from them, unless I notify you in writing not to do so.

I acknowledge that securities held in my Margin account may be pledged, re-pledged, hypothecated, or rehypothecated for any amount due E*TRADE SECURITIES LLC in my account(s) or for a greater amount. I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY A PRE-DISPUTE ARBITRATION CLAUSE CONTAINED IN SECTION 7 OF THE E*TRADE SECURITIES CUSTOMER AGREEMENT.

Account Agreement: **AGREED**   **Jul/10/2012**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**



EXHIBIT 21

**Fidelity**.com

✓ About You  ✓ About Your Account  **Review & Confirm**  Fund  Next Steps     🔒 This is a secure transaction.

# Review and Confirm

Please review each section carefully and make changes using the appropriate links.

### Questions?

## 800-343-3548

Instant message a representative

## Account Information ┆ Add a Joint Account Holder

| | |
|---|---|
| The Fidelity Account® | **Individual Registration** |
| Fidelity® Cash Management Account | **Individual Registration** |

## Personal Information

| | |
|---|---|
| Primary Account Holder | **arkadiy dubovoy** |
| | ▮▮▮▮-6147 |
| | ▮▮▮/1964 |
| Contact | ▮▮▮-7771 (daytime) |
| | **dubovoy1@gmail.com** |
| Country of Citizenship | **UKRAINE** |
| Country of Tax Residence | **UNITED STATES** |
| Legal/Residential Address | **3374 cedar farms ct** |
| | **alpharetta, GA 30004** |
| Mailing Address | **3374 cedar farms ct** |
| | **alpharetta, GA 30004** |
| Trades per Year (optional) | **120+ times per year** |

## Employment Information ┆ Edit

| | |
|---|---|
| Employment Status | **Employed** |
| | **president** |
| Employer Information | **APD Developers inc** |
| | **6495 shiloh rd** |
| | **alpharetta, GA 30005** |
| ⊗ Investment Industry Associations | **No** |
| ⊗ Corporate Control Status | **No** |

## Account Settings ┆ Edit

| | |
|---|---|
| Brokerage Core Position | **Taxable, Interest-Bearing Account** |
| | Your core position is where your money is held until you invest it. |
| | If you would like to change your core position or view available alternatives, you can do that now or after your account is opened. Click on edit to see alternatives. |
| Cash Management Core Position | **FDIC Insured Deposit Sweep Program** |
| Cash Management Features | **Enrolled** |

SEC-FIDELITY-E-0010119

Your cash management account offers convenient access to your cash. You can
opt out of any of these features or customize your preferences.

* Fidelity BillPay®

* Free debit/ATM card

* Free unlimited checking

Checks are printed with your name and address. You can edit your account
settings to change the information printed on checks.

To enable check writing for your new Fidelity??? Cash Management Account,
print, complete, and return the check writing signature form.

**Electronic Funds Transfer**  **Not Enrolled**

Electronic Funds Transfer (EFT) allows you to link your bank account to your
account and easily move money once the account is set up.

**eDelivery**  **Enrolled**

eDelivery gives you the option to receive certain account communications by
email. The communications listed below will be sent to you in email. You can
change your eDelivery preferences now or after your account is opened.

* Account Statements

* Trade Confirmations and Related Prospectuses

* Prospectuses, Shareholder Reports and Other Documents

Save & Finish Later

Confirm My Information

 Fidelity

© 1998 - 2012 FMR LLC.
All rights reserved.
Terms of Use | Privacy | Security

✓ About You ❯ ✓ About Your Account ❯ **Review & Confirm** ❯ Fund ❯ Next Steps          🔒 This is a secure transaction.

# Agree to Terms

**Questions?**

## 800-343-3548

Instant message a representative

### 1. Open the Customer Agreement and review the Terms & Conditions

Open, read, and print the following document: Customer Agreement (PDF)

Please scroll through for important information related to your account:          🖨 Print for your records

TABLE OF CONTENTS
Terms & Conditions
Electronic Delivery Terms of Agreement

**Terms & Conditions**
**The owner and custodian/fiduciary must read and agree to the terms** of the Customer Agreement
and other important information provided in the download link above.

**You are at least 18 years of age and of full legal age in the state in which you reside to enter into**

To retain these documents, open the Customer Agreement (PDF) or click the links and print the
document. If you are unable to view or access any of these documents, please exit this application. You
may obtain paper copies of this application or any of these documents listed above at no charge by
calling 800-544-6666.

### 2. Review the taxpayer certifications

**You certify under penalties of perjury that:**

a.  The Social Security number or taxpayer identification number you have provided is correct; and

b.  You are a U.S. citizen or other U.S. person (as defined in the IRS form W-9, including a U.S. resident
alien); and

c.  Unless you have checked the box immediately below these certifications, you are not subject to backup
withholding because

◦  you are exempt from backup withholding, or

◦  you have not been notified by the Internal Revenue Service (IRS) that you are subject to backup
withholding as a result of a failure to report all interest or dividends; or

◦  the IRS has notified you that you are no longer subject to backup withholding.

☐ Check this box only if you have been notified by the IRS that you are currently subject to backup
withholding because you have failed to report all interest and dividends on your tax return.

### 3. Check the box below to confirm, then click "Agree & Open Account"

☑ You acknowledge that you are the person named in this account application, and you have been
provided with, have read and understood, and agree to be bound by all the terms and conditions set
forth in this application in step 1 as they are currently in effect and as they may be amended in the
future, including but not limited to the Fidelity Account® Customer Agreement, Fidelity® Cash
Management Account Customer Agreement, Electronic Delivery Terms of Agreement and other
documents in electronic format provided in step 1 above. This acknowledgment applies only to this
new account application process and delivery of the documents provided above.

This account is governed by a pre-dispute arbitration clause  ☒  which is part of the Fidelity
Customer Agreement and which is accessible by clicking on the preceding underlined link. I
acknowledge receipt of the pre-dispute arbitration clause.

FIMS_RETAIL:990059593

SEC-FIDELITY-E-0010121

*The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Click the "Agree & Open Account" button to sign this electronic application, to acknowledge and agree to all of the foregoing, to submit your information to Fidelity, and to open your account.

☐ Save & Finish Later          **Agree & Open Account**

07/09/2012 15:50:52 PM 395706

**Fidelity**
INVESTMENTS

© 1998 - 2012 FMR LLC.
All rights reserved.
Terms of Use | Privacy | Security

**Fidelity**

Trade | Research | Accounts and Trade | Customer Service | Products | Retirement and Guidance | Plannnig | Retirement and Guidance | Accounts

✓ About You  ›  ✓ About Your Account  ›  ✓ Review & Confirm  ›  **Fund**  ›  Next Steps

🔒 This is a secure transaction.

## Your accounts are ready to fund

Your Fidelity Account Number is : ████6216. (use this account for your trading and investing)

Your Fidelity® Cash Management Account number is : ████9366. (use this account for your everyday spending)

Print, complete and return the checkwriting signature form to enable checkwriting on the Fidelity® Cash Management Account.

Click the Continue button to set up a PIN and deposit money into your account.

**Questions?**

# 800-343-3548

Instant message a representative

[ Continue ]

*Fidelity*
INVESTMENTS

© 1998 - 2012 FMR LLC.
All rights reserved.
Terms of Use | Privacy | Security

SEC-FIDELITY-E-0010123

Approved via Batch
ANDREW RIEDMATTER, A034902, 7/9/2012

**Approved via Batch**
**ANDREW RIEDMATTER, A034902, 7/9/2012**

FIMS_RETAIL:990059593

SEC-FIDELITY-E-0010124

EXHIBIT 22

## Account Setup

### Start New Account

| | |
|---|---|
| Account Number | 9078 |

| | | | |
|---|---|---|---|
| Producer ID | 22X1000 | Preferred Prefix | |
| Product | CMA - Cash Management Account | | |
| Product type | CMA | | |
| Is this a Pledge Collateral Account? | Please Select | Bank Name | |
| Are the client's assets held at the fund company(out of house)? | | | |
| Is this a Managed Product? | Please Select | | |
| Is this a collateral account for foreign exchange trading? | ☐ | | |
| Is this a Sub Account? | ☐ | Master Account | |
| Escrow | ☐ | | |
| What Ownership Type is this Account? | Single | What is the Joint Relationship? | Please Select | State Code | GEORGIA |
| Offer Code | | Source Code | |

| Roles | |
|---|---|
| **Party** | **Roles Description** |
| Arkadiy Dubovoy | Client , Primary Mailing |

## Individual Profile Information

### Individual Information

| Select Name | Client Status | | Select Embossing Name | Embossing Name |
|---|---|---|---|---|
| Dubovoy, Arkadiy [Primary] | PROSPECT | | | |

**Individual Information**

| Title | First Name | Middle Name | Last Name | Suffix #1 | Suffix #2 |
|---|---|---|---|---|---|
| | Arkadiy | | Dubovoy | | |

| DOB (mm/dd/yyyy) | Deceased | DOD (mm/dd/yyyy) | Tax Id Type | Tax ID Number | Tax ID applied For |
|---|---|---|---|---|---|
| ▓964 | ○ Yes ○ No | | ● SSN ○ EIN | ▓-6147 | ☐ |

| Marital Status | Gender | Tax ID Application Type | Tax ID Application Date | Preferred FA Number |
|---|---|---|---|---|
| MARRIED | ○ M ○ F | | | |

☐ **Officer or Director**

| | Officer & Director Reason | Party / Family has Special Needs |
|---|---|---|
| | | |

| Source of Relationship | Referral Name | Referral Relationship to Client |
|---|---|---|
| -Select- | | |

| Tax Residency Country |
|---|
| UNITED STATES OF AMERICA |

### Verification of Client information

| Method of Verification | Method of Verification Description | Method of Verification Date |
|---|---|---|
| Documentary | Verified - IDV (Experian) | 7102012 |

| Country of Citizenship | Country of  Dual Citizenship | Country of Residence |
|---|---|---|
| UKRAINE | | UNITED STATES OF AMERICA |

| Is Greencard in hand? | If No,obtain copy of Passport or National ID | Other ID Name | Passport/ID Number | Passport /ID Type |
|---|---|---|---|---|
| ● Yes ○ No | | | ▓3743 | STANDARD PASSPORT |

| Passport / ID Country of Issue | Passport / ID State of Issue | Passport/ID Date of Issue | Passport/ID Date of Expiration |
|---|---|---|---|
| UKRAINE | | 8282009 | 8282019 |

### Spouse Information

| Select Party |
|---|
| |

| Title/Prefix | First Name | Middle Name | Last Name | Employment Status |
|---|---|---|---|---|
| | | | | |

| Name of Employer |
|---|
| |

### children Information

| Number of Dependent Children |
|---|
| |

## Legal Status Verification

### Non Documentary Verification Results

| Primary response Code | Primary response Description |
|---|---|
| | |

| Applicant IP Address | ▓2.114 | Identity Data Validation | Exact Match |
|---|---|---|---|

## Contact Information

### Residential Address

| Country | UNITED STATES OF AMERICA |
|---|---|
| c/o | |
| Attn: | |
| Address Line 1 | 3374 CEDAR FARMS CT |
| Address Line 2 | |

| City | ALPHARETTA | State | GEORGIA |
|---|---|---|---|
| Postal Code | 30004-3223 | | |

☐ Bypass Address Check

### Telephone and E-mail

| Phone #1 Type | Phone #1((999)999-9999) | Phone #2 Type | Phone #2(Optional) | Phone #3 Type | Phone #3 (Optional) |
|---|---|---|---|---|---|
| Business | ███████7771 | | | | |
| E-mail Address Type | E-mail Address | | Preferred Contact Time | | |
| HOME | DUBOVOY1@GMAIL.COM | | | | |

## Client Preferences & Services

☒ MLOL Service

### Professional Alliance Group

| Professional Allowance Firm | Professional Allowance Firm ID |
|---|---|
| Affinity Relationship Service Please Select | Member Number |

### Mailing Preferences
Address Selection

| Address | Mailing Address - 3374 CEDAR FARMS CT, ALPHARETTA, GA, 30004-3223, UNITED STATES OF AMERIC |
|---|---|
| FA Preferred E-mail Address | HOM - DUBOVOY1@GMAIL.COM |

| Mail Type | Delivery Preferences | Address |
|---|---|---|
| Account Statement ☐ Daily Activity  Delaware Statement Frequency  Please Select | ○ eDelivery  ○ Paper | |
| Performance Reporting | ○ eDelivery  ○ Paper | |
| Trade Confirmation Delivery | ○ eDelivery  ○ Paper | |
| Shareholder Communication | ○ eDelivery  ○ Paper | |

| Prospectus Delivery | | |
|---|---|---|
| | ○ **eDelivery** | |
| | ○ **Paper** | |

| Tax Reporting | | |
|---|---|---|
| | ○ **eDelivery** | |
| | ○ **Paper** | |

| Service Notice | | |
|---|---|---|
| | ○ **eDelivery** | |
| | ○ **Paper** | |

## Employment Information

| Employment Status | Is the account holder employed by: | Employer Name | Number of Years Employed |
|---|---|---|---|
| BUSINESS OWNER | Please Select | APD DEVELOPERS | 15 |

| Occupation Type | Occupation | Occupation 'Other' Description |
|---|---|---|
| Sales | REAL ESTATE | |

| Employer's Phone Number | Industry | If Industry is Miscellaneous, explain here |
|---|---|---|
| | | |

| Position/Title | If Retired, name of former employer | Retirement Date |
|---|---|---|
| | | |

| Family Member employed by SRO | Family Member Employer Name | | |
|---|---|---|---|
| Please Select | | ☐ Firm Employee Privileges Apply | ☐ This individual Control Person |

| Spouse Employed by SRO | Spouse SRO Employer |
|---|---|
| Please Select | |

| Company Symbol | Company Name | Annual Salary | Range |
|---|---|---|---|
| | | 0 | Please Select |

| Address Line 1 | 6495 shiloh rd |
|---|---|
| Address Line 2 | |

| City | alpharetta | State | GEORGIA |
|---|---|---|---|
| Postal Code | 30004 | | |

## Financial Information

| Household Annual Income | Range | Investable Assets | Range | Estimated Household Net Range Worth | Range |
|---|---|---|---|---|---|
| 0 | $1,000,000 - $2,999,99 | 0 | $3,000,000 - $4,999,99 | 0 | $5,000,000 - and over |

| Liabilities | Range | Source of Income | Source of Income is Other, Description |
|---|---|---|---|
| 0 | Please Select | Employment Income | |

| Residence | Years at Residence | Source of Wealth | Source of Wealth Additional Information |
|---|---|---|---|
| ○ Own   ○ Rent | 0 | REAL ESTATE INVESTING | |

### Product Experience

Product Experience (Check all that apply, or check None):
☒ Mutual Funds  ☐ Limited Partnerships  ☒ Options  ☒ Equities  ☒ Bonds  ☐ Futures  ☐ None

| Federal Tax Rate (highest marginal) |
|---|
| |

| Trading Experience | Trading Frequency | Year Began Investing |
|---|---|---|
| ○ Cash   ● Margin   ○ None | | 2002 |

**Enhanced Due Diligence**

☐ **Politically exposed person.**

| Politically Exposed Person Status | Politically Exposed Person Reason |
|---|---|
|  |  |

☐ **A Beneficial Owner who is a Non-US Citizen with accounts in aggregate that are greater than $1 million (US) dollars**

| Last  Approval | KYC Comments |
|---|---|
|  |  |

# Mailing Preferences

## Primary Mailing Preferences

### STENCIL

ARKADIY DUBOVOY

3374 CEDAR FARMS CT

ALPHARETTA GA 30004-3223

### MAILING LABEL

ARKADIY DUBOVOY

3374 CEDAR FARMS CT

ALPHARETTA GA 30004-3223

### Address Selection

| Address | Mailing Address - 3374 CEDAR FARMS CT, ALPHARETTA, GA, 30004-3223, UNITED STATES OF AMERICA |

| Email Address | HOM - DUBOVOY1@GMAIL.COM |

| Mail Type | Delivery Preferences | Address |
|-----------|---------------------|---------|
| Account Statement | ☐ Daily Activity Statement   Link Account | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Performance Reporting | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Trade Confirmation Delivery | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Shareholder Communication | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Prospectus Delivery | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Tax Reporting | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Service Notice | ● eDelivery ○ Paper | HOM - DUBOVOY1@GMAIL.COM |
| Dividend Distribution | ☐ Daily ☐ Monthly | |

## Account Details

| Account Nickname | Account Risk Factor | Account Investment Objectives | Account Investor Profile -Select- | Time Horizon | Liquidity Needs |
|---|---|---|---|---|---|

Trade Type
- ○ Cash   ● Margin

## Account Classification

### Fees & Payments

Dividend Distribuiton
Hold Dividend in account

### Services

☐ Affinity Relationship Services

| Affinity GRP ID | MBR Number |
|---|---|

☐ Class Action Settlement Services

☐ Security Lending

| Security Lending Rate | Eligible Investor | Affiliate/Restricted Shares | Mail Agreement |
|---|---|---|---|

☐ Trust Administrative Advantage Services

| Wrap Fee | Principal & Income | Fee Principal | Fee Income |
|---|---|---|---|

☐ 9/11-USG Finqancial  Advice Service

☐ ML Plan

Non-US member

### Features

☐ Exxon

☐ Tobacco

### Preferences

☐ Confidential Trait

Statement Frequency

## Banking Features

**Services**

☐ Accelerated Access To Assets

**Money Funds**

☒ Funds

**Visa Card Selection**

○ Access

**Check Writing Materials**

☐ Checks
☐ Order Check Spec Sheet

**Electronic Services**

☐ Direct Deposit
☐ Fund Transfer

**Online Services**

☒ Order Entry
☐ Web Bill Pay

## Money Fund Sweep Selection

Will eligible statement link assets exceed $250,000?   ○ Yes   ◉ No

| Disbursement Priority | Fund Description | Subscription Amount |
|---|---|---|
| 1 | DCDA - BANK DEPOSITS | |
| | Total Subscription Amount | 0 |

## Merrill Lynch Online (MLOL)

**Online Linking**

Link to 10x          Link to UFID

☒ Create New Link

☐ Select all link groups

☐ None

Address Selection

| Delivery Methods | Debit  Client | Billing # | Notes |
|---|---|---|---|
| 1ST CL | ○ Yes  ○ No | | |

## Regulatory / Anticipatory Information

### Source Of Deposit

☐ Good Faith Deposit Waived

| Deposit Type | Deposit Amount | If Securities, Company Symbol | Buy/Sell Quantity |
|---|---|---|---|
| ○ Securities  ○ Money | 0 | | |

| Source Of Assets/Deposits | If Source of Assets/Deposits is Other, Description |
|---|---|
| -SELECT- | |

### Purpose Or Expected Use

| | | | |
|---|---|---|---|
| ☐ Derivatives | ☐ Futures | ☐ Mutual Funds | ☐ Private Placement | ☐ Equities | ☐ Hedge Funds | ☐ Unit Trusts |
| ☐ Cash Management | ☐ Fixed Income | ☐ Limited Partnerships | ☐ Structured Products | ☐ Foreign Exchange | ☐ Options | ☐ Other |

### Derivatives

☐ Equity    ☐ Index    ☐ Currency    ☐ Interest Rate    ☐ Commodity

### Anticipatory Profiling

| | Incoming # | Incoming $ Amt. | Outgoing # | Outgoing $ Amt. |
|---|---|---|---|---|
| Annual Domestic Wires | -Select- | 0 | -Select- | 0 |
| Annual International Wires | -Select- | 0 | -Select- | 0 |

## FA Attestations Section of Regulatory Review

**Patriot Act**

☒ Client has been advised that the information provided herein may be used to verify their identity.

**Privacy Pledge (SEC Requirement)**

○ Client agreed to receive the Privacy Pledge with the New Account Welcome Package.

◉ Privacy Pledge was delivered to Client on: (mm/dd/yyyy)

07/10/2012

**Disclose Name and Address**

Does the client authorize Merrill Lynch to disclose their name, address, and securities positions to corporate issuers under a SEC rule designed to permit issuers to communicate directly with non-objecting owners?

◉ Yes    ○ No

☐ Available primary money account sweep options have been discussed with the Client(s)

## Approval Signatures

### Approval Signatures

*I, the manager indicated below, have fully reviewed all client and account level information enclosed in this document and hereby certify that, to the best of my knowledge, it is accurate based on the client(s) responses and preferences.*

| Client eSignature(s) | Date |
|---|---|
| Client1  Arkadiy Dubovoy | 07/12/2012 09:19 AM |
| Client2 | |
| Client3 | |
| Client4 | |

| Manager | Date |
|---|---|
| **Signed By** Pacheco BUN 7620 | 07/12/2012 |

## Notes History

| Created Date Time | Status | Boss Id | Last Name | Notes |
|---|---|---|---|---|
| 07/12/2012 09:19 AM | COMPLETED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | COMPLETED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | COMPLETED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | POST_CREATED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | POST_CREATED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | CREATED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | CREATED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | APPROVED | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | PEND_AMR | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | PEND_AMR | BUN 7620 | Pacheco | |
| 07/12/2012 09:19 AM | PEND_PRINCIPAL_RE | BUN 7620 | Pacheco | Margin Approved |
| 07/12/2012 09:19 AM | PEND_PRINCIPAL_RE | BUN 7620 | Pacheco | |
| 07/12/2012 09:18 AM | PEND_PRINCIPAL_RE | BUN 7620 | Pacheco | Margin Approved |
| 07/12/2012 09:04 AM | PEND_PRINCIPAL_RE | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_NAT_REVIEW | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_NAT_REVIEW | BUN 8705 | Canales | |
| 07/12/2012 09:04 AM | PEND_NAT_REVIEW | BUN 8705 | Canales | entered dated. auto pr. jmc 7/12/12 |
| 07/12/2012 09:02 AM | PEND_NAT_REVIEW | BUN 8705 | Canales | Value Added For Passport/ID Issue Date As '08/28/2009' |
| 07/12/2012 09:02 AM | PEND_NAT_REVIEW | BUN 8705 | Canales | Value Added For Passport/ID Expiry Date As '08/28/2019' |

| 07/12/2012 09:02 AM | PEND_NAT_REVIEW | BUN 8705 | Canales | |
| 07/12/2012 08:52 AM | PEND_NAT_REVIEW | BUN 7620 | Pacheco | |
| 07/12/2012 08:52 AM | PEND_PRINCIPAL_RE | BUN 7620 | Pacheco | Missing PP date of issue and expiration date. |
| 07/12/2012 08:52 AM | PEND_PRINCIPAL_RE | BUN 7620 | Pacheco | |
| 07/12/2012 08:04 AM | PEND_PRINCIPAL_RE | BUN 8705 | Canales | |
| 07/12/2012 08:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 08:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 08:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 08:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 08:04 AM | PEND_APR | BUN 8705 | Canales | |
| 07/12/2012 08:04 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | |
| 07/12/2012 08:00 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | |
| 07/12/2012 08:00 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | received pp and gc. updated pp info on wip, sent to pr. auto pr. jmc 7/12/12 |
| 07/12/2012 07:58 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | Value Added For Passport/ID Country of Issue As '804' |
| 07/12/2012 07:58 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | Value Added For Passport/ID Type As 'SP' |
| 07/12/2012 07:58 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | Value Added For Green Card in Hand As 'Y' |
| 07/12/2012 07:58 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | Value Added For Passport/ID # As 'p0843743' |
| 07/12/2012 07:58 AM | PEND_NIGO_CALL1 | BUN 8705 | Canales | |
| 07/11/2012 09:37 AM | PEND_NIGO_CALL1 | BUN 3730 | Marrs | |
| 07/11/2012 09:37 AM | PEND_NIGO_CALL1 | BUN 3730 | Marrs | |
| 07/11/2012 09:37 AM | PEND_NIGO_CALL1 | BUN 3730 | Marrs | |
| 07/11/2012 09:37 AM | PEND_NIGO_CALL1 | BUN 3730 | Marrs | |
| 07/11/2012 09:37 AM | PEND_NIGO_CALL1 | BUN 3730 | Marrs | |
| 07/11/2012 09:37 AM | PEND_NAT_REVIEW | BUN 3730 | Marrs | Arkadiy will need to provide copies of passport and green card. No docs on file w/acct (5ba-42e26). IDV exact match. Nigo 1 |
| 07/11/2012 09:37 AM | PEND_NAT_REVIEW | BUN 3730 | Marrs | |
| 07/10/2012 02:47 PM | PEND_NAT_REVIEW | BUN 8692 | Millar | |

| 07/10/2012 02:47 PM | PEND_PRINCIPAL_RE | BUN 8692 | Millar | Client is RA additional docs are required. |
|---|---|---|---|---|
| 07/10/2012 02:47 PM | PEND_PRINCIPAL_RE | BUN 8692 | Millar | |
| 07/10/2012 12:19 PM | PEND_PRINCIPAL_RE | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | PEND_APR | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | PEND_APR | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | PEND_APR | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:19 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:18 PM | CREATED | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:18 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:18 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:18 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:17 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:17 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:17 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:15 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:15 PM | PENDING | BWEB1111 | MLDCLIENT | |
| 07/10/2012 12:15 PM | PENDING | BWEB1111 | MLDCLIENT | WIP Created |

EXHIBIT 23





SF1000

Account #: ▮▮▮0584

# BROKERAGE ACCOUNT APPLICATION

Branch Address: 3710 Old Milton Pkwy, Ste 103
Alpharetta, GA 30005

Branch Phone Number: 678-762-0410
Branch 800 Number: 877-716-1980
Branch Fax Number: 678-762-0411

## Account Information

| | |
|---|---|
| Account Type: | Individual |
| Trading Type: | Internet |
| Margin Borrowing: | No |
| Options Trading: | No |
| Referred By: | |

## Applicant Information

| | |
|---|---|
| Name: | Arkadiy Dubovoy |
| E-mail Address: | Leonard4m@gmail.com |
| Home Phone: | ▮▮▮-3476 (Primary) |
| Work Phone: | 404-925-3476 |
| Cell Phone: | |
| Fax Number: | |
| Date of Birth: | ▮▮/1964 |
| Social Security Number: | ▮▮▮-6147 |
| Applicant Street Address: | 3374 Cedar Farms Ct<br>Alpharetta, GA  30004-3223 |
| Applicant Mailing Address: | 3374 Cedar Farms Ct<br>Alpharetta, GA  30004-3223 |

## Applicant Citizenship

| | |
|---|---|
| Are you a U.S. citizen? | No |
|   Country of Citizenship: | UA |
| Are you a U.S. permanent resident? | Yes |
|   Alien Registration Number: | ▮▮60681 |
|   Visa Type: | |

| Applicant Employment Information | |
|---|---|
| Status: | Employed |
| Occupation: | Construction |
| Employer: | APD Custom Homes |
| Employer Address: | 3421 Preston Pointe Way<br>Cumming GA, GA 30041 |

**Applicant Regulatory Information**

Is any applicant employed by or affiliated with a securities firm, a securities exchange, or the NASD?
  Name and Address of Compliance Department:

Yes ☐   No ☒

Is an applicant a "control person" or "affiliate" of a public company as defined by the SEC?

  Company Name:

  Trading Symbol:

Yes ☐   No ☒

Is any applicant or member of immediate family or business associate a senior foreign political official?

Yes ☐   No ☒

**Electronic Delivery**

Electronic Delivery of Account Statements:     Yes

Electronic Delivery of Trade Confirmations:     Yes

**Broker Assisted Trading**     (Traditional Accounts Only)

Mail or Hold Proceeds:

Mail or Hold Dividends:

I certify under penalties of perjury (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien). The IRS does not require your consent to any provision of this agreement other than the certification required to avoid back-up withholding.

☐   I have been notified by the IRS that I am subject to backup withholding.

**By signing this agreement I acknowledge that I have received, read and agree to abide by the terms of the accompanying Brokerage Account Agreement which contains a pre-dispute arbitration clause at paragraph 29.**

_/ /, / /. / /._

Date

_Applicant_

---

**MARGIN AGREEMENT - ALSO SIGN BELOW ONLY IF YOU DESIRE A MARGIN ACCOUNT**
By signing this agreement I acknowledge that I have received and read the accompanying Brokerage Account Agreement Paragraphs 53 through 58, and addendum 7, and agree to be bound by the terms and conditions described therein.

---

Date

Applicant

11/11/2011 2:12:13 PM     25540584-18     10C     10305209     Page 2 of 2

EXHIBIT 24



BEGIN FORM - Terms and Conditions Effective Wednesday, February 12, 2014 at 14:31:26





| For Internal Use Only | |
|---|---|
| Account Number: | ▆▆▆ 751 |
| Type: | Individual |
| Registration: | Cash & Margin |
| Date Promoted: | 12/16/2010 00:20 |
| Principal Approving: | MIKE REGAN |
| Branch ID: | ATL 92480 |
| Referrer: | direct |
| Ad Code: | WEB |
| Offer Code: | 187 |

**Mailing Address**
Standard Delivery:          PO Box 2760, Omaha, NE 68103-2760
Overnight:                  200 S. 108th Ave, Omaha, NE 68154-2631
Fax:                        866-468-6268

**New Account Information**
Type:                       Individual
Registration:              Cash & Margin
Receive Corp. Communications:   No
E-mail Address:            DUBOVOY1@GMAIL.COM
Account Statement:         Monthly Electronic
Trade Confirmation:        Electronic
Funding:                   Wire
Sweep Vehicle:             IDA (FDIC) Product

**Account Owner**
Name:                       MR ARKADIY DUBOVOY
Street Address:            3374 CEDAR FARMS CT
                           ALPHARETTA, GA 30004-3223
                           UNITED STATES OF AMERICA
Marital Status:            Single
Home Phone:                ▆▆6657771
Social Security Number:    ▆▆▆2-6147
Date of Birth:             1▆▆/1964
Mother's Maiden Name:      BABENKO
Citizenship:               US Citizen/Permanent Resident
Employment Status:         Employed
Occupation:                PRESIDENT
Employer:                  APD DEVELOPERS INC.
Employment Address:        6495 SHILOH ROAD SUITE 400
                           ALPHARETTA, GA 30004
                           UNITED STATES OF AMERICA
Corporate Affiliation:     No
NASD Affiliation:          No

**Financial Questionnaire**
Income:                     $250,000+
Networth:                   $2,000,000+
Liquid Networth:           $2,000,000+
Number of Dependents:      3

---

### CASH & MARGIN AGREEMENT

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding and (3) I am a U.S. person (including a resident alien); provided, however, if I am a nonresident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a W-8BEN Form. if I have been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.

I have received and read the "Client Agreement", which is incorporated by this reference, that will govern my account. I agree to be bound by this Client Agreement, as amended from time to time, and request an account to be opened in the names(s) set forth below.

**The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement the parties agree to be bound by the terms of the agreement including the arbitration agreement located in section 12 of the Client Agreement.**

**Important Information about procedures for opening a new account:**
**To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.**

**What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.**

**The IRS does not require your consent to any provision of this document other than the certification required to avoid backup withholding.**

_____          X_____
      Date                MR ARKADIY  DUBOVOY
                          Account Number ▆▆▆4751

**For Introducing Broker use only**

_____          _____
        R.R. - Gen. Prin.                       Date

**For *TD Ameritrade Clearing, Inc.*   use only**
Margin account approval (initial & date):          New Accounts Opened By (initial & date):

Account Number: ██████ 4751

**END FORM - Terms and Conditions Effective Wednesday, February 12, 2014 at 14:31:26**

EXHIBIT 25



# Business Account Application

PO Box 2760 ▪ Omaha, NE 68103-2760
Fax: 816-243-3769

**Questions? Call a New Accounts representative at 800-276-8746.**

RECEIVED
SEP 9 2011
BY

## 1. TYPE OF ACCOUNT (Please select only one. Additional paperwork may be required.)

☑ **Corporate** – if this is an S-Corporation, please check here ☐
☐ **Non-Incorporated Organization**
☐ **Sole Proprietorship** *(proof of filing of assumed name is required)*

## 2. FUNDING YOUR ACCOUNT

Please consult the TD Ameritrade Account Handbook for funding guidelines.

I will be funding with:

☑ A check. **Please make check payable to TD Ameritrade.**
☐ A wire transfer to be initiated after account opening. Please contact TD Ameritrade prior to initiating the wire transfer.
☐ A transfer of assets from an existing account. Please complete and include an Account Transfer Form and a copy of your most recent statement.
☐ A transfer from an existing TD Ameritrade account. Please complete and include an Internal Transfer Form.
☐ Stock certificates. Please contact TD Ameritrade prior to submitting certificates.

## 3. ENTITY INFORMATION

**Title of Entity:** Apd Developers Inc.

**Tax ID Number:** *(U.S. Social Security Number, if applicable)* ▮▮▮▮9498

**Date of Formation** *(MM-DD-YYYY)* 09-04-1997

**Contact Name:** Arkadiy Dubovoy

**Business Address:** *(no PO box or mail drop)* 6495 Shiloh Rd Ste 400

**City:** Alpharetta  **State:** GA  **ZIP Code:** 80005

**Mailing Address:** *(if different from above)*

**City:**  **State:**  **ZIP Code:**

**Primary Phone:** 678-845-0394  **Secondary Phone:** ▮▮▮-7771  **Fax Number:**

**Email Address** *(required for electronic delivery of your account statement and trade confirmations)*: dubovoy.01@gmail.com

☑ U.S. Entity  ☐ Foreign Entity – Country of Formation *(complete appropriate Form W-8)*  **State/Province of Formation:** GA

**Meeting/Resolution Date:** *(MM-DD-YYYY)* 07-04-1997

**Nature of Business:** Commercial developer.

If this entity is a publicly traded company, please specify the stock symbol:

## 4. AFFILIATIONS

☐ Check here if any Officer, any member of their immediate family, or any business associate of theirs is a senior political figure (SPF). Specify the name of the Officer/Authorized Agent, the name of the SPF, political title, relationship to the Officer and country of office.

☐ Check here if any Officer is a director, 10% shareholder or policy-making officer of a publicly traded company. Specify the name of the Officer, the company ticker symbol, name, address, city and state/province:

☐ Check here if any Officer is licensed or employed by a registered broker/dealer, securities exchange or member of a securities exchange. We must receive a compliance letter along with this application. Specify the name of the Officer:



Page 1 of 4

TDA 1086 A 02/11

## 5. PRESIDENT OR SOLE PROPRIETOR INFORMATION

☑ I am the sole officer.

**Full Legal Name:** Arkadiy Dubovoy

**Date of Birth (MM-DD-YYYY):** ████-1964

**U.S. Social Security Number (SSN)\*:** ████-6147

**Home Address (no PO box or mail drop):** 3374 Cedar Farms Ct

**City:** Alpharetta **State:** GA **ZIP Code:** 30004

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student

**Source of income (if retired or unemployed):**

**Employer Name:** Apd Developers Inc.

**Occupation/Type of Business:** developer

**Employer Street Address:** 6495 Shilon Rd Ste 420

**City:** Alpharetta **State:** GA **ZIP Code:** 30005

## 6. VICE PRESIDENT INFORMATION

**Full Legal Name:**

**Date of Birth (MM-DD-YYYY):**

**U.S. Social Security Number (SSN)\*:**

**Home Address (no PO box or mail drop):**

**City:** **State:** **ZIP Code:**

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student

**Source of income (if retired or unemployed):**

**Employer Name:**

**Occupation/Type of Business:**

**Employer Street Address:**

**City:** **State:** **ZIP Code:**

## 7. TREASURER INFORMATION

**Full Legal Name:**

**Date of Birth (MM-DD-YYYY):**

**U.S. Social Security Number (SSN)\*:**

**Home Address (no PO box or mail drop):**

**City:** **State:** **ZIP Code:**

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student

**Source of income (if retired or unemployed):**

**Employer Name:**

**Occupation/Type of Business:**

**Employer Street Address:**

**City:** **State:** **ZIP Code:**

\*If none, please submit a photocopy of your passport.

TOA 1086 A 02/11

## 8. TRADE CONFIRMATIONS AND ACCOUNT STATEMENTS

You will receive monthly account statements and trade confirmations electronically, unless you make a selection below. If a valid email address is not provided, you will receive a quarterly paper statement or a monthly paper statement. Certain types of accounts or activity (such as options trading) require a monthly statement, either electronically or via U.S. mail. You will be responsible for any fees that apply. Accounts with a total liquidation value of $100,000 or an average of five trades per month over a three-month period are eligible to receive free paper statement and confirmation delivery.

**Please note:** If you elected to receive either electronic statements or electronic confirmations, you will receive shareholder information electronically when available.

| Account Statement: | ☑ Electronic Monthly | ☐ Paper Monthly ($2 fee may apply each month) | ☐ Paper Quarterly ($2 fee may apply each quarter) |
|---|---|---|---|
| Trade Confirmation: | ☑ Electronic | ☐ Paper ($2 fee for each confirmation may apply) | |

☐ Unless I have checked this box, TD Ameritrade will provide my name to corporations whose securities I hold in my account for the purpose of additional corporate communications.

## 9. INVESTMENTS PERMITTED

The undersigned certify that the entity may open a brokerage account and enter into purchases and sales of securities in a cash account as well as other types of transactions indicated below:

☑ **Margin**  **Options:** ☑ Write covered calls, write cash-secured puts  ☑ Create spreads
☑ Purchase options  ☑ Write uncovered options

## 10. FINANCIAL INFORMATION

Please provide all of the following financial information. Financial information is based on the entity. **All qualified accounts are opened as margin accounts.** A margin account allows you to borrow from TD Ameritrade against certain securities as your collateral. A decline in the value of your securities may require you to provide additional funds, or force the sale of securities in your account. Selling short can expose you to potentially unlimited risk. To learn more about the potential benefits of margin borrowing and the associated risks involved, read the Margin Account Handbook.

☐ Check this box to decline margin privileges and open the account as cash-only.

| Annual Income: | ☐ $0-$24,999 | ☐ $25,000-$49,999 | ☐ $50,000-$99,999 | ☑ $100,000-$249,999 | ☐ $250,000+ |
|---|---|---|---|---|---|
| Approximate Net Worth: (not including residence) | ☐ $0-$14,999 ☐ $250,000-$499,999 | ☐ $15,000-$49,999 ☐ $500,000-$999,999 | ☐ $50,000-$99,999 ☐ $1,000,000-$1,999,999 | ☐ $100,000-$249,999 ☑ $2,000,000+ | |
| Approximate Liquid Net Worth: (cash stocks, etc.) | ☐ $0-$14,999 ☐ $250,000-$499,999 | ☐ $15,000-$49,999 ☐ $500,000-$999,999 | ☐ $50,000-$99,999 ☐ $1,000,000-$1,999,999 | ☐ $100,000-$249,999 ☑ $2,000,000+ | |

## 11. OPTIONS ACCOUNT

By completing Section 11, we are requesting an options account to be opened. Due to the risks involved in options, we understand you are required to obtain the following information. The Financial Information section must be completed to be considered for options.

### ENTITY INFORMATION

| Number of Dependents: | | | | | |
|---|---|---|---|---|---|
| Funds Available for Options Trading: | ☐ $0-$1,999 | ☐ $2,000-$4,999 | ☐ $5,000-$19,999 | ☐ $20,000-$49,999 | ☑ $50,000+ |
| Years of Investment Experience: | ☐ Less than 1 | ☐ 1-2 | ☐ 3-5 | ☐ 6-9 | ☑ 10+ |
| Investment Knowledge: | ☐ Limited | ☐ Good | ☑ Extensive | ☐ Professional trader | |
| Average Transaction Size: | ☐ Under $1,000 | ☐ $1,001-$2,000 | ☐ $2,001-$5,000 | ☑ Over $5,000 | |
| Number of Transactions Per Year: | ☐ Fewer than 10 | ☐ 10-19 | ☐ 20-49 | ☑ 50+ | |
| Types of Transactions: (Check all that apply) | ☑ Stocks | ☑ Bonds | ☑ Options | | |
| What Are Your Options Investment Objectives? (Check all that apply) | ☑ Growth | ☑ Speculation | ☑ Income | ☐ Conservation of Capital | |

| What Type of Activity Do You Plan to Conduct In Your Options Account? | ☐ Tier 1 - Covered | ☐ Tier 2 - Standard Cash | ☐ Tier 2 - Standard Margin | ☑ Tier 3 - Advanced |
|---|---|---|---|---|
| | Write covered calls Write cash-secured puts | Purchase options Write covered calls Write cash-secured puts | Create spreads Purchase options Write covered puts Write covered calls Write cash-secured puts **Requires Margin Account** | Write uncovered options Create spreads Purchase options Write covered puts Write covered calls **Requires Margin Account** |

## 12. CASH SWEEP VEHICLE CHOICES (Please select only one.)

We offer you choices in managing all aspects of your portfolio. This includes offering different programs to earn interest on the cash in your account through our Cash Balance programs. See the Client Agreement for a complete description of the Cash Sweep program. **If you do not make a selection, your cash balances will be swept to the TD Ameritrade FDIC Insured Deposit Account. Other sweep choices are available for clients with a household value greater than $500,000 and cash balances of more than $100,000.**

☐ TD Ameritrade FDIC Insured Deposit Account (IDA)
☑ TD Ameritrade Cash (Protected by the Securities Investor Protection Corporation (SIPC))

TDA 1086 A 02/11

## 13. ACCOUNT AGREEMENT

In this agreement, "Account Owner," "I" and "my" refer to the entity for which this account is established and/or the natural person(s) authorized to represent and act on behalf of the entity. Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number, (2) that I am not subject to backup withholding, and (3) that I am a U.S. person (including a resident alien); provided, however, if I am a nonresident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a Form W-8BEN. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification. I acknowledge that I have received and read the "Client Agreement," available at www.tdameritrade.com or by calling 800-276-8746, that will govern my account. I agree to be bound by the Client Agreement which may be amended from time to time and which is incorporated by this reference. I release and agree to indemnify and hold harmless TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") from any and all liability and claims for damages resulting from any action taken pursuant to this Agreement. By my signature below, I attest that I am of legal age to contract and that the information contained in this application is true and correct. I hereby request, subject to acceptance by TD Ameritrade, an account be opened in the name(s) set forth above. **The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement, the parties agree to be bound by the terms of the agreement, including the arbitration agreement located in Section 12 of the Client Agreement.** All securities, dividends and proceeds will be held at TD Ameritrade Clearing, Inc. unless otherwise instructed. I understand that TD Ameritrade may obtain a current consumer or credit report to determine my eligibility, or continuing eligibility, for credit or for other legitimate business purposes. Any decision to extend credit may be based on information contained in a consumer or credit report, as well as the policies of TD Ameritrade Clearing, Inc. I understand that TD Ameritrade may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit reporting agencies. Upon my request, TD Ameritrade shall inform me of each consumer or credit reporting agency from which they have obtained and/or reported my consumer or credit report. TD Ameritrade agrees to notify the consumer or credit reporting agencies if I dispute the completeness or accuracy of the information furnished by TD Ameritrade. By my signature below, I authorize TD Ameritrade to obtain consumer or credit reports for the name(s) set forth below. I understand that non-deposit investments purchased through TD Ameritrade are not insured by the Federal Deposit Insurance Corporation (FDIC), are not obligations of or guaranteed by any financial institution and are are subject to investment risk and loss that may exceed the principal invested. **Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents. The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding. All Authorized Agents and Officers must provide their signatures below.**

If an options account has been requested, we (Authorized Agents) agree to abide by the rules of the listed options exchanges and the Options Clearing Corporation, and will not violate current position and exercise limits. We are aware of the risks involved in options trading and represent the fact that the Entity is financially able to bear such risks and withstand options-trading losses.

If this is a Sole Proprietorship account, I certify that I am engaged in business under the assumed name, tax ID, and address listed in Section 3 of this application. I am the sole proprietor of the business so conducted, and no other person, partnership or corporation has any ownership interest therein. All securities and other property in the name of the sole proprietorship are owned solely by me.

| | | |
|---|---|---|
| X President's Signature: | Date: | 09-09-2011 |
| X Vice President's Signature: | Date: | |
| X Treasurer's Signature: | Date: | |

I hereby certify I am the Secretary of the above-named corporation (or non-incorporated association) duly organized and existing under the laws of the above-named state, and that the following is a true copy of a resolution duly adopted by the board of directors of said corporation (or non-incorporated association) at a meeting held on the date stated in Section 3, at which meeting a quorum was present and acting throughout, or by unanimous consent of the board of directors, and that such resolution has not been rescinded or modified and is in full force and effect.

RESOLVED, that the President, Vice President and the Treasurer of this corporation (or non-incorporated association), or any one of such officers, are hereby fully authorized and empowered to open a brokerage account, transfer, endorse, sell, assign, set over and deliver any and all shares of stock, bonds, debentures, notes, evidences of indebtedness or other securities (including short sales) now or hereafter standing in the name of or owned by this corporation (or non-incorporated association), to purchase stocks, bonds, debentures, notes, evidences of indebtedness and other securities (on margin or otherwise), and to make, execute, and deliver, under the corporate seal of this corporation, any and all written instruments necessary or proper to effectuate the authority hereby conferred.

I further certify that the authority hereby conferred is consistent with the charter or bylaws of this corporation (or non-incorporated association). Unless indicated above that I am a sole officer, the previous is a true and correct list of the officers of this corporation (or non-incorporated association) as of the present date and a record of the officers' signatures.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of said corporation (or non-incorporated association) this date:

| | |
|---|---|
| X Secretary's Signature (or sole officer): | Date: |
| Printed Name of Secretary: | |

Investment Products: Not FDIC Insured * No Bank Guarantee * May Lose Value

TD Ameritrade, Division of TD Ameritrade, Inc., member FINRA/SIPC/NFA and TD Ameritrade Clearing, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2011 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.

TDA 1086 A 02/11

EXHIBIT 26

BEGIN FORM - Terms and Conditions Effective: Wed Jun 06 08:54:13 CDT 2012







| For Internal Use Only | |
|---|---|
| Account Number: | 3268 |
| Type: | Individual |
| Registration: | Cash, Margin, & Option |
| Referrer: | direct |
| Ad Code: | YUD |
| Offer Code: | 206 |
| Branch ID: | ATL 92480 |
| Branch Rep ID: | HLJ |

**Mailing Address**

Standard Delivery:     PO Box 2760, Omaha, NE 68103-2760
Overnight Delivery:     1005 N. Ameritrade Place, Bellevue, NE 68005
Fax:     866-468-6268

**New Account Information**

Type:     Individual
Registration:     Cash, Margin, & Option
Receive Corp. Communications:     Yes
Email Address:     dubovoy1@gmail.com
Account Statement:     Monthly Electronic
Trade Confirmation:     Electronic
Funding:     Check
Sweep Vehicle:     TD AMERITRADE FDIC Insured Deposit Account (IDA)
    (FDIC-insured/Not covered by SIPC)

**Primary Account Owner**

Name:     IGOR DUBOVOY
Street Address:     13366 FREEMANVILLE RD
    ALPHARETTA, GA 30004
    UNITED STATES OF AMERICA
Marital Status:     Married
Home Phone:     7771
Social Security Number:     7286
Date of Birth:     986
Mother's Maiden Name:     babenko
Citizenship:     US Citizen/Permanent Resident
Employment Status:     Employed
Occupation:     CEO
Employer:     Emerald Mangament
Employer Address:     13366 Freemanville Rd
    Alpharetta, GA 30004
    UNITED STATES OF AMERICA
Corporate Affiliation:     No
NASD Affiliation:     No

**Financial Questionnaire**

Income:     $250,000 +
Networth:     $2,000,000 +
Liquid Networth:     $2,000,000 +
Number of Dependents:     2

**Investment Experience**

| | |
|---|---|
| Available Option Funds: | $50,000 + |
| Years of Experience: | 10 + |
| Number of Transactions: | 50 + |
| Average Transaction Size: | Over $5,000 |
| Investment Knowledge: | Extensive |
| Types of Transactions: | Stocks |
| | Options |

**Option Agreement**

| | |
|---|---|
| Option Objectives: | Speculation |
| | Income |
| | Growth |
| Option Activities: | Write Uncovered Options |
| | Write Covered Options |
| | Create Spreads |
| | Purchase Options |

---

### CASH MARGIN OPTION AGREEMENT

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding and (3) I am a U.S. person (including a resident alien); provided, however, if I am a nonresident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a W-8BEN Form. If I have been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.

I have received and read the "Client Agreement," which is incorporated by this reference, that will govern my account. I agree to be bound by this Client Agreement, as amended from time to time, and request an account to be opened in the names(s) set forth below.

**The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement the parties agree to be bound by the terms of the agreement including the arbitration agreement located in section 12 of the Client Agreement.**

**Important Information about procedures for opening a new account:**
**To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.**

**What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.**

I hereby apply for an options account. I have received and read the "Client Agreement" that will govern my account, and agree to be bound by this client agreement as currently in effect and as amended from time to time. I am aware of the risks involved in options trading and represent that I am financially able to bear such risks and withstand options-trading losses.

---

**The IRS does not require your consent to any provision of this document other than the certification required to avoid backup withholding.**

| | |
|---|---|
| 6/6/12 | X _____ |
| Date | IGOR DUBOVOY |
| | Account Number: ████3268 |

---

**For Introducing Broker use only**

| | | |
|---|---|---|
| R.R. - Gen. Prin. | | Date |
| Option Prin. | | Date |

| | Writing Covered Options | | Purchasing Options | | Creating Spreads | | Writing Uncovered Options |
|---|---|---|---|---|---|---|---|
| ____ | | ____ | | ____ | | ____ | |

Date Options Disclosure Document mailed or given to customer: _____

**Accepted and Approved by** *TD Ameritrade Clearing, Inc.*

By: _____     Date: _____

---

**For** *TD Ameritrade Clearing, Inc.* **use only**

Margin account approval (initial & date):_____

New Accounts Opened By (initial & date):_____

Account Number: ███████3268

**END FORM - Terms and Conditions Effective: Wed Jun 06 08:54:13 CDT 2012**



EXHIBIT 27

**Subject:** Boni bbt account wires
**From:** Igor Dubovoy <dubovoy1@gmail.com>
**Received(Date):** Sat, 30 Jun 2012 17:23:05 +0300
**To:** Dad <dubovoy01@gmail.com>

Вошли

APD Developers $130,000.00
Bremen Global Assets $40,000.00
Tanigold Assets ( Паша) $64,585.00
Arkadiy Schwab ( Investment ) $200,000.00
Ameritrade ( ? Можно посчитать как инвестмеит) $119,000.00
APD Schwab $ 150,000.00
Ruckland industries (Паша Украина ???) $20,000.00
Md Company (Паша Украина ???) $248,842.56
Valyna Group (Паша Украина ???) $1,047,526.00

Toro вошло $2,019,953.56
-Akadiy invest $200,000.00
-Ameritrade invest $119,000.00
Того вошло минус инвестмеит $1,700,953.56

Ушло

Apd Developers (wire $325,00.00+check $1,015,000.00) = $1,340,000.00
Arkadiy Dubovoy $14,000.00
Schwab $130,000.00
Mangold Tradestar $20,000.00
Md Company $50,000.00
Mozaika $195,000.00
Lia Pychnenko $40,000.00
Tanigold (Паша ) $40,000.00

Того ушло $1,834,000.00

Igor Dubovoy

EXHIBIT 28

From: "OH - New Accounts" <NewAccounts@optionshouse.com>
To: "'docimaging@apexclearing.com'" <docimaging@apexclearing.com>
CC: "Paul Oldani" <poldani@optionshouse.com>, "Margaret Glennon"
<mglennon@optionshouse.com>, "Lia Roby" <lroby@optionshouse.com>, "John McCallum"
<jmccallum@optionshouse.com>
Sent: 4/3/2014 9:50:49 AM
Subject: New Accounts - 04/03/2014 - Entities

Attachments:
"20140403092831467.pdf"

7315
0944
1241
1251

_____

See http://www.peak6.com/email_disclaimer/ for terms and conditions related to this email

See http://www.apexclearing.com/email-disclaimer/ for terms and conditions related to this email

## Corporate Account Agreement

optionshouse △
P.O. Box 812
Chicago, IL 60690
PHONE: (877) 653-2500
FAX: (866) 402-2476

(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

Account Number:_____

I, ___Igor Dubovoy_____, being the Secretary of _____Boni Inc_____ hereby certify that the
annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the ___26___ day of
___March___ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon
motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED, That the President, Vice President, Treasurer, or ___Igor Dubovoy_____, or any one of such officers, be and
are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which
may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise
dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options,
warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to
enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities
related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate
seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of
corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or
cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the
following is a true and correct list of officers of this corporation as of the present date:

Title: ___Vice-President_____

| | |
|---|---|
| Name___Igor Dubovoy_____ | Signature_____ |
| SSN, FED ID, Cedula, NIT#___████-7286___ | ID Number___████6483 |
| ID Type___DL___ Expiration Date___05/31/2015___ Issued By___Georgia___ | Issued Date___08/09/2011 |
| Date of Birth___██/1986___ Residential Address___6240 Crested Moss Dr Alpharetta GA 30004 | |

Title: ___President_____

| | |
|---|---|
| Name___Arkadiy Dubovoy_____ | Signature_____ |
| SSN, FED ID, Cedula, NIT#___████-6147___ | ID Number___████0552 |
| ID Type___DL___ Expiration Date___04/18/2017___ Issued By___Georgia___ | Issued Date___04/18/2012 |
| Date of Birth___████/1964___ Residential Address___3374 Cedar Farms Ct Alpharetta GA 30004 | |

Title:_____

| | |
|---|---|
| Name_____ | Signature_____ |
| SSN, FED ID, Cedula, NIT#_____ | ID Number_____ |
| ID Type_____ Expiration Date_____ Issued By_____ | Issued Date_____ |
| Date of Birth_____ Residential Address_____ | |

optionshouse △
P.O. Box 812
Chicago, IL 60690
PHONE: (877) 653-2500
FAX: (888) 492-2478

Title:_____

Name_____Signature_____

SSN, FED ID, Cedula, NIT#_____ ID Number_____

ID Type_____ Expiration Date_____ Issued By_____ Issued Date_____

Date of Birth_____ Residential Address_____

**I certify that I am the sole officer and sole director of the aforementioned corporation.** _____

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of ___*investment*___ and represents that it is not a commodity pool operator. The Corporation is incorporated in ___*Georgia*___ and has its principal place of business in ___*Georgia*___.

          (Name of Jurisdiction)                         (Name of Jurisdiction)

**The following 3 yes or no questions must be answered:**

1. As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES_____ NO __X__;
2. or a business offering services to a shell bank: YES_____ NO __X__;
3. or a foreign bank: YES_____ NO __X__.

If so please complete and return the Certification Regarding Correspondent Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this ___*26*___ day of ___*March*___, 20__*14*__

SEAL

*No Seal*
_____
(If there is no seal, please write "No Seal"
along with your initials)

_____
Secretary (or officer authorized to act)

**** **Other Documents Required:** ****
**1. SS4 letter from the IRS**
**2. Current Articles of Incorporation**
**3. If your Articles of Incorporation do not list all members of the entity,**
**we also require a copy of your Operating Agreement**
**or Stockholder's Agreement that lists all members.**

Corporate Account Agreement - 12/09/2011 **UCOR/UCOM**                     2 of 2

From: "OH - New Accounts" <NewAccounts@optionshouse.com>
To: "'docimaging@apexclearing.com'" <docimaging@apexclearing.com>
CC: "Paul Oldani" <poldani@optionshouse.com>, "Margaret Glennon"
<mglennon@optionshouse.com>, "Lia Roby" <lroby@optionshouse.com>, "John McCallum"
<jmccallum@optionshouse.com>
Sent: 4/3/2014 9:50:49 AM
Subject: New Accounts - 04/03/2014 - Entities

Attachments:
"20140403092831467.pdf"

7315
0944
1241
1251

_____

See http://www.peak6.com/email_disclaimer/ for terms and conditions related to this email

See http://www.apexclearing.com/email-disclaimer/ for terms and conditions related to this
email

# Corporate Account Agreement

optionshouse△

P.O. Box 812
Chicago, IL 60690
PHONE: (877) 653-2500
FAX: (866) 492-2478

(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

Account Number:_____

I, ____Igor Dubovoy____, being the Secretary of _____Boni Inc_____ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the ___26___ day of ___March___ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED, That the President, Vice President, Treasurer, or ____Igor Dubovoy____, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

Title:  Vice-President _____

Name  Igor Dubovoy _____ Signature _____

SSN, FED ID, Cedula, NIT# ____-7286____  ID Number ____6483

ID Type ____DL____  Expiration Date _05/31/2015_ Issued By _Georgia_  Issued Date _08/09/2011_

Date of Birth ___1986  Residential Address ____6240 Crested Moss Dr Alpharetta GA 30004

Title:  President _____

Name  Arkadiy Dubovoy _____ Signature _____

SSN, FED ID, Cedula, NIT# ____-6147____  ID Number ____0552

ID Type ____DL____  Expiration Date _04/18/2017_ Issued By _Georgia_  Issued Date _04/18/2012_

Date of Birth ___/1964  Residential Address ____3374 Cedar Farms Ct Alpharetta GA 30004

Title: _____

Name _____ Signature _____

SSN, FED ID, Cedula, NIT# _____  ID Number _____

ID Type _____ Expiration Date _____ Issued By _____ Issued Date _____

Date of Birth _____  Residential Address _____

optionshouse △
P.O. Box 812
Chicago, IL 60690
PHONE: (877) 653-2500
FAX: (888) 492-2478

Title:_____

> Name_____Signature_____
> SSN, FED ID, Cedula, NIT#_____ ID Number_____
>
> ID Type_____ Expiration Date_____ Issued By_____ Issued Date_____
>
> Date of Birth_____ Residential Address_____

**I certify that I am the sole officer and sole director of the aforementioned corporation. _____**

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of ___*investment*___ and represents that it is not a commodity pool operator. The Corporation is incorporated in ___*Georgia*___ and has its principal place of business in ___*Georgia*___.

               (Name of Jurisdiction)                                         (Name of jurisdiction)

**The following 3 yes or no questions must be answered:**

1. As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES_____ NO **X** ;
2. or a business offering services to a shell bank: YES_____ NO **X** ;
3. or a foreign bank: YES_____ NO **X** .

If so please complete and return the Certification Regarding Correspondent Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this ___*26*___ day of ___*March*___, 20 *14*

SEAL

*No Seal*
_____
(If there is no seal, please write "No Seal"
along with your initials)

_____
Secretary (or officer authorized to act)

**** **Other Documents Required:** ****
**1. SS4 letter from the IRS**
**2. Current Articles of Incorporation**
**3. If your Articles of Incorporation do not list all members of the entity,**
**we also require a copy of your Operating Agreement**
**or Stockholder's Agreement that lists all members.**

Corporate Account Agreement - 12/09/2011 **UCOR/UCOM**

2 of 2

From: "OH - New Accounts" <NewAccounts@optionshouse.com>
To: "'docimaging@apexclearing.com'" <docimaging@apexclearing.com>
CC: "Paul Oldani" <poldani@optionshouse.com>, "Margaret Glennon"
<mglennon@optionshouse.com>, "Lia Roby" <lroby@optionshouse.com>, "John McCallum"
<jmccallum@optionshouse.com>
Sent: 4/3/2014 9:50:49 AM
Subject: New Accounts - 04/03/2014 - Entities

Attachments:
"20140403092831467.pdf"

7315
0944
1241
1251

_____

See http://www.peak6.com/email_disclaimer/ for terms and conditions related to this email

See http://www.apexclearing.com/email-disclaimer/ for terms and conditions related to this email

3/26/2014

Open an Account | OptionsHouse

**PRINT, SIGN and SEND YOUR APPLICATION**

This document may print on several pages. Please make sure you read and send us all the printed pages to expedite the opening of your account.

Send or Fax to: **OptionsHouse, LLC**
**P.O. BOX 812**
**Chicago, IL 60690**

**NEWF**

optionshouse.△

Fax Number: **(866) 492-2478**

## CORPORATE Account Application

**Primary Applicant**

| | |
|---|---|
| Pending Application Number: | ████0944 |
| Citizenship: | U.S. Citizen |
| Account Type: | Corporate, Margin , S CORPORATION |

Comments (Office Use Only)

**Personal Profile: Email Address And Security Question**

| | |
|---|---|
| Email Address: | dubovoy1@gmail.com |
| Username: | boniinc |
| Security Question: | Birthcity |
| Security Answer: | ████ |

| | |
|---|---|
| Prefix: | |
| First Name: | Igor |
| Middle Name: | |
| Last Name: | Dubovoy |
| Suffix: | |
| Social Sec. Number: | ████7286 |
| Date Of Birth: | ████1986 |
| Marital Status: | Married |
| Dependents: | 3 |
| Residential Address: | 6240 Crested Moss Dr |
| | Alpharetta, Georgia, 30004 |
| Mailing Address: | 6240 Crested Moss Dr |
| | Alpharetta, Georgia, 30004 |
| Phone (Day): | ████7771 |
| Phone (Evening): | ████-2426 |
| Fax: | |

| | |
|---|---|
| Entity Name: | Boni Inc. |
| Description: | Investing |
| President: | Igor Dubovoy |
| Phone (Primary): | ████7771 |
| Phone (Secondary): | ████2426 |
| Fax: | |
| Tax ID: | ████0419 |
| Tax Classification: | S CORPORATION |
| Entity Owner Name: | |
| Entity Owner SSN: | |
| Established Date: | May 7, 1998 |
| Address: | 6240 Crested Moss Ct |
| | Alpharetta, Georgia, 30004 |

| | |
|---|---|
| **Employment Status:** | Self Employed |
| Employer: | MI Advising Associates |
| Occupation: | President |
| Employer Address: | 1009 Branch Dr |
| | Alpharetta, Georgia, 30004 |
| Employer Country: | United States Of America |
| Associated With FINRA/Exchange Firm: | No |

*Real Estate / Stock Investor*

**Financial Profile**

| | |
|---|---|
| Annual Gross Income: | $100,001 To $250,000 |
| Net Worth: | Over $250,000 |
| Liquid Net Worth: | Over $250,000 |
| Federal Tax Bracket: | Approx. 0% To 15% |

**Investing Profile**

| | |
|---|---|
| Years Of Trading Experience: | 4 Years Of Options Trading |
| | 8 Years Of Trading Stocks |
| Avg. Trades Per Year: | 50 Options; 700 Stocks |
| Experienced Trading Online: | No |
| Investment Objectives: | Income |
| Trading Strategies: | Buy Stock And Options |
| | Trade Cash Covered Puts, Covered Calls, Protective Puts |
| | Buy Spreads |
| | Sell Spreads |
| | Sell Naked Options |

**> 10% Public Company Ownership:**

**Agreements:**
New Account Application - NEWF
Customer Account Agreement - CAGR
Customer Agreement - UMIS
Option Agreement - OPTA
Characteristics And Risks
Special Statement For Uncovered Options Writers
Short Stock Agreement - UMIS
Margin Disclosure Document - UMIS
Margin Agreement - MRGN
Corporate Account Agreement Document - UCOR/UCOM<

Open an Account | OptionsHouse

**Agreement to "Customer Agreement" and other Account Agreements:**
I (or we) hereby request that OptionsHouse, LLC, ("OptionsHouse") open an account as indicated above, and I acknowledge that I have read and understood the "Customer Agreement" and all Account Agreements that govern this account, including agreements regarding use of data and exchange quotes, and I agree to be bound by these agreements as currently in effect and as amended from time to time and posted on the OptionsHouse website. I have legal capacity to enter into and be bound by this legal contract. I agree that the information I have provided to OptionsHouse is complete, accurate, and true. Further, I agree to immediately advise OptionsHouse of any material changes to the information I have provided, including but not limited to my financial status, investment objectives, residence, employment or legal status. I agree to receive all account notices, including all confirmation of trades, by electronic means and to access my account regularly to receive such notices. I EXPRESSLY ACKNOWLEDGE THAT OPTIONSHOUSE DOES NOT MAKE RECOMMENDATIONS REGARDING INVESTMENTS, TAXES, OR LEGAL MATTERS. BY SIGNING BELOW, THE UNDERSIGNED CERTIFIES THAT THE INFORMATION CONTAINED HEREIN IS COMPLETE AND ACCURATE. **I understand that my account is governed by a pre-dispute arbitration clause contained in OptionsHouse "Customer Agreement" section #24.**

**Important Information About Procedures for Opening a New Account**
To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask you to provide us with a copy of your driver's license or other identifying documents

**Foreign Jurisdictions**
Due to different tax implications and foreign securities regulations, OptionsHouse is only able to maintain accounts for customers residing outside of the United States in certain foreign jurisdictions. The list of approved foreign jurisdictions is at the sole discretion of OptionsHouse and is subject to change at any time. Customer hereby confirms the information furnished to OptionsHouse on the account application is true and accurate. Customer further agrees to contact OptionsHouse when changes to their personal information have occurred, such as email address, physical address or phone number. OptionsHouse reserves the right to request additional information of the account holder during the account sign-up process or as long as the account is held at OptionsHouse.

3/26/2014                                    Open an Account | OptionsHouse

**Options Agreement Terms**

I represent that I am aware of the inherent risks associated with options trading and that I am financially able to bear such risks and withstand options trading losses. I have read and understood the terms and conditions that govern this options account and the special risk statement for uncovered option writers, where applicable, and agree to be bound by them as currently in effect and as amended from time to time. I have also fully read and understood the disclosure document entitled Characteristics and Risks of Standardized Options issued by the Options Clearing Corporation and delivered to me by OptionsHouse, LLC either electronically or in hard copy.

**Disclosure of Name/Address on Securities You Own**

Under SEC Rule 14b-1(c), brokerage firms are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities.

_____ I object to the disclosure of such information

**Margin Account Information**

By signing below, the undersigned agrees to all terms of the Margin and Short Account Agreement ("Agreement"). The undersigned acknowledges that the undersigned's margin account securities may be borrowed by you or loaned to others. The undersigned also acknowledges receipt of a copy of this Agreement and a copy of the Margin Risk Disclosure Statement.

**Payment Instructions**

Unless otherwise instructed, you agree that securities will be held in street name, the proceeds of any securities transactions, including maturities and dividends, will be credited to your account and your available credit balances will be swept into a money market account.

**Certification of Taxpayer Number (Substitute W-9):**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because:
    a. I am exempt from backup withholding, or
    b. I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or
    c. the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____

Customer Signature, Pending Application#4ZF60944                                   Date

# NEWF

Illinois House
P.O. Box 817
Chicago, IL 60690
PHONE (877) 653-2500
FAX (866) 492-2478

# Customer Option Agreement

| BROKERS USE ONLY (Must be filled in before Penson can accept) | | TO BE COMPLETED BY MANAGER PRIOR TO OPTION TRADING: |
|---|---|---|
| | | Approved for option trading as follows: |
| Please note Date of Delivery: | | |
| 1. Characteristics and Risks of Standard Options | 3/26/14 | Covered Call Writing |
| 2. Special Statement for Uncovered Option Writers | 3/26/14 | Purchasing Options |
| | | Other Option Transactions |
| | | Approved Subject to the Following Limits |
| AE, ROP and Manager Signature | | Date   4/2/14 |

In connection with any transactions in options which have been or may be purchased, sold, exercised or endorsed for the undersigned's account with an introducing broker(s) which clears through Penson Financial Services, Inc., the undersigned agrees as follows:

1. **Definitions.** Introducing broker" means any brokerage firm which introduces security transactions on behalf of the undersigned, which transactions are cleared through you, whether one or more. "**Obligations**" means all indebtedness, debit balances, liabilities or other obligations of any kind of the undersigned to you, whether now existing or hereafter arising. "**Options**" means all types of options, including puts, calls, equity, debt, index or otherwise. "**Securities and other property**" shall include, but shall not be limited to money, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. "**You**" or "**your**" refers to Penson Financial Services, Inc.

2. **Limits.** The Undersigned shall not, acting alone or in concert with others, exceed the position/exercise limits set forth by any exchange or market or by any other regulatory authority having jurisdiction.

3. **Authority, Execution of Orders, Security Interest.** The undersigned hereby authorizes you in your discretion, should you deem it necessary for your protection for any reason, or if the undersigned dies, to buy, sell, or sell short for the undersigned's account and risk, puts, calls or other forms of option and/or to buy, sell or sell short any part or all of the underlying shares represented by options endorsed by you for the undersigned's account. Any and all expenses incurred by you in connection with such transactions shall be reimbursed by the undersigned to you. The undersigned understands and acknowledges that when transactions on the undersigned's behalf are to be executed and the options are traded in more than one marketplace you may use your discretion in selecting the market in which to enter the undersigned's order unless the undersigned specifically instructs otherwise. All monies, securities, or other property which you may hold in any account of the undersigned shall be held subject to a general lien for the discharge of the undersigned's obligations to you under this Agreement or otherwise. The decision to enter into options transactions was made entirely by the undersigned without any investment advice from Penson or the introducing broker.

4. **Notice, Exercise, Random Allocation.** The undersigned is aware of your requirements and time limitations for accepting an exercise notice and expiration date. The undersigned understands that the undersigned may not receive actual notice of exercise until the week following exercise. The undersigned bears full responsibility for taking action to exercise or sell valuable options; however, in the absence of the undersigned notifying the introducing broker to exercise a valuable options contract by 3 p.m. Central Standard Time on the last business day prior to the expiration date of the options contract, and the introducing broker instructing you to sell valuable options on the undersigned's behalf within such time, the undersigned agrees that you may exercise the options contract on the undersigned's behalf. In the event of such exercise, the profit in excess of commission costs created thereby will be credited to the undersigned's account. In the event that the commissions to be charged for such an expiration transaction exceeds the proceeds to be realized, the undersigned agrees and hereby relinquishes the undersigned's ownership in said option to you, and you may exercise such option for your own account. If the undersigned does not instruct the introducing broker to exercise the valuable option by the time stated above, and you for whatever reason, do not exercise such option on the undersigned's behalf, the undersigned hereby waives any and all claims for damage or loss which the undersigned might at the time or any time thereafter have against you arising out of the fact that the option was not exercised. The undersigned is aware that you utilize a random method of allocation for all option(s) assignments received from the Option Clearing Corporation. Exercise assignment notices for options contracts are allocated among all customers' short positions within that series. This is accomplished by a manual procedure, which randomly selects from among all customer short positions, including positions established on the day of assignment, those contracts which are subject to exercise. All American short positions are liable for assignment at any time. The undersigned understands that a more detailed description of this procedure is available upon request by the undersigned.

5. **Uncovered Options.** The undersigned agrees that in connection with any uncovered option(s) for the undersigned's account, the undersigned will not sell, during the life of such options, the underlying securities collateralizing such options, including any cash or securities which may accrue on the underlying covered securities until such options are closed, exercised or expired or the undersigned has met the collateral requirements established by you and/or the introducing broker for carrying uncovered options. The undersigned also agrees that the introducing broker and/or you, in your respective sole discretion, may refuse any order to sell such underlying securities received from the undersigned or by means of a "give up" basis through another firm unless, prior to such sale, the undersigned has met the collateral requirements established by you and/or the introducing broker for carrying uncovered options. You have the right, in your sole discretion, to permit the undersigned to apply the proceeds of such sale to such collateral requirements.

6. **Risks.** The undersigned is aware of the high degree of risk involved in options transactions and has given the introducing broker, in strict confidence, information to demonstrate that this account and the trading anticipated in connection therewith is not unsuitable for the undersigned in light of the undersigned's investment objectives, financial situation and needs, experience and knowledge. The undersigned agrees to advise the introducing broker of any changes in the undersigned's investment objectives, financial situation or other circumstances that may be deemed to materially affect the suitability of executing options transactions for the undersigned's account.

7. **Options Account Form, Disclosure Documents.** The undersigned has reviewed the contents of the options account form and represents that they are accurate. Although certain types of transactions are indicated as anticipated you and the introducing broker may execute any other types of transactions for the undersigned's account upon the

Customer Option Agreement Form - 2/6/2012   **OPTA**                                                                page 1 of 2

From: "OH - New Accounts" <NewAccounts@optionshouse.com>
To: "'docimaging@apexclearing.com'" <docimaging@apexclearing.com>
CC: "Paul Oldani" <poldani@optionshouse.com>, "Margaret Glennon"
<mglennon@optionshouse.com>, "Lia Roby" <lroby@optionshouse.com>, "John McCallum"
<jmccallum@optionshouse.com>
Sent: 4/3/2014 9:50:49 AM
Subject: New Accounts - 04/03/2014 - Entities

Attachments:
"20140403092831467.pdf"

7315
0944
1241
1251

_____

See http://www.peak6.com/email_disclaimer/ for terms and conditions related to this email

See http://www.apexclearing.com/email-disclaimer/ for terms and conditions related to this
email

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
Boni Inc.

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☒ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
6240 Crested moss Dr

Requester's name and address (optional)

City, state, and ZIP code
Alpharetta GA 30001

List account number(s) here (optional)

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

| | | | | | 0 | 4 | 1 | 9 |

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**
Signature of U.S. person ▶

Date ▶ March 26 2014

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-8 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

EXHIBIT 29



# LLC, Investment Club or Partnership Account Application

PO Box 2760 ▪ Omaha, NE 68103-2760
Fax: 816-243-3769

**Questions? Call a New Accounts representative at 800-276-8746.**

## 1. TYPE OF ACCOUNT (Please select only one. Additional paperwork may be required.)

**☑ Limited Liability Company** – By checking this box, the undersigned managing members of the below-named Limited Liability Company (LLC) duly organized under the laws of the state/province listed below hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned hereby authorize the parties listed in Section 5 ("Authorized Agents"), or any one of them, as the LLC's agents and attorneys-in-fact. If this is a single-member LLC, you must include a copy of the LLC Operating Agreement.

**☐ Investment Club** – By checking this box, the undersigned members of the Investment Club listed in Section 3 of this application hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned members hereby authorize the parties listed in Section 5 (the "Authorized Agents"), or any one of them, as their agents and attorneys-in-fact.

**☐ Partnership** – By checking this box, the undersigned general partners of a duly organized Partnership under the laws of the state/province and the name listed in Section 3 of this application hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned hereby authorize the parties listed in Section 5 of this application ("Authorized Agents"), or any one of them, as the Partnership's agents and attorneys-in-fact.

**☐ Limited Partnership** – By checking this box, the undersigned general partners of a duly organized Partnership under the laws of the state/province and the name listed in Section 3 of this application hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned hereby authorize the parties listed in Section 5 of this application ("Authorized Agents"), or any one of them, as the Partnership's agents and attorneys-in-fact.

## 2. FUNDING YOUR ACCOUNT

Please consult the TD Ameritrade Account Handbook for funding guidelines.

I will be funding with:
☐ A check. **Please make check payable to TD Ameritrade.**
☑ A wire transfer to be initiated after account opening. Please contact TD Ameritrade prior to initiating a wire transfer.
☐ A transfer of assets from an existing account. Please complete and include an Account Transfer Form and a copy of your most recent statement.
☐ A transfer from an existing TD Ameritrade account. Please complete and include an Internal Transfer Form.
☐ Stock certificates. Please contact TD Ameritrade prior to submitting certificates.

## 3. ENTITY INFORMATION

Title of Entity: M.S I Advising Associats.

Tax ID Number:
(U.S. Social Security Number, if applicable) ███████ ? 142

Contact Name: Igar Dubouy

Business Address:
(no PO box or mail drop) 13366 Freemanville Rd

City: Alpharetta   State: GA   ZIP Code: 30004

Mailing Address:
(if different from above)

City:   State:   ZIP Code:

Primary Phone:   Secondary Phone:   Fax Number:

Email Address (required for electronic delivery of your account statement and trade confirmations):

☑ U.S. Entity  ☐ Foreign Entity–Country of Formation:
(complete appropriate Form W-8)   State/Province of Formation/Organization: Georgia.

Nature of Business: Consultuy

If this entity is a publicly traded company, please specify the stock symbol:



IDA 1186 A 02/11

## 4. AFFILIATIONS

☐ Check here if any Partner/Authorized Agent, any member of their immediate family, or any business associate of theirs is a senior political figure (SPF). Specify the name of the Authorized Agent, the name of the SPF, political title, relationship to the Authorized Agent and country of office.

☐ Check here if any Partner/Authorized Agent is a director, 10% shareholder or policy-making officer of a publicly traded company. Specify the name of the Authorized Agent, the company ticker symbol, name, address, city and state/province.

☐ Check here if any Partner/Authorized Agent is licensed or employed by a registered broker/dealer, securities exchange or member of a securities exchange. We must receive a compliance letter along with this application. Specify the name of the Authorized Agent:

## 5. PARTNER/AUTHORIZED AGENT ONLY

**Full Legal Name:** Igor Dubovoy

| Date of Birth: (MM-DD-YYYY) | ▓▓▓ 1986 | U.S. Social Security Number: (SSN)* | ▓▓▓ 2286 |
|---|---|---|---|

**Home Address:** (no PO box or mail drop) 13366 Freemann Ville Rd

| City: Alpharetta C | State: GA | ZIP Code: 30004 |
|---|---|---|

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student ☒ Self-Employed | **Source of income** (if retired or unemployed):

**Employer Name:** Dawson + Dawson Associats | **Occupation/Type of Business:** Owner

**Employer Street Address:** 1007 Branch Dr

| City: Alpharetta | State: GA | ZIP Code: 30004 |
|---|---|---|

## PARTNER/AUTHORIZED AGENT ONLY

**Full Legal Name:**

| Date of Birth: (MM-DD-YYYY) | _ _ - _ _ - _ _ _ _ | U.S. Social Security Number: (SSN)* | _ _ _ - _ _ - _ _ _ _ |
|---|---|---|---|

**Home Address:** (no PO box or mail drop)

| City: | State: | ZIP Code: |
|---|---|---|

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student ☐ Self-Employed | **Source of income** (if retired or unemployed):

**Employer Name:** | **Occupation/Type of Business:**

**Employer Street Address:**

| City: | State: | ZIP Code: |
|---|---|---|

## PARTNER/AUTHORIZED AGENT ONLY

**Full Legal Name:**

| Date of Birth: (MM-DD-YYYY) | _ _ - _ _ - _ _ _ _ | U.S. Social Security Number: (SSN)* | _ _ _ - _ _ - _ _ _ _ |
|---|---|---|---|

**Home Address:** (no PO box or mail drop)

| City: | State: | ZIP Code: |
|---|---|---|

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student ☐ Self-Employed | **Source of income** (if retired or unemployed):

**Employer Name:** | **Occupation/Type of Business:**

**Employer Street Address:**

| City: | State: | ZIP Code: |
|---|---|---|

Please make additional copies if necessary.
*If none, please submit a photocopy of your passport.

TDA 1186 A 02/11

## 6. TRADE CONFIRMATIONS AND ACCOUNT STATEMENTS

You will receive monthly account statements and trade confirmations electronically, unless you make a selection below. If a valid email address is not provided, you will receive a quarterly paper statement or a monthly paper statement. Certain types of accounts or activity (such as options trading) require a monthly statement, either electronically or via U.S. mail. You will be responsible for any fees that apply. Accounts with a total liquidation value of $100,000 or an average of five trades per month over a three-month period are eligible to receive free paper statement and confirmation delivery.

**Please note:** If you elected to receive either electronic statements or electronic confirmations, you will receive shareholder information electronically when available.

| Account Statement: | ☑ Electronic Monthly | ☐ Paper Monthly ($2 fee may apply each month) | ☐ Paper Quarterly ($2 fee may apply each quarter) |
| --- | --- | --- | --- |
| Trade Confirmation: | ☑ Electronic | ☐ Paper ($2 fee for each confirmation may apply) | |

☐ Unless I have checked this box, TD Ameritrade will provide my name to corporations whose securities I hold in my account for the purpose of additional corporate communications.

## 7. INVESTMENTS PERMITTED

The undersigned certify that the entity may open a brokerage account and enter into purchases and sales of securities in a cash account as well as other types of transactions indicated below:

☑ Margin

Options: ☑ Write covered calls, write cash-secured puts   ☑ Create spreads
☑ Purchase options   ☑ Write uncovered options

## 8. FINANCIAL INFORMATION

Please provide all of the following financial information. Financial Information is based on the entity. **All qualified accounts are opened as margin accounts.** A margin account allows you to borrow from TD Ameritrade against certain securities as your collateral. A decline in the value of your securities may require you to provide additional funds, or force the sale of securities in your account. Selling short can expose you to potentially unlimited risk. To learn more about the potential benefits of margin borrowing and the associated risks involved, read the Margin Account Handbook.

☐ Check this box to decline margin privileges. Open the account as cash only.

| Annual Income: | ☐ $0-$24,999 | ☐ $25,000-$49,999 | ☐ $50,000-$99,999 | ☐ $100,000-$249,999 | ☑ $250,000+ |
| --- | --- | --- | --- | --- | --- |
| **Approximate Net Worth:** *(not including residence)* | ☐ $0-$14,999 | ☐ $15,000-$49,999 | ☐ $50,000-$99,999 | ☐ $100,000-$249,999 | |
| | ☐ $250,000-$499,999 | ☐ $500,000-$999,999 | ☐ $1,000,000-$1,999,999 | ☑ $2,000,000+ | |
| **Approximate Liquid Net Worth:** *(cash, stocks, etc.)* | ☐ $0-$14,999 | ☐ $15,000-$49,999 | ☐ $50,000-$99,999 | ☐ $100,000-$249,999 | |
| | ☐ $250,000-$499,999 | ☐ $500,000-$999,999 | ☐ $1,000,000-$1,999,999 | ☑ $2,000,000+ | |

## 9. OPTIONS ACCOUNT

By completing Section 9, we are requesting an options account to be opened. Due to the risks involved in options, we understand you are required to obtain the following information. The Financial Information section must be completed to be considered for options.

### ENTITY INFORMATION

**Number of Dependents:**

| Funds Available for Options Trading: | ☐ $0-$1,999 | ☐ $2,000-$4,999 | ☐ $5,000-$19,999 | ☐ $20,000-$49,999 | ☑ $50,000+ |
| --- | --- | --- | --- | --- | --- |
| Years of Investment Experience: | ☐ Less than 1 | ☐ 1-2 | ☐ 3-5 | ☐ 6-9 | ☑ 10+ |
| Investment Knowledge: | ☐ Limited | ☐ Good | ☑ Extensive | ☐ Professional trader | |
| Average Transaction Size: | ☐ Under $1,000 | ☐ $1,001-$2,000 | ☐ $2,001-$5,000 | ☑ Over $5,000 | |
| Number of Transactions Per Year: | ☐ Fewer than 10 | ☐ 10-19 | ☐ 20-49 | ☑ 50+ | |
| Types of Transactions: *(Check all that apply)* | ☑ Stocks | ☑ Bonds | ☑ Options | | |
| What Are Your Options Investment Objectives? *(Check all that apply)* | ☑ Growth | ☑ Speculation | ☑ Income | ☐ Conservation of Capital | |

| What Type of Activity Do You Plan to Conduct in Your Options Account? | ☐ Tier 1 - Covered | ☐ Tier 2 - Standard Cash | ☐ Tier 2 - Standard Margin | ☑ Tier 3 - Advanced |
| --- | --- | --- | --- | --- |
| | Write covered calls | Purchase options | Create spreads | Write uncovered options |
| | Write cash-secured puts | Write covered calls | Purchase options | Create spreads |
| | | Write cash-secured puts | Write covered puts | Purchase options |
| | | | Write covered calls | Write covered puts |
| | | | Write cash-secured puts | Write covered calls |
| | | | Requires Margin Account | Requires Margin Account |

## 10. CASH SWEEP VEHICLE CHOICES (Please select only one.)

We offer you choices in managing all aspects of your portfolio. This includes offering different programs to earn interest on the cash in your account through our Cash Balance programs. See the Client Agreement for a complete description of the Cash Sweep program. **If you do not make a selection, your cash balances will be swept to the TD Ameritrade FDIC Insured Deposit Account. Other sweep choices are available for clients with household values greater than $500,000 and cash balances of more than $100,000.**

☑ TD Ameritrade FDIC Insured Deposit Account (IDA)
☐ TD Ameritrade Cash (Protected by the Securities Investor Protection Corporation (SIPC))

TDA 1186 A 02/11

## 11. MEMBER/PARTNER SIGNATURES (If Authorized Agent is a Member/Partner, they must also sign this section.)

Members/Partners must be of the age of majority to sign as a Member/Partner. The undersigned are all Members/Partners of the aforesaid Investment Club/Partnership/LLC.

Full Legal Name: Igor Dubovoy

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

## 12. TRADING AUTHORIZATION

If this is an Investment Club, Partnership or Limited Partnership, then Clearing Firm is authorized to follow the instructions of Authorized Agents, or any one of them, in every respect concerning the undersigned's account with Clearing Firm, and make deliveries of securities and payment of monies to them or as they may order and direct. In all matters and things aforementioned, as well as in all other things necessary or incidental to the administration to the account of the undersigned, Authorized Agents, or any one of them, are authorized to act for or on behalf of the undersigned in the same manner and with the same force and effect as the undersigned might or could do, and are authorized to receive on the behalf of the undersigned's account demands, notices, confirmations, reports, statements of account and communications of every kind, to make agreements on behalf of the undersigned's account, to terminate or modify same and waive any provisions thereof, to appoint or remove other Authorized Agents to act for and on behalf of the undersigned and generally deal on behalf of the undersigned's account, irrespective of any change at any time in the personnel thereof, for any cause whatsoever, and of the assigns of Clearing Firm and completely as if Authorized Agents were interested in said account, all without notice to the others interested in said account. The undersigned hereby ratify and confirm any and all transactions with Clearing Firm heretofore or hereafter made by Authorized Agents, or any one of them, for the undersigned's account. This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which Clearing Firm may have under any other agreement between the undersigned and Clearing Firm. This authorization and indemnity is binding on the undersigned and their estates, and is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to Clearing Firm and delivered to 1005 North Ameritrade Place, Bellevue, NE 68005, and shall continue after the death or insanity of any of the undersigned until receipt by Clearing Firm of written notice thereof; but such written revocation shall not affect any liability in any way resulting from transactions initiated prior to the receipt of such written revocation by Clearing Firm. This authorization and indemnity shall inure to the benefit of Clearing Firm and of any successor firm, irrespective of any change at any time in the personnel thereof, for any cause whatsoever, and of the assigns of Clearing Firm or any successor firm. We acknowledge receiving account documentation, agreements and risk disclosure forms including the account "Client Agreement." The undersigned agree that this authorization is consistent with the terms and conditions set forth in any operating agreement, bylaws, articles of incorporation, or other governing instrument of the Investment Club, Partnership or Limited Partnership and any and all rules and regulations, whether express or implied of the Investment Club, Partnership or Limited Partnership. We, the undersigned, jointly and severally indemnify TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") and hold TD Ameritrade harmless from any liability for effecting any transactions if TD Ameritrade acts pursuant to instructions given by the Authorized Agents. We agree to inform TD Ameritrade, immediately in writing, of any amendment to the Investment Club, Partnership or Limited Partnership Operating Agreement, any change in composition of the Authorized Agents or members or any other event which would materially alter the certifications made above.

TDA 1186 A 02/11

If this is an LLC, then Clearing Firm is authorized to follow the instructions of Authorized Managers, or any one of them, in every respect concerning the LLC's account with Clearing Firm, and make deliveries of securities and payment of monies to them or as they may order or direct. In all matters and things aforementioned, as well as in all other things necessary or incidental to the administration of the LLC's account, Authorized Managers, or any one of them, are authorized to act for and on behalf of the LLC in the same force and effect as the undersigned might or could do, and are authorized to receive on behalf of the LLC's account demands, notices, confirmations, reports, statements of account and communications of every kind, to make agreements on behalf of the LLC's account, to terminate or modify same or waive any provisions thereof, and generally to deal on behalf of the LLC's account as fully and completely as if Authorized Managers were interested in said account, all without notice to the other partners of the LLC. The undersigned hereby ratify and confirm any and all transactions with Clearing Firm heretofore or hereafter made by Authorized Managers, or any one of them, for the LLC's account. This authorization is in addition to (and in no way limits or restricts) any rights Clearing Firm may have under any other agreement between the undersigned and Clearing Firm. This authorization is binding on the undersigned and the LLC and for their respective successors and assigns, and is also a continuing one and shall remain in full force and effect until revoked by the undersigned, or their respective successors, and assigned by a written notice addressed to Clearing Firm and delivered to 1005 North Ameritrade Place, Bellevue, NE 68005. In the event any of the undersigned cease to be members of the LLC, Clearing Firm is authorized (a) to continue to treat such person as a member for all purposes, and as bound by this authorization until such time as one of the undersigned, or such person's representative, delivers a written notice to Clearing Firm, at the address set forth above, to the effect that such person has ceased to be a member and will no longer be bound by this authorization, and (b) to take such proceedings, require such papers, retain such portion of or restrict transactions in the LLC's account as Clearing Firm may deem advisable to protect it against any liability, penalty or loss under any present or future law or otherwise. It is further agreed that, in the event any of the undersigned cease to be a member of the LLC, the remaining member(s) will immediately cause you to be notified of such fact. No notice of revocation, or of any of the undersigned ceasing to be a member of the LLC, shall affect any authority hereby granted or any liability in any way resulting from transactions initiated prior to the receipt of the written notice thereof by Clearing Firm. This authorization shall inure to the benefit of Clearing Firm, and of any successor firm, irrespective of any change at any time in the personnel thereof, for any cause whatsoever, and of the assigns of Clearing Firm or any successor firm. We acknowledge receiving account documentation, agreements and risk disclosure forms including the account Client Agreement. The undersigned agree that this authorization is consistent with the terms and conditions set forth in any LLC Agreement or other governing instrument of the LLC, and any and all rules and regulations, whether express or implied of the LLC. We, the undersigned, jointly and severally indemnify TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") and hold TD Ameritrade harmless from any liability for effecting any transactions if TD Ameritrade acts pursuant to instructions given by the Authorized Agents. We agree to inform TD Ameritrade, immediately in writing, of any amendment to the LLC Operating Agreement, any change in composition of the Authorized Agents or members, or any other event which would materially alter the certifications made above.

## 13. ACCOUNT AGREEMENT

In this agreement, "Account Owner," "I" and "my" refer to the entity for which this account is established and/or the natural person(s) authorized to represent and act on behalf of the entity. Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number, (2) that I am not subject to backup withholding, and (3) that I am a U.S. person (including a resident alien); provided, however, if I am a nonresident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a Form W-8BEN. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification. I acknowledge that I have received and read the "Client Agreement," available at www.tdameritrade.com or by calling 800-276-8746, that will govern my account. I agree to be bound by the Client Agreement which may be amended from time to time and which is incorporated by this reference. I release and agree to indemnify and hold harmless TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") from any and all liability and claims for damages resulting from any action taken pursuant to this Agreement. By my signature below, I attest that I am of legal age to contract and that the information contained in this application is true and correct. I hereby request, subject to acceptance by TD Ameritrade, an account be opened in the name(s) set forth above. **The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement, the parties agree to be bound by the terms of the agreement including the arbitration agreement located in Section 12 of the Client Agreement.** All securities, dividends and proceeds will be held at TD Ameritrade Clearing, Inc. unless otherwise instructed. I understand that TD Ameritrade may obtain a current consumer or credit report to determine my eligibility, or continuing eligibility, for credit or for other legitimate business purposes. Any decision by TD Ameritrade to extend credit may be based on information contained in a consumer or credit report, as well as the policies of TD Ameritrade Clearing, Inc. I understand that TD Ameritrade may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit reporting agencies. Upon my request, TD Ameritrade shall inform me of each consumer or credit reporting agency from which they have obtained and/or reported my consumer or credit report. TD Ameritrade agrees to notify the consumer or credit reporting agencies if I dispute the completeness or accuracy of the information furnished by TD Ameritrade. By my signature below, I authorize TD Ameritrade to obtain consumer or credit reports for the name(s) set forth below. Nonaffiliated third-party non-deposit investments purchased through TD Ameritrade are not insured by the Federal Deposit Insurance Corporation (FDIC), are not obligations of or guaranteed by any financial institution and are subject to investment risk and loss that may exceed the principal invested. **Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents. The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding. All Authorized Agents and Officers must provide their signatures below.**

If an options account has been requested, we (Authorized Agents) agree to abide by the rules of the listed options exchanges and the Options Clearing Corporation and will not violate current position and exercise limits. We are aware of the risks involved in options trading and represent the fact that the Entity is financially able to bear such risks and withstand options-trading losses.

| X Authorized Agent's Signature: | Date: 05-23-2011 |
| X Authorized Agent's Signature: | Date: |
| X Authorized Agent's Signature: | Date: |

Investment Products: Not FDIC Insured * No Bank Guarantee * May Lose Value

TD Ameritrade, Division of TD Ameritrade, Inc., member FINRA/SIPC/NFA and TD Ameritrade Clearing, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2011 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.

TDA 1186 A 02/11