EXHIBIT 30

 **Ameritrade**

# LLC, Investment Club or Partnership Account Application

PO Box 2760 ■ Omaha, NE 68103-2760
Fax: 816-243-3769

**Questions? Call a New Accounts representative at 800-276-8746.**

## 1. TYPE OF ACCOUNT (Please select only one. Additional paperwork may be required.)

☑ **Limited Liability Company** – By checking this box, the undersigned managing members of the below-named Limited Liability Company (LLC) duly organized under the laws of the state/province listed below hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned hereby authorize the parties listed in Section 5 ("Authorized Agents"), or any one of them, as the LLC's agents and attorneys-in-fact. If this is a single-member LLC, you must include a copy of the LLC Operating Agreement.

☐ **Investment Club** – By checking this box, the undersigned members of the Investment Club listed in Section 3 of this application hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned members hereby authorize the parties listed in Section 5 (the "Authorized Agents"), or any one of them, as their agents and attorneys-in-fact.

☐ **Partnership** – By checking this box, the undersigned general partners of a duly organized Partnership under the laws of the state/province and the name listed in Section 3 of this application hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned hereby authorize the parties listed in Section 5 of this application ("Authorized Agents"), or any one of them, as the Partnership's agents and attorneys-in-fact.

☐ **Limited Partnership** – By checking this box, the undersigned general partners of a duly organized Partnership under the laws of the state/province and the name listed in Section 3 of this application hereby authorize TD Ameritrade Clearing, Inc. ("Clearing Firm") to open an account. The undersigned hereby authorize the parties listed in Section 5 of this application ("Authorized Agents"), or any one of them, as the Partnership's agents and attorneys-in-fact.

## 2. FUNDING YOUR ACCOUNT

Please consult the TD Ameritrade Account Handbook for funding guidelines.

I will be funding with:

☐ A check. **Please make check payable to TD Ameritrade.**
☑ A wire transfer to be initiated after account opening. Please contact TD Ameritrade prior to initiating a wire transfer.
☐ A transfer of assets from an existing account. Please complete and include an Account Transfer Form and a copy of your most recent statement.
☐ A transfer from an existing TD Ameritrade account. Please complete and include an Internal Transfer Form.
☐ Stock certificates. Please contact TD Ameritrade prior to submitting certificates.

## 3. ENTITY INFORMATION

Title of Entity: **Dawson and Dawson Associates LLC.**

Tax ID Number: *(U.S. Social Security Number, if applicable)* **████ 7430**

Contact Name: **Igor Dubovoy**

Business Address: *(no PO box or mail drop)* **13366 Freemanville Rd**

City: **Alpharetta**  State: **GA**  ZIP Code: **30004**

Mailing Address: *(if different from above)*

City:  State:  ZIP Code:

Primary Phone: **678-603-7771**  Secondary Phone:  Fax Number:

Email Address *(required for electronic delivery of your account statement and trade confirmations):* **dubovoy.I@gmail.com**

☑ U.S. Entity ☐ Foreign Entity-Country of Formation: *(complete appropriate Form W-8)*

State/Province of Formation/Organization: **Georgia**

Nature of Business: **Recycling**

If this entity is a publicly traded company, please specify the stock symbol:



TDA 1186 A 02/11

## 4. AFFILIATIONS

☐ Check here if any Partner/Authorized Agent, any member of their immediate family, or any business associate of theirs is a senior political figure (SPF). Specify the name of the Authorized Agent, the name of the SPF, political title, relationship to the Authorized Agent and country of office:

☐ Check here if any Partner/Authorized Agent is a director, 10% shareholder or policy-making officer of a publicly traded company. Specify the name of the Authorized Agent, the company ticker symbol, name, address, city and state/province:

☐ Check here if any Partner/Authorized Agent is licensed or employed by a registered broker/dealer, securities exchange or member of a securities exchange. We must receive a compliance letter along with this application. Specify the name of the Authorized Agent:

## 5. PARTNER/AUTHORIZED AGENT ONLY

**Full Legal Name:** Igor Dubovoy

| Date of Birth: (MM-DD-YYYY) | ▮▮▮▮ 1986 | U.S. Social Security Number: (SSN)* | ▮▮▮ 2286 |
|---|---|---|---|

**Home Address:** (no PO box or mail drop) 13366 Freemann Ville Rd

| City: Alpharetta C | State: GA | ZIP Code: 30004 |
|---|---|---|

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student ☒ Self-Employed    **Source of income (if retired or unemployed):**

| Employer Name: Dawson + Dawson Associates | Occupation/Type of Business: Owner |
|---|---|

**Employer Street Address:** 1007 Branch Dr

| City: Alpharetta | State: GA | ZIP Code: 30004 |
|---|---|---|

## PARTNER/AUTHORIZED AGENT ONLY

**Full Legal Name:**

| Date of Birth: (MM-DD-YYYY) | U.S. Social Security Number: (SSN)* |
|---|---|

**Home Address:** (no PO box or mail drop)

| City: | State: | ZIP Code: |
|---|---|---|

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student ☐ Self-Employed    **Source of income (if retired or unemployed):**

| Employer Name: | Occupation/Type of Business: |
|---|---|

**Employer Street Address:**

| City: | State: | ZIP Code: |
|---|---|---|

## PARTNER/AUTHORIZED AGENT ONLY

**Full Legal Name:**

| Date of Birth: (MM-DD-YYYY) | U.S. Social Security Number: (SSN)* |
|---|---|

**Home Address:** (no PO box or mail drop)

| City: | State: | ZIP Code: |
|---|---|---|

**Please specify if you are:** ☐ Unemployed ☐ Retired ☐ Homemaker ☐ Student ☐ Self-Employed    **Source of income (if retired or unemployed):**

| Employer Name: | Occupation/Type of Business: |
|---|---|

**Employer Street Address:**

| City: | State: | ZIP Code: |
|---|---|---|

Please make additional copies if necessary.
*If none, please submit a photocopy of your passport.

TDA 1186 A 02/11

## 6. TRADE CONFIRMATIONS AND ACCOUNT STATEMENTS

You will receive monthly account statements and trade confirmations electronically, unless you make a selection below. If a valid email address is not provided, you will receive a quarterly paper statement or a monthly paper statement. Certain types of accounts or activity (such as options trading) require a monthly statement, either electronically or via U.S. mail. You will be responsible for any fees that apply. Accounts with a total liquidation value of $100,000 or an average of five trades per month over a three-month period are eligible to receive free paper statement and confirmation delivery.

**Please note:** If you elected to receive either electronic statements or electronic confirmations, you will receive shareholder information electronically when available.

| Account Statement: | ☑ Electronic Monthly | ☐ Paper Monthly ($2 fee may apply each month) | ☐ Paper Quarterly ($2 fee may apply each quarter) |
|---|---|---|---|
| Trade Confirmation: | ☑ Electronic | ☐ Paper ($2 fee for each confirmation may apply) | |

☐ Unless I have checked this box, TD Ameritrade will provide my name to corporations whose securities I hold in my account for the purpose of additional corporate communications.

## 7. INVESTMENTS PERMITTED

The undersigned certify that the entity may open a brokerage account and enter into purchases and sales of securities in a cash account as well as other types of transactions indicated below:

☑ Margin

Options: ☑ Write covered calls, write cash-secured puts     ☐ Create spreads
      ☑ Purchase options                  ☑ Write uncovered options

## 8. FINANCIAL INFORMATION

Please provide all of the following financial information. Financial information is based on the entity. **All qualified accounts are opened as margin accounts.** A margin account allows you to borrow from TD Ameritrade against certain securities as your collateral. A decline in the value of your securities may require you to provide additional funds, or force the sale of securities in your account. Selling short can expose you to potentially unlimited risk. To learn more about the potential benefits of margin borrowing and the associated risks involved, read the Margin Account Handbook.

☐ Check this box to decline margin privileges. Open the account as cash only.

| Annual Income: | ☐ $0-$24,999 | ☐ $25,000-$49,999 | ☐ $50,000-$99,999 | ☐ $100,000-$249,999 | ☑ $250,000+ |
|---|---|---|---|---|---|
| Approximate Net Worth:<br>(not including residence) | ☐ $0-$14,999<br>☐ $250,000-$499,999 | ☐ $15,000-$49,999<br>☐ $500,000-$999,999 | ☐ $50,000-$99,999<br>☐ $1,000,000-$1,999,999 | ☐ $100,000-$249,999<br>☑ $2,000,000+ | |
| Approximate Liquid Net Worth:<br>(cash, stocks, etc.) | ☐ $0-$14,999<br>☐ $250,000-$499,999 | ☐ $15,000-$49,999<br>☐ $500,000-$999,999 | ☐ $50,000-$99,999<br>☐ $1,000,000-$1,999,999 | ☐ $100,000-$249,999<br>☑ $2,000,000+ | |

## 9. OPTIONS ACCOUNT

By completing Section 9, we are requesting an options account to be opened. Due to the risks involved in options, we understand you are required to obtain the following information. The Financial Information section must be completed to be considered for options.

### ENTITY INFORMATION

**Number of Dependents:**

| Funds Available for Options Trading: | ☐ $0-$1,999 | ☐ $2,000-$4,999 | ☐ $5,000-$19,999 | ☐ $20,000-$49,999 | ☑ $50,000+ |
|---|---|---|---|---|---|
| Years of Investment Experience: | ☐ Less than 1 | ☐ 1-2 | ☐ 3-5 | ☐ 6-9 | ☑ 10+ |
| Investment Knowledge: | ☐ Limited | ☐ Good | ☑ Extensive | ☐ Professional trader | |
| Average Transaction Size: | ☐ Under $1,000 | ☐ $1,001-$2,000 | ☐ $2,001-$5,000 | ☑ Over $5,000 | |
| Number of Transactions Per Year: | ☐ Fewer than 10 | ☐ 10-19 | ☐ 20-49 | ☑ 50+ | |
| Types of Transactions:<br>(Check all that apply) | ☑ Stocks | ☑ Bonds | ☑ Options | | |
| What Are Your Options Investment Objectives? (Check all that apply) | ☑ Growth | ☑ Speculation | ☑ Income | ☐ Conservation of Capital | |
| What Type of Activity Do You Plan to Conduct in Your Options Account? | ☐ Tier 1 - Covered<br>Write covered calls<br>Write cash-secured puts | ☐ Tier 2 - Standard Cash<br>Purchase options<br>Write covered calls<br>Write cash-secured puts | ☐ Tier 2 - Standard Margin<br>Create spreads<br>Purchase options<br>Write covered puts<br>Write covered calls<br>Write cash-secured puts<br>Requires Margin Account | ☑ Tier 3 - Advanced<br>Write uncovered options<br>Create spreads<br>Purchase options<br>Write covered puts<br>Write covered calls<br>Requires Margin Account | |

## 10. CASH SWEEP VEHICLE CHOICES (Please select only one.)

We offer you choices in managing all aspects of your portfolio. This includes offering different programs to earn interest on the cash in your account through our Cash Balance programs. See the Client Agreement for a complete description of the Cash Sweep program. **If you do not make a selection, your cash balances will be swept to the TD Ameritrade FDIC Insured Deposit Account. Other sweep choices are available for clients with household values greater than $500,000 and cash balances of more than $100,000.**

☑ TD Ameritrade FDIC Insured Deposit Account (IDA)
☐ TD Ameritrade Cash (Protected by the Securities Investor Protection Corporation (SIPC))

TDA 1186 A 02/11

## 11. MEMBER/PARTNER SIGNATURES (If Authorized Agent is a Member/Partner, they must also sign this section.)

Members/Partners must be of the age of majority to sign as a Member/Partner. The undersigned are all Members/Partners of the aforesaid Investment Club/Partnership/LLC.

Full Legal Name: Igor Dubovoy

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

Full Legal Name:

X Signature:

## 12. TRADING AUTHORIZATION

If this is an Investment Club, Partnership or Limited Partnership, then Clearing Firm is authorized to follow the instructions of Authorized Agents, or any one of them, in every respect concerning the undersigned's account with Clearing Firm, and make deliveries of securities and payment of monies to them or as they may order and direct. In all matters and things aforementioned, as well as in all other things necessary or incidental to the administration to the account of the undersigned, Authorized Agents, or any one of them, are authorized to act for or on behalf of the undersigned in the same manner and with the same force and effect as the undersigned might or could do, and are authorized to receive on the behalf of the undersigned's account demands, notices, confirmations, reports, statements of account and communications of every kind, to make agreements on behalf of the undersigned's account, to terminate or modify same and waive any provisions thereof, to appoint or remove other Authorized Agents to act for and on behalf of the undersigned and generally deal on behalf of the undersigned's account as fully and completely as if Authorized Agents were interested in said account, all without notice to the others interested in said account. The undersigned hereby ratify and confirm any and all transactions with Clearing Firm heretofore or hereafter made by Authorized Agents, or any one of them, for the undersigned's account. This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which Clearing Firm may have under any other agreement between the undersigned and Clearing Firm. This authorization and indemnity is binding on the undersigned and their estates, and is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to Clearing Firm and delivered to 1005 North Ameritrade Place, Bellevue, NE 68005, and shall continue after the death or insanity of any of the undersigned until receipt by Clearing Firm of written notice thereof, but such written revocation shall not affect any liability in any way resulting from transactions initiated prior to the receipt of such written revocation by Clearing Firm. This authorization and indemnity shall inure to the benefit of Clearing Firm and of any successor firm, irrespective of any change at any time in the personnel thereof, for any cause whatsoever, and of the assigns of Clearing Firm or any successor firm. We acknowledge receiving account documentation, agreements and risk disclosure forms including the account "Client Agreement." The undersigned agree that this authorization is consistent with the terms and conditions set forth in any operating agreement, bylaws, articles of incorporation, or other governing instrument of the Investment Club, Partnership or Limited Partnership and any and all rules and regulations, whether express or implied of the Investment Club, Partnership or Limited Partnership. We, the undersigned, jointly and severally indemnify TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") and hold TD Ameritrade harmless from any liability for effecting any transactions if TD Ameritrade acts pursuant to instructions given by the Authorized Agents. We agree to inform TD Ameritrade, immediately in writing, of any amendment to the Investment Club, Partnership or Limited Partnership Operating Agreement, any change in composition of the Authorized Agents or members or any other event which would materially alter the certifications made above.

TDA 1186 A 02/11

If this is an LLC, then Clearing Firm is authorized to follow the instructions of Authorized Managers, or any one of them, in every respect concerning the LLC's account with Clearing Firm, and make deliveries of securities and payment of monies to them or as they may order or direct. In all matters and things aforementioned, as well as in all other things necessary or incidental to the administration of the LLC's account, Authorized Managers, or any one of them, are authorized to act for and on behalf of the LLC in the same force and effect as the undersigned might or could do, and are authorized to receive on behalf of the LLC's account demands, notices, confirmations, reports, statements of account and communications of every kind, to make payment on behalf of the LLC's account, to terminate or modify same or waive any provisions thereof, and generally to deal on behalf of the LLC's account as fully and completely as if Authorized Managers were interested in said account, all without notice to the other partners of the LLC. The undersigned hereby ratify and confirm any and all transactions with Clearing Firm heretofore or hereafter made by Authorized Managers, or any one of them, for the LLC's account. This authorization is in addition to (and in no way limits or restricts) any rights Clearing Firm may have under any other agreement between the undersigned and Clearing Firm. This authorization is binding on the undersigned and the LLC and for their respective successors and assigns, and is also a continuing one and shall remain in full force and effect until revoked by the undersigned, or their respective successors, and assigned by a written notice addressed to Clearing Firm and delivered to 1005 North Ameritrade Place, Bellevue, NE 68005. In the event any of the undersigned cease to be members of the LLC, Clearing Firm is authorized (a) to continue to treat such person as a member for all purposes, and as bound by this authorization until such time as one of the undersigned, or such person's representative, delivers a written notice to Clearing Firm, at the address set forth above, to the effect that such person has ceased to be a member and will no longer be bound by this authorization, and (b) to take such proceedings, require such papers, retain such portion of or restrict transactions in the LLC's account as Clearing Firm may deem advisable to protect it against any liability, penalty or loss under any present or future law or otherwise. It is further agreed that, in the event any of the undersigned cease to be a member of the LLC, the remaining member(s) will immediately cause you to be notified of such fact. No notice of revocation, or of any of the undersigned ceasing to be a member of the LLC, shall affect any authority hereby granted or any liability in any way resulting from transactions initiated prior to the receipt of the written notice thereof by Clearing Firm. This authorization shall inure to the benefit of Clearing Firm, and of any successor firm, irrespective of any change at any time in the personnel thereof, for any cause whatsoever, and of the assigns of Clearing Firm or any successor firm. We acknowledge receiving account documentation, agreements and risk disclosure forms including the account Client Agreement. The undersigned agree that this authorization is consistent with the terms and conditions set forth in any LLC Agreement or other governing instrument of the LLC, and any and all rules and regulations, whether express or implied of the LLC. We, the undersigned, jointly and severally indemnify TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") and hold TD Ameritrade harmless from any liability for effecting any transactions if TD Ameritrade acts pursuant to instructions given by the Authorized Agents. We agree to inform TD Ameritrade, immediately in writing, of any amendment to the LLC Operating Agreement, any change in composition of the Authorized Agents or members, or any other event which would materially alter the certifications made above.

## 13. ACCOUNT AGREEMENT

In this agreement, "Account Owner," "I" and "my" refer to the entity for which this account is established and/or the natural person(s) authorized to represent and act on behalf of the entity. Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number, (2) that I am not subject to backup withholding, and (3) that I am a U.S. person (including a U.S. resident alien); provided, however, if I am a nonresident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a Form W-8BEN. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification. I acknowledge that I have received and read the "Client Agreement," available at www.tdameritrade.com or by calling 800-276-8746, that will govern my account. I agree to be bound by the Client Agreement which may be amended from time to time and which is incorporated by this reference. I release and agree to indemnify and hold harmless TD Ameritrade, Inc., its divisions and affiliates thereof ("TD Ameritrade") from any and all liability and claims for damages resulting from any action taken pursuant to this Agreement. By my signature below, I attest that I am of legal age to contract and that the information contained in this application is true and correct. I hereby request, subject to acceptance by TD Ameritrade, an account be opened in the name(s) set forth above. **The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement, the parties agree to be bound by the terms of the agreement including the arbitration agreement located in Section 12 of the Client Agreement.** All securities, dividends and proceeds will be held at TD Ameritrade Clearing, Inc. unless otherwise instructed. I understand that TD Ameritrade may obtain a current consumer or credit report to determine my eligibility, or continuing eligibility, for credit or for other legitimate business purposes. Any decision by TD Ameritrade to extend credit may be based on information contained in a consumer or credit report, as well as the policies of TD Ameritrade Clearing, Inc. I understand that TD Ameritrade may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit reporting agencies. Upon my request, TD Ameritrade shall inform me of each consumer or credit reporting agency from which they have obtained and/or reported my consumer or credit report. TD Ameritrade agrees to notify the consumer or credit reporting agencies if I dispute the completeness or accuracy of the information furnished by TD Ameritrade. By my signature below, I authorize TD Ameritrade to obtain consumer or credit reports for the name(s) set forth below. I understand that non-deposit investments purchased through TD Ameritrade are not insured by the Federal Deposit Insurance Corporation (FDIC), are not obligations of or guaranteed by any financial institution and are subject to investment risk and loss that may exceed the principal invested. **Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents. The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding. All Authorized Agents and Officers must provide their signatures below.**

If an options account has been requested, we (Authorized Agents) agree to abide by the rules of the listed options exchanges and the Options Clearing Corporation, and will not violate current position and exercise limits. We are aware of the risks involved in options trading and represent the fact that the Entity is financially able to bear such risks and withstand options-trading losses.

| X Authorized Agent's Signature: | Date: 05-23-2011 |
|---|---|
| X Authorized Agent's Signature: | Date: |
| X Authorized Agent's Signature: | Date: |

Investment Products: Not FDIC Insured * No Bank Guarantee * May Lose Value

TD Ameritrade, Division of TD Ameritrade, Inc., member FINRA/SIPC/NFA and TD Ameritrade Clearing, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2011 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.

TDA 1186 A 02/11

EXHIBIT 31

**From:** "angela.panteli@totalserve.eu" <angela.panteli@totalserve.eu>
**To:** Vladislav Khalupsky <vkhalupsky@gmail.com>
**Cc:** "toulla.karaoli@totalserve.eu" <toulla.karaoli@totalserve.eu>
**Subject:** CARESE/IAD leasing wire amend CRM:00514091
**Received(Date):** Tue, 29 Jan 2013 07:47:19 +0000
image001.jpg
image002.jpg
image003.jpg
Attachment

Dear Sir,

We confirm the credit of funds.

See attached.

Thanks

Angela Panteli
Senior Assistant, Client Accounts Dept

**TOTALSERVE MANAGEMENT LTD**
Totalserve House
17, Gr. Xenopoulou Street
3106 Limassol, Cyprus

P.O. Box 54425
3724 Limassol, Cyprus

Tel.: + 357 25866000, Fax: + 357 25866345

e-mail: angela.panteli@totalserve.eu
website: totalserve.eu

Limassol • London • Moscow • Warsaw • Bucharest • Athens • Thessaloniki • Tortola • Johannesburg • Cape Town • Luxembourg • Sofia

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by any

**Received(Date):**     Thu, 7 Feb 2013 12:39:39 -0500
**Subject:**     Re: FW: CARESE TRADE AND INVEST LTD-REQUEST FOR SUPP.DOCS
**From:**     igor dubovoy <dubovoy1@gmail.com>
**To:**     Larisa Plodovskaya <L███████████.com>

CARESE TRADE AND INVEST LTD

1.     197 Main Street

        Road Town, Tortola

British Virgin Islands

On Thu, Feb 7, 2013 at 12:35 PM, Larisa Plodovskaya <LarisaP@apddevelopers.com> wrote:

Igor, I need the bank requisition to create the contract. It should have the name of the company and the country.

Larisa Plodovsky
APD Developers, Inc.
678/845-0293 direct
678/845-0290 x1016
678/845-0295 fax

**From:** arkadiy dubovoy [dubovoy01@gmail.com]
**Sent:** Thursday, February 07, 2013 12:00 PM
**To:** Larisa Plodovskaya
**Subject:** Fwd: FW: CARESE TRADE AND INVEST LTD-REQUEST FOR SUPP.DOCS

---------- Forwarded message ----------
From: **vladislav khalupsky** <vkhalupsky2002@yahoo.com>
Date: Thu, Feb 7, 2013 at 11:54 AM
Subject: Fwd: FW: CARESE TRADE AND INVEST LTD-REQUEST FOR SUPP.DOCS
To: dubovoy01@gmail.com

--- On **Wed, 6/2/13, SDG Center <_sdg@sdg-trade.com_>** wrote:

From: SDG Center <sdg@sdg-trade.com>
Subject: Fwd: FW: CARESE TRADE AND INVEST LTD-REQUEST FOR SUPP.DOCS
To: "vladislav khalupsky" <vkhalupsky2002@yahoo.com>
Date: Wednesday, 6 February, 2013, 11:21

---------- Forwarded message ----------
From: **yulia.likhacheva@totalserve.eu** <yulia.likhacheva@totalserve.eu>
Date: 2013/2/6
Subject: FW: CARESE TRADE AND INVEST LTD-REQUEST FOR SUPP.DOCS
To: sdg@sdg-trade.com

Господа, просьба ответить на сообщение банка ниже и прислать соответствующий договор.

Спасибо

Kind regards

Yulia Likhacheva
Head of Russian Desk

**TOTALSERVE MANAGEMENT LTD**
Totalserve House
17, Gr. Xenopoulou Street
3106 Limassol, Cyprus

P.O. Box 54425
3724 Limassol, Cyprus

Tel.: + 357 25866000, Fax: + 357 25866383

e-mail: yulia.likhacheva@totalserve.eu
website: totalserve.eu

Limassol • London • Moscow • Warsaw • Bucharest • Athens • Thessaloniki • Tortola • Johannesburg • Cape Town • Luxembourg • Sofia

SEC-USAONJ-E-0021035

…permitted. if you are not the intended recipient please notify applicable authorities and the party of the application, or any action taken or omitted to be taken) in reliance"

**From:** CHRISTIANA CHARALAMBOUS [▮
**Sent:** Τετάρτη, 6 Φεβρουαρίου 2013 4:55 μμ
**To:** angela.panteli@totalserve.eu
**Cc:** IBCOlymbosTeam; IBCArtemisTeam; VASILIS KETTIS; ANDREAS EVRIPIDOU; KYRIACOS KAFKALIAS; ELENA IOANNOU
**Subject:** CARESE TRADE AND INVEST LTD-REQUEST FOR SUPP.DOCS

**Inward transfer for USD 50000,00**

**Beneficiary Account number:** ▮▮97366

**By order of: ARKADIY DUBOVOY**

**Inward reference no** ▮▮▮313

**NO DETAILS**

**STATUS: CREDITED**

Dear Sir/Madam,

Please be informed that as part of the Bank's due diligence procedure we request a copy of the duly signed documents supporting the above-mentioned inward transfer (such as sales/purchase <u>contract</u>, **including** specification list or appendix if any, loan agreement stating the commercial purpose of the transaction, invoice, etc) and any other information that may assist us in understanding the nature and purpose of the underlying transaction.

**In case that a <u>loan</u> is involved, we need to know additionally**

**The commercial purpose of this loan**

**The relationship of your company with the other party and finally the other party/ ies line of business.**

Best Regards

**Charalambous Christiana**
**Operations Department Officer IBC 179-Inwards**

☎ : +357-25-815622 | 7: +357-22-460452

✉ : CCharalambous8@laiki.com

**p.s. should you have to reply to this email kindly "Reply To All". Thank you!**

SEC-USAONJ-E-0021036



Messages and documents transmitted with this e-mail may contain Privileged/Confidential information subject to legal privilege. If you are not the intended recipient, you may not use, copy, distribute or deliver to anyone this message (or any part of its contents) or take any action in reliance on it. If you have received this e-mail in error, please delete it.

Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Cyprus Popular Bank Public Co Ltd and/or its subsidiaries ("Laiki Bank Group"). Employees of Laiki Bank Group are expressly required, as a matter of policy, not to make defamatory statements and not to infringe copyright or any other legal right by e-mail communications. Laiki Bank Group will not accept any liability in respect of such communication and the employee responsible will be personally liable for any damages or other liability arising.

Internet e-mail may be susceptible to data corruption, interception and unauthorized amendments for which Laiki Bank Group accepts no liability. All reasonable precautions have been taken to ensure no viruses are present in this e-mail. As we cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments we recommend that you subject these to your virus checking procedures prior to use.

Dubovoy

other person is not permitted. If you are not intended to be taken, in reliance upon it, is prohibited and may be unlawful. ng, distribution, or any action taken or

**From:** Vladislav Khalupsky [mailto:vkhalupsky@gmail.com]
**Sent:** Δευτέρα, 28 Ιανουαρίου 2013 7:37 μμ
**To:** angela.panteli@totalserve.eu
**Subject:** Fwd: IAD leasing wire amend

Sent from my iPhone

Begin forwarded message:

> **From:** igor dubovoy <dubovoy1@gmail.com>
> **Date:** 28 января 2013, 19:12:18 GMT+02:00
> **To:** "vkhalupsky@gmail.com" <vkhalupsky@gmail.com>
> **Subject: Fwd: IAD leasing wire amend**

Sent from my iPhone

Begin forwarded message:

> **From:** <David.Jones3@wellsfargo.com>
> **Date:** January 28, 2013, 10:19:34 AM EST
> **To:** <dubovoy1@gmail.com>
> **Subject: FW: IAD leasing wire amend**

| Wire Transfer | cci-al-app20//prod/prod_svp_250.0.2_i |
|---|---|
| | **Inquire** |

Inquire |Review/Approve |Create| Create Book Transfer| ABA/BIC Search | Operator Security

SEC-DOJ-E-0000040

## Wire Detail

Basic | Beneficiary | Originator | Bank | Accounting | Foreign Wires

| Basic | | Back to Top | |
|-------|--|-------------|--|

| | Wire Transfer# | 130123-104832 | |
|--|----------------|---------------|--|
| | Status | SENT  01/23/2013 | |
| | Amount | $15,000.00 | |
| | Wire Type | OUTGOING FED | |

SEC-DOJ-E-0000041

| Source | | FTS | | |
|---|---|---|---|---|
| | Create AU | | 0066942 | |
| | Created on | | 01/23/2013  02:12pm | |

| | | |
|---|---|---|

| **Beneficiary** | Back to Top | |
|---|---|---|

| | | |
|---|---|---|
| | | |

| | Beneficiary | CARESE TRADE AND INVEST LIMITED | |
|---|---|---|---|
| | | 197 MAIN STREET | |
| | | ROADTOWN TORTOLA | |
| | | VIRGIN ISLANDS | |
| | Account/IBAN | 17932197366 | |
| | Reference # | FED  034487 | |

| | | |
|---|---|---|

| **Originator** | Back to Top | |
|---|---|---|

| | | |
|---|---|---|
| | | |

| | Originator | IAD LEASING | |
|---|---|---|---|
| | | 3517 WENNINGTON TRACE | |
| | | ALPHARETTA GA 30004 | |

SEC-DOJ-E-0000042

| Account | ████ CKG | |
|---|---|---|
| Reference # | | |
| Originator to Beneficiary Information | | |

| | | |
|---|---|---|

| **Bank** | Back to Top | |
|---|---|---|

| | | |
|---|---|---|

| Beneficiary Bank | LIKICY2NXXX | |
|---|---|---|
| | CYPRUS POPULAR BANK PUBLIC CO LTD | |
| | 154, LIMASSOL AVENUE | |
| | NICOSIA (LEFKOSIA),CY 2025 | |
| Originating Bank | | |
| Originator Reference # | 0000942029321269 | |
| Sending Bank | | |
| Sending Bank Reference # | ████21269 | |
| Bank to Bank Information | | |
| Intermediary Bank 1 | LIKICY2N | |
| | MARFIN POPULAR BANK PUBLIC CO, LTD | |
| | POPULAR BANK BUILDING | |
| | 154, LIMASSOL AVENUE | |
| | NICOSIA (LEFKOSIA) 1598 CYPRUS | |
| Intermediary Bank 2 | | |

| | | |
|---|---|---|

SEC-DOJ-E-0000043

| Accounting | Back to Top | |
|---|---|---|

| | | |
|---|---|---|
| | | |

| Debit Name | IAD LEASING | |
|---|---|---|
| Debit Account | ███████ 596  CKG | |
| Debit Charge | Yes | |
| Credit Name | JPMORGAN CHASE BANK, N.A. | |
| Credit Account | ██████ 05005  G/L | |
| Credit Charge | No | |
| Accounting Status | COMPLETE | |

| | | |
|---|---|---|

| Foreign Wires | Back to Top | |
|---|---|---|

| | | |
|---|---|---|
| | | |

| Amount | $15,000.00 | |
|---|---|---|
| US | $15,000.00 | |
| Exchange Rate | 1.0 | |
| Value Date | 01/23/2013 | |
| Contract # | | |

| | | |
|---|---|---|

---

**From:** Spielmann, Jeanie L.
**Sent:** Friday, January 25, 2013 2:10 PM
**To:** Jones, David
**Cc:** Spielmann, Jeanie L.
**Subject:** IAD leasing wire amend

Hello, request for 2000041254596 1/23/13 $15000.00 and may take 1/5 business days

I have opened up $▓▓▓259351 to wire investigations and so please bank is responsible for fee per your request.

"*Beneficiary Banks may charge fees to amend wires. There is no guarantee fee will be charged or how much it might be. These types of fees are solely discretion of beneficiary bank. There may even be fee to inquire if there will be fee for trace or amendment.*"

Jeanie Spielmann

Operations Processor 3

WFCC Business Research

Wells Fargo Customer Connection | 4811 N 4ᵗʰ Ave | Sioux Falls, SD 57104

MAC: N9720-017

Tel 605-809-3062 | Fax 866-647-1503

jeanie.l.spielmann@wellsfargo.com

SEC-DOJ-E-0000045

*"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation."*

SEC-DOJ-E-0000046

EXHIBIT 32

![TD Ameritrade]

# Trading Authorization Agreement

Reset Form

PO Box 2760 ▪ Omaha, NE 68103-2760
Fax: 866-468-6268

| Account Number: | 7954 | Account Name/Title: | APD Developers |
| --- | --- | --- | --- |

The Account Owner(s) listed below hereby authorizes and appoints the Authorized Agent(s) below as the Account Owner's or Owners' agents and attorneys-in-fact for the purchase and sale of securities and other financial instruments in cash and/or on margin in the Account Owner's or Owners' name or number on the TD Ameritrade Clearing, Inc. (the "Clearing Firm") books (the "Account"). The Authorized Agent(s) may act on behalf of and without notice to the Account Owner(s) to buy, sell, sell short and to otherwise trade stocks, bonds, mutual funds, options and/or any other securities, financial contracts or financial instruments. The actions of the Authorized Agent(s) has the same force and effect as those of the Account Owner(s) with respect to such transactions, and TD Ameritrade, Division of TD Ameritrade, Inc. (the "Brokerage Firm") is authorized to follow such actions as if directly instructed by the Account Owner(s). The Client Agreement set forth in the Account Agreement (including arbitration of disputes), and this Client Agreement otherwise established by the Clearing Firm, shall apply equally to the Authorized Agent(s).

If Full Trading Authorization is chosen, this authority includes the right to request delivery of securities or monies from the account in the Account Owner's or Owners' name(s).

If this is a fiduciary account, the Account Owner(s) affirms that this grant of trading authority has been conferred consistent with his/her fiduciary duties and powers.

The Account Owner(s) understands all such transactions conducted by the Authorized Agent(s) are at the Account Owner's or Owners' own risk. The Account Owner(s) hereby ratifies and confirms any and all transactions made at any time by the Authorized Agent(s) for the Account. Accordingly, the Account Owner(s) agrees to indemnify and hold harmless the Brokerage Firm and Clearing Firm from any and all losses arising from and to promptly pay on demand any debit balance due on the Account.

This authorization and indemnity is in addition to, and in no way limits or restricts, any rights which the Brokerage Firm or Clearing Firm may have under any other agreement with the Account Owner(s) or Authorized Agent(s). This authorization and indemnification shall benefit the Brokerage Firm and Clearing Firm, and any successor firms irrespective of any changes at any time in the personnel thereof, and their assigns.

This Trading Authorization Agreement supersedes any prior Trading Authorization Agreements that the Account Owner(s) may have executed with regard to the Account. This Agreement shall remain in full force and effect until revoked by the Account Owner(s), written notice addressed to the Brokerage Firm and delivered to its offices. The Account Owner(s) shall be liable for transactions initiated prior to the Brokerage Firm's receipt of such written revocation.

The Authorized Agent(s) agrees to immediately notify the Brokerage Firm in writing if any Authorized Agent(s), or members of his/her household, are either a) currently employed or licensed by a member of a stock exchange or the Financial Industry Regulatory Authority (FINRA), or registered as an investment advisor and using the license in a professional sales, trading or customer service capacity, or b) a director, 10% shareholder or policy-making officer of a company which trades publicly on a stock exchange.

**To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person authorized to trade on an account.**

**What this means for you:** When you are authorized to trade on an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

## AFFILIATIONS

☐ Check here if any Authorized Agent, any member of their immediate family or any business associate of theirs is a senior political figure (SPF). Specify the name of the Authorized Agent, the name of the SPF, political title, relationship to the Authorized Agent and country of office:

☐ Check here if any Authorized Agent is a director, 10% shareholder or policy-making officer of a publicly traded company. Specify the name of the Authorized Agent, the company ticker symbol, name, address, city and state/province:

☐ Check here if any Authorized Agent is licensed or employed by a registered broker/dealer, securities exchange or member of a securities exchange. We must receive a compliance letter along with this application. Specify the name of the Authorized Agent:



TDA 073 F 04/11

Account Number: ███████ 57 954

## AUTHORIZED AGENT*

Level of Authorization: (check only one). If neither Full or Limited is marked, the authorization level will default to Limited.
- [✓] Full Trading Authorization with Privileges to Withdraw Money and/or Securities (Not applicable on IRA, UTMA, UGMA, Estate or Trust Accounts; authorization level will default to Limited.)
- [ ] Limited Trading Authorization for Purchase and Sale of Securities Only

Full Legal Name: _Igor Dubovoy_

| Date of Birth: (MM-DD-YYYY) ██ _-1_986_ | Social Security Number:** ███████ _72 86_ |

| Home Address: (no PO box or mail drop) _13366 Freemanville rd_ | Primary Phone: ███████ _-2771_ |

| City: _Alpharetta_ | State: _GA_ | ZIP Code: _30004_ |

Please Specify if You Are:
[ ] Unemployed  [ ] Retired  [ ] Homemaker  [ ] Student  [✓] Self-Employed      Source of Income (if retired or unemployed):

| Employer Name: _Ex Dawson + Dawson_ | Occupation/Type of Business: |

Employer Street Address: _1007 Branch Dr_

| City: _Alpharetta GA_ | State: _30004 GA_ | ZIP Code: _30004_ |

## AUTHORIZED AGENT*

Level of Authorization: (check only one). If neither Full or Limited is marked, the authorization level will default to Limited.
- [ ] Full Trading Authorization with Privileges to Withdraw Money and/or Securities (Not applicable on IRA, UTMA, UGMA, Estate or Trust Accounts; authorization level will default to Limited.)
- [ ] Limited Trading Authorization for Purchase and Sale of Securities Only

Full Legal Name:

| Date of Birth: (MM-DD-YYYY) | Social Security Number:** (SSN) |

| Home Address: (no PO box or mail drop) | Primary Phone: |

| City: | State: | ZIP Code: |

Please Specify if You Are:
[ ] Unemployed  [ ] Retired  [ ] Homemaker  [ ] Student  [ ] Self-Employed      Source of Income (if retired or unemployed):

| Employer Name: | Occupation/Type of Business: |

Employer Street Address:

| City: | State: | ZIP Code: |

*Signature required below.
**If you do not have a Social Security Number, please submit a photocopy of your passport.

## TRADING AUTHORIZATION

By your signatures below, the Account Owner(s) and Authorized Agent(s) agree to the provisions within this document in its entirety, and attest that this authorization supersedes any prior trading authorization the Account Owner(s) may have executed with regard to the Account.

All Account Owners/Authorized Agents must sign.

| X Account Owner's Signature: | Date: _11/10/2011_ |
| X Account Co-Owner's Signature: | Date: |
| X Authorized Agent's Signature: | Date: _11-10-2011_ |
| X Authorized Agent's Signature: | Date: |

Investment Products: Not FDIC Insured * No Bank Guarantee * May Lose Value

TD Ameritrade, Division of TD Ameritrade, Inc., member FINRA/SIPC/NFA and TD Ameritrade Clearing, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2011 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.

TDA 073 F 04/11

EXHIBIT 33



### GEORGIA SUPERIOR COURT
### CLERKS' COOPERATIVE AUTHORITY
*Notary Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*
*(404) 327-6023*

---

**APOSTILLE**
**(Convention de La Haye du 5 Octobre 1961)**

1.  Country: **UNITED STATES OF AMERICA**

2.  This public document
    has been signed by **LARISA PLODOVSKY**

3.  acting in the capacity of **NOTARY PUBLIC, STATE OF GEORGIA**

4.  bears the seal/stamp of **LARISA PLODOVSKY**
    **NOTARY PUBLIC**
    **FORSYTH COUNTY, GEORGIA**

**CERTIFIED**

5.  at **ATLANTA, GEORGIA**      6.  the **10TH DAY OF SEPTEMBER, 2013**

7.  by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8.  No. **I-387793**

9.  Seal/Stamp            10.  Signature:



**DAVID R. WILLIAMS**
**EXECUTIVE DIRECTOR**

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate,
the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.

SEC-Momotek-E-0004544

**POWER OF ATTORNEY**
**To represent the interest of the IGOR DUBOVOY**

Made in Atlanta Georgia United States, this 10th day of September 2013

*IGOR DUBOVOY, Born ███████, 1986, a United States Citizen, authorizes LEONID MOMOTOK, Born ███████, 1967, **Passport Number** ███████369, to pursue the following actions in name, place and stead of the IGOR DUBOVOY:*

- <u>*to execute, sign, submit and receive from potential and existing partners of the IGOR DUBOVOY, public bodies, enterprises and organizations and municipal bodies all and any documents, including but not limited to, certificates, statements, applications, letters, reports, declarations, bills, strictly accountable receipts and invoices;*</u>
- <u>*to receive correspondence addressed to the IGOR DUBOVOY;*</u>
- <u>*to conduct negotiations, prepare and conclude all and any transactions on behalf of the IGOR DUBOVOY, to supplement, abrogate and terminate the concluded agreements and legal relationships with partners, lawyers of the IGOR DUBOVOY;*</u>
- <u>*to represent the interests of the IGOR DUBOVOY at all and any legal agencies and court instances, at all and any meetings, inter alia, at meetings of creditors, to pursue on behalf of the IGOR DUBOVOY all and any legal proceedings, inter alia, to sign and submit statements of claim, waive claims, contained in a statement of claim, in full or partially,* amend a matter in controversy, allow claims in full or partially, settle cases, appeal against court's sentences and decisions, both on appeal and under cassation procedure, pass writs of execution for enforcement proceedings, close executive records, as well as vote on behalf of the IGOR DUBOVOY;*
- *to sign and complete all and any formalities associated with the fulfilment of the foregoing assignments.*
-

*The Power of Attorney has been granted with the right of substitution.*
*The Power of Attorney shall remain valid until 31 December 2015.*

*The Power of Attorney has been made in English.*

*Igor Dubovoy*

SEC-Momotok-E-0004545

State of Georgia
County of _Forsyth_____

Signed before me this _10_ day of _September, 2013_, by _Igor Dubovoy_.

____ Personally Known
_✓_ Produced Identification
Type and # of ID _DL # 049266483_

_____
(signature of Notary)

_____
(name of Notary Typed, Stamped or Printed)
Notary Public, State of Georgia

LARISA PLODOVSKY
NOTARY PUBLIC
Forsyth County
State of Georgia
My Commission Expires March 13, 2015

SEC-Momotek-E-0004546

EXHIBIT 34

**Subject:** Address
**From:** Larisa Plodovskaya █████████████████████
**Date:** 7/25/2011 12:00 PM
**To:** "dubovoyp@gmail.com" <dubovoyp@gmail.com>

Pavel,

Attached please find an invoice, verifying your address.


Larisa Plodovsky
APD Developers, Inc.
678/845-0293 direct
678/845-0290 x1016
█████████  cell
_____
From: administrator@apddevelopers.com [administrator@apddevelopers.com]
Sent: Monday, July 25, 2011 1:05 PM
To: Larisa Plodovskaya
Subject: Attached Image

─Attachments:──────────────────────────────────────────

4317_001.pdf                                                    72.7 KB

Case 2:15-cv-00065-MCA-WHD Document 3-3 Filed 10/07/15 Page 29 of 100 PageID 288





ПАСПОРТ ГРОМАДЯНИНА УКРАЇНИ
ПАСПОРТ ГРАЖДАНИНА УКРАИНЫ

ДУБОВИЙ
*Прізвище*

ПАВЛО
*Ім'я*

ПАВЛОВИЧ
*по батькові*

1983 року
*Дата народження*

село Шевченкове
*Місце народження*

Кілійського району

Одеської області

*Підпис власника паспорта*

Поліграфічний комбінат «Україна»

EXHIBIT 35



PAVEL P DUBOVOY
RKADIY DUBOVOY
Account Number: ███████ 3181

**Visa Gold**

Statement Closing Date:
January 23, 2011

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | $ | (35.00) |
| Payments | - | 0.00 |
| Other Credits | - | 0.00 |
| Other Debits | + | 0.00 |
| Purchases | + | 0.00 |
| Cash Advances | + | 0.00 |
| Special | + | 0.00 |
| Fees Charged | + | 0.00 |
| Interest Charged | + | 0.00 |
| NEW BALANCE | $ | (35.00) |
| Credit Limit | | $5,500.00 |
| Available Credit | | 5,500.00 |
| Available Cash | | 1,100.00 |
| Amount Over Limit | | 0.00 |
| Amount Disputed | | 0.00 |
| Statement Closing Date | | 01/23/11 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $ (35.00) |
| Total Minimum Payment Due | $ 0.00 |
| Payment Due Date | 02/17/11 |

**Late Payment Warning:** IF WE DO NOT RECEIVE YOUR MINIMUM PAYMENT BY THE DATE LISTED ABOVE, YOU MAY HAVE TO PAY A LATE FEE UP TO **$35**.

## Contact Information

**Customer Service:** (800) 476 - 4BBT (4228)

Visit us on the web at:
www.BBT.com

**Please send Billing Inquiries and Correspondence to:**
BANKCARD SERVICE CENTER PO BOX 698  WILSON , NC 27894-0698

**Please Mail Your Payments to:**
PO BOX 580435  CHARLOTTE NC 28258-0435

## Interest Charge Calculation/Plan Level Information

| Plan Name | Plan Description | ICM[1] | Previous Balance | Balance Subject to Interest Rate | Periodic Rate[2] | Annual Percentage Rate (APR)[3] | Interest Charge | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | | |
| PPLN01 001 | STANDARD PURCHASE | G | $(35.00) | $0.00 | 0.03054% (D) | 11.1500% (V) | $0.00 | $(35.00) |
| **Cash** | | | | | | | | |
| CPLN01 001 | STANDARD CASH | A | $0.00 | $0.00 | 0.05452% (D) | 19.9000% | $0.00 | $0.00 |
| TOTAL | | | $(35.00) | 0.00 | | | $0.00 | $(35.00) |

NOTICE: SEE REVERSE SIDE OF FIRST PAGE FOR IMPORTANT INFORMATION
Page 1 of 3                5729

BB&T FINANCIAL, FSB
PO BOX 200
WILSON NC 27894-0200

4251096001003181000003500000000002

| Account Number | ███████ 3181 |
|---|---|

| Closing Date | New Balance | Total Minimum Payment Due | Payment Due Date | $ |
|---|---|---|---|---|
| 01/23/11 | $(35.00) | $0.00 | 02/17/11 | |

AMOUNT OF PAYMENT ENCLOSED

PAVEL P DUBOVOY
ARKADIY DUBOVOY
3374 CEDAR FARMS CT
ALPHARETTA GA 30004-3223

6872

MAKE CHECK PAYABLE TO:

BB&T FINANCIAL, FSB
PO BOX 580435
CHARLOTTE  NC  28258-0435

203 18 10 1  5 250 111 18 4 25 10 960 0 10

**BB&T**

PAVEL P DUBOVOY
ARKADIY DUBOVOY
Account Number: [REDACTED] 3181

## Interest Charge Calculation/Plan Level Information... Continued

| Plan Name | Plan Description | ICM[1] | Previous Balance | Balance Subject to Interest Rate | Periodic Rate[2] | Annual Percentage Rate (APR)[3] | Interest Charge | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

[1] ICM Interest Charge Method: See reverse side of Page 1 for explanation.
[2] Periodic Rate (M) = Monthly  (D) = Daily
[3] Your Annual Percentage Rate (APR) is the annual interest rate on your account.

(V) = Variable Rate  If you have a variable rate account the periodic rate and Annual Percentage Rate (APR) may vary.

8487 - 6872

EXHIBIT 36

| From: | Arkadiy Dubovoy <dubovoy01@gmail.com> |
|---|---|
| Sent: | Friday, February 15, 2013 7:18 PM |
| To: | sergeil@apddevelopers.com |
| Subject: | Fwd: |

Отправлено с iPhone

Начало переадресованного сообщения:

**От:** "Павел Дубовой." <dubovoyp@gmail.com>
**Дата:** February 15, 2013, 12:54:00 PM EST
**Кому:** "Аркадий. Дубовой." <dubovoy01@gmail.com>, "Игорь. Дубовой."
<dubovoy1@gmail.com>

Инструкция

http://winscp.net/eng/index.php
Скачиваем программу по ссылке

Настраиваем доступ SFTP в скаченной программе:
████████████ 0.0.1.6
pass: ████████████████

Открываем ████ documents

Archive pass: ████████████████

Отправлено с iPhone

SEC-USAONJ-E-0000047

EXHIBIT 37

| | |
|---|---|
| From: | alex garkusha <garkusha1@gmail.com> |
| To: | rudik gevorgyan <rugevo@gmail.com> |
| Cc: | |
| Bcc: | |
| Subject: | Fwd: акций |
| Date: | Mon Dec 06 2010 22:49:39 EST |
| Attachments: | READ_ME!!!.txt |

---------- Forwarded message ----------
From: Павел Дубовой <dubovoyp@gmail.com>
Date: 2010/11/26
Subject: акций
To: Александр Гаркуша <garkusha1@gmail.com>


--
Alex Garkusha
Principal
Verum Capital Group LLC
6495 Shiloh Road Suite 400
Alpharetta GA, 30005
678-845-0290 ext. 1030 - Office
678-845-0295 - Fax
678-469-6173 - Cell
Garkusha1@gmail.com

READ_ME!!!.txt (Attachment 1 of 1)

http://█.█.█.98:81/

login:█████
password:███████

Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑ Ñ Ñ
Last Document = Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ ÑÑÑÑÑÑ Ñ ÑÑÑÑÑÑÑÑ Ñ Ñ Ñ Ñ
File extensions = Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ (.doc, .xls Ñ Ñ Ñ.)Ñ

Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ ÑÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ.Ñ Ñ Ñ Ñ

Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑ Ñ Fetch Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑ ÑÑÑÑÑÑÑÑÑ ÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑÑÑÑÑÑ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ

Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ Documents (Ñ Ñ Ñ Ñ Ñ) ÑÑ Archives (Ñ Ñ Ñ ÑÑÑÑ) Ñ Ñ

Ñ Ñ Ñ Ñ Ñ
## 1. Documents

Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ ÑÑÑÑ Ñ ÑÑÑÑÑ Ñ update, Ñ Ñ Ñ Ñ Documents Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ
Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ ÑÑ Ñ Ñ ÑÑÑÑ Ñ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ Ñ
Nothing found. Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ Ñ ÑÑ Ñ Ñ ÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ ÑÑÑÑ ÑÑÑ Ñ Ñ ÑÑÑ Ñ Ñ Ñ ÑÑ Ñ Ñ ÑÑÑ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑ Download (Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ ÑÑÑ Ñ ÑÑÑÑ Ñ) Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ ÑÑÑÑÑÑ Ñ ÑÑ Ñ Ñ ÑÑÑÑ Ñ Ñ ÑÑ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ ÑÑÑ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ Ñ Ñ

## 2. Archives

Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ update, Ñ Ñ Ñ Ñ Archives Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ
Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ
c Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ ÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑÑ Ñ Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑ Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ ÑÑÑÑ Ñ Ñ ÑÑÑÑÑ,ÑÑ Ñ Ñ Ñ Ñ Ñ Ñ

Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ Ñ ÑÑÑÑÑ Ñ Ñ Ñ Ñ ÑÑ Ñ Ñ Ñ.Ñ Ñ Ñ

Ñ Ñ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑ Ñ Ñ ÑÑÑÑÑÑÑ AES Ñ Ñ Ñ Ñ Ñ Ñ
Ñ 4096, Ñ ÑÑ Ñ Ñ-Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑ Ñ Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑÑ Ñ Ñ Ñ ÑÑÑÑ Ñ Ñ Ñ
Ñ Ñ Ñ Ñ ÑÑÑÑÑÑÑÑ Ñ Ñ ÑÑÑÑ Ñ Ñ Ñ ÑÑÑÑÑ Ñ ÑÑÑÑÑ Ñ Ñ ÑÑÑÑ Ñ Ñ ÑÑÑ Ñ ÑÑÑÑ Ñ Ñ Ñ
Ñ Ñ ÑÑÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Ñ

████████

EXHIBIT 38

**Subject:** Fwd: Здравствуйте, Павел!
**From:** Павел Дубовой <dubovoyp@gmail.com>
**Date:** 10/12/2011 2:33 PM
**To:** <span style="color:red">Unidentified person</span> ███████████████████

Здравствуйте,

Во вторник после закрытия рынка отчитывались 7 стаков и в среду до открытия 5. К сожалению информацию на них мы не получили.

11 октября после закрытия рынка:
ADTN, AA, EXFO, HCSG, JOEZ, NSR, SURG.

12 октября до открытия рынка:
ASML, HST, INFY, PEP, PGR.

Владислав попросил написать график отчетности компаний до конца следующей недели, возможно это поможет вам.

—this week.png—

Today | This Week | Oct 17-21 | Oct 24-28 | Oct 31-04 | Nov 07-11 | Conf Call

## Monday, October 10

| After The Close | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
|---|---|---|---|---|---|---|---|---|
| ☑ | Mistras Group | MG | 0.11 | 0.11 | 0.06 | 71.90 | 80.70 | 5.1% |

(a) Excluding non-recurring items.
(b) Calculated using current exchange rate.
(c) May not be comparable to consensus.

## Tuesday, October 11

| After The Close | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
|---|---|---|---|---|---|---|---|---|
| ⟨ᵀ ʷ ☑ | ADTRAN | ADTN | 0.56 | 0.56 | 0.50 | 192.20 | 189.04 | 17.9% |
| ⟨ᵀ ʷ ☑ | Alcoa | AA | 0.15 c | 0.23 | 0.09 | 6419.00 | 6241.77 | 21.4% |
| ⟨ᵀ ʷ ☑ | EXFO | EXFO | 0.03 | 0.07 | 0.08 | 64.40 | 64.66 | 9.9% 🔒 |
| ☑ | Healthcare Services Group | HCSG | 0.15 | 0.15 | 0.21 | 218.90 | 215.95 | 12.2% |
| ⟨ᵀ ʷ ☑ | Joes Jeans | JOEZ | -0.03 c | 0.02 | 0.01 | 24.20 | 27.85 | -5.1% |
| ☑ | Neustar | NSR | | 0.44 | 0.39 | | 148.84 | 🔒 |
| ⟨ᵀ ʷ ☑ | Synergetics | SURG | 0.08 | 0.07 | 0.04 | 15.70 | 15.27 | 20.8% |

(a) Excluding non-recurring items.
(b) Calculated using current exchange rate.
(c) May not be comparable to consensus.

## Wednesday, October 12

| Before The Open | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
|---|---|---|---|---|---|---|---|---|
| ⟨ᵀ ʷ ☑ | ASML Holding | ASML | 0.84 | 0.78 | 0.61 | 1458.50 | 1402.41 | 24.0% 🔒 |
| ⟨ᵀ ʷ ☑ | Host Hotels | HST | 0.16 | 0.17 | 0.11 | 1142.00 | 1132.88 | 13.9% 🔒 |
| ⟨ᵀ ʷ ☑ | Infosys | INFY | 33.36 | 33.30 | 0.65 | 80990.00 | 80794.65 | 16.6% 🔒 |
| ⟨ ʷ ☑ | PepsiCo | PEP | 1.31 a | 1.29 | 1.22 | 17582.00 | 17154.97 | 13.3% |
| ☑ | Progressive | PGR | 0.24 | 0.28 | 0.40 | 3871.50 | 3886.81 | 4.2% |
| **After The Close** | | | **Actual** | **Consensus** | **Yr Ago** | **Actual Rev** | **Consensus Rev** | **Yr/Yr Rev** |
| ⟨ ʷ ☑ | Universal Forest | UFPI | | 0.32 | 0.51 | | 475.63 | |

(a) Excluding non-recurring items.
(b) Calculated using current exchange rate.
(c) May not be comparable to consensus.

## Thursday, October 13

| Before The Open | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
|---|---|---|---|---|---|---|---|---|
| ⟨ᵀ ʷ ☑ | Cantel Medical | CMN | | 0.31 | 0.27 | | 82.28 | |
| ☑ | Commerce Bancshares | CBSH | | 0.77 | 0.67 | | 269.31 | |
| ⟨ᵀ ʷ ☑ | Fairchild Semi | FCS | | 0.32 | 0.42 | | 404.06 | |
| ⟨ ʷ ☑ | Fastenal | FAST | | 0.33 | 0.51 | | 721.84 | |
| ⟨ᵀ ʷ ☑ | JPMorgan Chase | JPM | | 0.94 | 1.01 | | 23446.92 | |
| ⟨ᵀ ʷ ☑ | Lindsay Corp | LNN | | 0.64 | 0.48 | | 108.37 | |
| ⟨ᵀ ʷ ☑ | Medtox Scientific | MTOX | | 0.16 | 0.13 | | 28.58 | |
| ⟨ ʷ ☑ | Safeway | SWY | | 0.35 | 0.35 | | 9854.77 | |
| | Wash. Federal | WFSL | | 0.29 | | | 109.83 | |
| ⟨ ʷ ☑ | Winnebago Inds | WGO | | 0.04 | 0.17 | | 114.72 | |
| **After The Close** | | | **Actual** | **Consensus** | **Yr Ago** | **Actual Rev** | **Consensus Rev** | **Yr/Yr Rev** |
| ⟨ ʷ ☑ | Google | GOOG | | 8.76 | 7.64 | | 9434.69 | |
| ☑ | JB Hunt Trans | JBHT | | 0.57 | 0.43 | | 1169.66 | |
| | Semil EDs | LEDS | | -0.21 | | | 5.74 | |

next week.png

Fwd: Здравствуйте, Павел!

the earnings Guidance page.

Today | This Week | Oct 17-21 | Oct 24-28 | Oct 31-04 | Nov 07-11 | Conf Call

## Monday, October 17

| | | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
|---|---|---|---|---|---|---|---|---|---|
| **Before The Open** | | | | | | | | | |
| | | | Charles Schwab | SCHW | 0.19 | 0.10 | | 1190.79 | |
| ℂ | 𝕋ᵂ | ☑ | Citigroup | C | 0.83 | 0.07 | | 19155.55 | |
| ℂ | 𝕋ᵂ | ☑ | First Horizon | FHN | 0.16 | 0.07 | | 359.42 | |
| ℂ | 𝕋ᵂ | ☑ | Gannett | GCI | 0.45 | 0.52 | | 1270.72 | |
| ℂ | 𝕋ᵂ | ☑ | Halliburton | HAL | 0.92 | 0.58 | | 6370.72 | |
| ℂ | ᵂ | ☑ | Hasbro | HAS | 1.30 | 1.09 | | 1453.27 | |
| | | | McMoRan Expl | MMR | -0.18 | -0.26 | | 127.56 | |
| | | | PetMed Express | PETS | 0.15 | 0.22 | | 60.37 | |
| ℂ | 𝕋ᵂ | ☑ | Wells Fargo | WFC | 0.73 | 0.60 | | 20353.91 | |
| **After The Close** | | | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
| ℂ | 𝕋ᵂ | ☑ | Badger Meter | BMI | 0.54 | 0.60 | | 77.17 | |
| ℂ | ᵂ | ☑ | Brown & Brown | BRO | 0.30 | 0.31 | | 256.86 | |
| ℂ | 𝕋ᵂ | ☑ | Equity Lifestyle Properties | ELS | 0.70 | 0.92 | | 129.19 | |
| ℂ | ᵂ | ☑ | IBM | IBM | 3.21 | 2.82 | | 26253.65 | |
| ℂ | 𝕋ᵂ | ☑ | ICU Medical | ICUI | 0.57 | 0.65 | | 75.99 | |
| | | ☑ | Lincare | LNCR | 0.48 | 0.47 | | 455.09 | |
| ℂ | 𝕋ᵂ | ☑ | Packaging Corp | PKG | 0.43 | 0.60 | | 664.90 | |
| ℂ | 𝕋ᵂ | ☑ | Safe Bulkers | SB | 0.34 | 0.33 | | 40.38 | |
| ℂ | 𝕋ᵂ | ☑ | Stanley Black & Decker | SWK | 1.34 | 0.97 | | 2563.86 | |
| ℂ | 𝕋ᵂ | ☑ | Steel Dynamics | STLD | 0.20 | 0.09 | | 1955.44 | |
| ℂ | ᵂ | ☑ | VMware | VMW | 0.49 | 0.39 | | 928.75 | |
| ℂ | ᵂ | ☑ | WD-40 | WDFC | 0.52 | 0.41 | | 87.88 | |

(a) Excluding non-recurring items.
(b) Calculated using current exchange rate.
(c) May not be comparable to consensus.

## Tuesday, October 18

| | | | | Actual | Consensus | Yr Ago | Actual Rev | Consensus Rev | Yr/Yr Rev |
|---|---|---|---|---|---|---|---|---|---|
| **Before The Open** | | | | | | | | | |
| | | | Astec Industries | ASTE | 0.51 | 0.32 | | 227.09 | |
| ℂ | ᵂ | ☑ | Bank of America | BAC | 0.23 | 0.27 | | 25691.62 | |
| ℂ | ᵂ | ☑ | Check Point Software | CHKP | 0.69 | 0.63 | | 307.13 | |
| ℂ | ᵂ | ☑ | Coca-Cola | KO | 1.02 | 0.92 | | 12024.71 | |
| | | | Domino's Pizza | DPZ | 0.34 | 0.27 | | 372.29 | |
| ℂ | ᵂ | ☑ | EMC | EMC | 0.36 | 0.30 | | 4929.58 | |
| ℂ | 𝕋ᵂ | ☑ | Forest Labs | FRX | 0.98 | 1.00 | | 1148.19 | |
| ℂ | 𝕋ᵂ | ☑ | Genuine Parts | GPC | 0.94 | 0.83 | | 3197.21 | |
| ℂ | 𝕋ᵂ | ☑ | Goldman Sachs | GS | 0.21 | 2.98 | | 4758.52 | |
| ℂ | ᵂ | ☑ | Harley-Davidson | HOG | 0.76 | 0.40 | | 1291.45 | |
| ℂ | ᵂ | ☑ | Johnson & Johnson | JNJ | 1.21 | 1.23 | | 16018.89 | |
| ℂ | 𝕋ᵂ | ☑ | New Oriental Education & Technology | EDU | 0.57 | 1.61 | | 263.83 | |

Attachments:

| | |
|---|---|
| this week.png | 76.0 KB |
| next week.png | 467 KB |

EXHIBIT 39

SEC-APEX-E-0007531

Паспорт є власністю України
This passport is the property of Ukraine

Іменем України Міністр
закордонних справ України
просить усіх, кого це може
стосуватися, всіма можли-
вими засобами полегшити
подорож пред'явникові пас-
порта, подавати йому
необхідну допомогу та за-
хист.

In the name of Ukraine,
the Minister of Foreign Affa-
irs of Ukraine requests all
those whom it may concern to
facilitate in every possible
way the travel of the bearer of
this passport and to provide
the bearer with all necessary
assistance and protection.

## УКРАЇНА ★ UKRAINE ★

| ПАСПОРТ PASSPORT | P | UKR | ▮▮925 |
| | ДУБОВА/DUBOVA | | |
| | НЕЛЯ/NELIA | | |
| | УКРАЇНА/UKRAINE | | ▮▮9722 |
| | 1977 | | |
| | Ж/F | ОДЕСЬКА ОБЛ./UKR | |
| | 30 ТРА/MAY 2007 | 5102 | |
| | 30 ТРА/MAY 2017 | | |

P<UKRDUBOVA<<NELIA<<<<<<<<<<<<<<<<<<<<<<<<<<
EM127923<2UKR7701018F1705302▮▮▮9722<<<<82

EXHIBIT 40



ORIGINAL  4899

| Form **W-8BEN**<br>(Rev. February 2006)<br>Department of the Treasury<br>Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner<br>for United States Tax Withholding**<br>▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.<br>▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No 1545-1621 |
|---|---|---|

| Do not use this form for: | Instead, use Form |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming that income is effectively connected with the conduct<br>of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,<br>foreign private foundation, or government of a U.S. possession that received effectively connected income or that is<br>claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |
| Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to<br>claim they are a foreign person exempt from backup withholding.* | |
| • A person acting as an intermediary | W-8IMY |
| Note: *See instructions for additional exceptions.* | |

**Part I**    **Identification of Beneficial Owner (See instructions.)**

| 1 Name of individual or organization that is the beneficial owner<br>DUBOVA NELIA | 2 Country of incorporation or organization<br>UKRAINE |
|---|---|

3 Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
   ☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
   ☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
UL MARSELJSKAYA 32/2-1, ODESSA, UKRAINE

| City or town, state or province. Include postal code where appropriate<br>Odessa | Country (do not abbreviate)<br>UKRAINE |
|---|---|

5 Mailing address (if different from above)
UL MARSELJSKAYA 32/2-1, ODESSA URKAINE

| City or town, state or province. Include postal code where appropriate | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions)<br>    ☐ SSN or ITIN    ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)

**Part II**    **Claim of Tax Treaty Benefits (if applicable)**

9 I certify that (check all that apply):

a ☑ The beneficial owner is a resident of    **UKRAINE**    within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____
Explain the reasons the beneficial owner meets the terms of the treaty article: _____

**Part III**    **Notional Principal Contracts**

11 ☑ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV**    **Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ _____    05/07/2012    _____
      Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)
      ♻ Printed on Recycled Paper

SEC-APEX-E-0007512

EXHIBIT 41

# NEW ACCOUNT APPLICATION

| ACCOUNT NUMBER |
|---|
| 4ZL |

| BRANCH NUMBER |
|---|
| ☐ GG7 |

I (We) would like to open a brokerage account with you ("my broker"). I understand that you have designated Apex Clearing Corporation ("Clearing Firm") as your clearing firm.

**ACCOUNT INFORMATION (NOTE: ALL INFORMATION MUST BE COMPLETED.) PLEASE TYPE OR PRINT**

☑ CASH (Customer Account Agreement following this application)  ☐ MARGIN & SHORT (Request Margin Agreement)  ☐ OPTION (Request Option Agreement)

☑ Individual
☐ Joint (Request Joint Account Agreement)
☐ Estate (Furnish Court Appointment)
☐ Limited Liability Company (Request Form)
☐ UTMA/UGMA _____ (Please list state code for UTMA/UGMA)

☐ Partnership (Request Form)
☐ Sole Proprietorship (Request Form)
☐ Investment Club (Request Form)
☐ BANK/DEH (Do not use this agreement if Apex is to be the Custodian)
☐ Other (Please specify) _____

☐ Trust (Trustee Certification Required)
☐ C-Corporation (Request Form)
☐ S-Corporation (Request Form)

| ACCOUNT NAME | DATE OF BIRTH | SOCIAL SECURITY/TAX ID NUMBER |
|---|---|---|
| DUBOVA NELIA | 1977 | NRA |

| JOINT APPLICANT NAME OR NAME OF MINOR IF CUSTODIAL ACCOUNT | DATE OF BIRTH | SOCIAL SECURITY/TAX ID NUMBER |
|---|---|---|
| | | |

| HOME ADDRESS | E-MAIL ADDRESS |
|---|---|
| UL.MARSELJSKAYA 32/2-1,ODESSA,URKAINE | neliyadubova@yandex.ru |

| MAILING ADDRESS (P.O. Box; customer's home address must also be provided) | | |
|---|---|---|
| UL.MARSELJSKAYA 32/2-1,ODESSA,URKAINE | Check One: ☑ Home ☐ Business ☐ P.O. Box | MARITAL STATUS: ☐ Single (S) ☑ Married (M) ☐ Divorced (D) ☐ Widowed (W) U.S. Citizen ☐ Yes ☑ No |

| JOINT APPLICANT'S ADDRESS (if different than primary account holder's address) | Number of Dependents 4 | IF NO, WHAT COUNTRY? UKRAINE |
|---|---|---|
| | | |

| HOME TELEPHONE | BUSINESS TELEPHONE |
|---|---|
| 831 | 34599 |

| EMPLOYER | YEARS EMPLOYED | POSITION |
|---|---|---|
| NORD BUILDING COMPANY | 5 | HEAD OF SALES |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| KIEV DISTRICT,3 STREET PARNIKOVAYA | KIEV | UKRAINE | |

| JOINT APPLICANT EMPLOYED BY: | POSITION | BUSINESS ADDRESS |
|---|---|---|
| | | |

HAVE YOU GRANTED TRADING AUTHORIZATION TO ANOTHER PARTY?
☑ Yes ☐ No   If yes, request Trading Authorization Form and provide name of agent: **JSC NORVIK BANKA**

Is the account holder a control person of a publicly traded company? (Director, Officer or 10% Stock Owner)
☐ Yes ☑ No   If yes, please list the name of the company(s) and the stock ticker symbol. _____ I (We) promise to notify you of any change.

ARE YOU, OR ANYONE AUTHORIZED TO TRADE IN YOUR ACCOUNT, AFFILIATED WITH OR WORK WITH OR WORK FOR A MEMBER FIRM OF A STOCK EXCHANGE OR FINRA?
☐ Yes ☑ No   If yes, name of firm: _____

| NAME | TYPE OF ACCOUNT | BRANCH AND ACCOUNT NUMBER | For your protection please provide us with the last four digits of your account number. Do not include the entire account number. |
|---|---|---|---|
| JSC NORVIK BANKA | CURRENT | 982 | |

| NAME | TYPE OF ACCOUNT | BRANCH AND ACCOUNT NUMBER | |
|---|---|---|---|
| | | | |

☐ Please send form to transfer my account from my current broker

| NAME OF FIRM | BRANCH |
|---|---|
| | |

| INVESTMENT OBJECTIVES | RISK TOLERANCE | LIQUID NET WORTH | TOTAL NET WORTH | ANNUAL INCOME | |
|---|---|---|---|---|---|
| ☐ Capital Preservation (05) ☐ Income (04) ☑ Growth (03) ☐ Speculation (06) ☐ Other (08) | ☐ None (00) ☐ Limited (01) ☑ Good (02) ☐ Extensive (03) | ☐ Under $25,000 (01) ☐ $25,001 to $50,000 (02) ☐ $50,001 to $100,000 (03) ☑ $100,001 to $200,000 (23) ☐ $200,001 to $300,000 (24) ☐ $300,001 to $600,000 (25) ☐ $600,001 to $1,200,000 (26) ☐ Over $1,200,001 (27) | ☐ Under $50,000 (01) ☐ $50,001 to $100,000 (02) ☐ $100,001 to $200,000 (22) ☑ $200,001 to $500,000 (23) ☐ $500,001 to $1,000,000 (24) ☐ $1,000,001 to $5,000,000 (25) | ☐ Under $50,000 (01) ☐ $50,001 to $100,000 (02) ☐ $100,001 to $200,000 (22) ☑ $200,001 to $500,000 (23) ☐ $500,001 to $1,000,000 (24) ☐ $1,000,001 to $5,000,000 (26) | ☐ Low ☑ Medium ☐ High TAX BRACKET: _____ % |

EXHIBIT 42

**From:** "David Hossell"
**To:** "docimaging@apexclearing.com"
**Sent:** 4/17/2013 12:35:24 PM
**Subject:** New Account Paperwork

**Attachments:**
"Beratto NAF.pdf"

Please find attached new account paperwork for Beratto Group.

Thank you.

David Hossell
Compliance Department
Pinnacle Capital Markets, LLC
4700 Falls of Neuse Rd.,
North Tower, Suite 390
Raleigh, NC 27609
919.850.0888
919.850.9914 fax
Yahoo IM: david_pinnacle

Pinnacle Capital Markets LLC, 4700 Falls of Neuse Road, Suite 390, Raleigh, NC 27609
This message (including any attachments) is confidential and may be privileged. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This communication is provided for informational purposes only, is not and should not be construed in any manner as a commercial activities, is not and should not be construed in any manner as any solicitation or offer to buy or sell any securities or any related financial instruments, is not and should not be construed in any manner as a public offer of any securities or any related financial instruments, it is not addressed or intended to be addressed, forwarded or used by any person or entity in any country in which its usage could be against the law or regulation or could require Pinnacle Capital Markets or any of its affiliates to register in such a country. If you have received it by mistake please notify the sender by return e-mail and delete this message from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. This message contains confidential information and is intended only for the individual named. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited. Please note that e-mails are susceptible to change. Pinnacle Capital Markets LLC shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system, nor does it guarantee that the integrity of this communication has been maintained or that this communication is free of viruses, interceptions or interference. Pinnacle Capital Markets, LLC *Member, FINRA, SIPC.*

STATEMENT OF CONFIDENTIALITY: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information. If the recipient of this message is not the addressee or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message immediately and delete the message from any computer.

SEC-APEX-E-0007532

OPTION AGREEMENT

| BRANCH/REP. CODE NUMBER | ACCOUNT NUMBER |
|---|---|
| 4ZL 667 | 4ZL |

Please Provide the Following Information as Applicable. We Cannot Approve Your Account Without It.

TITLE OF ACCOUNT

BERATTO GROUP LTD

| EMPLOYER NAME (If Unemployed, Source of Income) | |

| OCCUPATION/POSITION OR TYPE OF BUSINESS | DATE OF BIRTH | EMPLOYER ADDRESS |
|---|---|---|
| REAL ESTATE INVESTMENTS | | |

| MARITAL STATUS | SPOUSE'S NAME | SPOUSE'S EMPLOYER | NUMBER OF DEPENDENTS |
|---|---|---|---|
| ☐ M ☐ S ☐ D ☐ W | | | |

NAME OF FIRM(S)

APEX CLEARING

| STILL OPEN? | ESTIMATED VALUE |
|---|---|
| YES | $ 0 |

| TYPE OF ACCOUNT (Indicate number of trades per year) | | ANTICIPATED TYPES OF TRADES |
|---|---|---|
| ☒ Stocks 1000 | ☒ Options 100 | |
| ☐ Corporate Bonds | ☐ Commodities | |
| ☐ Municipal Bonds | ☐ Tax Shelters | |
| ☐ Government Bonds | ☐ Margin Account | |
| ☐ Funds | | |

PLEASE LIST ANY OTHER RELEVANT FINANCIAL INFORMATION

I hereby confirm that I have read the provisions of this option agreement and understand the contents hereof. I hereby expressly confirm all the information contained in the Customer Information section, especially those concerning income, net worth and investment objectives, and will advise you of any changes in such information which could be deemed to affect the suitability of executing options transactions for my account.

BY SIGNING THIS APPLICATION, I (WE) ACKNOWLEDGE THE FOLLOWING: (1) THAT, PAGE 5 PARAGRAPH  OF THE ATTACHED AGREEMENT CONTAINS A PREDISPUTE ARBITRATION CLAUSE AND IN ACCORDANCE WITH THIS AGREEMENT I (WE) AGREE IN ADVANCE TO ARBITRATE ANY CONTROVERSIES WHICH MAY ARISE BETWEEN OR AMONG ME (US), MY BROKER, AND/OR CLEARING FIRM, (2) RECEIPT OF A COPY OF THE AGREEMENT FOLLOWING THIS APPLICATION AND MY (OUR) AGREEMENT WITH THE TERMS THEREIN AND (3) THE INFORMATION PROVIDED ABOVE IS ACCURATE.

| APPLICANT'S SIGNATURE | DATE |
|---|---|
| | 27.03.2013 |

| SIGNATURE OF CO-APPLICANT | DATE |
|---|---|
| | |

| Please note date of delivery on the items listed below: | Approved for Option Trading as follows: | INTRODUCING BROKER APPROVAL | |
|---|---|---|---|
| Characteristics and Risks of Standard Options: | ☐ Option Level 1 | | DATE 4/15/13 |
| 4-15-13 | ☐ Option Level 2 | | |
| | ☐ Option Level 3 | | DATE 4-15-13 |
| | ☐ Option Level 4 | | |
| Special Statement for Uncovered Options Writers: | ☐ Option Level 5 | Registered Principal's Signature | DATE 4/5/2 |
| 4-15-13 | ☐ Option Level 6 | | |

681B3P-OPTA 07/07/2012

SEC-APEX-E-0007533

Risk Disclosure for Uncovered Option Writers

There are special risks associated with uncovered option writing which expose the investor to potentially significant loss. Therefore, this type of strategy may not be suitable for all customers approved for options transactions.

1. The potential loss of uncovered call writing is unlimited. The writer of an uncovered call is in an extremely risky position, and may incur large losses if the value of the underlying instrument increases above the exercise price.

2. As with writing uncovered calls, the risk of writing uncovered put options is substantial. The writer of an uncovered put option bears a risk of loss if the value of the underlying instrument declines below the exercise price. Such loss could be substantial if there is a significant decline in the value of the underlying instrument.

3. Uncovered option writing is thus suitable only for the knowledgeable investor who understands the risks, has the financial capacity and willingness to incur potentially *substantial* losses, and has sufficient liquid assets to meet applicable margin requirements. In this regard, if the value of underlying instrument moves against an uncovered writer's options position, the investor's broker may request significant additional margin payments. If an investor does not make such margin payments, the broker may liquidate stock or options positions in the investor's account, no prior notice in accordance with the investor's margin agreement.

4. For combination writing, where the investor writes both a put and a call on the same underlying instrument, the potential risk is unlimited.

5. If a secondary market in options were to become unavailable, investors could not engage in closing transactions, and an option writer would remain obligated until expiration or assignment.

6. The writer of an American-style option is subject to being assigned an exercise at any time after he has written the option until the option expires. By contrast, the writer of a European-style option is subject to exercise assignment only during the exercise period.

NOTE: It is expected that you will read the booklet entitled CHARACTARISTICS AND RISKS OF STANDARDIZED OPTIONS given to you at the time you opened your account. Additional copies are also available upon request from your broker. In particular your attention is directed to the chapter entitled Risks of Buying and Writing Options. This statement is not intended to enumerate all of the risks entailed in writing uncovered options.

BERATTO GROUP LTD                              27.03.2013
_____               _____
Client Name                                    Date

_____
Client Signature

DUBOVA NELIA
_____               _____
Client Name                                    Date

_____
Client Signature

OD10012-OPTA 04/01/2003

SEC-APEX-E-0007534

OPTION AGREEMENT

| BRANCH/REP CODE NUMBER | ACCOUNT NUMBER |
|---|---|
| 4Z1 OE-7 | 4ZI |

Please Provide the Following Information as Applicable. We Cannot Approve Your Account Without It.

TITLE OF ACCOUNT
BERATTO GROUP LTD

EMPLOYER NAME (If Unemployed, Source of Income)

OCCUPATION POSITION OR TYPE OF BUSINESS
REAL ESTATE INVESTMENTS

DATE OF BIRTH

EMPLOYER ADDRESS

MARITAL STATUS  ☐ M ☐ S ☐ D ☐ W
SPOUSE'S NAME
SPOUSE'S EMPLOYER
NUMBER OF DEPENDENTS

NAME OF FIRM(S)
APEX CLEARING
NUMBER OF YEARS

STILL OPEN?
YES

ESTIMATED VALUE
$ 0

TYPE OF ACCOUNT (Indicate number of trades per year)
☑ Stocks 1500
☑ Options 100
☐ Corporate Bonds
☐ Commodities
☐ Municipal Bonds
☐ Tax Shelters
☐ Government Bonds
☐ Margin Account
☐ Funds

ANTICIPATED TYPES OF TRADES
☐ Level 1 covered calls, including:
☐ Level 2 All Level 1 strategies, plus:
☐ Level 3 All Level 1 and 2 strategies, plus:
☐ Level 4 All Level 1, 2, and 3 strategies, plus:
☐ Level 5 All Level 1, 2, 3, and 4 strategies plus:
☐ Level 6 All Level 1, 2, 3, 4 and 5 strategies plus:

PLEASE LIST ANY OTHER RELEVANT FINANCIAL INFORMATION

I hereby confirm that I have read the provisions of this option agreement and understand the contents hereof. I hereby expressly confirm all the information contained in the Customer Information section, especially those concerning income, net worth and investment objectives, and will advise you of any changes in such information which could be deemed to affect the suitability of executing options transactions for my account.

BY SIGNING THIS APPLICATION, I (WE) ACKNOWLEDGE THE FOLLOWING: (1) THAT, PAGE 3 PARAGRAPH 5 OF THE ATTACHED AGREEMENT CONTAINS A PREDISPUTE ARBITRATION CLAUSE AND IN ACCORDANCE WITH THIS AGREEMENT I (WE) AGREE IN ADVANCE TO ARBITRATE ANY CONTROVERSIES WHICH MAY ARISE BETWEEN OR AMONG ME (US), MY BROKER, AND/OR CLEARING FIRM, (2) RECEIPT OF A COPY OF THE AGREEMENT FOLLOWING THIS APPLICATION AND MY (OUR) AGREEMENT WITH THE TERMS THEREIN AND (3) THE INFORMATION PROVIDED ABOVE IS ACCURATE.

APPLICANT SIGNATURE
DATE
27.03.2013

SIGNATURE OF CO-APPLICANT
DATE

Please note date of delivery on the items listed below:
Characteristics and Risk / Standard Options:
4-15-13

Approved for Option Trading as follows:
☐ Option Level 1
☐ Option Level 2
☐ Option Level 3
☐ Option Level 4
☐ Option Level 5
☐ Option Level 6

INTRODUCING BROKER APPROVALS

Special Statement for Uncovered Option Writers:
4-15-13

DATE 4/15/13
DATE 4-15-13
Registered Principal Signature
DATE 4/5/3

B9183P-OPTA 07/07/2012

### Risk Disclosure for Uncovered Option Writers

There are special risks associated with uncovered option writing which expose the investor to potentially significant loss. Therefore, this type of strategy may not be suitable for all customers approved for options transactions.

1. The potential loss of uncovered call writing is unlimited. The writer of an uncovered call is in an extremely risky position, and may incur large losses if the value of the underlying instrument increases above the exercise price.

2. As with writing uncovered calls, the risk of writing uncovered put options is substantial. The writer of an uncovered put option bears a risk of loss if the value of the underlying instrument declines below the exercise price. Such loss could be substantial if there is a significant decline in the value of the underlying instrument.

3. Uncovered option writing is thus suitable only for the knowledgeable investor who understands the risks, has the financial capacity and willingness to incur potentially *substantial* losses, and has sufficient liquid assets to meet applicable margin requirements. In this regard, if the value of underlying instrument moves against an uncovered writer's options position, the investor's broker may request significant additional margin payments. If an investor does not make such margin payments, the broker may liquidate stock or options positions in the investor's account, no prior notice in accordance with the investor's margin agreement.

4. For combination writing, where the investor writes both a put and a call on the same underlying instrument, the potential risk is unlimited.

5. If a secondary market in options were to become unavailable, investors could not engage in closing transactions, and an option writer would remain obligated until expiration or assignment.

6. The writer of an American-style option is subject to being assigned an exercise at any time after he has written the option until the option expires. By contrast, the writer of a European-style option is subject to exercise assignment only during the exercise period.

NOTE: It is expected that you will read the booklet entitled CHARACTARISTICS AND RISKS OF STANDARDIZED OPTIONS given to you at the time you opened your account. Additional copies are also available upon request from your broker. In particular your attention is directed to the chapter entitled Risks of Buying and Writing Options. This statement is not intended to enumerate all of the risks entailed in writing uncovered options.

SERATTO GROUP LTD                                 27.03.2013

_____     _____
Client Name                                                    Date

_____
Client Signature

DUBOVA NELIA

_____     _____
Client Name                                                    Date

_____
Client Signature

OD10012-OPTA 04/01/2003

SEC-APEX-E-0007534

EXHIBIT 43

**Received(Date):** Thu, 17 Apr 2014 09:44:52 -0400
**Subject:** Fwd: platform link IQ level 2
**From:** "dubovoy1 ." <dubovoy1@gmail.com>
**To:** Vladislav Khalupsky <vkhalupsky@gmail.com>

http://www.tradedownloads.com/uploads/setupnorvikbanka.exe

beratto
norvik555
pin
████7374

>
>
>


--
Dubovoy
████7771

EXHIBIT 44

| From: | Intermediary 2 |
| To: | dubovoyp@gmail.com |
| Cc: | |
| Bcc: | |
| Subject: | Payment entity 2 |
| Date: | Fri Feb 03 2012 08:57:28 EST |
| Attachments: | Payment entity 2 .docx |

Здравствуйте, Dubovoyp.


--
С уважением,
Intermedia
ry 2              mailto:Intermediary 2

From: macbook air <dubovoyp@gmail.com>
To: ███████
Cc:
Bcc:
Subject: Re: ████
Date: Fri Feb 03 2012 14:31:05 EST
Attachments:

---

ORIGINATOR LATBLV22XXX DATE SENT 03-Feb-2012 17:42
SESS 4796
SEQU 143768 DATE ACKD 03-Feb-2012 17:42
--------------------------------------------------------------------------------
DESTINATION RZBAATWWXXX
RAIFFEISEN BANK INTERNATIONAL AG
VIENNA
AT
--------------------------------- USER HEADER ----------------------------------
:108/MUR :ltkid9638945
:119/Validation flag :STP
------------------------------------ NORMAL ------------------------------------
:20 /Sender's Reference :RMO384452S-SW
:23B/Bank Operation Code :CRED
:32A/Value Date/Currency/Interbank Settled Amount
:03-Feb-2012 USD 65000,
:33B/Currency/Instructed Amount :USD 65000,
:50F/Ordering Customer :/LV58LATB0006020143431
1/TANIGOLD ASSETS LTD
2/84 PARK ROAD, ROSYTH DUNFERMLINE
2/KY11
3/GB/2JL
:53B/Sender's Correspondent :/17055059331
:57A/Account With Institution :TABUEE22XXX
TALLINN BUSINESS BANK LTD
TALLINN
EE
:59 /Beneficiary Customer :/████████████ 032348
████████████
:70 /Remittance Information :PAYMENT FOR BUILDING EGUIPMENT BY C
ONTRACT 24/01-123 OF 24.01.2012
:71A/Details of Charges :OUR
-------------------------------- ACKNOWLEDGEMENT -------------------------------
:177 /date and time :03-Feb-2012 17:42
:451 /acceptance/rejection :accepted
------------------------------------ TRAILERS ----------------------------------
:CHK/checksum :37D94FF97C90
-------------------------------- END OF MESSAGE --------------------------------
Сохранить в TXT файлСохранить в PDF файл
3 февр. 2012, в 15:57, dcf2022 написал(а):

> Здравствуйте, Dubovoyp.
>
>

>
> --
> С уважением,
> ████████                 mailto:██████████ <██████████████████.docx>

From: дубовой павел <dubovoyp@gmail.com>
To:
Cc:
Bcc:
Subject: ████████████
Date: Wed Mar 07 2012 05:39:48 EST
Attachments:

████████████ LLPCornwall Buildings, ████████████
████ Great BritainDirector ████████ IBAN ████████████████ 2348 Account
nr. ██████ 2348 Beneficiary's Bank:TALLINN BUSINESS BANKVANA-VIRU 7 ,10111
TALLINN ,ESTONIA SWIFT: ████████ Payment instructions-EUR Correspondent Bank
:DEUTSCHE BANK AGFRANKFURT / ESCHBORNGERMANYSWIFT: DEUTDEFF Payment
instructions-USD Correspondent Bank :DEUTSCHE BANK TRUST COMPANYAMERICASNEW
YORKUSASWIFT: ████████

From: ████████████████████████████████
To:   Unidentified hacker
Cc:
Bcc:
Subject:      Re: ████
Date:        Thu Dec 08 2011 05:57:25 EST
Attachments:

перевод с компаии Bigport trade ltd

1. Сумма: 134680 евро
2. Получатель: ████████████████ LLP
3. Назначение
платежа: payment for inv 35 from 30 nov 2011 for technological equipment

From: ████████
To: ████████ ████████
Cc:
Bcc:
Subject: ████
Date: Thu Dec 01 2011 08:53:14 EST
Attachments:

████████

Cornwall Buildings, 45-51 Newhall Street, Office 330, Birmingham, England,
B3 3QR, Great Britain
Director Lana Zamba

IBAN ████████ 2348
Account nr. ████ 2348

Beneficiary's Bank:TALLINN BUSINESS BANK
VANA-VIRU 7 ,10111 TALLINN ,
ESTONIA
SWIFT: TABUEE22


Payment instructions-EUR

Correspondent Bank :DEUTSCHE BANK AG
FRANKFURT / ESCHBORN
GERMANY
SWIFT: DEUTDEFF


_____
Я пользуюсь почтой на Мете http://webmail.meta.ua

From:  Unidentified hacker
To:    Turchynov Alias
Cc:

Subject:   новая вместо домино

Payment entity 1

 IBAN                        2348
Account nr.        2348

Beneficiary's Bank:TALLINN BUSINESS BANK
VANA-VIRU 7 ,10111 TALLINN  ,
 ESTONIA
 SWIFT:

Payment instructions-EUR

Correspondent Bank :DEUTSCHE BANK AG
FRANKFURT / ESCHBORN
GERMANY
SWIFT: DEUTDEFF

Payment instructions-USD

Correspondent Bank :DEUTSCHE BANK TRUST COMPANY
AMERICAS
NEW YORK
USA
SWIFT:

From: дубовой павел <dubovoyp@gmail.com>
To:
Cc:
Bcc:
Subject: 27.01.2012 получил 200000$
Date: Fri Feb 03 2012 17:03:12 EST
Attachments:

27.01.2012 получил 200000$02.02.2012 получил 150000$01.02.2012 отправил 100000$ на
компанию Boni INCЗатраты на перечислением Срочный платеж 65$ и платежка 35$03.02.2012
отправил 160000$ на компанию CARESE TRADE & INVEST (Влад)Затраты на
перечислением Срочный платеж 65$ и платежка 35$03.02.2012 отправил 95000$  на компанию
████████████ (пацаны)Затраты на перечислением Срочный платеж 65$ и платежка 35$
ИТОГО -5300$

| | |
|---|---|
| From: | дубовой павел <dubovoyp@gmail.com> |
| To: | dubovoy01@gmail.com |
| Cc: | |
| Bcc: | |
| Subject: | Расшифровка по перечислением |
| Date: | Fri Feb 03 2012 17:14:18 EST |
| Attachments: | |

27.01.2012 получил 200000$
02.02.2012 получил 150000$
01.02.2012 отправил 100000$ на компанию Boni INC
Затраты на перечислением
Срочный платеж 65$ и платежка 35$
03.02.2012 отправил 160000$ на компанию CARESE TRADE & INVEST (Влад)
Затраты на перечислением
Срочный платеж 65$ и платежка 35$
03.02.2012 отправил 95000$  на компанию ███████████ (пацаны)
Затраты на перечислением
Срочный платеж 65$ и платежка 35$

ИТОГО -5300$


Отправлено с iPad

| From: | macbook air <dubovoyp@gmail.com> |
|---|---|
| To: | Unidentified hacker |
| Cc: | |
| Bcc: | |
| Subject: | |
| Date: | Wed Mar 07 2012 08:01:12 EST |
| Attachments: | |

ORIGINATOR LATBLV22XXX DATE SENT 07-Mar-2012 14:08
SESS 4823
SEQU 188373 DATE ACKD 07-Mar-2012 14:08
--------------------------------------------------------------------------------
DESTINATION RZBAATWWXXX
RAIFFEISEN BANK INTERNATIONAL AG
VIENNA
AT
--------------------------------- USER HEADER ---------------------------------
:108/MUR :ltkid9735525
:119/Validation flag :STP
-------------------------------- NORMAL --------------------------------
:20 /Sender's Reference :RMO570394S-SW
:23B/Bank Operation Code :CRED
:32A/Value Date/Currency/Interbank Settled Amount
:07-Mar-2012 USD 41850,
:33B/Currency/Instructed Amount :USD 41850,
:50F/Ordering Customer :/             3431
1/TANIGOLD ASSETS LTD
2/84 PARK ROAD, ROSYTH DUNFERMLINE
2/KY11
3/GB/2JL
:53B/Sender's Correspondent :/     59331
:57A/Account With Institution :
TALLINN BUSINESS BANK LTD
TALLINN
EE
:59 /Beneficiary Customer :/             32348
Payment entity 1
:70 /Remittance Information :PAYMENT FOR CONSTRUCTION EQUIPMENTI
NVOCE 21/02-01 FROM 21.02.2012
:71A/Details of Charges :OUR
-------------------------------- ACKNOWLEDGEMENT --------------------------------
:177 /date and time :07-Mar-2012 14:08
:451 /acceptance/rejection :accepted
------------------------------------- TRAILERS -------------------------------------
:CHK/checksum :         7FE95
-------------------------------- END OF MESSAGE --------------------------------
Сохранить в TXT файлСохранить в PDF файл

| From: | macbook air <dubovoyp@gmail.com> |
|---|---|
| To: | Unidentified hacker |
| Cc: | |
| Bcc: | |
| Subject: | Swift |
| Date: | Mon Mar 12 2012 10:39:56 EDT |
| Attachments: | |

```
 SENT ----- MT103 - Single Customer Credit Transfer ----------------------------
ORIGINATOR LATBLV22XXX DATE SENT 08-Mar-2012 09:49
SESS 4826
SEQU 190669 DATE ACKD 08-Mar-2012 09:49
----------------------------------------------------------------------------------
DESTINATION RZBAATWWXXX
RAIFFEISEN BANK INTERNATIONAL AG
VIENNA
AT
--------------------------------- USER HEADER ----------------------------------
:108/MUR :ltkid9741146
:119/Validation flag :STP
------------------------------------- NORMAL -------------------------------------
:20 /Sender's Reference :RMO590308S-SW
:23B/Bank Operation Code :CRED
:32A/Value Date/Currency/Interbank Settled Amount
:09-Mar-2012 USD 22800,
:33B/Currency/Instructed Amount :USD 22800,
:50F/Ordering Customer :             3431
1/TANIGOLD ASSETS LTD
2/84 PARK ROAD, ROSYTH DUNFERMLINE
2/KY11
3/GB/2JL
:53B/Sender's Correspondent :/       9331
:57A/Account With Institution :
TALLINN BUSINESS BANK LTD
TALLINN
EE
:59 /Beneficiary Customer :           2348
Payment entity 1
:70 /Remittance Information :PAYMENT FOR CONSTRUCTION EQUIPMENTI
NVOCE 21/02-1 FROM 21.02.2012
:71A/Details of Charges :OUR
------------------------------- ACKNOWLEDGEMENT --------------------------------
:177 /date and time :08-Mar-2012 09:49
:451 /acceptance/rejection :accepted
----------------------------------- TRAILERS -----------------------------------
:CHK/checksum :05AB59AED9B6
-------------------------------- END OF MESSAGE --------------------------------
```

EXHIBIT 45

EQUIPMENT PURCHASE AGREEMENT

This Agreement is entered into by and between _TANIGOLD ASSETS LTD_____ , hereinafter "Seller" and __BONI INC____ , hereinafter "Buyer" for the purposes herein stated.

For Two Hundred Thousand Dollars ($200000.00) and other valuable considerations, the receipt and sufficiency of which is hereby acknowledged, the undersigned do hereby covenant, contract and agree as follows:

1. AGREEMENT: Seller hereby sells, conveys and transfers to Buyer all rights, title and interest in and unto the machinery, equipment and other personal property, hereinafter referred to collectively as equipment, described in the attached as Schedule I.

2. DELIVERY AND ACCEPTANCE: Upon acceptance by Buyer of the equipment, which acceptance shall be identified by Seller taking possession of the equipment, such acceptance shall acknowledge that the equipment is in good order and condition and that Buyer is satisfied with same and that Seller has made no representation or warranty, expressed or implied, with respect to such item of equipment. All equipment is sold in an "as is" condition.

3. PURCHASE PAYMENTS: Payments shall be payable to Seller at his offices or at any other place Seller may direct. Payments shall not be considered paid until received by Seller.

4. TITLE TO EQUIPMENT: Seller represents that he owns all equipment described herein free and clear and that such equipment is free of all liens.

5. INDEMNIFICATION OF SELLER: Buyer shall indemnify, protect and hold harmless the Seller, its agents, servants, successors and assigns from and against all losses, damages, injuries, claims, demands and expenses, including legal expenses, of whatever nature, arising out of the use, condition or operation of any item of the equipment, regardless of where, how and by whom operated. Buyer shall assume the settling of, and the defense of any suits or other legal proceedings brought to enforce all such losses, damages, injuries, claims, demands and expenses and shall pay all judgments entered in the suit for other legal proceedings. The indemnification and assumptions of liability and obligation herein provided shall continue in full force and effect notwithstanding the termination of this agreement, whether by expiration of time, by operation of law or otherwise.

6. "AS IS" CONDITION OF EQUIPMENT: Seller makes no warranties unto Buyer for the sale of the equipment and all equipment described herein is sold in its "as is" condition.

SEC-USAONJ-E-0007575

7. DEFAULT BY BUYER: Time is of the essence under this agreement and any of the following events shall constitute defaults on the part of Buyer hereunder:

(a) failure of Buyer to pay any payment within fifteen (15) days in which same becomes due;

(b) any breach or failure of Buyer to perform any of its obligations under this agreement;

(c) insolvency of bankruptcy of Buyer or assignment for the benefit of creditors;

(d) any other act of Buyer which will causes Seller to deem itself insecure.

Upon the occurrence of any default Seller may exercise this option without notice to or demand on the Buyer and thereupon all equipment and rights of Buyer therein shall be surrendered unto Seller; upon default, Seller may take possession of the equipment where found with or without process of law in court, may enter upon the agreed premises without liability for suit, action, or other proceedings by Buyer and remove same; hold, sell, agreement or otherwise dispose of the equipment or keeping of any of them as Seller so chooses without effecting the obligation of Buyers as providing by this agreement; collect all unpaid payments due without prejudice to Seller's right to regain possession of the equipment.

8. Upon receiving the final payment from Buyer under this agreement, Seller shall execute such further assurances as may be reasonably required by Buyer to insure that the equipment is free from all liens and encumbrances.

WITNESS our signatures this the day of _____ , 20_____.

SELLER: _____

_____

BUYER: _____

LARISA PLODOVSKY
NOTARY PUBLIC
Forsyth County
State of Georgia
My Commission Expires March 13, 2015

_____

STATE OF _____

COUNTY OF _____Forsyth_____

EXHIBIT 46

| From: | Arkadiy Dubovoy <dubovoy01@gmail.com> |
| Sent: | Wednesday, October 9, 2013 4:06 PM |
| To: | garkusha1@gmail.com |
| Subject: | Fwd: |

Отправлено с iPhone

Начало переадресованного сообщения:

От: "Павел Дубовой." <dubovoyp@gmail.com>
Дата: October 8, 2013, 12:50:23 PM EDT
Кому: Arkadiy Dubovoy <dubovov01@gmail.com>

SEC-USAONJ-E-0000057



SEC-USAONJ-E-0000058

Отправлено с iPhone

SEC-USAONJ-E-0000059

EXHIBIT 47

# Personal Information

Individual CRD#: __4176865__                                    Individual Name: KHALUPSKY, VLADISLAV

| Other Names Known by | |
|---|---|
| Social Security Number | ████6284 |
| Date of Birth | ████1970 |
| State/Country of Birth | UKRAINE |
| Sex | M |
| Height | 6 ft 3 in |
| Weight | 220 lbs |
| Hair Color | Brown |
| Eye Color | Gray |

| Personal Residential History | | | | | |
|---|---|---|---|---|---|
| From | To | Street | City | State/Country | Zip |
| 07/2001 | Present | 3232 SHORE PKWY, APT 4D | BROOKLYN | NY | 11235 |
| 07/1998 | 07/2001 | 40 BRIGHTON 1ST RD APT 7H | BROOKLYN | NY | 11235 |
| 03/1991 | 07/1998 | 2330 OCEAN AV APT 4F | BROOKLYN | NY | 11229 |

© 2015 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.        ·Privacy ┊ Legal ┊ Terms & Conditions

# Fingerprint Cards

Individual CRD#: 4176865

Individual Name: KHALUPSKY, VLADISLAV

| Firm Name | BarCode | Received Date | Status Date | Status | BarCode Re-Associated |
|---|---|---|---|---|---|
| DIMENSION BROKERAGE, LLC (136257) | 2442067534 | 09/20/2007 | 08/01/2008 | TERM | N |
| RUMSON CAPITAL, LLC (33848) | 2127897643 | 12/26/2002 | 04/07/2003 | TERM | N |
| SUNGARD BROKERAGE & SECURITIES SERVICES LLC (104162) | 2127897643 | 12/26/2002 | 04/07/2003 | TERM | N |
| TAFFERER TRADING, LLC (36816) | 2126927521 | 06/18/2003 | 10/25/2005 | TERM | N |
| WORLDCO, L.L.C. (24673) | 9924501133 | 04/24/2000 | 12/16/2002 | TERM | N |
| WTS PROPRIETARY TRADING GROUP LLC (148117) | 2601662076 | 07/28/2010 | 06/15/2011 | TERM | N |

© 2015 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.     Privacy | Legal | Terms & Conditions

Case 2:15-cv-06050-MCA-LDW Document 2 Filed 08/07/15 Page 80 of 100 PageID: 8499

## Registrations Summary With Prior Employers

**Individual CRD#:** 4176865                              **Individual Name:** KHALUPSKY, VLADISLAV

| Firm Name | Firm CRD | Start Date | End Date | IARD Regs. | CRD Regs. | SFG Member | Disciplined Firm |
|---|---|---|---|---|---|---|---|
| WTS PROPRIETARY TRADING GROUP LLC | 148117 | 07/2010 | 06/2011 | N | N | N | N |
| DIMENSION BROKERAGE, LLC | 136257 | 09/2007 | 08/2008 | N | N | N | N |
| HOLD BROTHERS ON-LINE INVESTMENT SERVICES L.L.C. | 36816 | 05/2003 | 10/2005 | N | N | N | N |
| ANDOVER CAPITAL PARTNERS LLC | 104162 | 03/2003 | 03/2003 | N | N | N | N |
| ANDOVER BROKERAGE, L.L.C. | 33848 | 10/2002 | 03/2003 | N | N | N | N |
| WORLDCO, L.L.C. | 24673 | 04/2000 | 12/2002 | N | N | N | N |

© 2015 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.        Privacy | Legal | Terms & Conditions

# U4 Employment History

Individual CRD#: __4176865__                    Individual Name: KHALUPSKY, VLADISLAV

## Office of Employment Address History

| From | To | Firm | CRD Branch Number | NYSE Branch Code Number | Firm Billing Code | Address | Type of Office | Private Residence |
|------|-----|------|-------------------|------------------------|-------------------|---------|----------------|-------------------|
| 07/28/2010 | 06/15/2011 | WTS PROPRIETARY TRADING GROUP LLC (148117) | BD Main | | | 11 BROADWAY, SUITE 1515 NEW YORK, NY 10004 | Supervised From | No |
| 07/28/2010 | 08/16/2010 | WTS PROPRIETARY TRADING GROUP LLC (148117) | Non Registered Location | | | 11 BROADWAY, SUITE 1515 NY, NY 10004 | Located At | No |
| 09/13/2007 | 08/01/2008 | DIMENSION BROKERAGE, LLC (136257) | BD Main | | | 91 FIFTH AVENUE, 5TH FLOOR NEW YORK, NY 10003 | Located At | No |
| 05/06/2003 | 10/25/2005 | HOLD BROTHERS ON-LINE INVESTMENT SERVICES L.L.C. (36816) | Non Registered Location | | | 525 WASHINGTON BLVD 14TH FLOOR JERSEY CITY, NJ 07310 | Located At | No |
| 03/03/2003 | 03/24/2003 | ANDOVER CAPITAL PARTNERS LLC (104162) | Non Registered Location | | 5300 | 91 5TH AVENUE NEW YORK, NY 10003 | Located At | No |
| 11/27/2002 | 12/02/2002 | ANDOVER BROKERAGE, L.L.C. (33848) | Non Registered Location | | | | | No |
| 10/09/2002 | 03/03/2003 | ANDOVER BROKERAGE, L.L.C. (33848) | Non Registered Location | | 5300 | 91 5TH AVENUE NEW YORK, NY 10003 | Located At | No |
| 04/18/2000 | 12/10/2002 | WORLDCO, L.L.C. (24673) | Non Registered Location | | | 110 WALL STREET NEW YORK, NY 10005 | Located At | No |

**Please note that data contained in the U4 EMPLOYMENT HISTORY SCREEN is updated only by a U4 and does not reflect any changes made by the filing of a U5.**

## Employment History

| From | To | Name | Investment Related Business? | City | State | Country | Position |
|------|-----|------|------------------------------|------|-------|---------|----------|
| 09/2007 | Present | DIMENSION BROKERAGE,LLC | Y | NEW YORK | NY | USA | PROP TRADER |
| 10/2005 | 09/2007 | SELF EMPLOYED | N | NEW YORK | NY | USA | SALES |
| 05/2003 | 10/2005 | HOLD BROTHERS, LLC | Y | NEW YORK | NY | USA | PROP TRADER |
| 03/2003 | 03/2003 | ANDOVER CAPITAL PARTNERS LLC | Y | NEW YORK | NY | USA | PROP TRADER |
| 03/2003 | 03/2003 | PRESCIENT SECURITIES, LLC | Y | NEW YORK | NY | USA | MASS TRANSFER |
| 11/2002 | 03/2003 | ANDOVER BROKERAGE, LLC | Y | NEW YORK | NY | USA | REG. REP. |
| 06/2000 | 11/2002 | WORLDCO LLC | Y | NEW YORK | NY | USA | TRADER |
| 07/1991 | 04/2000 | SELF EMPLOYED | N | BROOKLYN | NY | USA | SALES |
| 10/1990 | 07/1991 | TOMPSON-KANE REALTY | N | NEW YORK | NY | USA | SALES AGENT |
| 03/1990 | 10/1990 | SERIT COMPUTER SCHOOL | N | BROOKLYN | NY | USA | STUDENT |
| 03/1990 | 10/1990 | SERIT COMPUTER SCHOOL | N | BROOKLYN | NY | USA | STUDENT |

© 2015 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.          Privacy | Legal | Terms & Conditions

# Registrations Summary

**Individual CRD#:** 4176865      **Individual Name:** KHALUPSKY, VLADISLAV

**Current Firm(s):**

## Registrations Summary With Current Employers

⚠ No Current Employers Found.

**Prior Firm(s):**

## Registrations Summary With Prior Employers

| Firm Name | Firm CRD | Start Date | End Date | IARD Regs. | CRD Regs. | SFG Member | Disciplined Firm |
|---|---|---|---|---|---|---|---|
| WTS PROPRIETARY TRADING GROUP LLC | 148117 | 07/2010 | 06/2011 | N | N | N | N |
| DIMENSION BROKERAGE, LLC | 136257 | 09/2007 | 08/2008 | N | N | N | N |
| HOLD BROTHERS ON-LINE INVESTMENT SERVICES L.L.C. | 36816 | 05/2003 | 10/2005 | N | N | N | N |
| ANDOVER CAPITAL PARTNERS LLC | 104162 | 03/2003 | 03/2003 | N | N | N | N |
| ANDOVER BROKERAGE, L.L.C. | 33848 | 10/2002 | 03/2003 | N | N | N | N |
| WORLDCO, L.L.C. | 24673 | 04/2000 | 12/2002 | N | N | N | N |

Back to Top

## Registrations with Prior Employers

**Firm CRD # :** 148117      **Firm Name :** WTS PROPRIETARY TRADING GROUP LLC

| | |
|---|---|
| Employment Start Date | 07/28/2010 |
| Employment End Date | 06/15/2011 |
| Reason for Termination | |
| Termination Comment | |
| Firm Name at Termination | WTS PROPRIETARY TRADING GROUP LLC |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| CBOE | GS | 08/16/2010 | 06/15/2011 | T_NOREG | |

Back to Top

## Registrations with Prior Employers

**Firm CRD # :** 136257      **Firm Name :** DIMENSION BROKERAGE, LLC

| | |
|---|---|
| Employment Start Date | 09/13/2007 |
| Employment End Date | 08/01/2008 |
| Reason for Termination | Voluntary |
| Termination Comment | |
| Firm Name at Termination | DIMENSION BROKERAGE, LLC |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| PHLX | GS | 09/13/2007 | 08/01/2008 | TERMED | 09/13/2007 |

Back to Top

## Registrations with Prior Employers

**Firm CRD # :** 36816      **Firm Name :** TAFFERER TRADING, LLC

| | |
|---|---|
| Employment Start Date | 05/06/2003 |
| Employment End Date | 10/25/2005 |
| Reason for Termination | Voluntary |
| Termination Comment | |
| Firm Name at Termination | HOLD BROTHERS ON-LINE INVESTMENT SERVICES L.L.C. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| FINRA | ET | 05/08/2003 | 10/25/2005 | TERMED | 05/08/2003 |
| FINRA | GS | 05/08/2003 | 10/25/2005 | TERMED | 05/08/2003 |

| NY | AG | 05/08/2003 | 10/25/2005 | T_NOREG | |
| NY | AG | 01/04/2005 | 10/25/2005 | TERMED | 01/21/2005 |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| ARCA | GS | 09/30/2004 | 10/25/2005 | TERMED | 09/30/2004 |
| NJ | AG | 01/11/2005 | 10/25/2005 | TERMED | 01/11/2005 |

Back to Top
## Registrations with Prior Employers

Firm CRD # : 104162    Firm Name : SUNGARD BROKERAGE & SECURITIES SERVICES LLC

| Employment Start Date | 03/03/2003 |
|---|---|
| Employment End Date | 03/24/2003 |
| Reason for Termination | Voluntary |
| Termination Comment | |
| Firm Name at Termination | ANDOVER CAPITAL PARTNERS LLC |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| FINRA | ET | 03/03/2003 | 04/07/2003 | TERMED | 03/03/2003 |
| FINRA | GS | 03/03/2003 | 04/07/2003 | TERMED | 03/03/2003 |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| FL | AG | 03/03/2003 | 04/07/2003 | TERMED | 03/03/2003 |

Back to Top
## Registrations with Prior Employers

Firm CRD # : 33848    Firm Name : RUMSON CAPITAL, LLC

| Employment Start Date | 10/09/2002 |
|---|---|
| Employment End Date | 03/03/2003 |
| Reason for Termination | Voluntary |
| Termination Comment | MASS TRANSFER = 161198 |
| Firm Name at Termination | ANDOVER BROKERAGE, L.L.C. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| FINRA | ET | 12/02/2002 | 03/03/2003 | MASS_TRNSF | 12/02/2002 |
| FINRA | GS | 12/02/2002 | 03/03/2003 | MASS_TRNSF | 12/02/2002 |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| FL | AG | 12/02/2002 | 03/03/2003 | MASS_TRNSF | 12/02/2002 |

Back to Top
## Registrations with Prior Employers

Firm CRD # : 24673    Firm Name : WORLDCO, L.L.C.

| Employment Start Date | 04/18/2000 |
|---|---|
| Employment End Date | 12/10/2002 |
| Reason for Termination | Other |
| Termination Comment | DOWNSIZING |
| Firm Name at Termination | WORLDCO, L.L.C. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|---|
| FINRA | ET | 06/09/2000 | 12/16/2002 | TERMED | 06/19/2000 |
| FINRA | GS | 04/18/2000 | 12/16/2002 | TERMED | 06/02/2000 |

Back to Top

© 2015 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.    Privacy | Legal | Terms & Conditions

EXHIBIT 48

```
Received(Date):     Thu, 28 Nov 2013 14:06:58 +0200
From:      Raketa <raketa78@gmail.com>
To:        VladK <vkhalupsky@gmail.com>
Subject:   10000
```

--------------------------------------------------------------------------------
```
  Network        : APPLI
  Session Holder : PaperPrint
  Session        : 0003
  Sequence       : 446603
  Delivery Status : Network Ack
-------------------------- Instance Type and Transmission -----------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status : Network Ack
Priority/Delivery       : Normal
Message Input Reference : 1707 131127BLIBLV22AXXX8497963672
--------------------------------- Message Header ---------------------------------
Swift Input : FIN 103 Single Customer Credit Transfer
Sender : BLIBLV22XXX
        BALTIC INTERNATIONAL BANK
        RIGA, LATVIA
Receiver : DEUTGB2LXXX
         DEUTSCHE BANK AG
         LONDON, UNITED KINGDOM
Message User Reference (MUR) : 1676861081.00
--------------------------------- Message Text ----------------------------------
 20: Transaction Reference Number
    FT13331Z9DYR
23B: Bank Operation Code or Identification of the Option
    CRED (Credit transfer where there is no SWIFT Service Level involved)
32A: Value Date, Currency and Amount
    Date       : 29 November 2013
    Currency   : GBP (POUND STERLING)
    Amount     : #10,000.00#
33B: Amount
    Currency   : GBP (POUND STERLING)
    Amount     : #10,000.00#
50K: Ordering Customer Additional Party (Name and Address)
    /LV35BLIB3200009333001
    GLOBAL SHIPPING AND PORT SERV-S LLP
    CORNER CHAMBERS 590A KINGSBURY
    ROAD BIRMINGHAM W.M.B24 9ND,GB
57A: Account With Institution (ISO Bank Identifier Code)
    BARCGB22
    BARCLAYS BANK PLC
    (ALL U.K. OFFICES)
    LONDON, UNITED KINGDOM
 59: Beneficiary Customer
    /GB25BARC20721780805807
    VLADISLAV KHALUPSKY
    2 ARMEYSKAYA ST., APT. 23,
    ODESSA, UKRAINE
 70: Details of Payment
    FOR TRANSPORT SERVICES,CONTRACT NR.
    479-13 DD 11/11/2013
71A: Details of Charges
```

SEC-DOJ-E-0002015

EXHIBIT 49

**Subject:** Wire confirmation
**From:** Arkadiy Dubovoy <dubovoy01@gmail.com>
**Received(Date):** Mon, 3 Jun 2013 14:42:38 -0400
**To:** Vladislav Khalupsky <vkhalupsky@gmail.com>
image.jpeg

Sent from my iPhone

On May 29, 2013, at 11:47 AM, Vladislav Khalupsky <vkhalupsky@gmail.com> wrote:

>
>.
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: Raketa <raketa78@gmail.com>
>> Date: 29 мая 2013, 14:31:28 GMT+03:00
>> To: vkhalupsky@gmail.com
>> Subject: SK
>> Здравствуйте, Vkhalupsky.
>>
>>
>>
>> --
>> С уважением,
>> Raketa                    mailto:raketa78@gmail.com
> <SK BIB.docx>

_____

SEC-DOJ-E-0003970



Sent from my iPhone

On May 29, 2013, at 11:47 AM, Vladislav Khalupsky <vkhalupsky@gmail.com> wrote:


Sent from my iPhone

Begin forwarded message:


**From:** Raketa <raketa78@gmail.com>
**Date:** 29 мая 2013, 14:31:28 GMT+03:00
**To:** vkhalupsky@gmail.com
**Subject: SK**


Здравствуйте, Vkhalupsky.

SEC-DOJ-E-0003971

--
С уважением,
Raketa          mailto:raketa78@gmail.com

&lt;SK BIB.docx&gt;

SEC-DOJ-E-0003972

# Wire Transfer Services
## Outgoing Wire Transfer Request

**WELLS FARGO**

05/03/2013

### 1. Originator's Information

Customer's Name
DON JUGOR DUBOYCY
Customer's Physical Address (No., Street, Zip Code)
13605 FREEMANVILLE RD, ALPHARETTA, GA 30004
846

Are you sending this wire in foreign currency?
☐ Yes ☒ No

### 2. Beneficiary/Recipient Information

Beneficiary/Recipient Name
SK INTER TRADING LLP

Beneficiary's Physical Address (International Bank Account Number (IBAN) where applicable)
LV84BLIB1000101860007

FRM REGISTRARS LIMITED/VISION HOUSE W, BURY WAY, HITCHIN HERTFORDSHIRE, UNITED KINGDOM, SG4 0TW

FOR TEXTILE GOODS, CONTRACT N6 115-05/03/2013

### 3. Beneficiary Bank Information

Beneficiary's Bank Name
BALTIC INTERNATIONAL BANK

U.S. Dollar Wire Amount
140,000.00

### 5. Wire Fee & Customer Signature

IGOR A DUBOYCY

Customer Signature
X

### 6. Wells Fargo Use Only - Wells Fargo Approval - Following MUST be completed for ALL outgoing wires.

SWIFT/BIC: BYSPLV22

First Approval
X

Second Approval
X

### 7. Wire in Process (WIP)

### 8. Customer Not Present

SEC-DOJ-E-0003973

**WELLS FARGO**

# Wire Transfer Services
## Outgoing Wire Transfer Request

A customer of least member, with the customer's consent, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy and provide a copy to the customer according to your firm's Agreement for Outgoing Wires/Wire Transfer Services. Wells Fargo or its affiliates will not provide, on the same day of the customer requesting, a copy of the wire. The customer's consent will not be withheld for non-repetitive banking customers. See back page 2 for explanation of this Mexican CLABE account or the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN). **Required information is noted with an asterisk.**

*Today's Date: 06/03/2013

## 1. Originator's Information
*Customer Name: BORIS IGOR DUBOVOY
*Customer Address, City, State, Zip Code:
13545 FREEMANVILLE RD, ALPHARETTA, GA 30004
*US Dollar Wire Amount: 140,000.00

*Transfer Type:
☒ Yes ☐ No

Currency Code (if not): Foreign Currency Amount:

## 2. Beneficiary/Recipient Information
*Beneficiary/Recipient Name:
SK INTER TRADING LLP
*Beneficiary Account Number or Mexican CLABE # (or the Int'l Bank Account Number (IBAN) where applicable)
LV84HEIB0001564007
*Beneficiary Address, City, State, Zip Code: (provide all address info where applicable)
FIRM REGISTERED LIMITED IN VISION HOUSE WILBURY WAX, HITCHIN HERTFORDSHIRE, UNITED KINGDOM, SG40TW
FOR 7 DE GOODS CONTRACT NR 045-09 03/2013
Beneficiary Phone Number:

## 3. Beneficiary Bank Information
*Beneficiary Bank Name:
BALTIC INTERNATIONAL BANK
International Routing Code (IRC):
*Beneficiary Bank Address, City, State, Zip, Country (physical address):

## 4. Intermediary Bank Information
Intermediary Bank Name:
Intermediary Bank Address, City, State, Zip, Country (physical address):

## 5. Wire Fee & Customer Signature
Name (if used in customer):
IGOR A DUBOVOY

## 6. Wells Fargo Use Only – Wells Fargo Approval – Following MUST be completed for ALL outgoing wires.

## 7. Wire In Process (WIP)

## X. Customer Not Present

Make original copy to Wells Fargo and provide a copy to the customer. Including both pages 1 and 2.

Page 1 of 2

SEC-DOJ-E-0003974

EXHIBIT 50

# **Ameritrade**

# Letter of Instruction for Third-Party Transfer

PO Box 2209 ▪ Omaha, NE 68103-2209
Attn: Wire Department
Fax: 816-243-3761

*Please complete this form if you wish to initiate a wire to an account titled differently than the TD Ameritrade account. These would consist of a joint to an individual account wire transfer.* **The receiving bank account title must include at least one account owner named on the TD Ameritrade account. All fields provided below must be completed for processing to be initiated.** *Processing requires 24 hours from the receipt of instructions. Wires sent prior to settlement will result in additional fees.*

TD Ameritrade Account Number: **7954**

Name(s) on TD Ameritrade Account: **APD Developers inc**

Name of Sender: **Arkadiy Dubovoy**

Address of Sender: **3374 Cedar Farms ct    Alpharetta GA 30004**

Amount to Be Wired: **166 000.00**    Date to Send Wire: (MM-DD-YYYY) **05-30-2012**

Name of Corresponding Bank (if applicable):

City and State of Bank:

ABA/Routing Number of Bank:    Phone Number of Bank:

Name of Receiving Bank: **BB rT**

City and State of Receiving Bank: **Alpharetta GA**

ABA/Routing Number of Receiving Bank: **3415**

Name(s) on Receiving Bank Account: **Boni inc.**

Account Number at Receiving Bank: **3472**

## Joint Account to Individual

We, the account owners, jointly and severally indemnify and hold harmless TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., and the divisions thereof, from any claim, suit, demand, loss or liability as a result of the clearing firm having effected transactions pursuant to instructions given by the individuals listed on this account except as may be clearly and convincingly proven to have resulted from gross negligence.

✗ Account Owner's Signature:

✗ Account Owner's Signature:

✗ Account Owner's Signature:

Your Phone Number:    Your Email Address:

This form may be faxed to **816-243-3761**, or mailed to TD Ameritrade, 1005 North Ameritrade Place, Bellevue, NE 68005.
For assistance, call 800-669-3900.

Investment Products: Not FDIC Insured * No Bank Guarantee * May Lose Value

TD Ameritrade, Division of TD Ameritrade, Inc., member FINRA/SIPC/NFA and TD Ameritrade Clearing, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2010 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.



TDA 517/T 10/10

SEC-TDA-E-0001092

# EXHIBIT 51

**Subject:** Wire confirmation
**From:** Arkadiy Dubovoy <dubovoy01@gmail.com>
**Received(Date):** Mon, 3 Jun 2013 14:42:38 -0400
**To:** Vladislav Khalupsky <vkhalupsky@gmail.com>
image.jpeg

Sent from my iPhone

On May 29, 2013, at 11:47 AM, Vladislav Khalupsky <vkhalupsky@gmail.com> wrote:

>
> .
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: Raketa <raketa78@gmail.com>
>> Date: 29 мая 2013, 14:31:28 GMT+03:00
>> To: vkhalupsky@gmail.com
>> Subject: SK
>> Здравствуйте, Vkhalupsky.
>>
>>
>>
>> --
>> С уважением,
>> Raketa                    mailto:raketa78@gmail.com
> <SK BIB.docx>

SEC-DOJ-E-0003970



Sent from my iPhone

On May 29, 2013, at 11:47 AM, Vladislav Khalupsky <vkhalupsky@gmail.com> wrote:


Sent from my iPhone

Begin forwarded message:


**From:** Raketa <raketa78@gmail.com>
**Date:** 29 мая 2013, 14:31:28 GMT+03:00
**To:** vkhalupsky@gmail.com
**Subject: SK**


Здравствуйте, Vkhalupsky.

SEC-DOJ-E-0003971

--
С уважением,
Raketa                  mailto:raketa78@gmail.com

<SK BIB.docx>

SEC-DOJ-E-0003972

# Wire Transfer Services
## Outgoing Wire Transfer Request

**WELLS FARGO**

A customer or their individual, with the customer present, completes this form when requesting to send a wire. Customers wires can only be sent for Wells Fargo customers. Retain the original copy and provide a copy to the customer including you give the customer the Agreement for Outgoing Wire Transfer Services. Prior to initiating a wire for a customer, ensure the customer is properly authenticated. For Outgoing wires sent on the wires based on conversation/banking instrument, the individual must verify the dollar amount(s), the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN). *Required information is noted with an asterisk.

Today's Date: 05/03/2013

### 1. Originator's Information
*Customer's Name: IGOR A DUBOVOY
*Customer's Physical Address: 5705 FREEMANVILLE RD, ALPHARETTA, GA 30004
*Is the Originating Party Account No. the wire source account: ☑ Yes ☐ No

### 2. Beneficiary/Recipient Information
*Beneficiary/Recipient Name: SK INTER TRADING LLP
*Beneficiary Account Number:
*U.S. Dollar Wire Amount: 140,000.00

### 3. Beneficiary Bank Information
*Beneficiary Bank Name: BALTIC INTERNATIONAL BANK

### 4. Intermediary Bank Information

### 5. Wire Fee & Customer Signature – Following MUST be completed for ALL outgoing wires.

### 6. Wells Fargo Use Only – Wells Fargo Approval

### 7. Wire in Process (WIP)

### 8. Customer Not Present

Page 2 of 4

**WELLS FARGO**

## Wire Transfer Services
## Outgoing Wire Transfer Request

A customer or their member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy and provide a copy to the customer accepting you give the customer the "Agreement for Outgoing Wells Fargo Wire Transfers." When completing the form, if the customer is not a Wells Fargo customer, the Wire Transfer Services will not transact a wire based on conventional banking instruments. Bank Issue (page 2) for explanations of the Mexican CLABE account, the SWIFT BIC, the International Routing Code (IRC) and the International Bank Account Number (IBAN). *Required information is noted with an asterisk.

| *Today's Date | | *Send Date (Must be same as day in 9:17. Date must not be more than 7 business days in the future) |
|---|---|---|
| 06/03/2013 | | 06/03/2013 |

### 1. Originator's Information

**IGOR A DUBOVOY**

*Customer's Physical Address, City, State, Zip Code
LIVING WEATHERILAND ALPHARETTA, GA 30004

*Transfer From Wells Fargo Account No. (If wire transfer from an account, enter the whole account number or Wells Fargo account) 840

☐ Yes ☐ No  If this wire is being sent in foreign currency, please select the individual's account and the fee geographical currency

*If wire is to be sent in foreign currency     Foreign Currency Type/Name (list TOP all default) if x unless specified otherwise.

Currency Code (if sent)     *U.S. Dollar Wire Amount
                            140,000.00     Foreign Currency Amount

### 2. Beneficiary Recipient Information (This is the ultimate recipient of the wire transfer funds.)

*Beneficiary/Recipient Name
SK INTER TRADING LLP

*Beneficiary's Bank Account Number, Mexican CLABE (For the International Bank Account Number (IBAN) where applicable)
LV04AIB0000156440001

*Beneficiary's Physical Address, City, State, Zip Code (a private address is required for foreign wires)
FIRM REGISTRANCE LIMITED INVISION HOUSE WILBURY WAY, HITCHIN HERTFORDSHIRE, UNITED KINGDOM, SG40TW

FOR FURTHER CREDIT TO: CONTRACT №-16-JN/AB 03/2013

### 3. Beneficiary Bank Information (This is the financial institution where the beneficiary receives their funds.)

*Beneficiary Bank Name
EVLU AUSTRIA DONU BANK

Beneficiary Bank SWIFT BIC or Fedwire ABA No. (US RTN or SWIFT BIC)     International Routing Code (IRC)     Beneficiary Phone Number

### 4. Intermediary Bank Information (This is a Finance institution that the wire must pass through before reaching the final beneficiary bank.)

Options: *Intermediary Beneficiary Bank RTN or SWIFT BIC     Intermediary Routing Code (IRC)

*Intermediary Bank Name

Intermediary Bank Address, City, State, Zip, Country (if not a domestic bank)

Correspondent or Intermediary Bank

### 5. Wire Fee & Customer Signature

Wire Fee Amount (we transact from account will be charged the fee.) The fee charged is based on the received type.

**The amount of wire transfer requested MUST be completed for ALL outgoing wires.**

☐ I authorize Wells Fargo to transact this wire for the amount indicated above.

| *Name on Account (if customer) | | F/X Trade Contact |
|---|---|---|
| IGOR A DUBOVOY | | |

*Customer Signature X

### 6. Wells Fargo Use Only – Wells Fargo Approval

| *Teller/Banker Name | Teller Location | Caller's location | Caller's telephone/cost number |
|---|---|---|---|

Wire Fee Waived/AU Number     *End AU (sending location)     Report Approval if applicable
116

Teller ID and AU #
X 006301-5

### 7. Wire In Process (WIP)

Wire Fee Amount     First Approval     Second Approval
                    X                  X

### 8. Customer Not Present

☐ Call Back Performed

*Customer Physical Signature

Make original copy to Wells Fargo and provide a copy to the customer, including from pages 1 and 2.

© 2012 Wells Fargo Bank, N.A. All rights reserved. Member FDIC
NFGM8461 (Rev. 02, 4ch, 5 of 5)

Page 1 of 2