# EXHIBIT 80

*A P O S T I L L E*

**(Convention de la Haye du 5 Octobre 1961)**

1. Country: **Tortola, British Virgin Islands**

    This public document

2. has been signed by: **Lewis S. Hunte**

3. acting in the capacity of: **Notary Public**

4. bears the seal/stamp of: **Lewis S. Hunte**

*C E R T I F I E D*

5. at Road Town, Tortola

6. the 9th March 2010

7. by: "REGISTRAR-GENERAL"

8. No .......R G - 4 1 9 8 5...............

9. Seal/stamp:



10. Signature ...................................
    *(for)* "REGISTRAR-GENERAL"

SEC-IB-E-0205084

## CERTIFICATE OF COLLATION

I, Lewis S. Hunte Notary Public in Road Town, Tortola, British Virgin Islands, DO HEREBY CERTIFY:

1. THAT annexed hereto is a copy of the Certificate of Incorporation for **INTERTRADE PACIFIC S.A.** certified by the Registrar of Corporate Affairs.

2. THAT annexed hereto is a copy of the Register of Directors for **INTERTRADE PACIFIC S.A.** certified by the Registered Agent.

3. THAT annexed hereto is a copy of the Register of Members for **INTERTRADE PACIFIC S.A.** certified by the Registered Agent.

4. THAT annexed hereto is a copy of the Certificate of Incumbency for **INTERTRADE PACIFIC S.A.** certified by the Registered Agent.

4. THAT annexed hereto is a copy of the Memorandum and Articles of Association for **INTERTRADE PACIFIC S.A.** certified by the Registered Agent.

Dated: 9 March 2010



(Notary seal: LEWIS S. HUNTE NOTARY PUBLIC British Virgin Islands)

_____
**Lewis S. Hunte**
**Notary Public**

1

{B.CER05(06)]



TERRITORY OF THE BRITISH VIRGIN ISLANDS
BVI BUSINESS COMPANIES ACT, 2004

A Certified True Copy

Jordans (Caribbean) Limited
Registered Agent

CERTIFICATE OF INCORPORATION
(SECTION 7)

INTERTRADE PACIFIC S.A.

BVI COMPANY NUMBER ▇▇▇0899

The REGISTRAR of CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES, that pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of incorporation having been complied with,

is incorporated in the BRITISH VIRGIN ISLANDS as a BVI BUSINESS COMPANY, this 8th day of October, 2009.

for REGISTRAR OF CORPORATE AFFAIRS
8th day of October, 2009

SEC-IB-E-0205086

**REGISTER OF DIRECTORS AND OFFICERS OF**

**INTERTRADE PACIFIC S.A. (BVI)**

| DIRECTOR'S NAME | ALTERNATE DIRECTOR'S NAME | ADDRESS | OCCUPATION | APPOINTED | RESIGNED | REGISTRAR NOTIFIED APPOINT-MENT | RESIGNATION |
|---|---|---|---|---|---|---|---|
| ABS INTERNATIONAL SERVICES LTD. | | 103 Sham Peng Tong Plaza, Victoria, Mahe, Seychelles | Management Services | 08 Oct 2009 | 08 Oct 2009 | | |
| Mr. David Amaryan | | Mr. David Amaryan, flat 49, bld. 1, Moscow, Andreevskaya nab. | Management Services | 08 Oct 2009 | | | |

| OFFICER'S NAME | OFFICE HELD | ADDRESS | OCCUPATION | APPOINTED | RESIGNED | REGISTRAR NOTIFIED APPOINT-MENT | RESIGNATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DATED: 03 March 2010

Director

Mr. David Amaryan

A Certified True Copy

Jordans (Caribbean) Limited
Registered Agent
..........

SEC-IB-E-0205087

# REGISTER OF MEMBERS OF
# INTERTRADE PACIFIC S.A. (BVI)

| MEMBER'S NAME AND ADDRESS | NUMBER OF SHARES | CLASS AND SERIES OF SHARES (IF ANY) | CERTIFICATE NUMBER | SHARE NUMBERED | DATE OF ACQUISITION | TRANSFER OF SHARES | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DATE OF TRANSFER | NUMBER OF SHARES | TRANSFEREE |
| Mr. David Amaryan, flat 49, bld. 1, Moscow, Andreevskaya nab. | 50000 | Registered, with no par value | 1 | 00001-50000 | 8-Oct-2009 | | | |

DATED: 03-March-2010

Mr. David Amaryan
DIRECTOR

A Certified True Copy

Jordans (Caribbean) Limited
Registered Agent

INTERTRADE PACIFIC S.A. BVI 2009

SEC-IB-E-0205088



**CERTIFICATE OF INCUMBENCY**

We, Jordans (Caribbean) Limited, being the duly appointed Registered Agent of INTERTRADE PACIFIC S.A. (hereinafter the "Company"), do hereby confirm that as of the date of this Certificate:

1. The Company is in good legal standing.

2. The Company was incorporated in British Virgin Islands on 8th October 2009 under BVI Business Companies Act, registration number ██████0899.

3. The Registered Office address of the Company is: P.O. Box 3469, Road Town, Tortola, British Virgin Islands.

4. The Sole Director of the Company is:

   Mr. David Amaryan

5. The Sole Member of the Company is:

   Mr. David Amaryan

6. No formal notice has been served at the Registered Office of the Company, that the Company is in default under any laws, statute, regulation, indenture, mortgage, trust deed, agreement or other instrument, arrangement, obligation or duty, to which it is a party or by which it is bound.

7. No formal notice has been served at the registered Office of the Company, that litigation or administration or arbitration proceedings before or of any court or tribunal, arbitrator, administrative or governmental authority are presently in process or pending or threatened against the Company.

8. There exists no Register of: mortgage, charge, pledge, lien, encumbrance or other security interest whatsoever over the whole or any part of the undertaking or assets present or future (including the uncalled capital) of the Company, on file at the Registered Office of the Company.

9. No action has been taken to wind up the affairs of the Company.

Dated this day 5 March 2010          **A Certified True Copy**

Nicola Jane Metcalf                  Jordans (Caribbean) Limited
Registered Agent                     Registered Agent

**NOTARIAL CERTIFICATE**

This Certificate of Incumbency was signed before I, Lewis Hunte, this 5th March 2010 by Nicola Jane Metcalf, a person known to me, representing Jordans (Caribbean) Limited.

w.jordans-international.com

s (Caribbean) Limited  Geneva Place  Waterfront Drive  PO Box 3469  Road Town  Tortola  British Virgin Islands
84 494 6643  F +1 284 494 6615  E info@jordans-bvi.com
ed in British Virgin Islands No. 9389  Registered Office: As above

SEC-IB-E-0205089

A Certified True Copy

Jordans (Caribbean) Limited
Registered Agent

TERRITORY OF THE BRITISH VIRGIN ISLANDS

THE BVI BUSINESS COMPANIES ACT, 2004

---

# MEMORANDUM AND ARTICLES OF ASSOCIATION

## INTERTRADE PACIFIC S.A.

**Incorporated 8 October 2009**

---

**Jordans (Caribbean) Limited**
**Geneva Place**
**Waterfront Drive**
**PO Box 3469, Road Town**
**Tortola**
**British Virgin Islands**

**Tel: +1 284 494 6643   Fax: +1 284 494 6615**

B.MN02n(06)

SEC-IB-E-0205090



"This page has been left blank intentionally"

B.MN02m(06)

SEC-IB-E-0205091

TERRITORY OF THE BRITISH VIRGIN ISLANDS

THE BVI BUSINESS COMPANIES ACT, 2004

A COMPANY LIMITED BY SHARES


MEMORANDUM OF ASSOCIATION OF


INTERTRADE PACIFIC S.A.


1.     **DEFINITIONS AND INTERPRETATION**

1.1    In this Memorandum of Association and the attached Articles of Association, if
       not inconsistent with the subject or context:

       **"Act"** means the BVI Business Companies Act (No. 16 of 2004) and includes
       the regulations made under the Act;

       **"Articles"** means the attached Articles of Association of the Company;

       **"Chairman of the Board"** has the meaning specified in Regulation 12;

       **"Distribution"** in relation to a distribution by the Company means the direct or
       indirect transfer of an asset, other than Shares, to or for the benefit of the
       Shareholder in relation to Shares held by a Shareholder, and whether by
       means of a purchase of an asset, the redemption or other acquisition of
       Shares, a distribution of indebtedness or otherwise, and includes a dividend;

       **"Eligible Person"** means individuals, corporations, trusts, the estates of
       deceased individuals, partnerships and unincorporated associations of
       persons;

       **"Memorandum"** means this Memorandum of Association of the Company;

       **"Registrar"** means the Registrar of Corporate Affairs appointed under section
       229 of the Act;

       **"Resolution of Directors"** means either:

       (a)     a resolution approved at a duly convened and constituted meeting of
               directors of the Company or of a committee of directors of the Company
               by the affirmative vote of a majority of the directors present at the
               meeting who voted except that where a director is given more than one

                                              1

                                                                          B.MNO2a(06)

SEC-IB-E-0205092

vote, he shall be counted by the number of votes he casts for the purpose of establishing a majority; or

(b) a resolution consented to in writing by all directors or by all members of a committee of directors of the Company, as the case may be;

"**Resolution of Shareholders**" means either:

(a) a resolution approved at a duly convened and constituted meeting of the Shareholders of the Company by the affirmative vote of a majority of the votes of the Shares entitled to vote thereon which were present at the meeting and were voted; or

(b) a resolution consented to in writing by a majority of the votes of Shares entitled to vote thereon;

"**Seal**" means any seal which has been duly adopted as the common seal of the Company.

"**Securities**" means Shares and debt obligations of every kind of the Company, and including without limitation options, warrants and rights to acquire shares or debt obligations;

"**Share**" means a share issued or to be issued by the Company;

"**Shareholder**" means an Eligible Person whose name is entered in the register of members of the Company as the holder of one or more Shares or fractional Shares;

"**Treasury Share**" means a Share that was previously issued but was repurchased, redeemed or otherwise acquired by the Company and not cancelled; and

"**written**" or any term of like import includes information generated, sent, received or stored by electronic, electrical, digital, magnetic, optical, electromagnetic, biometric or photonic means including electronic data interchange, electronic mail, telegram, telex or telecopy, and "**in writing**" shall be construed accordingly.

1.2 In the Memorandum and the Articles, unless the context otherwise requires a reference to:

(a) a "**Regulation**" is a reference to a regulation of the Articles;

(b) a "**Clause**" is a reference to a clause of the Memorandum;

(c) voting by Shareholders is a reference to the casting of the votes attached to the Shares held by the Shareholder voting;

2

B.MN02a(06)

SEC-IB-E-0205093

(d)    the Act, the Memorandum or the Articles is a reference to the Act or those documents as amended; and

(e)    the singular includes the plural and vice versa.

1.3    Any words or expressions defined in the Act unless the context otherwise requires bear the same meaning in the Memorandum and Articles unless otherwise defined herein.

1.4    Headings are inserted for convenience only and shall be disregarded in interpreting the Memorandum and Articles.

2.    **NAME**

The name of the Company is INTERTRADE PACIFIC S.A.

3.    **STATUS**

The Company is a company limited by shares.

4.    **REGISTERED OFFICE AND REGISTERED AGENT**

4.1    The first registered office of the Company at Geneva Place, Waterfront Drive, P.O. Box 3469, Road Town, Tortola, British Virgin Islands, the office of the first registered agent.

4.2    The first registered agent of the Company is Jordans (Caribbean) Limited of Geneva Place, Waterfront Drive, P.O. Box 3469, Road Town, Tortola, British Virgin Islands.

4.3    The Company may by Resolution of Shareholders or by Resolution of Directors change the location of its registered office or change its registered agent.

4.4    Any change of registered office or registered agent will take effect on the registration by the Registrar of a notice of the change filed by the existing registered agent or a legal practitioner in the British Virgin Islands acting on behalf of the Company.

5.    **CAPACITY AND POWERS**

5.1    Subject to the Act and any other British Virgin Islands legislation, the Company has, irrespective of corporate benefit:

(a)    full capacity to carry on or undertake any business or activity, do any act or enter into any transaction; and

(b)    for the purposes of paragraph (a), full rights, powers and privileges.

<center>3</center>

B.MN02a(06)

SEC-IB-E-0205094

5.2 For the purposes of section 9(4) of the Act, there are no limitations on the business that the Company may carry on.

6. **NUMBER AND CLASSES OF SHARES**

6.1 The Company is authorised to issue a maximum of 50,000 no par value Shares of a single class.

6.2 The Company may issue fractional Shares and a fractional Share shall have the corresponding fractional rights, obligations and liabilities of a whole share of the same class or series of shares.

7. **DESIGNATIONS, POWERS, PREFERENCES, ETC. OF SHARES**

7.1 Each Share in the Company confers upon the Shareholder:

(a) the right to one vote at a meeting of the Shareholders of the Company or on any Resolution of Shareholders;

(b) the right to an equal share in any dividend paid by the Company; and

(c) the right to an equal share in the distribution of the surplus assets of the Company on its liquidation.

7.2 The directors may at their discretion by Resolution of Directors redeem, purchase or otherwise acquire all or any of the Shares in the Company subject to Regulation 3 of the Articles.

8. **VARIATION OF RIGHTS**

The rights attached to Shares as specified in Clause 7 may only, whether or not the Company is being wound up, be varied with the consent in writing of or by a resolution passed at a meeting by the holders of not less than 50 per cent of the issued Shares of that class.

9. **RIGHTS NOT VARIED BY THE ISSUE OF SHARES PARI PASSU**

The rights conferred upon the holders of the Shares of any class issued with preferred or other rights shall not, unless otherwise expressly provided by the terms of issue of the Shares of that class, be deemed to be varied by the creation or issue of further Shares ranking *pari passu* therewith.

10. **REGISTERED SHARES**

10.1 The Company shall issue registered shares only.

10.2 The Company is not authorised to issue bearer shares, convert registered shares to bearer shares or exchange registered shares for bearer shares.

B.MN02a(06)

SEC-IB-E-0205095

## 11. TRANSFER OF SHARES

11.1 The Company shall, on receipt of an instrument of transfer complying with Sub-Regulation 6.1 of the Articles, enter the name of the transferee of a Share in the register of members unless the directors resolve to refuse or delay the registration of the transfer for reasons that shall be specified in a Resolution of Directors.

11.2 The directors may not resolve to refuse or delay the transfer of a Share unless the Shareholder has failed to pay an amount due in respect of the Share.

## 12. AMENDMENT OF MEMORANDUM AND ARTICLES

12.1 Subject to Clause 8, the Company may amend its Memorandum or Articles by a Resolution of Shareholders or by a Resolution of Directors, save that no amendment may be made by a Resolution of Directors:

    (a) to restrict the rights or powers of the Shareholders to amend the Memorandum or Articles;

    (b) to change the percentage of Shareholders required to pass a Resolution of Shareholders to amend the Memorandum or Articles;

    (c) in circumstances where the Memorandum or Articles cannot be amended by the Shareholders; or

    (d) to Clauses 7, 8 or 9 or this Clause 12.

12.2 Any amendment of the Memorandum or Articles will take effect on the registration by the Registrar of a notice of amendment, or restated Memorandum and Articles, filed by the registered agent.

B.MN02n(06)

SEC-IB-E-0205096

We, Jordans (Caribbean) Limited of Geneva Place, Waterfront Drive, P.O. Box 3469, Road Town, Tortola, British Virgin Islands for the purpose of incorporating a BVI Business Company under the laws of the British Virgin Islands hereby sign this Memorandum of Association on 8 October 2009.

Incorporator

.......................................
Amy Roost
Authorised Signatory
Jordans (Caribbean) Limited



6

B.MN02α06)

SEC-IB-E-0205097

**TERRITORY OF THE BRITISH VIRGIN ISLANDS**

**THE BVI BUSINESS COMPANIES ACT, 2004**

**A COMPANY LIMITED BY SHARES**

**ARTICLES OF ASSOCIATION OF**

**INTERTRADE PACIFIC S.A.**

**1.     REGISTERED SHARES**

1.1     Every Shareholder is entitled to a certificate signed by a director of the Company or under the Seal specifying the number of Shares held by him and the signature of the director and the Seal may be facsimiles.

1.2     Any Shareholder receiving a certificate shall indemnify and hold the Company and its directors and officers harmless from any loss or liability which it or they may incur by reason of any wrongful or fraudulent use or representation made by any person by virtue of the possession thereof. If a certificate for Shares is worn out or lost it may be renewed on production of the worn-out certificate or on satisfactory proof of its loss together with such indemnity as may be required by a Resolution of Directors.

1.3     If several Eligible Persons are registered as joint holders of any Shares, any one of such Eligible Persons may give an effectual receipt for any Distribution.

**2.     SHARES**

2.1     Shares and other Securities may be issued at such times, to such Eligible Persons, for such consideration and on such terms as the directors may by Resolution of Directors determine.

2.2     Section 46 of the Act (Pre-emptive rights) does not apply to the Company.

2.3     A Share may be issued for consideration in any form, including money, a promissory note, real property, personal property (including goodwill and know-how) or a contract for future services.

2.4     No Shares may be issued for a consideration other than money, unless a Resolution of Directors has been passed stating:

(a)     the amount to be credited for the issue of the Shares;

1

B.MN02x(06)

SEC-IB-E-0205098

(b)     their determination of the reasonable present cash value of the non-money consideration for the issue; and

(c)     that, in their opinion, the present cash value of the non-money consideration for the issue is not less than the amount to be credited for the issue of the Shares.

2.5     The Company shall keep a register (the "register of members") containing:

(a)     the names and addresses of the Eligible Persons who hold Shares;

(b)     the number of each class and series of Shares held by each Shareholder;

(c)     the date on which the name of each Shareholder was entered in the register of members; and

(d)     the date on which any Eligible Person ceased to be a Shareholder.

2.6     The register of members may be in any such form as the directors may approve, but if it is in magnetic, electronic or other data storage form, the Company must be able to produce legible evidence of its contents. Until the directors otherwise determine, the magnetic, electronic or other data storage form shall be the original register of members.

2.7     A Share is deemed to be issued when the name of the Shareholder is entered in the register of members.

**3.     REDEMPTION OF SHARES AND TREASURY SHARES**

3.1     The Company may purchase, redeem or otherwise acquire and hold its own Shares save that the Company may not purchase, redeem or otherwise acquire its own Shares without the consent of Shareholders whose Shares are to be purchased, redeemed or otherwise acquired unless the Company is permitted by the Act or any other provision in the Memorandum or Articles to purchase, redeem or otherwise acquire the Shares without their consent.

3.2     The Company may only offer to acquire Shares if at the relevant time the directors determine by Resolution of Directors that immediately after the acquisition the value of the Company's assets will exceed its liabilities and the Company will be able to pay its debts as they fall due.

3.3     Sections 60 (Process for acquisition of own shares), 61 (Offer to one or more shareholders) and 62 (Shares redeemed otherwise than at the option of company) of the Act shall not apply to the Company.

3.4     Shares that the Company purchases, redeems or otherwise acquires pursuant to this Regulation may be cancelled or held as Treasury Shares except to the extent that such Shares are in excess of 50 percent of the issued Shares in which case they shall be cancelled but they shall be available for reissue.

2

B-MN02n(06)

3.5   All rights and obligations attaching to a Treasury Share are suspended and shall not be exercised by the Company while it holds the Share as a Treasury Share.

3.6   Treasury Shares may be disposed of by the Company on such terms and conditions (not otherwise inconsistent with the Memorandum and Articles) as the Company may by Resolution of Directors determine.

3.7   Where Shares are held by another body corporate of which the Company holds, directly or indirectly, shares having more than 50 per cent of the votes in the election of directors of the other body corporate, all rights and obligations attaching to the Shares held by the other body corporate are suspended and shall not be exercised by the other body corporate.

4.    **MORTGAGES AND CHARGES OF SHARES**

4.1   Shareholders may mortgage or charge their Shares.

4.2   There shall be entered in the register of members at the written request of the Shareholder:

    (a)   a statement that the Shares held by him are mortgaged or charged;

    (b)   the name of the mortgagee or chargee; and

    (c)   the date on which the particulars specified in subparagraphs (a) and (b) are entered in the register of members.

4.3   Where particulars of a mortgage or charge are entered in the register of members, such particulars may be cancelled:

    (a)   with the written consent of the named mortgagee or chargee or anyone authorised to act on his behalf; or

    (b)   upon evidence satisfactory to the directors of the discharge of the liability secured by the mortgage or charge and the issue of such indemnities as the directors shall consider necessary or desirable.

4.4   Whilst particulars of a mortgage or charge over Shares are entered in the register of members pursuant to this Regulation:

    (a)   no transfer of any Share the subject of those particulars shall be effected;

    (b)   the Company may not purchase, redeem or otherwise acquire any such Share; and

    (c)   no replacement certificate shall be issued in respect of such Shares,

without the written consent of the named mortgagee or chargee.

3

B.MN02m(06)

SEC-IB-E-0205100

# EXHIBIT 81

# SUMMARY INFORMATION FOR NIKOLAI SLEPENKOV

## CUSTOMER SUMMARY FOR NIKOLAI SLEPENKOV

| | |
|---|---|
| **Title:** | Nikolai Slepenkov |
| **Applicant ID:** | 104 |
| **Type:** | INDIVIDUAL |
| **Legal Country:** | Russian Federation |
| **Mailing Address:** | 4, Sevanskaya Street, apt.420, Moscow, , 115516, Russian Federation |
| **E-mail Address** | nikolai.slepenkov@gmail.com |
| **Primary user name:** | nikolya968 |
| **Employer:** | Set/Unset Employer |
| **Good-Faith Review:** | |
| RELATIONSHIP TO FORMER ML RISK COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder |
| RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK – Applicant (Legal Residence/Mailing Address) Account Holder |

## ACCOUNT SUMMARY FOR U1086218

### U1086218

| | | | |
|---|---|---|---|
| **ID:** | 6218 (VAN: 86218) | **Equity yesterday:** | 306 USD |
| **Type:** | Active Trader | **Started:** | 05 Jul 2012 |
| **Activated Capabilities:** | FUT LEVFX OPT STK MRGN PMRGN | **Approved:** | 09 Jul 2012 |
| **Status:** | Open,   Clearing Status | **Opened:** | 09 Jul 2012 |
| **Phylum:** | C – Customer | **Funded:** | 18 Jul 2012 |
| **Priority** | LOW Change Priority | **Closed:** | |
| **IB Entity:** | IBLLC-US | **Operator:** | |
| **Currency:** | USD | **Estate:** | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

## ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

Decision: Accepted   (Initial)

Proclamations: I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding User: smitman
Deciding Time: 09 Jul 2012 11:32:27 EDT

Initial Capabilities: BOND FUT LEVFX MRGN MULT OPT PMRGN STK

Compliance Officer: tsierer
Compliance Time: 09 Jul 2012 10:32:16 EDT

Compliance Officer: tslerer
Compliance Time: 09 Jul 2012 10:32:16 EDT

Risk Officer: smitman
Risk Time: 09 Jul 2012 11:32:27 EDT

Additional Remarks:

## ACCOUNT CAPABILITIES

| Approved Capabilities | BOND, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, STK |
| Activated Capabilities | [FUT, LEVFX, OPT, STK, MRGN, PMRGN] |

## ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND FUT LEVFX MRGN MULT OPT PMRGN STK

Decision: Accepted

Proclamations: I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding Officer: smitman
Deciding Time: 01 Nov 2012 12:26:24 EDT

Compliance Officer: dbridges
Compliance Time: 01 Nov 2012 10:02:22 EDT

Risk Officer: smitman
Risk Time: 01 Nov 2012 12:26:24 EDT

Additional Remarks:

## ADDITIONAL APPLICANT / REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: ████ 104
US Tax ID: N/A
Country of Legal residence: Russian Federation
Applicant Citizenship: Russian Federation
State of Legal residence: N/A

Market Data Status: Professional
Token Type: Bingo

Primary Phone: ████ 931

Mailing Address #4, Sevanskaya Street, apt. 420
Moscow, N/A 11516
Russian Federation

Currency/Rate: USD / 1.0

Marketing/Sales Info:
Assisted by: self

Change Applicant Information |

### INVESTMENT EXPERIENCE

|  | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | 51 - 100 | Extensive |
| Options | > 10 | 51 - 100 | Extensive |
| Commodities | > 10 | 51 - 100 | Extensive |
| Bond | > 10 | 51 - 100 | Extensive |

| | | |
|---|---|---|
| Options | > 10 | Extensive |
| Commodities | > 10 | Extensive |
| Bond | > 10 | Extensive |
| FX | > 10 | Extensive |
| CFD | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 250,001 - 500,000 | Estimated Liquid Net Worth | 250,001 - 500,000 |
| Net Income | 500,001 - 1,000,000 | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | 250,001 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth,Trading,Hedging

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | No | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |

Add Broker-Dealer Affiliation

## COMPLIANCE / REGULATORY INFORMATION

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No | No |
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Does the account holder control the trading in, or have an ownership interest in, any other Interactive Brokers accounts? | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information          Change Arbitration Agreement

## APPLICANT ASSOCIATED ENTITIES

Show all

Personal Information for Mr. Nikolai Slepenkov (Account Holder)          show

US-ASCII Fields

Show all
Personal Information for Mr. Nikolai Slepenkov (Account Holder)

show

**US-ASCII Fields**

**Name:**Mr. Nikolai Slepenkov
**Entity ID:** ██32

Ownership percentage:100

**Citizenship:** Russian Federation
**DOB:** ██1968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ██████5530(Russian Federation)
**National ID:**
has Greencard: false

Email: nikolai.slepenkov@gmail.com
**Home Phone:** ██50931

**Residential Address:** 4, Sevanskaya Street,
apt.420

Moscow, 115516
Russian Federation
**Mailing Address:** Same as residential address
**Business Nature Extended:**
**Country Mismatch Description:**

**# of Dependents:** 1
**Marital Status:** M
**Mother's Maiden Name:**

**Gender:** Male

**Occupation:**

**Employment Status:** ATHOMETRADER
**Employer:**
**Employer Business:**
**Employer Address:**

,
Russian Federation

Native Language Fields (Language code: en)

**Name:**Nikolai Slepenkov
**Entity ID:** █32

**Citizenship:** Russian Federation
**DOB:** ██1968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ██████5530(Russian Federation)
**National ID:**
has Greencard: false

Email: nikolai.slepenkov@gmail.com
**Home Phone:** ██50931

**Residential Address:** 4, Sevanskaya Street,
apt.420

Moscow, 115516
Russian Federation
**Mailing Address:** Same as residential address
**Business Nature Extended:**
**Country Mismatch Description:**

**# of Dependents:** 1
**Marital Status:** M
**Mother's Maiden Name:**

**Gender:** Male

**Occupation:**

**Employment Status:** ATHOMETRADER
**Employer:**
**Employer Business:**
**Employer Address:**

,
Russian Federation

Change Info | Request Proof of ID and DOB | Request Proof of Address | Request Proof of SSN | Mark as PEP | Ownership History

Sessions:

| User: | Active in TWS: | Role: | Token Type: |
|---|---|---|---|
| ██968 (██218) | Yes | OWNER | Bingo |

# EXHIBIT 82

# SUMMARY INFORMATION FOR ESCADA LOGISTIC LTD.

## CUSTOMER SUMMARY FOR ESCADA LOGISTIC LTD.

| | |
|---|---|
| Title: | ESCADA LOGISTIC LTD. |
| Applicant ID: | 1982236 |
| Type: | ORG - Pool |
| Legal Country: | British Virgin Islands |
| Mailing Address: | apt.420, 4 Sevanskaya Str., Moscow, , 115516, Russian Federation |
| E-mail Address | sn1968@me.com |
| Primary user name: | escada505 |
| Employer: | Self/Unset Employer |
| Good-faith Review: | |

RELATIONSHIP TO FORMER ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) SIGNATORY TRADER CEO OWNER

RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) SIGNATORY TRADER CEO OWNER

RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address)

NFA 1101 = NO  -  NFA 1101 Registration/Exemption = NO    mholey (2013-09-10)

## ACCOUNT SUMMARY FOR U1242806

### U1242806

| | | | | |
|---|---|---|---|---|
| ID: | 2806 (VAN: 2806) | | Equity yesterday: | 1,083,236 USD |
| Type: | Pool | | Started: | 15 Aug 2013 |
| Activated Capabilities: | BOND FOP FUT LEVFX OPT STK MRGN PMRGN | | Approved: | 10 Sep 2013 |
| Status: | Open: Clearing Status | | Opened: | 10 Sep 2013 |
| Phylum: | C - Customer | | Funded: | 17 Sep 2013 |
| Priority | NORMAL+ Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |

| TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |
|---|---|---|---|

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2013-09-10 16:32:49 | |

Decision: Accepted   (Initial)

Proclamations: I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding User: smitman

SEC-IB-E-0002118

and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding User: smitman
Deciding Time: 10 Sep 2013 16:08:45 EDT

Initial Capabilities: BOND FOP FUT LEVFX MRGN MULT OPT PMRGN STK

Compliance Officer: dbridges
Compliance Time: 10 Sep 2013 14:19:24 EDT

Risk Officer: smitman
Risk Time: 10 Sep 2013 16:08:45 EDT

Additional Remarks:

## ACCOUNT CAPABILITIES

| | |
|---|---|
| Approved Capabilities | [BOND, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, STK] |
| Activated Capabilities | [BOND, FOP, FUT, LEVFX, OPT, STK, MRGN, PMRGN] |

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT / REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: ███ 36
US Tax ID: N/A
Country of Legal residence: British Virgin Islands
Applicant Citizenship: British Virgin Islands
State of Legal residence: N/A

Market Data Status: Professional
Token Type: Gold

Primary Phone: ▪ ██████ 0931

Mailing Address #:apt.420, 4 Sevanskaya Str.
Moscow, N/A  115516
Russian Federation

Currency/Rate: USD / 1.0

Marketing/Sales Info:
Assisted by: self

Use Trader IDs: Disabled

Change Applicant Information   |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 6 - 10 | > 100 | Extensive |
| Options | 6 - 10 | > 100 | Extensive |
| Commodities | 6 - 10 | > 100 | Extensive |
| Bond | 6 - 10 | > 100 | Extensive |
| FX | 6 - 10 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| Estimated Net Worth | Estimated Liquid Net Worth |
|---|---|
| 1,000,001 - 5,000,000 | 500,001 - 1,000,000 |

Sources of Funds

## FINANCIAL INFORMATION

| | | |
|---|---|---|
| Estimated Net Worth | 1,000,001 - 5,000,000 | |
| Net Income | 500,001 - 1,000,000 | |
| Total Assets | 1,000,001 | |
| Estimated Liquid Net Worth | 500,001 - 1,000,000 | |
| Sources of Funds (Other than regular income) | N/A | |
| Accredited Investor for Private Placement? | No | |
| Invited to Private Placement? | No | |

## INVESTMENT OBJECTIVES

Growth, Trading, Speculation

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the organization or any of its officers or authorized traders ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | No | N/A |
| Has the organization or any of its officers or authorized traders ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |
| Have any of the principals, officers or authorized traders of the Organization ever been arrested for, or convicted of, a **crime**? | No | N/A |

## COMPLIANCE/REGULATORY INFORMATION

| | |
|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No |

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the Organization engaged in the **brokerage business**? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, provide details | No | N/A |
| Is the organization required to be registered in the US, pursuant to **NFA By-Law 1101**, with the Commodities Futures Trading Commission, or in Canada with the IDA, or in any other country, as a futures commission merchant, introducing broker, commodity pool operator, commodity trading advisor, retail foreign exchange dealer or leverage transaction merchant? | No | N/A |
| * *NFA By-Law 1101 Statement: This is a proprietary account for an operating business (exempt from registration and no need to apply for exemption under NFA Guidance)* | | |
| Is the organization a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | No | N/A |
| Is the account holder or any of its officers: i) a **director**, ii) a 10% shareholder, or iii) a policy-making officer of any publicly **traded company**? If Yes, enter stock symbols of companies: | No | No |
| Does the organization control the trading in, or have an ownership interest in, any other **Interactive Brokers account**? | No | No |
| Is the organization operating under a banking license issued by an OFAC or ML Risk Country? | no | no |
| Is the organization operating under an **offshore banking license**? | N/A | N/A |
| Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information    Change Arbitration Agreement

SEC-IB-E-0002120

Edit Compliance Information     Change Arbitration Agreement

## APPLICANT ASSOCIATED ENTITIES

show all

### Personal Information for Mr. Nikolay Slepenkov (SIGNATORY,TRADER,OWNER)                    show

**Name:** Mr. Nikolay Slepenkov
**Entity ID:** 2548
**Opened Account ? Yes**

**Ownership percentage:** 100

#### US-ASCII Fields

**Citizenship:** Russian Federation
**DOB:** 1968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 2364(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** sn1968@me.com
**Home Phone:** 931

**Residential Address:** apt.420, 4 Sevanskaya Str.

Moscow, 115516
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

#### Native Language Fields (Language code: ru_RU)

**Name:** Nikolay Slepenkov
**Entity ID:** 2548
**Opened Account ? Yes**

**Citizenship:** Russian Federation
**DOB:** 1968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 64(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** sn1968@me.com
**Home Phone:** 0931

**Residential Address:** apt.420, 4 Sevanskaya Str.

Moscow, 115516
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

Change Info     Request Proof of ID and DOB     Request Proof of Address     Mark as PEP     Ownership History

**Sessions:**

| User: | 05 806) | Active in TWS: Yes | Role: OWNER | Token Type: Gold |
|---|---|---|---|---|

### Personal Information for Mr. Nikolay Slepenkov (CEO)                    show

**Name:** Mr. Nikolay Slepenkov
**Entity ID:** 567

#### US-ASCII Fields

**Citizenship:** Russian Federation
**DOB:** 968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 2364(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** sn1968@me.com
**Home Phone:**

**Residential Address:** apt.420, 4 Sevanskaya Str.

Moscow, 115516
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

#### Native Language Fields (Language code: ru_RU)

**Name:** Nikolay Slepenkov
**Entity ID:** 567

**Citizenship:** Russian Federation
**DOB:** 968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 364(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** sn1968@me.com
**Home Phone:** 0931

**Residential Address:** apt.420, 4 Sevanskaya Str.

Moscow, 115516
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

Change Info     Request Proof of ID and DOB     Request Proof of Address     Mark as PEP     Ownership History

SEC-IB-E-0002121

**Occupation:**

| Change Info | Request Proof of ID and DOB | Request Proof of Address | Mark as PEP | Ownership History |
|---|---|---|---|---|
| | | | | |

SEC-IB-E-0002122

# EXHIBIT 83



SEC-IB-E-0207881

20 04 464909
г. Воронеж
ПВС Коминтерновского РУВД
ЗАРЕГИСТРИРОВАН
МЕСТО ЖИТЕЛЬСТВА

# EXHIBIT 84

# SUMMARY INFORMATION FOR ROMAN LAVLINSKIY

## CUSTOMER SUMMARY FOR ROMAN LAVLINSKIY

| | |
|---|---|
| Title: | Roman Lavlinskiy |
| Applicant ID: | 438446 |
| Type: | INDIVIDUAL |
| Legal Country: | Russian Federation |
| Mailing Address: | Svobody, 10-26, Voronezh, Voronezhskiy, 394018, Russian Federation |
| E-mail Address | romanavlinskiy@gmail.com |
| Primary user name: | rigor736 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

RELATIONSHIP TO FORMER ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder
RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - Applicant (Legal Residence/Mailing Address) Account Holder

## ACCOUNT SUMMARY FOR U457182

### U457182

| | | | | |
|---|---|---|---|---|
| ID: | 7182 (VAN: 7182) | | Equity yesterday: | 0 USD |
| Type: | Active Trader | | Started: | 20 Feb 2008 |
| Activated Capabilities: | BOND FOP FUT LEVFX OPT SSF STK MRGN PMRGN | | Approved: | |
| Status: | Reopen Requested    Clearing Status | | Opened: | 12 Mar 2008 |
| Phylum: | C - Customer | | Funded: | 16 Apr 2008 |
| Priority | NORMAL+ Change Priority | | Closed: | 06 Jan 2014 |
| IB Entity: | IBLLC-US | | Operator: | Application Support Group (ASG) show details |
| Currency: | USD | | Estate: | |

| | | | |
|---|---|---|---|
| TMS tickets | TMS sticky notes | Reassign to ASG    Remove ASG | Account Diagnostic |

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2008-03-12 16:32:03 | 2014-01-06 14:49:53 |

Not ready for approval or Approval not required.

Show all    show

### Prior Approval Decisions
Decision: Accepted (Initial) On 12 Mar 2008 16:29:59 EDT

**Decision:** Accepted    (Initial)

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

SEC-IB-E-0214826

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

**Deciding User:** jbauch
**Deciding Time:** 12 Mar 2008 16:29:59 EDT

**Initial Capabilities:** BOND FOP FUT MRGN MULT OPT SSF STK

**Additional Remarks:**

## ACCOUNT CAPABILITIES

| Approved Capabilities | BOND, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK |
|---|---|
| Activated Capabilities | BOND, FOP, FUT, LEVFX, OPT, SSF, STK, MRGN, PMRGN |

## ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND FOP FUT MRGN MULT OPT PMRGN SSF STK

Decision: Accepted

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding Officer: smitman
Deciding Time: 09 Oct 2009 10:33:15 EDT

Compliance Officer: isierer
Compliance Time: 09 Oct 2009 09:25:34 EDT

Risk Officer: smitman
Risk Time: 09 Oct 2009 10:33:15 EDT

Additional Remarks:

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: 438446
US Tax ID: N/A
Country of Legal residence: Russian Federation
Applicant Citizenship: Russian Federation
State of Legal residence: N/A

Market Data Status: Non-Professional
Token Type: Alpine

Primary Phone:+7473274775

Mailing Address #:Svobody, 10-26
Voronezh, Voronezhskay 394018
Russian Federation

Currency/Rate: USD / 1.0

Marketing/Sales Info:
Assisted by: self
Other Info: Search

Change Applicant Information ▶ |

SEC-IB-E-0214827

Other Info: Search

Change Applicant Information ▶ |

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 5 | 26 - 50 | Extensive |
| Options | 4 | 26 - 50 | Extensive |
| Commodities | 4 | 26 - 50 | Extensive |
| Bond | 3 | 11 - 25 | Good |
| FX | 5 | 26 - 50 | Extensive |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 500,001 - 1,000,000 | Estimated Liquid Net Worth | 250,001 - 500,000 |
| Net Income | 100,001 - 150,000 | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | 850,000 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth, Speculation

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | No | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory or self-regulatory authority? | No | N/A |

Add Broker-Dealer Affiliation ▶

## COMPLIANCE/REGULATORY INFORMATION

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No | No |
| Is the account holder a member of an exchange or an associated person or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Does the account holder control the trading in, or have an ownership interest in, any other Interactive Brokers accounts? | No | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information ▶    Change Arbitration Agreement ▶

SEC-IB-E-0214828

| | | |
|---|---|---|
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information ▶   Change Arbitration Agreement ▶

## APPLICANT ASSOCIATED ENTITIES

Hide all ▶   show ▶

Personal Information for Roman Lavlinskiy (Account Holder)

**US-ASCII Fields**

**Name:** Roman Lavlinskiy
**Entity ID:** ▇▇153

**Ownership percentage:** 100.0
**Detailed Ownership Information ▶**

**Citizenship:** Russian Federation
**DOB:** ▇▇1985
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 62 4932467(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** romanlavlinskiy@gmail.com
**Home Phone:** ▇▇4775

**Residential Address:** Svobody, 10-26
Voronezh,Voronezhskiy,394018
Russian Federation
**Mailing Address:** Same as residential address
**Business Nature Extended:**
**Country Mismatch Description:**

**# of Dependents:** 0
**Marital Status:** S
**Mother's Maiden Name:** Polakova

**Gender:** Male

**Occupation:** Chief Marketing Officer

**Employment Status:** EMPLOYED
**Employer:** Marco ltd.
**Employer Business:** Marketing Data Analisys for business
**Phone:** +74732258595
**Employer Address:** Nikitinskaya str., 8A, office 717
Voronezh,Voronezhskiy,394018
Russian Federation

**Native Language Fields (Language code: en)**

**Name:** Roman Lavlinskiy
**Entity ID:** ▇▇153

**Citizenship:** Russian Federation
**DOB:** ▇▇1985
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▇▇67(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** romanlavlinskiy@gmail.com
**Home Phone:** ▇▇4775

**Residential Address:** Svobody, 10-26
Voronezh,Voronezhskiy,394018
Russian Federation
**Mailing Address:** Same as residential address
**Business Nature Extended:**
**Country Mismatch Description:**

**# of Dependents:** 0
**Marital Status:** S
**Mother's Maiden Name:** Polakova

**Gender:** Male

**Occupation:** Marco ltd.

**Employment Status:** EMPLOYED
**Employer:** Marco ltd.
**Employer Business:** Marketing Data Analisys for business
**Phone:** +74732258595
**Employer Address:** Kosmonavtov, 35
Voronezh,Voronezhskiy,394000
Russian Federation

Change Info ▶   Request Proof of ID and DOB ▶   Request Proof of Address ▶   Request Proof of SSN ▶   Mark as PEP ▶   Ownership History ▶

Entity Remap function moved to User Mgmt page

Sessions:

**User:** ▇▇736 ▇▇182)   Active in TWS: No   **Role:** OWNER   **Token Type:** Alpine

Customer Account Supervision System – Interactive Brokers

SEC-IB-E-0214829

# EXHIBIT 85

# SUMMARY INFORMATION FOR ALEXANDER FEDOSEEV

## CUSTOMER SUMMARY FOR ALEXANDER FEDOSEEV

| | |
|---|---|
| Title: | Alexander Fedoseev |
| Applicant ID: | 1841875 |
| Type: | INDIVIDUAL |
| Legal Country: | Russian Federation |
| Mailing Address: | Holzunova 40 G, Voronezh, , 394068, Russian Federation |
| E-mail Address | veesodef@gmail.com |
| Primary user name: | azarat957 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| RELATIONSHIP TO FORMER ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - Applicant (Legal Residence/Mailing Address) Account Holder | |

## ACCOUNTS OF ALEXANDER FEDOSEEV

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ⊙ | 4148 | 4148 | Active Trader | FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | LOW | 0 USD |
| ○ | 148F | | Active Trader | CFD MRGN | Open. | LOW | 0 USD |

## ACCOUNT SUMMARY FOR U1104148

### U1104148

| | | | |
|---|---|---|---|
| ID: | 4148 (VAN: 4148) | Equity yesterday: | 0 USD |
| Type: | Active Trader | Started: | 22 Aug 2012 |
| Activated Capabilities: | FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Approved: | 14 Sep 2012 |
| Status: | Open   Clearing Status | Opened: | 14 Sep 2012 |
| Phylum: | C – Customer | Funded: | 28 Sep 2012 |
| Priority | LOW Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

| TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |
|---|---|---|---|

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2012-09-14 16:31:49 | |

Decision: Accepted   (Initial)

Proclamations: Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age

SEC-IB-E-0207888

Proclamations: Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding User: smitman
Deciding Time: 14 Sep 2012 15:58:13 EDT

Compliance Officer: dbridges
Compliance Time: 14 Sep 2012 11:36:16 EDT

Risk Officer: smitman
Risk Time: 14 Sep 2012 15:58:13 EDT

Additional Remarks:

## ACCOUNT CAPABILITIES

Initial Capabilities: BOND CFD FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

| Approved Capabilities | CFD, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK |
|---|---|
| Activated Capabilities | FOP, FUT, LEVFX, OPT, SSF, STK, MRGN, PMRGN |

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

| APPLICANT INFO | |
|---|---|
| Applicant ID: 1841875 | Primary Phone: 79038504555 |
| US Tax ID: N/A | |
| Country of Legal residence: Russian Federation | Mailing Address #: Holzunova 40 G |
| Applicant Citizenship: Russian Federation | Voronezh, N/A  394068 |
| State of Legal residence: N/A | Russian Federation |
| | Currency/Rate: USD / 1.0 |
| Market Data Status: Non-Professional | |
| Token Type: Alpine | Marketing/Sales Info: |
| | Assisted by: self |
| | Other Info: Search |

Change Applicant Information ▸ |

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 6 - 10 | > 100 | Extensive |
| Options | 6 - 10 | > 100 | Extensive |
| Commodities | 6 - 10 | > 100 | Extensive |
| Bond | 3 | 11 - 25 | Extensive |
| FX | 2 | 26 - 50 | Good |
| CFD | N/A | N/A | 0 |

SEC-IB-E-0207889

| Bond | 3 | 11 - 25 | Extensive |
| FX | 2 | 26 - 50 | Good |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| Estimated Net Worth | 5,000,001 - 10,000,000 | Estimated Liquid Net Worth | 1,000,001 - 5,000,000 |
| Net Income | 150,001 - 250,000 | Sources of Funds | Sources Of Income |
| | | (Other than regular income) | |
| Total Assets | 8 | Accredited Investor | No |
| | | for Private Placement? | |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | No | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |

## COMPLIANCE/REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?    No

Add Broker-Dealer Affiliation ▶

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information ▶     Change Arbitration Agreement ▶

## APPLICANT ASSOCIATED ENTITIES

Hide all ▶

Personal Information for Mr. Alexander Fedoseev (Account Holder)     show ▶

**US-ASCII Fields**

Name: Mr. Alexander Fedoseev
Entity ID: ███123

Ownership percentage: 100.0
Detailed Ownership Information ▶

Citizenship: Russian Federation
DOB: ███985
City of Birth:
Drivers Lic #:
Alien ID:
Passport:

# of Dependents: 0
Marital Status: S
Mother's Maiden Name:

Gender: Male

SEC-IB-E-0207890



Ownership percentage:100.0
Detailed Ownership Information ▶

Name:Alexander Fedoseev
Entity ID: ▮0123

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID: ▮909(Russian Federation)
has Greencard: false
Home Phone: 79038504555

Residential Address: Holzunova 40 G
Voronezh,394068
Russian Federation
Mailing Address: Same as residential address
Business Nature Extended:
Country Mismatch Description:

Native Language Fields (Language code: en)

Citizenship: Russian Federation
DOB: ▮1985
City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID: 2004464909(Russian Federation)
has Greencard: false
Home Phone: 79038504555

Residential Address: Holzunova 40 G
Voronezh,394068
Russian Federation
Mailing Address: Same as residential address
Business Nature Extended:
Country Mismatch Description:

Mother's Maiden Name:
Gender: Male
Occupation:
Employment Status: ATHOMETRADER
Employer:
Employer Business:
Employer Address:
Russian Federation

# of Dependents: 0
Marital Status: S
Mother's Maiden Name:
Gender: Male
Occupation:
Employment Status: ATHOMETRADER
Employer:
Employer Business:
Employer Address:
Russian Federation

Change Info ▶   Request Proof of ID and DOB ▶   Request Proof of Address ▶   Request Proof of SSN ▶   Mark as PEP ▶   Ownership History ▶

Sessions:
User: ▮1957 (▮148F)   Active in TWS:Yes   Role: OWNER   Token Type: Alpine   Entry Remap function moved to User Mgmt page

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0207891

| From: | Interactive Brokers Customer Service <donotreply@interactivebrokers.com> |
|---|---|
| Sent: | Thursday, January 31, 2013 4:23 AM |
| To: | veesodef@gmail.com; |
| Subject: | Message Notification |



**Message Notification**

You have the following unread message(s) for your account UXXXX148 in the IB Message Center:
- 1 Normal priority Information Message(s) having a Secure delivery preference.


Interactive Brokers Customer Service

Interactive Brokers LLC, member NYSE, FINRA, SIPC

SEC-IB-E-0239662