# EXHIBIT 86

**Subject:** Чат: romanlavlinskiy
**From:** romanlavlinskiy <romanlavlinskiy@gmail.com>
**Date:** 11/23/2012 4:12 AM
**To:** veesodef@gmail.com

**romanlavlinskiy**: отправил
**romanlavlinskiy**: будет нужен код-скажи
**я**: Ром, давай код
**romanlavlinskiy**: меняю на пин
**я**: ██28
**я**: стоп
**я**: ██25
**romanlavlinskiy**: ██7134
**я**: once more please
**romanlavlinskiy**: ██6048
**я**: ты уверен что пин правильно вводишь?
**я**: давай еще раз
**romanlavlinskiy**: ██069
**я**: меня не пускает
**romanlavlinskiy**: что говорит?
**я**: Account Management Login

failed
**romanlavlinskiy**: у меня так тоже было
**romanlavlinskiy**: раза с 4 вошел
**romanlavlinskiy**: у них система глючит
**я**: ну давай ысчо
**romanlavlinskiy**: ██518
**я**: хуй
**romanlavlinskiy**: а кабинет грузить начинает?
**я**: нет
**romanlavlinskiy**: хммм
**romanlavlinskiy**: ты точно не на мой счет входишь?
**я**: может ты че с пином не так делаешь, хз
**я**: точно
**romanlavlinskiy**: а че с ним можно не так сделать?
**я**: пароль пропускает
**romanlavlinskiy**: вбил пин, нажал ок
**romanlavlinskiy**: пин █828
**romanlavlinskiy**: получил код
**я**: хз, не знаю. может ты медленно делаешь, там 30 секунд код действителен
**я**: пин я ж написал █825
**romanlavlinskiy**: ну давай ща ты пароль и логин вобъешь и дашь мне отмашку
**я**: потом исправил

**я**: пин ██25
**romanlavlinskiy**: ааа, ну все ясно
**romanlavlinskiy**: я не тот пин вводил
**я**: ок, 5 сек
**romanlavlinskiy**: пробуем еще раз
**я**: ща скажу
**я**: давай
**romanlavlinskiy**: ██648
**я**: ,kz
**я**: бля
**я**: опятьэ
**я**: давай еще
**я**: 6825
**romanlavlinskiy**: ██6076
**я**: похоже сработало
**romanlavlinskiy**: урраа
**я**: там bank wire нам нужен?
**romanlavlinskiy**: да
**я**: из лично моих реквизитов там нужен только bank account number&
**я**: ?
**romanlavlinskiy**: да
**romanlavlinskiy**: все остальное либо я написал либо у них автоматически определиться
**я**: я тебе скрин прислал, проверь плиз
**romanlavlinskiy**: вроде да
**я**: свифт без пробелов
**я**: ?
**romanlavlinskiy**: да
**я**: кроме сфвифта в поле swift/bic ты больше ниче не писал?
**romanlavlinskiy**: не писал
**я**: проверь следующ
**romanlavlinskiy**: да
**я**: 360 ?
**romanlavlinskiy**: ну вроде столько же насчитали
**я**: да
**я**: я на всякий
**romanlavlinskiy**: да
**я**: ,kz
**я**: fuck
**romanlavlinskiy**: что такое
**romanlavlinskiy**: Саня, нехорошо сказать пиздец и потом молчать
**я**: давай код, все хорошо
**romanlavlinskiy**: ██7179
**я**: все ок
**я**: в 14-00 встречаемся?
**я**: точнее 13-50

**я**: ага?

**я**: а у тебя тоже написано было новосибирская область в банк локейшион?

**romanlavlinskiy**: да, по обоим вопросам

# EXHIBIT 87

**Subject:**
**From:** Роман Лавлинский <romanlavlinskiy@gmail.com>
**Date:** 1/29/2013 1:27 PM
**To:** Alexander Fedoseev <veesodef@gmail.com>

— скрин vmw.PNG —



— Attachments: —

скрин vmw.PNG                                                                 24.5 KB

# EXHIBIT 88

| From: | account@thinkorswim.com |
|---|---|
| Sent: | Thursday, October 14, 2010 10:34 PM |
| To: | romanlavlinskiy@gmail.com |
| Subject: | thinkorswim Portfolio Margining |



Hello Roman Lavlinskiy-

Congratulations!  After reviewing your account and your paperwork we have approved account ****3933 for Portfolio Margining.  At the start of tomorrow's bell you will see the new margin method being computed for stock and option positions in your account.  To let you know, if your account falls below $100,000 you will have two days to bring this above $100,000 or your account will be removed from the system.

If you would like to review the principles and requirements for portfolio margining please click on the thinkorswim webpage below.

http://www.thinkorswim.com/tos/displayPage.tos?webpage=portfolioMargin

Thank you for your continued business with thinkorswim, Inc.

Best Regards,

Don

Don Roberts
Managing Director

866 839 1100 ext 3216
773 435 3216 direct
312 212 5862 fax

SEC-TD-E-0015409

thinkorswim, inc.
600 west chicago avenue, suite #100
chicago, IL 60654-2597

Member FINRA | SIPC | NFA
trademark, all rights reserved
------------------------------------
This e-mail is sent by a financial firm and contains information that may be privileged and confidential.
If you are not the intended recipient, please delete the e-mail and notify us immediately.


*(sent to Roman Lavlinskiy at romanlavlinskiy@gmail.com)*

www.thinkorswim.com

This e-mail is sent by a financial firm and contains information that may be privileged and confidential.
If you are not the intended recipient, please delete the e-mail and notify us immediately.


The risk of loss in trading securities, options, futures and forex can be substantial. Clients must
consider all relevant risk factors, including their own personal financial situation, before trading.
Options involve risk and are not suitable for all investors. See the Options Disclosure Document:
Characteristics and Risks of Standardized Options. A copy can be requested via email at
support@thinkorswim.com or via mail to 600 W. Chicago Ave., #100, Chicago, IL 60654-2597. Trading
foreign exchange on margin carries a high level of risk, as well as its own unique risk factors. Forex
investments are subject to counter-party risk, as there is no central clearing organization for these
transactions. Please read the Forex Risk Disclosure before considering the trading of this product. A
forex dealer can be compensated via commission and/or spread on forex trades. TD AMERITRADE is
subsequently compensated by the forex dealer. Futures and forex accounts are not protected by the
Securities Investor Protection Corporation (SIPC). Supporting documentation for any claims,
comparisons, recommendations, statistics, or other technical data, will be supplied upon request.


thinkorswim, Division of TD AMERITRADE, Inc. Member SIPC FINRA NFA


2010 © TD AMERITRADE IP Company, Inc.

# EXHIBIT 89



**PENSON**

**Penson Financial Services, Inc.**
**New Account Form - Portfolio Margin Account (NAF-PM)**

Office Code: O Q          RR# O O

Account Number: [redacted] 3932          Account Approval Date: 12/24/09

Is this account for a Foreign Bank?
☐ Yes /☒ No. If yes, please list U.S. agent for service of process: _____

Name of Primary Account Holder or Title of Account: Roman Lavlinsky
(Write name exactly as it appears on Social Security Card or Fed ID Registration)

**Primary Account Holder Information:**

| | | | |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | [redacted] 3246-7 | Client Home Phone: | |
| Driver's License Number: | Passport | Date of Birth: | [redacted] 1985 |
| Physical Address (No P.O. Boxes): | Svobody Str, 16-26 | Marital Status: | Single |
| City, State, Zip: | Voronezh 394018 | Country: | Russia |
| Mailing Address (if different): | | | |
| City, State, Zip; Country: | | Country: | |
| Employer's Name: | Self Employed | Occupation: | |
| Employer's Address: | | Employer's Phone: | |
| City, State, Zip: | | Country: | |
| Email Address: | | | |
| Associated person of a Broker? | ☐ Yes /☒ No (If Yes, please name): | | |

Name of Secondary Account Holder (if Applicable): _____
(Write name exactly as it appears on Social Security Card or Fed ID Registration)

**Secondary Account Holder Information:**

| | | | |
|---|---|---|---|
| Relationship to Primary Account Holder: | | | |
| SSN, Fed ID, Cedula, NIT#: | | Client Home Phone: | |
| Driver's License Number: | | Date of Birth: | |
| Physical Address (No P.O. Boxes): | | | |
| City, State, Zip: | | Country: | |
| Mailing Address (if different): | | | |
| City, State, Zip; Country: | | Country: | |
| Employer's Name: | | Occupation: | |
| Employer's Address: | | Employer's Phone: | |
| City, State, Zip: | | Country: | |
| Email Address: | | | |
| Associated person of a Broker? | ☐ Yes / ☐ No (If Yes, please name): | | |

**Client Information:**

**Primary:**

Are you a U.S. Citizen? ☐ Yes / ☐ No

Resident Alien? ☐ Yes / ☐ No  Country of Birth: _____

Non-Resident Alien? ☒ Yes / ☐ No  Country of Residence: Russia

**Secondary:**

Are you a U.S. Citizen? ☐ Yes / ☐ No

Resident Alien? ☐ Yes / ☐ No  Country of Birth: _____

Non-Resident Alien? ☐ Yes / ☐ No  Country of Residence: _____

NAF-PM-TOS (07/2009)

1 of 9



**PENSON**

| | |
|---|---|
| How long has the Account Holder known the Broker? | Self directed trader |
| Who introduced the Account Holder and Broker? | thinkorswim, Inc. |
| Is account holder a control person? (Officer, Director or 10% stock owner) | ☐ Yes / ☒ No |
| If Yes, Please list the company(s) controlled & position: | |
| Is client an employee of Insurance Co., Bank, Fund, Securities firm or Investment Advisor? | ☐ Yes / ☒ No |
| If Yes, Please list the company name, address and phone number, and position held: | |

**Investment Objectives:** (* If more than once, please rank 1-8)

| | | |
|---|---|---|
| ☒ | Long term growth with safety (long term capital appreciation with relative safety of principal | A |
| ☐ | Short term growth with high risk (Appreciation with acceptance of high risk) | B |
| ☒ | Speculative (want increase in value of investments – High Risk) | C |
| ☒ | Income (want to use proceeds of the acct. as a source of income) | H |
| ☐ | Growth and Income (preserve capital as much as possible) | I |
| ☐ | Long term growth with greater risk   Aggressive Growth (trade volatile securities that have wide changes in price) | J |
| ☐ | Balanced (Diversification of asset classes for equal blend of income and long-term growth) | M |
| ☐ | Capital Appreciation *(High Risk, capital growth invested primarily in stocks and options)* | N |

**Tax Information:**

| | |
|---|---|
| # Of Dependents | 0 |
| Tax Bracket | 20% |
| Initial Deposit | $238,200   % |
| Initial Transaction | $ — |
| Source of Funds | Wire |

| Income: | | Net Worth: | | Liquid Net Worth: | | |
|---|---|---|---|---|---|---|
| ☐ | $0 - $24,999 | ☐ | $0 - 25,000 | ☐ | $0 - 25,000 | A |
| ☐ | $25,000 - $39,999 | ☐ | $25,000 - 39,999 | ☐ | $25,000 - 39,999 | B |
| ☐ | $40,000 - $64,999 | ☐ | $40,000 - 64,999 | ☐ | $40,000 - 64,999 | C |
| ☐ | $65,000 - $124,999 | ☐ | $65,000 - 124,999 | ☐ | $65,000 - 124,999 | D |
| ☒ | $125,000 - 249,999 | ☐ | $125,000 - 249,999 | ☐ | $125,000 - 249,999 | E |
| ☐ | $250,000 - $499,999 | ☒ | $250,000 - $499,999 | ☐ | $250,000 - $499,999 | F |
| ☐ | $500,000 - $999,999 | ☐ | $500,000 - $999,999 | ☐ | $500,000 - $999,999 | G |
| ☐ | $1,000,000 - Over | ☒ | $1,000,000 - Over | ☐ | $1,000,000 - Over | H |

**Payment Instructions:**

Securities:
☐ Transfer & Ship (1)
☐ Hold St. Name (2)

Money:
☐ Pay (1)
☐ Hold (7)

Dividends:
☐ Pay Weekly (1)
☐ Pay Monthly (1)
☐ Hold (4)

Principal & Maturity:    ☐ Credit to Account    ☐ Send Payment
Process checks:    ☐ Monthly    ☐ Weekly
Money Market Sweeps:    ☐ Yes / ☐ No – If Yes, List Fund:

**Investment Experience:**

| | Years of Experience: | Average Dollar Amount: | Number of transactions per year: |
|---|---|---|---|
| Futures: | 6 | $ | 51-100 |
| Options: | 6 | $ | 51-100 |
| Stocks: | 6 | $ | 101-200 |
| Bonds: | 5 | $ | 1-10 |
| Commodities: | | $ | |
| Other (Specify): | | $ | |

**Previous Options Experience (Years)**

| STRATEGY | STOCK OPTIONS | INDEX OPTIONS |
|---|---|---|
| Buying (Includes Debit Spreads & Straddles): | 6 | 6 |
| Covered Writing: | 6 | 6 |
| Spreads: | 6 | 6 |
| Uncovered Writing: | 6 | 6 |

If this is an entity account (i.e. corporations, partnerships, limited liability corporations, trusts), answer the following questions:

Is this account for a foreign shell bank?  ☐ Yes  /  ☒ No

Does this entity offer services to a foreign shell bank?  ☐ Yes  /  ☒ No

* If this account is for a foreign bank or 'Yes' was answered to either of the last two questions, the entity must complete the Certification Regarding Correspondent Accounts.

NAF-PM-TOS (07/2009)

2 of 9





**PENSON**

Account # ███████ 39 33

**Type of Registration:**

| | |
|---|---|
| ✓ | Accredited Investor |
| ☐ | Corporate Account |
| ☐ | Partnership |
| ☐ | Limited Liability Corporation |
| ☐ | Trust |

**Duplicate Confirmations:**

Please send Duplicate confirms to the following address:

N/A

**Authorized Person:**

If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer:

Is this a Discretionary account?   ☐ Yes / ☑ No

**BROKER USE ONLY:**

**Day Trading:**

| | |
|---|---|
| Approved for Day Trading Strategy? | ☐ Yes / ☑ No |
| Day Trading Risk Disclosure Statement Delivered? | ☑ Yes / ☐ No |
| Date Day Trading Disclosure was Delivered: | 12/21/09 |

**Option Trading Approvals:**

| | |
|---|---|
| Covered Call Writing: | ☑ Yes / ☐ No |
| Purchasing Options.<br>(Puts for Safety or Leverage / Call for Leverage) | ☑ Yes / ☐ No |
| Uncovered Option Writing: | ☑ Yes / ☐ No |
| Other Options Transactions: | ☑ Yes / ☐ No |

**Document Deliveries:**

| Please note date of delivery for the following: | |
|---|---|
| Privacy Policy: | 12/21/09 |
| Margin Risk Disclosure Statement: | 12/21/09 |
| Characteristics of Risks of Standard Options: | 12/21/09 |
| Special Statement for Uncovered Option Writers: | 12/8/09 |
| Portfolio Margin Risk Disclosure Statement: | 1/28/10 |

**Signatures:**

| | |
|---|---|
| Registered Rep Signature: | *[signature]* |
| Branch Manager Signature: | *[signature]* |
| Designated Officer Signature: | *[signature]* |
| Registered Option Principal Signature: | *[signature]* |

NAF-PM-TOS (07/2009)



# Portfolio Margin Test

1. Do you know how to access account information online? ☑ Yes ☐ No

2. Do you know that Penson's policy requires portfolio margin calls be met the day immediately following the day of the call issuance? ☑ Yes ☐ No

3. You establish the following positions:
   Long 1,000 OEX JUN 640 Calls @ $21.00
   Long 1,000 OEX JUN 640 Puts @ $10.76
   What is the traditional margin requirement?
   a. $3,176,000
   b. $1,588,000
   c. $1,024,000
   d. $317,500
   e. None of the above.

4. You establish the following position:
   Short 1 ABC 50 Put @ $1.25
   If the price of ABC is $49 at expiration, what is the profit or loss from this short put position?
   a. $750 Profit
   b. $750 Loss
   c. $775 Profit
   d. $775 Loss
   e. $1,000 Loss

5. Which of the following is NOT permitted when an account is restricted to "Liquidation Orders Only"?
   a. Depositing additional funds or securities to the account
   b. Placing an order to open an naked position
   c. Buying to close an uncovered position
   d. Selling to close a long position
   e. None of the above is permitted

6. You have opened several accounts with XYZ Broker. Which of the following is an account under identical ownership as your individual portfolio margin account?
   a. Your Roth Individual Retirement Account
   b. Your Individual Margin Account
   c. Your Joint With Rights Of Survivorship Account
   d. Your Corporate Account
   e. Your 401k Account

7. You have already been approved for covered call writing but must be re-approved for which of the following in order participate in portfolio margining?
   a. Purchasing Straddles
   b. Purchasing Spreads
   c. Purchasing Options
   d. Short-selling
   e. Selling Uncovered Options

8. The following positions belong in the same "security class" or "product group" as a long position in MSFT, EXCEPT
   a. Short puts with the obligation to purchase MSFT shares
   b. Short calls with the obligation to sell MSFT shares
   c. Long position in the QQQQ, tracking the NASDAQ 100 Index, of which MSFT is a major component
   d. Long LEAPS options on MSFT
   e. Long position in MSFT preferred shares

9. All LEAPS
   a. are unlisted derivatives of equity indices
   b. are options on commodities and futures contracts
   c. are issued with longer life than standard options
   d. are options on Exchange Traded Funds.
   e. are options on individual stocks

10. Which of the following is a synthetic long put?
    a. Long stock, short put
    b. Long stock, short call
    c. Long stock, long put
    d. Short stock, long put
    e. Short stock, long call

11. To hedge a long position in IBM, a customer can do all of the following EXCEPT
    a. Buy to open at the money IBM puts
    b. Buy to open in the money IBM puts
    c. Sell to open out of the money IBM calls
    d. Sell to open in the money IBM puts
    e. All of the above

12. A customer establishes the following position:
    Short 1,000 IBM 100 Call
    Short 1,000 IBM 100 Put
    If the price of IBM is $100 at expiration, what is the resulting IBM position in the customer's account on the business day following the expiration?
    a. Flat or no position in IBM
    b. Long 100,000 shares in IBM
    c. Short 100,000 shares in IBM
    d. Both (b) and (c)
    e. Unable to determine

13. A call writer hoping to benefit from the time decay of the option premium would use which of the following measures?
    a. Theta, expressed in percentage
    b. Theta, expressed in dollars
    c. Delta, expressed in percentage
    d. Delta, expressed in dollars
    e. Gamma, expressed in percentage

14. Which of the following measures the change in an option value given one percent change in the volatility?
    a. Delta
    b. Gamma
    c. Theta
    d. Vega
    e. Rho

15. Which of the following measures the change in an option value given one percent change in interest rate?
    a. Delta
    b. Gamma
    c. Theta
    d. Vega
    e. Rho

16. Which of the following is NOT a primary component in theoretical option pricing calculation?
    a. Annual interest rate
    b. Quarterly dividend amount
    c. Change in volatility
    d. Strike price
    e. Days-to expiration

17. The price of IBM is $100. You establish the following position:
    Long 1 IBM 100 Call @ $4.50
    If the delta of the call is .50, what would be the theoretical price of the option if the stock decreased by $1?
    a. $2.50
    b. $3
    c. $3.50
    d. $4
    e. $6.50

18. You establish the following position:
    Short 1 XYZ 100 Put @ $4
    If the delta of the put is 0.50 and the gamma is 0.0673, what would be the new delta if XYZ increases from $100 to $101?
    a. 0.3634
    b. 0.4327
    c. 0.5673
    d. 0.6346
    e. 0.7693

Client Initials: _Lavliushiy_

Date: _25.01.2010_

NAF-PM-TOS (07/2009)

⚹ thinkorswim
600 West Chicago Ave
Chicago, IL 60610

773 435 3210 Voice
773 435 3232 Fax

## Portfolio Margining Risk Disclosure Statement

### Overview of Portfolio Margining

1.) Portfolio margining is a margin methodology that sets margin requirements for an account based on the greatest projected net loss of all positions in a "security class" or "product group" as determined by an options theoretical pricing model using multiple pricing scenarios. These pricing scenarios including scenarios for options are designed to measure the theoretical loss of the positions given changes in both the underlying price and implied volatility inputs to the model.

2.) The goal of portfolio margining is to set levels of margin that more precisely reflect actual net risk. The customer benefits from the portfolio margining in that margin requirements calculated on net risk are generally lower than alternative "position" or "strategy" based methodologies for determining margin requirements. Lower margin requirements allow the customer more leverage in an account.

### Customers Eligible for Portfolio Margining

3.) To be eligible for portfolio margining, customers (other than broker-dealers or members of a national futures exchange) must be approved for writing uncovered options. If a customer (other than a broker dealer or members of a national futures exchange) wishes to trade in unlisted derivatives, the customer must have and maintain at all times account equity of not less than five million dollars, aggregated across all accounts under identical ownership at the clearing broker. This identical ownership requirement excludes accounts held by the same customer in different capacities (e.g., as a trustee and as an individual) and accounts where ownership is overlapping but not identical (e.g., individual accounts and joint accounts). In addition to the requirements of the self-regulatory organization rule, thinkorswim, Inc. and its clearing firm Penson Financial Services, Inc. reserves the right to mandate that each account must have a net liquidating value of at least $125,000 to be eligible. Portfolio Margin is only available to margin (non-IRA) accounts. Smaller accounts can not be combined to meet the $125,000 requirement.

### Positions Eligible for a Portfolio Margin Account

4.) All Margin equity securities (as defined in Section 220.2 of Regulation T of the Board of Governors of the Federal Reserve System), warrants on equity securities or on indices of equity securities, equity-based or equity-index based listed options, and security futures products (as defined in Section 3(a)(56) of the Securities Exchange Act of 1934) are eligible for a portfolio margin account. In addition, a customer that has an account with equity of at least five million dollars may establish and maintain positions in unlisted derivatives (e.g., OTC swaps, options) on an equity security or index of equity security or index of equity securities that can be priced by a theoretical pricing model approved by the Securities and Exchange Commission (SEC).

thinkorswim
600 West Chicago Ave
Chicago, IL 60610

773 435 3210 Voice
773 435 3232  Fax

**Special Rules for Portfolio Margin Accounts**

5.) A portfolio margin account or sub-account will be subject to a minimum margin requirement of $.375 for each listed option, unlisted derivative and security futures product, multiplied by the contract's or instrument's multiplier, carried long or short in the account.  Other eligible products are not subject to a minimum margin requirement.

6.)  If an account falls below $100,000 this will create a Portfolio Margin deficiency.  A margin deficiency in the portfolio margin account or sub-account, regardless of whether due to new commitments or the effect of adverse market movements on existing positions, must be met within one business day.  Failure to meet a portfolio margin deficiency prior to the end of the first business day will result in a prohibition on entering any new orders, with the exception of new orders that reduce the margin requirement. Failure to meet a portfolio margin deficiency by the end of the second business day will result in immediate liquidation of positions on the second business day, to the extent necessary to eliminate the margin deficiency.

7.)  Any shortfall in aggregate equity in an account, when required, must be met within one business day.  Failure to meet a minimum equity deficiency by the end of the second business day will result in a prohibition on entering any new orders, with the exception of new orders that reduce the margin requirement, beginning the second business day and continuing until such time as the minimum equity requirement is satisfied, or if applicable, all unlisted derivatives are liquidated or transferred out of the portfolio margin account.

8.) When a broker-dealer carries a standard cash account or margin account for a customer, the broker-dealer is limited by the rules of the SEC and Options Clearing Corporation (OCC) to the extent to which the broker-dealer may permit the OCC to have a lien against long positions in those accounts.  In contrast, the OCC will have a lien against all long option positions that are carried by a broker-dealer in a portfolio margin account, and this could under certain circumstances, result in greater losses to a customer having a long option positions in such an account in the event of the insolvency of the customer's broker.  Furthermore, thinkorswim, Inc. and/or Penson Financial Services, Inc. has a lien on all long positions in a portfolio margin account, including margin equity securities, even if fully paid.  Accordingly, to the extent that a customer does not borrow against long options and margin equity positions in a portfolio margin account or have margin or have margin requirements in the account against which the long options or margin equity securities can be credited, there is no advantage to carrying the long options and margin equity securities in a portfolio margin account and the customer should consider carrying them in an account other than a portfolio margin account.

9.) Customers participating in portfolio margining will be required to sign an agreement acknowledging that their security positions and property in the portfolio margin account will be subject to the customer protection provisions of Rule 15c3-3 under the Securities and Exchange Act of 1934 and the Securities Investor Protection Act.

10.) Penson Financial reserves the right to disable portfolio margin on an account if the account falls below $100,000 or a call is not met in a timely fashion.  Additionally, there is no guarantee that portfolio margin will be reinstated on an account that was removed from the Portfolio Margin System.

NAF-PM-TOS (07/2009)                    6 of 9

thinkorswim
600 West Chicago Ave
Chicago, IL 60610

773 435 3210 Voice
773 435 3232   Fax

**Special Risk of Portfolio Margin Accounts**

11.) Portfolio margining generally permits greater leverage in an account, and greater leverage creates greater losses in the event of adverse market movements.

12.) All accounts are approved for Short Uncovered Option positions therefore each customer must know and understand the risks of these types of strategies.

13.) Because the maximum time limit for meeting a margin deficiency is shorter than in a standard margin account, there is increased risk that a customer's portfolio margin account will be liquidated involuntarily, possible causing losses to the customer.

14.) Because portfolio margin requirements are determined using sophisticated mathematical calculations and theoretical values that must be calculated from market data, it may be more difficult for customers to predict the size of future margin deficiencies in a portfolio margin account. This is particularly true in the case of customers who do not have access to specialized software necessary to make such calculations or who do not receive theoretical values calculated and distributed by approved vendor of theoretical values.

15.) For the reasons noted above, a customer that carries long eligible positions in a full portfolio margin account could, under certain circumstances, be less likely to recover the full value of these positions in the event of the insolvency of thinkorswim, Inc.

16.) Trading of margin equity securities, warrants on equity securities or on indices of equity securities, listed options, unlisted derivatives, and security futures products in a portfolio margin account is generally subject to all the risks of trading those same products in a standard securities margin account. Customers should be thoroughly familiar with the risk disclosure materials applicable to those products, including the booklets entitled "Characteristics and Risks of Standardized Options". Because this disclosure statement does not disclose the risks and other significant aspects of trading in other security futures products and options, customers should review those materials carefully before trading in a portfolio margin account.

17.) Customers should consult with their tax advisers to be certain that they are familiar with the tax treatment of transactions in margin equity securities, warrants on equity securities or on indices of equity securities, listed options, unlisted derivatives, and securities futures products, including tax consequences of trading strategies involving both security futures and option contracts.

18.) The descriptions in this disclosure statement relating to eligibility requirements for portfolio margin accounts, and minimum equity and margin requirements for those accounts are minimums imposed under the self-regulatory organization rules. Time frames within which margin and equity deficiencies must be met are maximums imposed under the self-regulatory organization rules. Broker-dealers may impose their own more stringent requirements.

19.) Customers should bear in mind that the discrepancies in the cash flow characteristics of security futures and certain options are still present even when those products are carried together in a portfolio margin account. In addition, discrepancies in the cash flow characteristics of

certain unlisted derivatives may also be present when those products are carried in a portfolio margin account. Both security futures and options contracts are generally marked to the market at least once each business day.        Similarly, certain unlisted derivatives may also be marked to the market on a daily basis. However, there may be incongruity between each eligible product in that marks may take place with different frequency and at different times within the day.   For example, when a security futures contract is marked to the market, the gain or loss is immediately credited to or debited from, respectively, the customer's account in cash. While a change in the value of a long option contract may increase or decrease the equity in the account, the gain or loss is not realized until the option is liquidated, exercised, or assigned. Accordingly, a customer may be required to deposit cash in the account in order to meet a variation payment on a security futures contract even though the customer is in a hedged position and has experienced a corresponding (but yet unrealized) gain on an option. Alternatively, a customer who is in a hedged position and would otherwise be entitled to receive a variation payment on a security futures contract may find that the cash is required to be held in the account as margin collateral on an offsetting position.

## Acknowledgement for Customers Utilizing a Portfolio Margin Account

As discussed in the Portfolio Margining Risk Disclosure Statement, portfolio margining must be conducted in a margin account dedicated exclusively to portfolio margining. Portfolio margin accounts are treated as securities accounts carried with broker-dealers. As such, positions in portfolio margin accounts are covered by Rule 15c3-3 under the Securities Exchange Act of 1934 which protects customer accounts.

Rule 15c3-3 under the Securities Exchange Act of 1934 requires that a broker or dealer promptly obtain and maintain physical possession or control of all fully-paid securities and excess margin securities and maintain a special reserve account for the benefit of their customers. Fully-paid securities are securities carried in a cash account and margin equity securities carried in a margin or special account (other than a cash account) that have been fully paid for. Excess margin securities are a customer's margin securities having a market value in excess of 140% of the total of the debit balances in the customer's non-cash accounts. For the purposes of Rule 15c3-3, securities held subject to a lien to secure obligations of the broker-dealer are not within the broker-dealer's physical possession or control. The Securities and Exchange Commission (SEC) staff has taken the position that all long option positions in a customer's portfolio margining account may be subject to such a lien by the Options Clearing Corporation (OCC) and will not be deemed fully-paid or excess margin securities under Rule 15c3-3.

The hypothecation rules under the Securities Exchange Act of 1934 (Rules 8c-1 and 15c2-1) prohibit broker-dealers from permitting the hypothecation of customer securities in a manner that allows those securities to be subject to any lien or liens in an amount that exceeds the customer's aggregate indebtedness. However, all long option positions in a portfolio margining account will be subject to the OCC's lien, including any positions that exceed the customer the customer's aggregate indebtedness. Furthermore, all long positions, including margin equity securities, in a portfolio margin account are held subject to a lien by thinkorswim, Inc. and its clearing firm Penson Financial Services, Inc., even if fully paid for. The SEC staff has taken a position that would allow customers to carry positions in the portfolio margining accounts even when those positions exceed the customer's aggregate indebtedness. Accordingly, within a portfolio margin account, to the extent that you have long option and/or margin equity securities positions that do

thinkorswim
600 West Chicago Ave
Chicago, IL 60610

773 435 3210 Voice
773 435 3232 Fax

not operate to offset your aggregate indebtedness and thereby reduce margin requirement, you receive no benefit from carrying those positions in your portfolio margin account and incur the additional risk of the OCC's lien on your long option position(s) and thinkorswim, Inc. and/or our clearing firm Penson Financial Services, Inc. lien on all of your long positions.

The Securities Investor Protection Corporation insures customer accounts against the financial insolvency of a broker-dealer in the amount of up to $500,000 to protect against the loss of registered securities and cash maintained in the account for purchasing securities or as proceeds from selling securities (although the limit on cash claims is $100,000). Additionally, our clearing firm holds Excess SIPC Insurance of $200,000,000 in the aggregate, over all customer accounts, subject to a maximum limit of $900,000 per Customer in respect to cash. This "Excess SIPC" protection is in addition to the protection provided by the Securities and Investors Protection Act, which is administered by SIPC and is subject to certain conditions and limitations, details of which are available upon request. Note SIPC and Excess SIPC provide coverage against loss of securities and cash, not against market depreciation, fluctuation in market value of your securities or a trading loss.

By signing below you affirm that you have read and understood the *Portfolio Margining Risk Disclosure Statement* provided and Acknowledge and agree that:

THE UNDERSIGNED HAS/HAVE A COMPLETE UNDERSTANDING OF THE GUIDELINES AND POLICIES REGARDING THE EXTENSION OF CREDIT, MARGIN REQUIREMENTS, NET LIQUIDATIONS EQUITY AND THAT THE UNDERSIGNED WAIVE(S) ANY RIGHT TO REDEEM SHARES OF MONEY MARKET MUTUAL FUNDS WITHOUT THE MEMBER ORGANIZATION'S CONSENT AND THAT THE MEMBER ORGANIZATIONS RESERVES THE RIGHT TO REDEEM SHARES OF MONEY MARKET MUTUAL FUNDS IN CASH UPON REQUEST. LONG POSITIONS IN A PORTFOLIO MARGINING ACCOUNT WILL BE EXEMPTED FROM CERTAIN CUSTOMER PROTECTION RULES OF THE SECURITIES AND EXCHANGE COMMISSION AS DESCRIBED ABOVE AND WILL BE SUBJECT TO A LIEN BY THINKORSWIM, INC AND PENSON FINANCIAL SERVICES, INC., AS WELL AS THE OPTIONS CLEARING CORPORATION WITH RESPECT TO LONG OPTION POSITIONS, WITHOUT REGARD TO SUCH RULES.

**Customer Account Number:** ███ 3953

**Customer Name/Title:** Lavliuskiy Rowan
(Printed/Title)

**Customer Name:** _____
(Signed)

**Joint Account Holder:** _____
(Printed/Title)

**Joint Account Holder:** _____
(Signed)

**Date:** 28 01 2010

*(handwritten note at right: CUSTOMER APPROVED FOR UNCOVERED OPTIONS PK)*

# EXHIBIT 90

# SUMMARY INFORMATION FOR MAKAROV OLEKSANDR

## CUSTOMER SUMMARY FOR MAKAROV OLEKSANDR

| | |
|---|---|
| Title: | Makarov Oleksandr |
| Applicant ID: | ███207 |
| Type: | INDIVIDUAL |
| Legal Country: | Ukraine |
| Mailing Address: | Sakshanskoho 92, 18, Kyiv, , 01032, Ukraine |
| E-mail Address: | makarov081982@gmail.com |
| Primary user name: | makaro548 |
| Employer: | |
| Good-faith Review: | Set/Unset Employer |

RELATIONSHIP TO FORMER ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder
RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - Applicant (Legal Residence/Mailing Address) Account Holder
RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder

## ACCOUNTS OF MAKAROV OLEKSANDR

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| * | █74548 | █74548 | Active Trader | BOND CFD FOP FUT LEVFX OPT STK MRGN | Open. | LOW | 68,581 USD |
| ○ | █4548F | █4548F | Active Trader | CFD MRGN | Open. | LOW | 0 USD |

## ACCOUNT SUMMARY For U1074548

### U1074548

| | | | | |
|---|---|---|---|---|
| ID: | █74548 (VAN: █4548) | Equity yesterday: | 68,581 USD | |
| Type: | Active Trader | Started: | 04 Jun 2012 | |
| Activated Capabilities: | BOND CFD FOP FUT LEVFX OPT STK MRGN | Approved: | 04 Jun 2012 | |
| Status: | Open.   Clearing Status | Opened: | 04 Jul 2012 | |
| Phylum: | C - Customer | Funded: | 06 Jul 2012 | |
| Priority: | LOW Change Priority | Closed: | | |
| IB Entity: | IB-UK | Operator: | | |
| Currency: | USD | Estate: | | |

| TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |
|---|---|---|---|

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2012-07-04 16:31:39 | |

Decision: Accepted   (Initial)

Proclamations:
Deciding User: lfailla

Decision: Accepted   (Initial)

Proclamations:
Deciding User: ffailla
Deciding Time: 04 Jul 2012 11:09:06 EDT

Initial Capabilities: BOND FUT LEVFX MRGN MULT OPT STK

Additional Remarks:

## ACCOUNT CAPABILITIES

| Approved Capabilities | BOND, CFD, FOP, FUT, LEVFX, MRGN, MULT, OPT, STK] |
|---|---|
| Activated Capabilities | [BOND, CFD, FOP, FUT, LEVFX, OPT, STK, MRGN] |

## ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND CFD FOP FUT LEVFX MRGN MULT OPT STK

Decision: Accepted

Proclamations:
Deciding Officer: ffailla
Deciding Time: 19 Jul 2012 04:50:19 EDT

Compliance Officer: ffailla
Compliance Time: 19 Jul 2012 04:50:19 EDT

Additional Remarks:

## ADDITIONAL APPLICANT / REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: 1814207
US Tax ID: N/A
Country of Legal residence: Ukraine
Applicant Citizenship: Ukraine
State of Legal residence: N/A

Market Data Status: Non-Professional
Token Type: Bingo

Primary Phone:380632485464
Secondary Telephone:38050382256

Mailing Address #:Saksahanskoho 92, 18
Kyiv, N/A  01032
Ukraine

Currency/Rate: USD / 1.0

Marketing/Sales Info:
Assisted by: self

Change Applicant Information ▶ |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 3 | > 100 | Extensive |
| Options | 3 | > 100 | Extensive |
| Commodities | 3 | > 100 | Extensive |
| Bond | 3 | 26 - 50 | Extensive |
| FX | 3 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

| Bond | 3 | 26 - 50 | Extensive |
| FX | 3 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | | Sources of Income |
|---|---|---|---|---|
| Estimated Net Worth | 100,001 - 250,000 | Estimated Liquid Net Worth | 75,001 - 100,000 | |
| Net Income | 50,001 - 100,000 | Sources of Funds<br>(Other than regular income) | | |
| Total Assets | 100,001 | Accredited Investor<br>for Private Placement? | No | |
| | | Invited to Private Placement? | No | |

## INVESTMENT OBJECTIVES

Growth, Trading, Speculation, Hedging

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | No | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |

Add Broker-Dealer Affiliation ▶

## COMPLIANCE / REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?  No

| MIFID | |
|---|---|
| MiFID Category | Retail |

Edit Compliance Information ▶    Change Arbitration Agreement ▶

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

## APPLICANT ASSOCIATED ENTITIES

Hide all ▶

Personal Information for Mr. Makarov Oleksandr (Account Holder)

| US-ASCII Fields | | show ▶ |
|---|---|---|
| Name: Mr. Makarov Oleksandr | Citizenship: Ukraine | # of Dependents: 1 |
| Entity ID: ____247 | DOB: ____1982 | Marital Status: M |
| | City of Birth: | Mother's Maiden Name: |

US-ASCII Fields

**Name:** Mr. Makarov Oleksandr
**Entity ID:** ___2247

**Ownership percentage:** 100.0
Detailed Ownership Information ▶

**Citizenship:** Ukraine
**DOB:** ___1982
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ___960(Ukraine)
**National ID:**
**has Greencard:** false

**Email:** makarov081982@gmail.com
**Home Phone:** ___5464
**Work Phone:** ___2256

**Residential Address:** Mayakovskoho, 2a, aprt. 57
Donetsk, 83055
Ukraine
**Mailing Address:** Saksahanskoho 92, 18
Kyiv, 01032
Ukraine

**Business Nature Extended:** Steel sector strategy
consulting, domestic and international metals and
mining industry analysis
**Country Mismatch Description:**
Native Language Fields (Language code: en)

**# of Dependents:** 1
**Marital Status:** M
**Mother's Maiden Name:**

**Gender:** Male

**Occupation:** selfemloyer

**Employment Status:** SELFEMPLOYED
**Employer:** selfemloyer
**Employer Business:** Consultant (Not Financial
Related)
**Employer Address:** Saksahanskoho, 92, 18
Kyiv, 01032
Ukraine

---

**Name:** Makarov Oleksandr
**Entity ID:** ___2247

**Citizenship:** Ukraine
**DOB:** ___1982
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ___960(Ukraine)
**National ID:**
**has Greencard:** false

**Email:** makarov081982@gmail.com
**Home Phone:** ___5464
**Work Phone:** ___2256

**Residential Address:** Mayakovskoho, 2a, aprt. 57
Donetsk, 83055
Ukraine
**Mailing Address:** Saksahanskoho 92, 18
Kyiv, 01032
Ukraine

**Business Nature Extended:** Steel sector strategy
consulting, domestic and international metals and
mining industry analysis
**Country Mismatch Description:**

**# of Dependents:** 1
**Marital Status:** M
**Mother's Maiden Name:**

**Gender:** Male

**Occupation:** selfemloyer

**Employment Status:** SELFEMPLOYED
**Employer:** selfemloyer
**Employer Business:** Consultant (Not Financial
Related)
**Employer Address:** Saksahanskoho, 92, 18
Kyiv, 01032
Ukraine

---

Change Info ▶ Request Proof of ID and DOB ▶ Request Proof of Address ▶ Request Proof of SSN ▶ Mark as PEP ▶ Ownership History ▶

**Sessions:**

| User: | Active in TWS | Role | Token Type | |
|---|---|---|---|---|
| ___0148 (___4548F) | Yes | OWNER | Bingo | Entity Remap function moved to User Mgmt page |
| ___2 (___38283) | No | OWNER | N/A | Entity Remap function moved to User Mgmt page |

Customer Account Supervision System - Interactive Brokers

# EXHIBIT 91

**OFFERING MEMORANDUM**

The Directors, whose names appear in this document, accept responsibility for the information contained in this document. To the best of the knowledge and belief of the Directors (who have taken all reasonable care to ensure that such is the case) the information contained in this document is in accordance with the facts and does not omit anything likely to affect the import of such information.  The Directors accept responsibility accordingly.

---

# CASCADE INVESTMENT FUND

(a company incorporated with limited liability under the
laws of the Cayman Islands under registration number CT-276367)

---

NOVEMBER 2013

# DIRECTORY

## CASCADE INVESTMENT FUND

**Registered Office**
Codan Trust Company (Cayman) Limited
Cricket Square, Hutchins Drive
PO Box 2681
Grand Cayman KY1-1111
Cayman Islands

**Directors**
Anatoliy Shakhnovskyy
Oleksandr Makarov

**Investment Manager**
Cascade Asset Management
c/o Codan Trust Company (Cayman) Limited
Cricket Square, Hutchins Drive
PO Box 2681
Grand Cayman KY1-1111
Cayman Islands

**Administrator**
Trinity Fund Administration Limited
Oyster Point, Temple Road, Blackrock, Co.
Dublin, Ireland

**Custodian**
Credit Suisse AG
Paradeplatz 8
8001 Zurich
Switzerland

**Auditors to the Fund**
Deloitte Limited
Maximos Plaza, Tower 1, 3rd Floor, 213 Arch.
Makariou III Avenue, CY-3030 Limassol,
Cyprus

**Legal Advisers to the Fund**
Conyers Dill & Pearman (Cayman) Limited
Cricket Square, Hutchins Drive
PO Box 2681
Grand Cayman KY1-1111
Cayman Islands

# DIRECTORS

Directors' Functions

The Directors are responsible for the overall management and control of the Fund in accordance with the Articles. The Directors will review the operations of the Fund at regular meetings.  For this purpose, the Directors will receive periodic reports from the Investment Manager detailing the performance of the Fund and providing an analysis of its investment portfolio. The Investment Manager will provide such other information as may from time to time be reasonably required by the Directors for the purpose of such meetings.

Directors of the Fund

The Directors of the Fund are Anatoliy Shakhnovskyy and Oleksandr Makarov.

**Anatoliy Shakhnovskyy**

Mr. Anatoliy Shakhnovskyy received asset management certificate in 2008 from the State Commission for Regulation of Financial Services Markets of Ukraine. His experience in the field of asset management is greater than 5 years. Anatoliy served as director of the Asset Management Company Brokbusinessinvest and he is Chairman of the Supervisory Board of Nondiversified Corporate Investment Fund Cascade-Invest.

**Oleksandr Makarov**

Mr. Oleksandr Makarov has extensive experience in equity research in Dragon Capital – leading investment bank in Ukraine, established in 2000 and controlled by management, with a minority stake held by Goldman Sachs. He covered metals and mining sector, providing fundamental research for both domestic and international institutional clients. Prior to Dragon Capital Alexander was research analyst with focus on metals and mining in investment company Phoenix Capital. He has 10 years experience in equity research.

For the purposes of this Offering Memorandum, the address of each of the Directors is the registered office of the Fund.

# EXHIBIT 92

# SUMMARY INFORMATION FOR CONCORDE (BERMUDA) LIMITED

## CUSTOMER SUMMARY FOR CONCORDE (BERMUDA) LIMITED

| | |
|---|---|
| **Title:** | Concorde (Bermuda) Limited |
| **Applicant ID:** | 1832445 |
| **Type:** | ORG - Separate Trading Limit (Master) |
| **Legal Country:** | Bermuda |
| **Mailing Address:** | 2 Mechnykova Str., Kyiv, , 01601, Ukraine |
| **E-mail Address** | jl@concorde.com.ua |
| **Primary user name:** | concor216 |
| **Employer:** | Set/Unset Employer |
| **Good-faith Review:** | |

RELATIONSHIP TO FORMER ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) Employee TRADER OWNER
RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) Employee TRADER OWNER
RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) Employee TRADER OWNER

## ACCOUNTS OF CONCORDE (BERMUDA) LIMITED

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ● | 4237 | 4237 | Separate Trading Limit | CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | -285,151 USD |
| ○ | 4237F | 4237F | Separate Trading Limit | CFD CMDTY FOP FUT MRGN | Open. | NORMAL+ | 0 USD |
| ○ | 5253 | 5253 | Separate Trading Limit | FOP FUT LEVFX OPT STK MRGN PMRGN | Closed | NORMAL+ | 0 USD |
| ○ | 7960 | 7960 | Separate Trading Limit | CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 1,492,387 USD |
| ○ | 7960F | 7960F | Separate Trading Limit | CFD CMDTY FOP FUT MRGN | Open. | NORMAL+ | 0 USD |
| ○ | 1358 | 1358 | Separate Trading Limit | CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 247,423 USD |
| ○ | 1358F | 1358F | Separate Trading Limit | CFD CMDTY FOP FUT MRGN | Open. | NORMAL+ | 0 USD |
| ○ | 2720 | 2720 | Separate Trading Limit | CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 296,788 USD |
| ○ | 2720F | 2720F | Separate Trading Limit | CFD CMDTY FOP FUT MRGN | Open. | NORMAL+ | 0 USD |
| ○ | 3163 | 3163 | Separate Trading Limit | CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 0 USD |
| ○ | 3163F | 3163F | Separate Trading Limit | CFD CMDTY FOP FUT MRGN | Open. | NORMAL+ | 0 USD |

## ACCOUNT SUMMARY FOR U1094237

U1094237

| | |
|---|---|
| **ID:** | 4237 (VAN: 4237) |
| **Type:** | Separate Trading Limit (Master) |
| **Equity yesterday:** | -285,151 USD |
| **Started:** | 27 Jul 2012 |

SEC-IB-E-0207664

U1094237

| ID: | ▮▮237 (VAN: ▮▮94237) | Equity yesterday: | -285,151 USD |
|---|---|---|---|
| Type: | Separate Trading Limit (Master) | Started: | 27 Jul 2012 |
| Activated Capabilities: | CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Approved: | 11 Sep 2012 |
| Status: | Open.    Clearing Status | Opened: | 11 Sep 2012 |
| Phylum | C - Customer | Funded: | 19 Sep 2012 |
| Priority | NORMAL+ Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |
| ECA status: | Disabled | | |

| TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |
|---|---|---|---|

| DATE OPENED | DATE CLOSED |
|---|---|
| 2012-09-11 16:30:39 | |

## ACCOUNT APPROVAL DECISION

Decision: Accepted   (Initial)

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

Deciding User: dbridges
Deciding Time: 11 Sep 2012 13:44:26 EDT

Initial Capabilities: CFD FOP FUT LEVFX MRGN MULT OPT SSF STK

Additional Remarks: Pool review ok -Foreign Ownership-In

## ACCOUNT CAPABILITIES

| Approved Capabilities | CFD, CMDTY, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK) |
|---|---|
| Activated Capabilities | (CFD, FOP, FUT, LEVFX, OPT, SSF, STK, MRGN, PMRGN) |

## ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: CFD CMDTY FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

Decision: Accepted

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

Deciding Officer: dbridges
Deciding Time: 16 Oct 2012 17:21:29 EDT

Compliance Officer: dbridges
Compliance Time: 16 Oct 2012 17:21:29 EDT

Additional Remarks:

SEC-IB-E-0207665

**Additional Remarks:**

All Requested Capabilities: CFD FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

**Decision: Accepted**

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Deciding Officer: smitman
Deciding Time: 03 Oct 2012 11:54:14 EDT

Compliance Officer: dbridges
Compliance Time: 03 Oct 2012 09:53:30 EDT

Risk Officer: smitman
Risk Time: 03 Oct 2012 11:54:14 EDT

Additional Remarks:

---

## ADDITIONAL APPLICANT / REGISTRATION INFORMATION

### APPLICANT INFO

| | |
|---|---|
| Applicant ID: 1832445 | Primary Phone: +380443915577 |
| US Tax ID: N/A | Secondary Telephone: +380443915573 |
| Country of Legal residence: Bermuda | FAX #: +380443915571 |
| Applicant Citizenship: Bermuda | |
| State of Legal residence: N/A | Mailing Address #:2 Mechnykova Str. |
| | Kyiv, N/A  01601 |
| Market Data Status: Professional | Ukraine |
| Token Type: Gold | |
| | Currency/Rate: USD / 1.0 |
| | |
| | Marketing/Sales Info: |
| | Assisted by: sales_rep |
| | Helpers name: Anna Kossov |
| | Solicited by: Anna Kossov |
| | |
| | Use Trader IDs: Disabled |

Change Applicant Information ▶ |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 6 - 10 | > 100 | Extensive |
| Options | 6 - 10 | 26 - 50 | Good |
| Commodities | 6 - 10 | > 100 | Good |
| Bond | 0 | 0 | 0 |
| FX | 6 - 10 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

SEC-IB-E-0207666

| | 6 - 10 | > 100 | Extensive |
|---|---|---|---|
| FX | N/A | N/A | 0 |
| CFD | | | |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 10,000,001 - 25,000,000 | Estimated Liquid Net Worth | 250,001 - 500,000 |
| Net Income | > 1,000,001 | Sources of Funds (Other than regular income) | N/A |
| Total Assets | 25,000,001 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth, Trading, Speculation

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the organization or any of its officers or authorized traders ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker, or dealer? | No | N/A |
| Has the organization or any of its officers or authorized traders ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |
| Have any of the principals, officers or authorized traders of the Organization ever been arrested for, or convicted of, a crime? | No | N/A |

## COMPLIANCE / REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? — No

Add Broker-Dealer Affiliation ▸

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the Organization engaged in the brokerage business? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, provide details | No | N/A |
| Is the organization required to be registered in the US, pursuant to NFA By-Law 1101, with the Commodities Futures Trading Commission, or in Canada with the IDA, or in any other country, as a futures commission merchant, introducing broker, commodity pool operator, commodity trading advisor, retail foreign exchange dealer or leverage transaction merchant? | No | N/A |
| * NFA By-Law 1101 Statement: This is a proprietary account for an operating business (exempt from registration and no need to apply for exemption under NFA Guidance). | | |
| Is the organization a member of an exchange or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No | N/A |
| Is the account holder or any of its officers: i) a director, ii) a 10% shareholder, or iii) a policy-making officer of any publicly traded company? If Yes, enter stock symbols of companies: | No | No |
| Does the organization control the trading in, or have an ownership interest in, any other Interactive Brokers accounts? | No | No |
| Is the organization operating under a banking license issued by an OFAC or ML Risk Country? | no | no |
| Is the organization operating under an offshore banking license? | N/A | N/A |
| Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

SEC-IB-E-0207667

| | N/A | N/A |
|---|---|---|
| Is the organization operating under an **offshore** banking license? | no | no |
| Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information ►   Change Arbitration Agreement ►

## APPLICANT ASSOCIATED ENTITIES

Hide all ►   hide ►

Personal Information for **Mrs. Irene Pipera (0=SIGNATORY,TRADER,Other Officer,CEO)**

**US-ASCII Fields**

**Name:** Mrs. Irene Pipera
**Entity ID:** ▉184
**Opened Account ?** Yes

**Citizenship:** Cyprus
**DOB:** ▉1989
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▉08(Cyprus)
**National ID:**
has Greencard: false

**Email:** jli@concorde.com.ua
**Home Phone:** + ▉15577
**Work Phone:** + ▉5573
**Fax:** +380443915571

**Residential Address:** 6 Dafnis street,
Lythrodontas
Nicosia,2565
Cyprus
**Mailing Address:** Same as residential address
**Occupation:**

Native Language Fields (Language code: en)

**Name:** Irene Pipera
**Entity ID:** ▉84
**Opened Account ?** Yes

**Citizenship:** Cyprus
**DOB:** ▉1989
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▉08(Cyprus)
**National ID:**
has Greencard: false

**Email:** jli@concorde.com.ua
**Home Phone:** + ▉15577
**Work Phone:** + ▉15573
**Fax:** +380443915571

**Residential Address:** 6 Dafnis street,
Lythrodontas
Nicosia,2565
Cyprus
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ►   Request Proof of ID and DOB ►   Request Proof of Address ►   Mark as PEP ►   Ownership History ►

Sessions:

| User: | ▉216 (▉237) | Active in TWS:Yes | Role: OWNER | Token Type: Gold | Entity Remap function moved to User Mgmt page |
|---|---|---|---|---|---|
| User: | ▉16 (▉100) | Active in TWS:No | Role: OWNER | Token Type: N/A | Entity Remap function moved to User Mgmt page |

Associated Legal Entity Information for Concorde Solutions Ltd. (OWNER)                   hide ►

**US-ASCII Fields**

**Name:** Concorde Solutions Ltd.
**Entity ID:** 14915422
**Type:** PRIVATE

**Country of Organization:** British Virgin
Islands
**Tax ID:** 1451478 (British Virgin Islands)

**Address:** BC Parus
2 Mechnykova Str. Kyiv, 01601
Ukraine

Ownership percentage: 100.0

Change Info ►   |   Request Proof of ID and DOB ►   |   Request Proof of Address ►   |   Mark as PEP ►   |   Ownership History ►   |

Personal Information for Kostiantyn Fisun (TRADER)                   hide ►

**US-ASCII Fields**

**Name:** Kostiantyn Fisun
**Entity ID:** ▉0410

**Citizenship:** Ukraine
**DOB:** ▉1969
**City of Birth:**

**Email:** kf@concorde.com.ua
**Home Phone:** + ▉5577
**Fax:** +380443915577

SEC-IB-E-0207668

Personal Information for Kostiantyn Fisun (TRADER)

**Name:** Kostiantyn Fisun
**Entity ID:** ████410

**US-ASCII Fields**

**Citizenship:** Ukraine
**DOB:** 1969
**City of Birth:**
**Drivers Lic #:** ████5(Ukraine)
**Alien ID:**
**Passport:**
**National ID:**
has Greencard: false

**Email:** kf@concorde.com.ua
**Home Phone:** +████5577
**Fax:** +380443915571

**Residential Address:** 2, Tarasivska, apt. 53
Kiev, 01063
Ukraine
**Mailing Address:**

**Occupation:**

**Native Language Fields (Language code: en)**

**Name:** Kostiantyn Fisun
**Entity ID:** ████410

**Citizenship:** Ukraine
**DOB:** 1969
**City of Birth:**
**Drivers Lic #:** ████55(Ukraine)
**Alien ID:**
**Passport:**
**National ID:**
has Greencard: false

**Email:** kf@concorde.com.ua
**Home Phone:** +████915577
**Fax:** +380443915571

**Residential Address:** 2, Tarasivska, apt. 53
Kiev, 01063
Ukraine
**Mailing Address:**

**Occupation:**

Change Info ▸    Request Proof of ID and DOB ▸    Request Proof of Address ▸    Mark as PEP ▸    Ownership History ▸

Sessions:

User: ████123 (U████253)    **Active in TWS:** No    **Role:** TRADER    **Token Type:** N/A

Entity Remap function moved to User Mgmt page

Personal Information for Kostiantyn Fisun (Employee)

**Name:** Kostiantyn Fisun
**Entity ID:** ████9319

**US-ASCII Fields**

**Citizenship:** Ukraine
**DOB:** 1969
**City of Birth:**
**Drivers Lic #:** ████5(Ukraine)
**Alien ID:**
**Passport:**
**National ID:**
has Greencard: false

**Email:** kf@concorde.com.ua
**Home Phone:** +████915577
**Fax:** +380443915571

**Residential Address:** 2 Tarasovska, apt 53
Kiev,Ukraine,01062
Ukraine
**Mailing Address:** Same as residential address
**Occupation:**

**Native Language Fields (Language code: en)**

**Name:** Kostiantyn Fisun
**Entity ID:** ████9319

**Citizenship:** Ukraine
**DOB:** 1969
**City of Birth:**
**Drivers Lic #:** ████5(Ukraine)
**Alien ID:**
**Passport:**
**National ID:**
has Greencard: false

**Email:** kf@concorde.com.ua
**Home Phone:** +████15577
**Fax:**

**Residential Address:** 2 Tarasovska, apt 53
Kiev,Ukraine,01062
Ukraine
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸    Mark as PEP ▸    Ownership History ▸

Sessions:

User: ████59 (U████237)    **Active in TWS:** Yes    **Role:** CUSTOM    **Token Type:** N/A

Entity Remap function moved to User Mgmt page

Personal Information for Maksym Slobodskyi (Employee)

SEC-IB-E-0207669



**Personal Information for Maksym Slobodskyi ( Employee )**

User: 159 (▮4237)  Active in TWS: Yes  Role: CUSTOM  Token Type: N/A

moved to User Mgmt page  hide ▶

Name: Maksym Slobodskyi
Entity ID: ▮766

**US-ASCII Fields**

Citizenship: Ukraine
DOB: ▮1987
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ▮356(Ukraine)
National ID:
has Greencard: false

Email: mslobodskyy@gmail.com
Home Phone: + ▮73

Residential Address: O. Schmidta 31., apt. 37
Kyiv, Kyiv, 01014
Ukraine
Mailing Address: Same as residential address
Occupation:

**Native Language Fields (Language code: en)**

Citizenship: Ukraine
DOB: ▮1987
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ▮356(Ukraine)
National ID:
has Greencard: false

Email: mslobodskyy@gmail.com
Home Phone: + ▮15573

Residential Address: O. Schmidta 31., apt. 37
Kyiv, Kyiv, 01014
Ukraine
Mailing Address: Same as residential address
Occupation:

Change Info ▶   Mark as PEP ▶   Ownership History ▶

Sessions:

---

**Personal Information for Maksym Slobodskyi (TRADER)**

User: 216 (▮4237)  Active in TWS: Yes  Role: CUSTOM  Token Type: N/A

Entity Remap function
moved to User Mgmt page  hide ▶

Name: Maksym Slobodskyi
Entity ID: ▮493

**US-ASCII Fields**

Citizenship: Ukraine
DOB: ▮1987
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ▮28(Ukraine)
National ID:
has Greencard: false

Email: sm@concorde.com.ua
Home Phone: + ▮5573
Work Phone: + ▮577

Residential Address: O. Schmidta 31., apt. 37
Kyiv, 01014
Ukraine
Mailing Address:

Occupation:

**Native Language Fields (Language code: en)**

Citizenship: Ukraine
DOB: ▮1987
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ▮28(Ukraine)
National ID:
has Greencard: false

Email: sm@concorde.com.ua
Home Phone: + ▮15573
Work Phone: + ▮5577

Residential Address: O. Schmidta 31., apt. 37
Kyiv, 01014
Ukraine
Mailing Address:

Occupation:

Change Info ▶   Request Proof of ID and DOB ▶   Request Proof of Address ▶   Mark as PEP ▶   Ownership History ▶

Sessions:

User: 216 (▮7960)  Active in TWS: Yes  Role: TRADER  Token Type: None

Entity Remap function

SEC-IB-E-0207670



**Sessions:**

User: ▮4216 (▮▮▮7960)    Active in TWS: Yes    Role: TRADER    Token Type: None

Entity Remap function moved to User Mgmt page    | hide ▶

Personal Information for Petro Vinnikov (Employee)

US-ASCII Fields

**Name:** Petro Vinnikov
**Entity ID:** ▮▮563

Citizenship: Ukraine
DOB: ▮983
City of Birth:
Drivers Lic #: ▮▮788(Ukraine)
Alien ID:
Passport:
National ID:
has Greencard: false

Email: pvk@concorde.com.ua
Home Phone: + ▮▮▮▮▮5577

Residential Address: Gerzena street 17-25
Kiev, Ukraine, 04050
Ukraine
Mailing Address: Same as residential address
Occupation:

Native Language Fields (Language code: en)

Citizenship: Ukraine
DOB: ▮983
City of Birth:
Drivers Lic #: ▮▮788(Ukraine)
Alien ID:
Passport:
National ID:
has Greencard: false

Email: pvk@concorde.com.ua
Home Phone: + ▮▮▮▮▮5577

Residential Address: Gerzena street 17-25
Kiev, Ukraine, 04050
Ukraine
Mailing Address: Same as residential address
Occupation:

Change Info ▶    Mark as PEP ▶    Ownership History ▶

---

**Sessions:**

User: ▮216 (▮▮▮237)    Active in TWS: No    TWS Privileges: No    Role: CUSTOM    Token Type: N/A

Entity Remap function moved to User Mgmt page    | hide ▶

Personal Information for Maksym Slobodskyi (TRADER)

US-ASCII Fields

**Name:** Maksym Slobodskyi
**Entity ID:** ▮▮▮▮▮9

Citizenship: Ukraine
DOB: ▮▮987
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ▮▮▮▮28(Ukraine)
National ID:
has Greencard: false

Email: sm@concorde.com.ua
Home Phone: + ▮▮▮▮▮15573
Kyiv, 01014
Ukraine
Mailing Address:

Residential Address: O. Schmidta 31., apt. 37

Occupation:

Native Language Fields (Language code: en)

Citizenship: Ukraine
DOB: ▮▮987
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ▮▮▮28(Ukraine)
National ID:
has Greencard: false

Email: sm@concorde.com.ua
Home Phone: + ▮▮▮▮▮15573
Kyiv, 01014
Ukraine
Mailing Address:

Residential Address: O. Schmidta 31., apt. 37

Occupation:

Change Info ▶    Request Proof of ID and DOB ▶    Request Proof of Address ▶    Mark as PEP ▶    Ownership History ▶

**Sessions:**

SEC-IB-E-0207671



SEC-IB-E-0207672

| User: 7 (B4237) | Active in TWS:No | Role: NONE | Token Type: N/A | function<br>moved to User<br>Mgmt page |
| --- | --- | --- | --- | --- |

hide ▶

### Personal Information for Alisa Tykhomirova (TRADER)

**US-ASCII Fields**

Name:Alisa Tykhomirova
Entity ID: 727

**Citizenship:** Ukraine
**DOB:** 1993
**City of Birth:**
**Drivers Lic #:** 306(Ukraine)
**Alien ID:**
**Passport:**
**National ID:**
**has Greencard:** false

**Email:** at@concorde.com.ua
**Home Phone:** + 577
**Work Phone:** + 31
**Fax:** +380443915571

**Residential Address:** Rusanovskaya nab. 6,
apt.166
Kiev, 02154
Ukraine
**Mailing Address:**

**Occupation:**

Change Info ▶  Request Proof of ID and DOB ▶  Request Proof of Address ▶  Mark as PEP ▶  Ownership History ▶

Sessions:

| User: at216 (3163F) | Active in TWS:Yes | Role: TRADER | Token Type: N/A | Entity Remap<br>function<br>moved to User<br>Mgmt page |
| --- | --- | --- | --- | --- |

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0207673

# EXHIBIT 93

FORM NO. 6                                              Registration No. 41722



**BERMUDA**

# CERTIFICATE OF INCORPORATION

I hereby in accordance with section 14 of *the Companies Act 1981* issue

this Certificate of Incorporation and do certify that on the **8th** day of

**April, 2008**

## Concorde (Bermuda) Limited

was registered by me in the Register maintained by me under the

provisions of the said section and that the status of the said company is that

of an **exempted** company.



Given under my hand and the Seal of

the REGISTRAR OF COMPANIES

this **11th** day of **April, 2008**

for Registrar of Companies

SEC-IB-E-0242142

# EXHIBIT 94

# COMPANIES ACT, 1995

## MALTA

### CERTIFICATE OF REGISTRATION
### LIMITED LIABILITY COMPANY

#### (PURSUANT TO SECTION 77)

**EXANTE Ltd**

Name of Company

**Portomaso Tower Annex Level 7, Vjal Portomaso, St Julians STJ 4011, Malta**

Registered Office

█ 182

Registration Number

This is to certify that the above-mentioned Company
has been registered by the Registrar of Companies as a
Limited Liability Company on the

**4ᵗʰ March, 2011**

Date of Registration

**J. FARRUGIA**

*f/Registrar of Companies*

This is a true and authentic photostat
copy of the original

Dr. Maria Grech LL.B., LL.D.

Dated this ...... 4ᵗʰ ...... day of ...... March ...... 20 ...... 11 ......

SEC-LEK-E-0001711



EXANTE Ltd.
Portomaso Business Tower, Level 7,
PTM01, St. Julians, Malta
Tel.+356 20150000
www.exante.eu

## Register of the Authorised Officers of EXANTE Limited

The undersigned, being the Secretary of EXANTE Limited (the "Company") hereby certify that the below is a list of the Authorised Officers of the Company together with their respective specimen signatures.

Furthermore, I can confirm that the below listed individuals are currently registered as the Directors of EXANTE Limited with the Registry of Companies at Malta Financial Services Authority.

All the bellow signatories have general rights to act on behalf of EXANTE Limited solely.

| 1.Authorised signatory | Specimen signature |
|---|---|
| Last name, First name: KIRIENKO ALEXEY | |
| Country of Residence: MALTA | |
| Date of Birth ▮1984 | |
| Nationality: RUSSIAN | |
| Passport No:64 No▮2465 | |
| 2. Authorised signatory | Specimen signature |
| Last name, First name: NAUMOV IVAN | |
| Country of Residence: MALTA | |
| Date of Birth: ▮1983 | |
| Nationality: LITHUANIAN | |
| Passport No:▮3661 | |
| 3. Authorised signatory | Specimen signature |
| Last name, First name: EGLITIS GATIS | |
| Country of Residence: MALTA | |
| Date of Birth: ▮1981, | |
| Nationality: LATVIAN | |
| Passport No:▮4924 | |
| 4. Authorised signatory | Specimen signature |
| Last name, First name: KNYAZEV ANATOLI | |
| Country of Residence: RUSSIA | |
| Date of Birth ▮1984 | |
| Nationality: RUSSIAN | |
| Passport No: 63 No▮0887 | |
| 5. Authorised signatory | Specimen signature |
| Last name, First name: MASLIAKOV VLADIMIR | |
| Country of Residence: RUSSIA | |
| Date of Birth: ▮1984 | |
| Nationality: RUSSIAN | |
| Passport No▮5609 | |

SEC-LEK-E-0001712



CS2182/8

## EXANTE LTD
Annex Level 7, Vjal Portomaso, St. Julians STJ4011, Malta
Company Registration No. C 52182

23 DEC 2011

RD

### EXTRA-ORDINARY RESOLUTION OF ALL THE SHAREHOLDERS OF THE COMPANY PURSUANT TO ARTICLE 210 COMPANIES ACT AT A MEETING HELD AT THE COMPANY'S REGISTERED OFFICE ON THE 28th DAY OF NOVEMBER 2011

It is hereby Resolved that:

1. The authorized and issued share capital of the Company shall be increased by €12,371,966 (twelve million, three hundred and seventy-one thousand, nine hundred and sixty-six Euro);

2. The new authorized and issued share capital of the Company shall be of €12,628,456 (twelve million, six hundred and twenty-eight thousand, four hundred and fifty-six Euro) divided into 12,628,456 (twelve million, six hundred and twenty-eight thousand, four hundred and fifty-six) Ordinary shares of € 1.00 (one Euro) each;

3. 12,371,966 Ordinary shares shall be issued in the name of Lartemisis Holdings Ltd, having Company Registration No. C 52181, and having its registered office at Portomaso Tower Annex Level 7, Vjal Portomaso, St. Julians STJ4011, Malta, in consideration for intangible property;

4. The Memorandum and Articles of Association of the Company shall be replaced in their entirety by the attached Memorandum and Articles of Association.

There being no further matters to discuss, the meeting was closed.


Mr. Alexey Kirienko
Obo Lartemisis Holdings Ltd
*Director*


Mr. Ivan Naumov
Obo Lartemisis Holdings Ltd
*Director*


Alexey Kirienko
obo Exante Limited

This is a true and authentic photostat copy of the original

Dr. Maria Grech LL.B., LL.D.

SEC-LEK-E-0001713



# Memorandum and Articles of Association of

## EXANTE LTD

C 52182

A limited liability company
registered at the Registry of Companies of the Republic of Malta
under the Companies Act, 1995

This is a true and authentic photostat
copy of the original

Dr. Maria Grech LL.B., LL.D.

SEC-LEK-E-0001714

**EXANTE Limited**

A limited liability company registered
under the *Malta Companies Act 1995*

# MEMORANDUM OF ASSOCIATION

## EXANTE LTD

### 1.   Name

The name of the company is **EXANTE LTD.**

### 2.   Registered Office

The registered office of the Company shall be situated at Portomaso Tower Annex Level 7, Vjal Portomaso, St. Julians STJ4011, Malta, or at any other address in Malta which may be determined from time to time by the Board of Directors.

### 3.   Private Company

The Company shall be a private company in terms of section 209 of the Companies Act, 1995.

### 4.   Objects

The objects of the Company shall be the following:

1. To provide any investment service under the Investment Services Act, 1994 and in particular to receive and transmit client orders, execute client orders, manage investments on behalf of clients and give investment advice.

2. To carry on any other business whatsoever this can be carried on in connection with the main business of the Company.

Nothing in the foregoing shall be construed as empowering or enabling the Company to carry out any activity or service which requires a license or is otherwise regulated under the Investment Services Act, (Cap.370), the Insurance Business Act, (CAP.403), the Insurance intermediaries Act, (CAP.487), the Banking Act, (CAP.371), the Financial Institutions Act, (CAP.376), and the Trusts and Trustees Act, (CAP.331, without a license or other necessary authorizations from the respective competent authority.

### 5.   Powers

In attaining its objects, the company shall have the following powers:

1. To take property on lease, to transfer any such property or right of lease and to grant rights over property acquired by the Company;

2. To acquire, sell, rent, lease and sub-lease, licence and sub-licence in all parts of the world, all types of industrial, artistic and similar rights, including but not limited to copyrights, patents, design, trademarks and other similar or analogous rights and assets.

3. To license intellectual property of all kinds to enable the use of Malta as a base for international business activities;

4. To work, improve, manage, develop, exchange, hypothecate, charge, pledge, sell, dispose of, turn into account, grant options, rights and privileges over or otherwise deal with any assets of the Company;

SEC-LEK-E-0001715

EXANTE Limited

5. To employ, engage, appoint and dismiss employees, agents, contractors, and sub-contractors engaged for the purposes of the Company's operations.

6. To invest the Company's financial and other resources in such manner as the Company may determine from time to time;

7. To borrow and raise money in such manner as the Company shall deem fit including by the issue of bonds, debentures and debenture stock, and to secure the repayment of any money borrowed or raised or the performance of any obligation undertaken by the Company, by granting hypothecs, privileges, guarantees, pledges and other similar charges over its assets, present and future, including its uncalled capital;

8. To stand surety in favour of third parties and for the purpose to charge its assets as security for the obligations undertaken by such third parties;

9. To enter into any arrangements with Governmental authorities and agencies, companies and persons, and to obtain rights, contracts, options, licences and permits from the said authorities, agencies, companies and persons;

## 6.   Limited Liability

The members' liability is limited to the amount, if any, unpaid on the share(s) respectively held by each member.

## 7.   Capital

The Authorized and Issued Share Capital of the Company shall be of €12,628,456 (twelve million six hundred and twenty-eight thousand, four hundred and fifty-six Euros), divided into 12,628,456 (twelve million six hundred and twenty-eight thousand, four hundred and fifty-six) Ordinary shares of one € 1 (one Euro) each, fully paid up by the below-mentioned subscribers.

## 8.   Subscribers

The Company's share capital is subscribed to as follows:

**Lartemisis Holdings Ltd.**                        12,628,455 shares
Portomaso Tower Annex Level 7,                   (no. 1 to 12,628,455)
Vjal Portomaso,
St. Julians STJ4011,
Malta.
(Company Registration No. ███2181)

**Alexey Kirienko**                                    1 share
Partizanskaya Street,                              (no. 12,628,456)
13-2-19,
Moscow 121351
Russian Federation.
(Russian Passport No. ███0387)

## 9.   Rights of Share Classes

1. The shares in the original or any increased capital may be divided into several classes as the company may from time to time by Extraordinary Resolution determine.

SEC-LEK-E-0001716

EXANTE Limited

10.  **Management**

1.  The management and administration of the Company's affairs shall be entrusted to a Board of Directors consisting of not less than 2 (two) and not more than 5 (five) directors.

2.  The first Director(s) of the Company shall be:

Ivan Naumov,
Marii Ul'yanovoy Street,
9-1-8
Moscow,119331,
Russia
Passport No. ████3661

Alexey Kirienko,
Partizanskaya Street,
13-2-19,
Moscow,
Russia, 121351
Passport No████0387

Anatoli Knyazev,
Vokzal'naya Street,
3-37,
Odintsovo,
Moscow,
Russia 143005
Passport No████0887

Vladimir Masliakov,
Vavilova Street,
58-2-108,
Moscow,
Russia,
119296,
Passport No. ████5609

Gatis Eglitis,
Sommerstedgade 14,
1 TV, DK-1718,
KBH-V,
Denmark,
Passport No████4924

3.  The Directors mentioned in the Memorandum and other Directors who may from time to time be elected or appointed under the preceding paragraph shall be so elected or appointed until such time as they may resign or be removed from office by the shareholders in General Meeting.

4.  A Director is empowered to appoint another person in his stead as an alternate director by means of a written instrument and such person so appointment shall enjoy all the powers and rights of the said Director including the right to attend and vote at meetings of the Board of Directors. Such alternate Director shall have a vote or votes in addition to his own vote, if any. Written instrument includes telefax or email communication.

EXANTE Limited

## 11. Representation

1. The legal and judicial representation of the Company shall be vested in any Director.  Any Director shall be empowered to enter into any agreement, contract or obligation whether by public deed or by private writing including those creating real security over the assets of the Company such as a hypothec or a mortgage, to open bank accounts and to sign cheques, bills of exchange, promissory notes and other documentary credits on behalf of the Company.

2. Provided that in addition and without prejudice to the aforesaid, the Board of Directors of the Company may from time to time appoint any person or persons to represent the Company in a specific case or cases and to bind the Company as so specifically authorised in a Power of Attorney issued to such person or persons.  Any Power of Attorney issued by the Company shall be executed by any Director or any person authorised by the Board of Directors for the purpose and such Power of Attorney shall be considered as executed by the Company.

## 12. Company Secretaries

The Secretary of the Company shall be:

Ivan Naumov
Marii Ul'yanovoy Street,
9-1-8
Moscow,119331,
Russia
(Lithuanian Passport No ███8661)

The undersigned persons hereby agree to constitute this Company in terms of the Companies Act 1995 and in pursuance of this Memorandum and Articles of Association, and to subscribe to the number of shares in the capital of the Company as indicated above.

Mr. Alexey Kirienko
Passport No.███0387
for Lartemisis Holdings Ltd.

Mr. Ivan Naumov
Passport No.███3661
for Lartemisis Holdings Ltd.

Mr. Alexey Kirienko
Passport No.███0387

SEC-LEK-E-0001718

# EXHIBIT 95

# SUMMARY INFORMATION FOR EXANTE LIMITED

## CUSTOMER SUMMARY FOR EXANTE LIMITED

| | |
|---|---|
| Title: | EXANTE Limited |
| Applicant ID: | ▮566 |
| Type: | ORG - Omnibus Introducing Broker - IBroker  Master ▮802 |
| Legal Country: | Malta |
| Mailing Address: | Portomaso Business Tower, Level 7, ST. Julians, , PTM01, Malta |
| E-mail Address: | ge@exante.eu |
| Primary user name: | exante123 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

**CAFF1 - Risk Ranking  2  Disciplinary/Public Information Ranking - A**

RELATIONSHIP TO FORMER ML RISK COUNTRY - Employee TRADER OWNER

RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - SIGNATORY Employee CEO TRADER OWNER

Qualified Intermediary (QI) IBroker

## Account Summary For U1071343

### U1071343

| | | | Equity yesterday: | 118 USD |
|---|---|---|---|---|
| ID: | ▮343 (  343) | | Started: | 25 May 2012 |
| Type: | Omnibus Introducing Broker | | Approved: | |
| Activated Capabilities: | BOND CFD FUND LEVFX OPT SSF STK MRGN | | Opened: | 27 Jul 2012 |
| Status: | Open.   Clearing Status | | Funded: | 10 Aug 2012 |
| Phylum: | C - Customer | | Closed: | |
| Priority | NOT SET Change Priority | | Operator: | |
| IB Entity: | IBLLC-US | | Estate: | |
| Currency: | USD | | | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

## ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

Not ready for approval or Approval not required.

Reject the Application        Terminate the Application

## ACCOUNT CAPABILITIES

| | |
|---|---|
| Approved Capabilities | BOND, CFD, FUND, LEVFX, MRGN, MULT, OPT, SSF, STK) |
| Activated Capabilities | BOND, CFD, FUND, LEVFX, OPT, SSF, STK, MRGN) |

## ACCOUNT UPGRADE DECISIONS

SEC-IB-E-0220855

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

**Applicant ID:** ▆566
**US Tax ID:** N/A
**Country of Legal residence:** Malta
**Applicant Citizenship:** Malta
**State of Legal residence:** N/A

**Market Data Status:** Professional

**Primary Phone** ▆▆▆

**Mailing Address #:**Portomaso Business Tower
Level 7
ST. Julians, N/A  PTM01
Malta

**Currency/Rate:** USD / 1.0

**Marketing/Sales Info:**
N/A
**Use Trader IDs:** Disabled

Change Applicant Information ▸ |

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Estimated Net Worth** | 10,000,001 - 25,000,000 | **Estimated Liquid Net Worth** | 1,000,001 - 5,000,000 |
| **Net Income** | 40,000 - 45,000 | **Sources of Funds** (Other than regular income) | clients assets |
| **Total Assets** | 10,000,001 | **Accredited Investor** for Private Placement? | No |
| | | **Invited to Private Placement?** | No |

### INVESTMENT OBJECTIVES

N/A

Edit Objective

### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the organization or any of its officers or authorized traders ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | No | N/A |
| Has the organization or any of its officers or authorized traders ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |
| Have any of the principals, officers or authorized traders of the Organization ever been arrested for, or convicted of, a **crime**? | No | N/A |

### COMPLIANCE/REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?   No

Add Broker-Dealer Affiliation ▸

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the Organization engaged in the **brokerage business** (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, | Yes | N/A |

SEC-IB-E-0220856

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the Organization engaged in the **brokerage business**? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, provide details | Yes | N/A |
| Is the organization required to be registered in the US, pursuant to **NFA By-Law 1101**, with the Commodities Futures Trading Commission, or in Canada with the IDA, or in any other country, as a futures commission merchant, introducing broker, commodity pool operator, commodity trading advisor, retail foreign exchange dealer or leverage transaction merchant? | No | N/A |
| Is the organization a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | No | N/A |
| Is the account holder or any of its officers: i) a **director**, ii) a 10% shareholder, or iii) a policy-making officer of any **publicly traded company**? If Yes, enter stock symbols of companies: | No | No |
| Does the organization control the trading in, or have an ownership interest in, any **other Interactive Brokers accounts**? | No | No |
| Is the organization operating under a banking license issued by an OFAC or ML Risk Country? | no | no |
| Is the organization operating under an **offshore banking license**? | N/A | N/A |
| Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information ▶   Change Arbitration Agreement ▶

## APPLICANT ASSOCIATED ENTITIES

Hide all ▶

### Personal Information for Gatis Eglitis (SIGNATORY,TRADER,CEO)

hide ▶

**Name:** Gatis Eglitis
**Entity ID:** ██8917
**Opened Account ?** Yes

**US-ASCII Fields**

**Citizenship:** Latvia
**DOB:** ██████981
**City of Birth:** ████
**Drivers Lic #:**
**Alien ID:**
**Passport:** ████4924(Latvia)
**National ID:**
has Greencard: false

**Email:** ge@exante.eu
**Home Phone:** ████████

**Residential Address:** Portomaso Business Tower,
Level 7
St. Julians,PTM01
Malta
**Mailing Address:** Same as residential address
**Occupation:**

**Native Language Fields (Language code: en)**

**Citizenship:** Latvia
**DOB:** ██████981
**City of Birth:** ████
**Drivers Lic #:**
**Alien ID:**
**Passport:** ████4924(Latvia)
**National ID:**
has Greencard: false

**Email:** ge@exante.eu
**Home Phone:** ████████

**Residential Address:** Portomaso Business Tower,
Level 7
St. Julians,PTM01
Malta
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▶   Request Proof of ID and DOB ▶   Request Proof of Address ▶   Mark as PEP ▶   Ownership History ▶

**Sessions:**

| User: exante123 (11070802) | Active in TWS:Yes | Role: OWNER | Token Type: N/A | Entity Remap function moved to User Mgmt page |
|---|---|---|---|---|

### Personal Information for Mr. Ivan Naumov (TREASURER)

hide ▶

**Name:** Mr. Ivan Naumov

**US-ASCII Fields**

**City of Birth:**

SEC-IB-E-0220857

Personal Information for Mr. Ivan Naumov (TREASURER)                                      hide ▶

**US-ASCII Fields**

**Name:** Mr. Ivan Naumov
**Entity ID:** ▮938

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Residential Address:

Mailing Address: Same as residential address
Occupation:

**Native Language Fields (Language code: en)**

**Name:** Ivan Naumov
**Entity ID:** ▮938

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Residential Address:

Mailing Address: Same as residential address
Occupation:

Change Info ▶    Request Proof of ID and DOB ▶    Request Proof of Address ▶    Mark as PEP ▶    Ownership History ▶

---

Personal Information for Mr. Ivan Naumov (SECRETARY)                                      hide ▶

**US-ASCII Fields**

**Name:** Mr. Ivan Naumov
**Entity ID:** ▮949

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Residential Address:

Mailing Address: Same as residential address
Occupation:

**Native Language Fields (Language code: en)**

**Name:** Ivan Naumov
**Entity ID:** ▮949

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Residential Address:

Mailing Address: Same as residential address
Occupation:

Change Info ▶    Request Proof of ID and DOB ▶    Request Proof of Address ▶    Mark as PEP ▶    Ownership History ▶

---

Personal Information for Mr. Adriano Cefai (COMP_OFFICER)                                 hide ▶

**US-ASCII Fields**

**Name:** Mr. Adriano Cefai
**Entity ID:** ▮009

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: adriano@exante.eu
Work Phone:

Residential Address:

Mailing Address: Same as residential address
Occupation:

**Native Language Fields (Language code: en)**

**Name:** Adriano Cefai
**Entity ID:** ▮009

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: adriano@exante.eu
Work Phone:

Residential Address:

Mailing Address: Same as residential address
Occupation:

Change Info ▶    Mark as PEP ▶    Ownership History ▶

---

Personal Information for Alexey Kirienko Mr (TRADER, OWNER)                               hide ▶

**US-ASCII Fields**

**Name:** Alexey Kirienko Mr
**Entity ID:** ▮312

Citizenship: Russian Federation
DOB: ▮984
City of Birth:

Email: alex@exante.eu
Home Phone:
Work Phone:

SEC-IB-E-0220858



## US-ASCII Fields

**Name:** Alexey Kirienko Mr
**Entity ID:** 312

**Ownership percentage:** 36.0

**Citizenship:** Russian Federation
**DOB:** 1984
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 64No5252465(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** alex@exante.eu
**Home Phone:**
**Work Phone:**

**Residential Address:** Partizanskaya, 13-2-19
Moscow,Moscow,119435
Malta
**Mailing Address:** Same as residential address
**Occupation:**

### Native Language Fields (Language code: en)

**Name:** Alexey Kirienko Mr
**Entity ID:** 312

**Citizenship:** Russian Federation
**DOB:** 1984
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 2465(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** alex@exante.eu
**Home Phone:**
**Work Phone:**

**Residential Address:** Partizanskaya, 13-2-19
Moscow,Moscow,119435
Malta
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸   Request Proof of ID and DOB ▸   Request Proof of Address ▸   Mark as PEP ▸   Ownership History ▸

**Sessions:**

| User: | Role: | Active in TWS: Yes | Privileges: | Functions: | Token Type: | |
|---|---|---|---|---|---|---|
| 29 802) | CUSTOM | | RM TA UM | AA_Authorizer_A_ACCOUNT_HOLDER CLOSURE FINANCIAL_HISTORY FINANCIAL_INBOUND FINANCIAL_INSTRUCTION FINANCIAL_OUTBOUND FM_Authorizer_A_INTERNAL_ACCOUNT INTERNAL_FUNDS REGULATORY | N/A | Entity Remap function moved to User Mgmt page |

hide ▸

Personal Information for Anatoli Knyazev Mr (TRADER,OWNER)

## US-ASCII Fields

**Name:** Anatoli Knyazev Mr
**Entity ID:** 350

**Ownership percentage:** 27.0

**Citizenship:** Russian Federation
**DOB:** 1984
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 0887(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** ak@exante.eu
**Home Phone:**
**Work Phone:**

**Residential Address:** Volzalnaya, 3-37
Oditsovo,Moscow,119435
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

### Native Language Fields (Language code: en)

**Name:** Anatoli Knyazev Mr
**Entity ID:** 350

**Citizenship:** Russian Federation
**DOB:** 1984
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 887(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** ak@exante.eu
**Home Phone**
**Work Phone:**

**Residential Address:** Volzalnaya, 3-37
Oditsovo,Moscow,119435
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸   Request Proof of ID and DOB ▸   Request Proof of Address ▸   Mark as PEP ▸   Ownership History ▸

**Sessions:**

| User: | Role: | Active in TWS: Yes | Privileges: | Functions: | Token Type: | |
|---|---|---|---|---|---|---|
| 2 802) | CUSTOM | | RM TA UM | AA_Authorizer_A_ACCOUNT_HOLDER CLOSURE FINANCIAL_HISTORY FINANCIAL_INBOUND FINANCIAL_INSTRUCTION FINANCIAL_OUTBOUND FM_Authorizer_A_INTERNAL_ACCOUNT INTERNAL_FUNDS REGULATORY | N/A | Entity Remap function moved to User Mgmt page |

hide ▸

Personal Information for Vladimir Masliakov Mr (OWNER)

## US-ASCII Fields

**Name:** Vladimir Masliakov Mr

**Citizenship:** Russian Federation

**Home Phone:** 3562(0150333

SEC-IB-E-0220859



**Personal Information for Vladimir Masilakov Mr (OWNER)**

Name: Vladimir Masilakov Mr
Entity ID: 388

Ownership percentage: 27.0

**US-ASCII Fields**

Citizenship: Russian Federation
DOB: 1984
City: 
Drivers Lic #:
Alien ID:
Passport: 3609(Russian Federation)
National ID:
has Greencard: false

**Native Language Fields (Language code: en)**

Name: Vladimir Masilakov Mr
Entity ID: 388

Citizenship: Russian Federation
DOB: 1984
City of Birth:
Drivers Lic #:
Alien ID:
Passport: 3609(Russian Federation)
National ID:
has Greencard: false

**Home Phone:**
**Work Phone:**

**Residential Address:** Vavilova, 58/2-108
Moscow, Moscow, 119435
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

**Home Phone:**
**Work Phone:**

**Residential Address:** Vavilova, 58/2-108
Moscow, Moscow, 119435
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸   Request Proof of ID and DOB ▸   Request Proof of Address ▸   Mark as PEP ▸   Ownership History ▸

---

**Personal Information for Ivan Naumov Mr (OWNER)**

Name: Ivan Naumov Mr
Entity ID: 427

Ownership percentage: 10.0

**US-ASCII Fields**

Citizenship: Lithuania
DOB: 1983
City of Birth:
Drivers Lic #:
Alien ID:
Passport: 3661(Lithuania)
National ID:
has Greencard: false

**Native Language Fields (Language code: en)**

Name: Ivan Naumov Mr
Entity ID: 427

Citizenship: Lithuania
DOB: 1983
City:
Drivers Lic #:
Alien ID:
Passport: 3661(Lithuania)
National ID:
has Greencard: false

**Home Phone:**
**Work Phone:**

**Residential Address:** Ta Giorni Road, Two hoots,
Adriatka Court
St.Julians, St.Julians, STJ1610
Malta
**Mailing Address:** Same as residential address
**Occupation:**

**Home Phone:**
**Work Phone:**

**Residential Address:** Ta Giorni Road, Two hoots,
Adriatka Court
St.Julians, St.Julians, STJ1610
Malta
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸   Request Proof of ID and DOB ▸   Request Proof of Address ▸   Mark as PEP ▸   Ownership History ▸

---

**Personal Information for Andrey Okhlopkov (TRADER, Employee)**

Name: Andrey Okhlopkov
Entity ID: 660

**US-ASCII Fields**

Citizenship: Russian Federation
DOB: 986
City:
Drivers Lic #:
Alien ID:
Passport: 8111(Russian Federation)
National ID:
has Greencard: false

**Native Language Fields (Language code: en)**

Name: Andrey Okhlopkov
Entity ID: 660

Citizenship: Russian Federation
DOB: 986
City:
Drivers Lic #:
Alien ID:
Passport: 8111(Russian Federation)
National ID:

**Email:** oh@exante.eu
**Home Phone:**

**Residential Address:** 16/2-834 Osemil Str
Moscow, Moscow, 121614
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

**Email:** oh@exante.eu
**Home Phone:**

**Residential Address:** 16/2-834 Osemil Str
Moscow, Moscow, 121614
Russian Federation
**Mailing Address:** Same as residential address

SEC-IB-E-0220860

Unable to open <https://adcraufrrol3:8443/9_01839_Inspection_Investigation/c1/view?docid=csw%3A%2F%2Fcsw%2Fusfiiit%2FPNP-EES-CX1-C6%2FPN%2FCPV-tws%2FPN%2FPr-01839_Production%2FINTERACTS%2B_EROEROAd%2F2014-04-04%2914432%2F0%2F0%2FACts%2FNEW_REC_FILES%2FPupdated_rec.dat%23A6C-Ik-E-CD2055_GEC-Ik-E-CD2055&mode=converted&ownentilt=mers1d2953415344&page=7>.

Error:js.net.jibsetherKnographics
Server did not respond with OK

The converted document could not be loaded.

# EXHIBIT 96



## Account Form

☑ **New**  ☐ **Change**

| Account Name | EXANTE Limited | | | | | |
|---|---|---|---|---|---|---|

| Branch | Account Acronym | SS or Tax I.D. | Citizenship | Resident of | Initial Transaction | Date |
|---|---|---|---|---|---|---|
| EXT | EXAN | | | MALTA | | 09 17 2012 |

**Discretionary Authority:** ☑ Full  ☐ Limited  ☐ Firm Employee

☐ Option  ☐ Margin
☐ DVP  ☐ Cash

**Name** GATIS EGLITIS

**Age/DOB** 31

| Marital Status | Dependents | How was account acquired? Call In ☐ Walk In ☐ Advertising ☐ Cold Call ☐ Other ☐ |
|---|---|---|
| single | | If referral, name of person referring account _____ How long have you known customer ___ |

**Customer (s) Name and Address** ☑ Principal ☐ Investment Manager

EXANTE Limited

PORTOMASO BUSINESS TOWER ANNEX LEVEL 7

MALTA (EU)

City ST.JULIANS   State   Zip STJ4011

**First Interested Party's Name and Address** ☐ Principal ☐ Investment Manager

Gatis Eglitis

PORTOMASO BUSINESS TOWER ANNEX LEVEL 7

MALTA (EU)

City ST.JULIANS   State   Zip STJ4011

| Special Instructions (additional space on the back) | Delivery/Receive Instructions (If receive instructions are different from deliver instruction, check box and state instruction) ☐ |
|---|---|

| Bank Reference: HSBC Malta plc | DTC# | Institution ID |
|---|---|---|

| Other Reference: FIDES Corporate Services Limited | Agent (BAS) # | Customer # |
|---|---|---|

**Investment Objective (s):** ☐ Income ☐ Growth ☐ Speculation ☑ Trading ☐ Other (Specify)

**Institutional Accounts – person authorized to transact business**
Name: GATIS EGLITIS   Tel: ( )
Name: IVAN NAUMOV   Tel: ( ) ███

### Financial Background

**Individual Accounts**
Employer:
Bus. Addr.:

Type of Business:
Occupation:
Position:
Tel: ( )

Annual Income _____   Net Worth _____

Net Liquid Assets_____   Fed Tax Bracket ___%

Home Address (If different from above)



Tel: ( )

Spouse's Name:
Employer:
Address:

Type of Business:
Occupation:
Position:
Tel: ( )
SSN:

Is customer an officer, director or 10% shareholder of any publicly held company? ☐ YES ☑ NO. Is the customer (1) a broker-dealer, (2) an officer, director, general partner, employee or agent of a broker-dealer, (3) a senior officer of a banking organization (any kind), insurance company, registered investment company, registered advisory firm or other institutional type account, or a person in the securities department – or in a position to influence transactions – of any such institution, (4) an immediate family member of any person in 2 or 3, or (5) an account in which a broker-dealer or any person in 2, 3, or 4, has a beneficial interest? ☑ YES ☐ NO. If "YES", specify (indicate name, relationship and position): Mr. GATIS EGLITIS, Director of EXANTE Ltd

(NOTE: If the answer to above question is or becomes "YES", advise your manager before entering any new issue trades.)

Is the RR registered in the state where the customer resides? ☐ YES ☐ NO

Reg. Rep.   Date:
Sup. Approval   Date:

Rev. 4/9/2002

9-2x-2012

SEC-LEK-E-0001735

Print Name: **MR. ANATOLI KNYAZEV**  Title: **DIRECTOR**  Signature: _(signed)_

Personal Residence: **VOKZALNAYA STR. 5-57**  **AK@EXANTE.EU**
_Street Address_ _email address_

**RUSSIAN FEDERATION**  ▮▮▮▮▮▮  Cell Phone
_Street Address2_ _Phone_

**MOSCOW**  **119017**  ▮▮▮▮▮ **0 8 8 7** **RUS PASSPORT**
_City_ _State_ _Zip_ _Social Security Number_

Print Name: **MR. VLADIMIR MASLIAKOV**  Title: **DIRECTOR**  Signature: _(signed)_

Personal Residence: **VAVILOVA STR. 58b2/408**  **VM@EXANTE.EU**
_Street Address_ _email address_

**RUSSIAN FEDERATION**  ▮▮▮▮▮▮  Cell Phone
_Street Address2_ _Phone_

**MOSCOW**  **117292**  ▮▮▮▮▮ **5 6 0 9** **RUS PASSPORT**
_City_ _State_ _Zip_ _Security Number_

Dated **20th September 2012**

_(signature)_  **IVAN NAUMOV**  **DIRECTOR**
_Signature_ _Print Name_ _Title_

SEC-LEK-E-0001739

Print Name: **NR GATISEGLITIS**    Title: **DIRECTOR**    Signature: _____

Personal Residence:
**TANCE PLACE FL 2, TRIQ**    **CEO@EXANTE.EU**
Street Address    email address

**IS-SORNIET MALTA**    ▮▮▮▮▮    Cell Phone
Street Address2    Phone

**ST JULIANS**    ___ **STJ 1350**    ▮▮▮▮▮ **4924**    **LVA PASSPORT**
City    State    Zip    Number

Print Name: _____    Title: _____    Signature: _____

Personal Residence:

_____    _____
Street Address    email address

_____    _____
Street Address2    Phone    Cell Phone

_____    ___    ___    | | | | | | | | | |
City    State    Zip    Social Security Number

Dated: **30ᵗʰ September 2012**

_____    **IVAN NAUMOV**    **DIRECTOR**
Signature    Print Name    Title

SEC-LEK-E-0001740

LISTING OF OFFICERS AND DIRECTORS OF A CORPORATION
OR
GENERAL PARTNERS OF A PARTNERSHIP OR MANAGING MEMBERS OF A LIMITED LIABILITY COMPANY

TO: __LEK SECURITIES CORPORATION__

The following persons are authorized to act on behalf of _EXANTE    LIMITED_
(insert name of organization)

| Print Name: | Title: | Signature: |
|---|---|---|
| MR. IVAN NAUMOV | DIRECTOR | |

Personal Residence:
ADRIATICA COURT, TWO HOOTS                    NIV@EXANTE. EU
Street Address                                                    email address
TA'GIORNI ROAD , MALTA
Street Address2                          ████████████         ████████████
                                                      Phone              Cell Phone
ST. JULIANS          STJ1610          ██████████ 3 6 6 1   LTU PASSPORT
City          State          Zip              Social Security Number

| Print Name: | Title: | Signature: |
|---|---|---|
| MR. ALEXEY KIRIENKO | DIRECTOR | |

Personal Residence:
MICHURINSKY AV. 7/1/244                    ALEX@EXANTE.EU
Street Address
RUSSIAN FEDERATION                          ████████████         ████████████
Street Address2                          Phone              Cell Phone
MOSCOW          ____ 110192          ██████████ 2 4 6 0
City          State          Zip              Number
                                          RUS PASSPORT

SEC-LEK-E-0001741

# EXHIBIT 97

# SUMMARY INFORMATION FOR GLOBAL HEDGE CAPITAL FUND

## CUSTOMER SUMMARY FOR GLOBAL HEDGE CAPITAL FUND

| | |
|---|---|
| Title: | GLOBAL HEDGE CAPITAL FUND |
| Applicant ID: | 914 |
| Type: | ORG - Pool - Single Hedge Fund |
| Legal Country: | Cayman Islands |
| Mailing Address: | Bolshoy Savvisky 11, Moscow, , 119435, Russian Federation |
| E-mail Address | sk@hcg.com |
| Primary user name: | slovo204 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

**CAFF1 – Risk Ranking 2  Disciplinary/Public Information Ranking – A**

RELATIONSHIP TO FORMER ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) Employee SIGNATORY FUND_MANAGER ADVISORY_SIGNATORY TRADER SHF_Investmanager FUND_ADMIN
RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK – Applicant (Legal Residence/Mailing Address) ORG (Principal Place of Business) Employee SIGNATORY FUND_MANAGER ADVISORY_SIGNATORY TRADER SHF_Investmanager FUND_ADMIN
RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Employee ADVISORY_SIGNATORY TRADER SHF_Investmanager

## ACCOUNTS OF GLOBAL HEDGE CAPITAL FUND

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ● | 4444 | 4444 | Pool | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 240,632 USD |
| ○ | 44F | 44F | Pool | CFD CMDTY MRGN | Open. | NORMAL+ | 0 USD |

## ACCOUNT SUMMARY FOR U824444

### U824444

| | | | | |
|---|---|---|---|---|
| ID: | 444 (VAN 444) | | Equity yesterday: | 240,632 USD |
| Type: | Pool | | Started: | 09 Nov 2009 |
| Activated Capabilities: | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | | Approved: | 22 Dec 2009 |
| Status: | Open.    Clearing Status | | Opened: | 22 Dec 2009 |
| Phylum: | C - Customer | | Funded: | 14 Jan 2010 |
| Priority: | NORMAL+ Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2009-12-22 16:31:20 | |

| DATE OPENED | DATE CLOSED |
|---|---|
| 2009-12-22 16:31:20 | |

**Decision: Accepted   (Initial)**

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

**2**

Deciding User: smitman
Deciding Time: 22 Dec 2009 15:03:09 EST

Initial Capabilities: BOND CFD FOP FUT MRGN MULT OPT PMRGN SSF STK

Compliance Officer: jbauch
Compliance Time: 22 Dec 2009 14:20:54 EST

Risk Officer: smitman
Risk Time: 22 Dec 2009 15:03:09 EST

Additional Remarks:

## ACCOUNT CAPABILITIES

| Approved Capabilities | BOND, CFD, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK |
|---|---|
| Activated Capabilities | BOND, CFD, FOP, FUT, LEVFX, OPT, SSF, STK, MRGN, PMRGN |

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT / REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID ▮▮2914
US Tax ID: N/A
Country of Legal residence: Cayman Islands
Applicant Citizenship: Cayman Islands
State of Legal residence: N/A

Market Data Status: Professional
Token Type: Bingo

Primary Phone ▮▮▮
Secondary Telephone ▮▮▮
FAX #:74956468111

Mailing Address #:Bolshoy Savvisky 11
Moscow, N/A 119435
Russian Federation

Currency/Rate: USD / 1.0

Marketing/Sales Info:

SEC-IB-E-0219774

Token Type: Bingo

Currency/Rate: USD / 1.0

Marketing/Sales Info:
Assisted by: self

Use Trader IDs: Disabled

## A/B AUTHORIZATION

| RIGHT CODE | DESCRIPTION | A AUTHORIZERS | B AUTHORIZERS | SECURITY OFFICERS |
|---|---|---|---|---|
| ACCESS_RIGHTS_CONF | Access Rights Configuration | 0 | 0 | 1 |
| FINANCIAL_INBOUND | Deposits | 1 | 1 | 0 |
| FINANCIAL_INSTRUCTION | Settlement Instructions | 1 | 1 | 0 |
| FINANCIAL_OUTBOUND | Withdrawals | 1 | 1 | 0 |
| INTERNAL_FUNDS | Internal Fund Transfers | 1 | 1 | 0 |
| POSITION_TRANSFERS | Position Transfers | 1 | 1 | 0 |
| USER_PRIVILEGE | Users and Access Rights | 0 | 0 | 1 |

Show list of authorizers and security officers: ▶
Change Applicant Information ▶

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 6 - 10 | > 100 | Extensive |
| Options | 6 - 10 | 11 - 25 | Extensive |
| Commodities | 6 - 10 | > 100 | Extensive |
| Bond | 6 - 10 | 1 - 10 | Extensive |
| FX | 6 - 10 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 3,000,000 | Estimated Liquid Net Worth | 3,000,000 |
| Net Income | 0 | Sources of Funds (Other than regular income) | N/A |
| Total Assets | 3,000,000 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Trading,Speculation,Hedging

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| In the past 5 years, has the Applicant or Applicant's Investment Adviser been party to a lawsuit, arbitration or any other type of dispute or settlement procedure with a broker or dealer? | No | N/A |
| In the past 5 years, has the Applicant or Applicant's Investment Adviser been a party to any investigation, complaint or proceeding by any federal regulatory agency, state regulatory agency, foreign regulatory authority, or any U.S. or foreign self-regulatory body? | No | N/A |
| Have any of the principals, officers, or authorized traders of the funds ever been convicted of a crime? | No | N/A |

SEC-IB-E-0219775

proceeding by any federal regulatory agency, state regulatory agency, foreign regulatory authority, or any U.S. or foreign self-regulatory body?  | No | N/A

Have any of the principals, officers, or authorized traders of the funds ever been convicted of a crime?  | No | N/A

## COMPLIANCE / REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?  — No

Add Broker-Dealer Affiliation▶

| QUESTION | ANSWER |
| --- | --- |
| Does the Fund solicit investors who reside in the US? | no |
| Does the fund currently have accounts for investors that reside in the US? | no |
| Would the fund accept new investors that reside in the US? | no |
| Are all owners/investors of the account members of the same family? | no |
| Does the fund own 10% or more of the shares in any publicly-traded company? | No |
| Does the fund have other Interactive Brokers accounts or do the principals, officers, or authorized traders of the funds have any other Interactive Brokers accounts? If yes, enter the usernames of the accounts. | 7915, 2124, 3254 |
| Is the firm or any of its controlling officers registered in any capacity (e.g. as investment advisors) with any regulatory agency? | no |

### BASIS OF CLAIM FOR EXEMPTION

Memorandum of Association

edit Fund Compliance Info▶

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?  — No

Add Broker-Dealer Affiliation▶

Is the Investment Advisor/Manager Registered With Any Regulatory Agency or Self-Regulatory Organization (U.S. or Non-U.S)?  — no

Edit Compliance Information▶    Change Arbitration Agreement▶

## APPLICANT ASSOCIATED ENTITIES

Hide all▶

Associated Legal Entity Information for Global Hedge Capital Management (SHF_Investmanager)                                    hide▶

Name: Global Hedge Capital Management     Country of Organization: Cayman Islands    Phone:+
Entity ID: ▊8830                          Tax ID: ▊1641 (Cayman Islands)             2nd Phone:
Type: LLC                                                                            Address: Bolshoy Savvinsky 11
                                                                                     Moscow, 119435
                                                                                     Russian Federation

Change Info▶  |  Mark as PEP▶  |  Ownership History▶  |

Personal Information for Alexey Kirienko (GHCM, CEO-TRADER, ADVISORY_SIGNATORY)                                              hide▶

US-ASCII Fields

Name: Alexey_Kirienko            Citizenship: Russian Federation      Email: alex@ihcg.com
Entity ID: ▊5861                 DOB: ▊984                            Home Phone:
Opened Account ? Yes             City of Birth:                       Work Phone:
                                 Drivers Lic #:
                                 Alien ID:                            Residential Address: Partizanskaya 13-2-19
                                 Passport: ▊186(Russian Federation)   Moscow, 121351
                                 National I▊                          Cayman Islands
                                 has Greencard: false                 Mailing Address: Same as residential address
                                                                      Occupation:

Native Language Fields (Language code: en)

SEC-IB-E-0219776



**Name:** Alexey Kirienko
**Entity ID:** ▮861
**Opened Account ?** Yes

**User:** alex972 ▮444)

**Active in TWS:** Yes

**Role:** CUSTOM

**Privileges:** RM TA UM

Native Language Fields (Language code: en)
**Citizenship:** Russian Federation
**DOB:** ▮984
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮186(Russian Federation)
**National ID:**
**has Greencard:** false

**National ID:**
**has Greencard:** false

Native Language Fields (Language code: en)
**Citizenship:** Russian Federation
**DOB:** ▮984

**Cayman Islands**
**Mailing Address:** Same as residential address
**Occupation:**

**Email:** alex@ghcq.com
**Home Phone:** +
**Work Phone:** +

**Residential Address:** Partizanskaya 13-2-19
Moscow,121351
Cayman Islands
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸  |  Request Proof of ID and DOB ▸  |  Request Proof of Address ▸  |  Mark as PEP ▸  |  Ownership History ▸

Sessions:

---

Personal Information for Alexey Kirienko (CEO-SIGNATORY, FUND_MANAGER)

**Functions:** AA_Authorizer_A ACCOUNT_HOLDER CLOSURE FINANCIAL_HISTORY FINANCIAL_INBOUND FINANCIAL_INSTRUCTION FINANCIAL_OUTBOUND PM_Authorizer_A INTERNAL ACCOUNT INTERNAL_FUNDS N/A REGULATORY USER_PRIVILEGE

US-ASCII Fields

**Token Type:** N/A

**Name:** Alexey Kirienko
**Entity ID:** ▮057
**Opened Account ?** Yes

**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮186(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** alex@ghcq.com
**Home Phone:** +
**Work Phone:** +

**Residential Address:** Michurinsky 7/1, 273
Moscow,121351
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸  |  Request Proof of ID and DOB ▸  |  Request Proof of Address ▸  |  Mark as PEP ▸  |  Ownership History ▸

Sessions:
**User:** Slovo204 ▮444)

**Active in TWS:** Yes

**Role:** OWNER

**Token Type:** Bingo

Native Language Fields (Language code: en)
**Citizenship:** Russian Federation
**DOB:** ▮984
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮186(Russian Federation)
**National ID:**
**has Greencard:** false

**Email:** alex@ghcq.com
**Home Phone:** +
**Work Phone:** +

**Residential Address:** Michurinsky 7/1, 273
Moscow,121351
Russian Federation
**Mailing Address:** Same as residential address
**Occupation:**

---

Associated Legal Entity Information for Global Hedge Capital Management (FUND_ADMIN)

US-ASCII Fields

**Name:** Global Hedge Capital Management
**Entity ID:** ▮064
**Type:**

**Country of Organization:**
**Tax ID:** ( )

**Phone:** 7
**2nd Phc**
**Fax:** 7495▮08111
**Address:** Bolshoy Savvisky 11
Moscow, 11935
Russian Federation

Change Info ▸  |  Mark as PEP ▸  |  Ownership History ▸  |

Russian Federation

Change Info ▸ | Mark as PEP ▸ | Ownership History ▸ |

hide ▸

## Personal Information for Anatoliy Knyazev (FUND_CONTACT)

### US-ASCII Fields

Name: Anatoliy Knyazev
Entity ID: ...065

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: ak@ghcg.com
Residential Address:
Mailing Address: Same as residential address
Occupation:

### Native Language Fields (Language code: en)

Name: Anatoliy Knyazev
Entity ID: ...2065

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: ak@ghcg.com
Residential Address:
Mailing Address: Same as residential address
Occupation:

Change Info ▸    Mark as PEP ▸    Ownership History ▸

Sessions:

| User: anato930 (...444) | Active in TWS: No | TWS Privilege: No | Role: NONE | Token Type: N/A |

Entity Remap function moved to User Mgmt page

hide ▸

## Personal Information for Vladimir Maslyakov (Employee)

### US-ASCII Fields

Name: Vladimir Maslyakov
Entity ID: ...3956

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: vm@ghcg.com
Residential Address:
Mailing Address:
Occupation:

### Native Language Fields (Language code: en)

Name: Vladimir Maslyakov
Entity ID: ...3956

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: vm@ghcg.com
Residential Address:
Mailing Address:
Occupation:

Change Info ▸    Mark as PEP ▸    Ownership History ▸

Sessions:

| User: vladi53 (...444) | Active in TWS: No | TWS Privilege: No | Role: NONE | Token Type: N/A |

Entity Remap function moved to User Mgmt page

hide ▸

## Personal Information for Andrey Okhloptkov (TRADER, Employee)

### US-ASCII Fields

## Personal Information for Andrey Okhlopkov (TRADER, Employee)

Name: Andrey Okhlopkov
Entity ID: 8181

### US-ASCII Fields

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: oh@ghcg.com
Residential Address:
Mailing Address:
Occupation:

### Native Language Fields (Language code: en)

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: oh@ghcg.com
Residential Address:
Mailing Address:
Occupation:

Change Info ▶   Request Proof of ID and DOB ▶   Request Proof of Address ▶   Mark as PEP ▶   Ownership History ▶

Sessions:

User: flxtr377     (444)     Active in TWS: Yes     Role: CUSTOM     Token Type: N/A

Entity Remap function moved to User Mgmt page

hide ▶     Mgmt page

---

## Personal Information for Vladimir Maslyakov (Employee)

Name: Vladimir Maslyakov
Entity ID: 5084

### US-ASCII Fields

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: vm@ghcg.com
Residential Address:
Mailing Address:
Occupation:

### Native Language Fields (Language code: en)

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: vm@ghcg.com
Residential Address:
Mailing Address:
Occupation:

Change Info ▶   Mark as PEP ▶   Ownership History ▶

Sessions:

User: vladi119     (444)     Active in TWS: No     TWS Privilege: No     Role: CUSTOM     Token Type: N/A

Entity Remap function moved to User Mgmt page

hide ▶

Sessions:

User: vladi ████ (44)   Active in TWS: No   TWS Privilege: No   Role: CUSTOM   Token Type: N/A   Entry Remap function moved to User Mgmt page

Personal Information for Anatoliy Knyazev (TRADER,Employee)

SEC-IB-E-0219780

SEC-IB-E-0219781

# EXHIBIT 98

A Certified True Copy

Joan F. (Caribbean) Limited
Registered Agent

# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## BVI BUSINESS COMPANIES ACT, 2004

## CERTIFICATE OF INCORPORATION
### (SECTION 7)

The REGISTRAR of CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES, that pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of incorporation having been complied with,

**Memelland Investments Ltd**

BVI COMPANY NUMBER: 1673928

is incorporated in the BRITISH VIRGIN ISLANDS as a BVI BUSINESS COMPANY, this 3rd day of October, 2011.

for REGISTRAR OF CORPORATE AFFAIRS
3rd day of October, 2011

# EXHIBIT 99

# SUMMARY INFORMATION FOR MEMELLAND INVESTMENTS LTD

## CUSTOMER SUMMARY FOR MEMELLAND INVESTMENTS LTD

| | |
|---|---|
| Title: | |
| Applicant ID: | Memelland Investments Ltd |
| | 1842015 |
| Type: | ORG - Separate Trading Limit (Service Account) **Master: U1104300** |
| Legal Country: | British Virgin Islands |
| Mailing Address: | 2, Christaki kai Elpinikis Kinni, Flat 8, Summer Gardens, Limassol, , 4046, Cyprus |
| E-mail Address | memelland.investments@gmail.com |
| Primary user name: | dmitrij985 |
| Employer: | Set/ Unset Employer |
| Good-faith Review: | |

**CAFF1 - Risk Ranking 3  Disciplinary/Public Information Ranking - A**
RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK - SIGNATORY TRADER CEO OWNER
RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) PRIMARY_CONTRIBUTOR

## ACCOUNTS OF MEMELLAND INVESTMENTS LTD

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ○ | 4300 | 4300 | Separate Trading Limit | BOND CFD FOP FUT LEVFX OPT STK MRGN PMRGN | Open. | NOT SET | 2,025 USD |
| ○ | 4300F | 4300F | Separate Trading Limit | CFD FOP FUT OPT MRGN | Open. | NOT SET | 0 USD |
| ● | 2799 | 2799 | Separate Trading Limit | BOND CFD FOP FUT LEVFX OPT STK MRGN PMRGN | Open. | NOT SET | 743,707 USD |
| ○ | 2799F | 2799F | Separate Trading Limit | CFD FOP FUT OPT MRGN | Open. | NOT SET | 0 USD |

## ACCOUNT SUMMARY FOR U1232799

### U1232799

| | | | |
|---|---|---|---|
| ID: | 2799 (VAN: 2799) | Equity yesterday: | 743,707 USD |
| Type: | Separate Trading Limit (Service Account) | Started: | 19 Jul 2013 |
| Activated Capabilities: | BOND CFD FOP FUT LEVFX OPT STK MRGN PMRGN | Approved: | |
| Status: | Open.   Clearing Status | Opened: | 19 Jul 2013 |
| Phylum: | C - Customer | Funded: | 19 Jul 2013 |
| Priority: | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |
| ECA status: | Disabled | | |

TMS tickets            TMS sticky notes            Assign to ASG            Account Diagnostic

## ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

SEC-IB-E-0210905

## ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

Decision: Accepted    (Reopen)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

**3**

Deciding User:
Deciding Time:

Additional Remarks:

## ACCOUNT CAPABILITIES

| | |
|---|---|
| **Approved Capabilities** | [BOND, CFD, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK] |
| **Activated Capabilities** | [BOND, CFD, FOP, FUT, LEVFX, OPT, STK, MRGN, PMRGN] |

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: 1842015
US Tax ID: N/A
Country of Legal residence: British Virgin Islands
Applicant Citizenship: British Virgin Islands
State of Legal residence: N/A

Market Data Status: Professional

Primary Phone: 35796288228

Mailing Address #:2, Christaki kai Elpiniikis Kinni
Flat 8, Summer Gardens
Limassol, N/A 4046
Cyprus

Currency/Rate: USD / 1.0

Marketing/Sales Info:
N/A
Use Trader IDs: Disabled

Change Applicant Information ► |

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| **Stocks** | 4 | > 100 | Extensive |
| **Options** | 3 | 51 - 100 | Extensive |
| **Commodities** | 3 | 51 - 100 | Extensive |
| **Bond** | 4 | 26 - 50 | Extensive |
| **FX** | 6 - 10 | > 100 | Extensive |
| **CFD** | N/A | N/A | 0 |

SEC-IB-E-0210906

| Bond | 4 | 26 - 50 | Extensive |
| FX | 6 - 10 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 100,001 - 250,000 | Estimated Liquid Net Worth | 100,001 - 250,000 |
| Net Income | 0 - 39,999 | Sources of Funds (Other than regular income) | personal savings, long term loan |
| Total Assets | 100,001 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the organization or any of its officers or authorized traders ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | No | N/A |
| Has the organization or any of its officers or authorized traders ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |
| Have any of the principals, officers or authorized traders of the Organization ever been arrested for, or convicted of, a **crime**? | No | N/A |

## COMPLIANCE/REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? — No

**Add Broker-Dealer Affiliation ▸**

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the Organization engaged in the **brokerage business**? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, provide details | No | N/A |
| Is the organization required to be registered in the US, pursuant to NFA **By-Law 1101**, with the Commodities Futures Trading Commission, or in Canada with the IDA, or in any other country, as a futures commission merchant, introducing broker, commodity pool operator, commodity trading advisor, retail foreign exchange dealer or leverage transaction merchant? | No | N/A |
| * NFA By-Law 1101 Statement: This is personal/family investment vehicle (exempt from registration and no need to apply for exemption under NFA Guidance) | | |
| Is the organization a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | No | N/A |
| Is the account holder or any of its officers: i) a **director**, ii) a 10% shareholder, or iii) a policy-making officer of any **publicly traded company**? If Yes, enter stock symbols of companies: | No | No |
| Does the organization control the trading in, or have an ownership interest in, any **other Interactive Brokers account**? | No | No |
| Is the organization operating under a banking license issued by an OFAC or ML Risk Country? | no | no |
| Is the organization operating under an **offshore banking** license? | N/A | N/A |
| Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

SEC-IB-E-0210907

Is the organization operating under an offshore banking license? | N/A | N/A
Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no
Accepted Futures Arbitration Agreement? | Yes | Yes

Edit Compliance Information ▶    Change Arbitration Agreement ▶

## APPLICANT ASSOCIATED ENTITIES

Show all ▶

### Personal Information for Dmitrij Pruglo (SIGNATORY,TRADER,OWNER)

show ▶

US-ASCII Fields

**Name:**Dmitrij Pruglo
**Entity ID:** 15114389
**Opened Account ?** Yes

Ownership percentage:100.0

**Citizenship:** Lithuania
**DOB:** 1985
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 668(Lithuania)
**National ID:**
**has Greencard:** false

**Email:** memeland.investments@gmail.com
**Home Phone:** ███8228

**Residential Address:** Iras 2 str., M301, Amathusia
Coastal Heights
Agios Tychonas,Limassol,4532
Cyprus
**Mailing Address:** Same as residential address
**Occupation:**

Native Language Fields (Language code: en)

**Name:**Dmitrij Pruglo
**Entity ID:** 15114389
**Opened Account ?** Yes

**Citizenship:** Lithuania
**DOB:** 1985
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 668(Lithuania)
**National ID:**
**has Greencard:** false

**Email:** memeland.investments@gmail.com
**Home Phone:** ███8228

**Residential Address:** Iras 2 str., M301, Amathusia
Coastal Heights
Agios Tychonas,Limassol,4532
Cyprus
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▶    Request Proof of ID and DOB ▶    Request Proof of Address ▶    Mark as PEP ▶    Ownership History ▶

Sessions:

User: ███385 (1.███300F)    Active In TWS:Yes    Role: OWNER    Token Type: Bingo

Entry Remap function moved to User Mgmt page

### Personal Information for Dmitrij Pruglo (CEO)

show ▶

US-ASCII Fields

**Name:**Dmitrij Pruglo
**Entity ID:** 15114418

**Citizenship:** Lithuania
**DOB:** 1985
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 668(Lithuania)
**National ID:**
**has Greencard:** false

**Email:** memeland.investments@gmail.com
**Home Phone:** ███8228

**Residential Address:** Iras 2 str., m301,
Amathusia Coastal Heights
Agios Tychonas,Limassol,4532
Cyprus
**Mailing Address:** Same as residential address
**Occupation:**

Native Language Fields (Language code: en)

**Name:**Dmitrij Pruglo
**Entity ID:** 15114418

**Citizenship:** Lithuania
**DOB:** 1985
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** 668(Lithuania)
**National ID:**
**has Greencard:** false

**Email:** memeland.investments@gmail.com
**Home Phone:** ███8228

**Residential Address:** Iras 2 str., m301,
Amathusia Coastal Heights
Agios Tychonas,Limassol,4532
Cyprus
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▶    Request Proof of ID and DOB ▶    Request Proof of Address ▶    Mark as PEP ▶    Ownership History ▶

SEC-IB-E-0210908

## Personal Information for **Dmitrij Pruglo** (PRIMARY_CONTRIBUTOR)

**Name:** Dmitrij Pruglo
**Entity ID:** 15114494

| Change Info ▸ | Request Proof of ID and DOB ▸ | Request Proof of Address ▸ | Mark as PEP ▸ | Ownership History ▸ | show ▸ |

### US-ASCII Fields

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Residential Address:

Mailing Address: Same as residential address

National ID:
has Greencard: false

Cyprus
Mailing Address: Same as residential address
Occupation:

**Occupation:** economist

**Employer:** Memelland Investments
**Employer Business:**
**Employer Address:** Waterfront drive, Jordans office at Geneva place
Tortola,3469
British Virgin Islands

### Native Language Fields (Language code: en)

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Residential Address:

Mailing Address: Same as residential address

**Occupation:** economist

**Employer:** Memelland Investments
**Employer Business:**
**Employer Address:** Waterfront drive, Jordans office at Geneva place
Tortola,3469
British Virgin Islands

**Name:** Dmitrij Pruglo
**Entity ID:** 15114494

| Change Info ▸ | Mark as PEP ▸ | Ownership History ▸ |

## Personal Information for **Dmitrij Pruglo** (TRADER)

**Name:** Dmitrij Pruglo
**Entity ID:** 18138734

| Request Proof of Address ▸ | Mark as PEP ▸ | Ownership History ▸ | show ▸ |

### US-ASCII Fields

Citizenship: Lithuania
DOB: ██ 1985
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ████668(Lithuania)
National ID:
has Greencard: false

**Email:** memelland.investments@gmail.com
**Home Phone:** ██████228

**Residential Address:** Iras 2 street
Limassol,4532
Cyprus
**Mailing Address:**

**Occupation:**

### Native Language Fields (Language code: en)

Citizenship: Lithuania
DOB: ██ 1985
City of Birth:
Drivers Lic #:
Alien ID:
Passport: ████68(Lithuania)
National ID:
has Greencard: false

**Email:** memelland.investments@gmail.com
**Home Phone:** +██████228

**Residential Address:** Iras 2 street
Limassol,4532
Cyprus
**Mailing Address:**

**Occupation:**

**Name:** Dmitrij Pruglo
**Entity ID:** 18138734

| Change Info ▸ | Request Proof of ID and DOB ▸ | Request Proof of Address ▸ | Ownership History ▸ |

**Sessions:**

**User:** ██ 1985 ████2799)    **Active in TWS:** Yes    **Role:** TRADER    **Token Type:** N/A

Entity Remap function moved to User

SEC-IB-E-0210909

Sessions:

| User: ████r1985 (████99) | Active in TWS: Yes | Role: TRADER | Token Type: N/A | Entity Remap function moved to User Mgmt page |

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0210910