# EXHIBIT 100

# SUMMARY INFORMATION FOR GUIBOR SA

## CUSTOMER SUMMARY FOR GUIBOR SA

| | |
|---|---|
| Title: | GUIBOR SA |
| Applicant ID: | 576 |
| Type: | ORG - Pool - FA Managed - CUST_ENTRY Master 099 |
| Legal Country: | France |
| Mailing Address: | 2 RUE ALFRED DE VIGNY, PARIS, , 75008, France |
| E-mail Address | bcantor@makor-capital.com |
| Primary user name: | banque026 |
| Employer: | Self/Unset Employeur |
| Good-faith Review: | |

## ACCOUNTS OF GUIBOR SA

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ○ | 2450 | 2450 | Pool | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | FAST | 1,007,807 USD |
| ○ | 450F | 450F | Pool | CFD CMDTY FOP FUT OPT SSF MRGN | Open. | FAST | 0 USD |

## ACCOUNT SUMMARY FOR 2450

| | | | |
|---|---|---|---|
| ID: | 2450 (VAN: U1082450) | Equity yesterday: | 1,007,807 USD |
| Type: | Pool | Started: | 25 Jun 2012 |
| Activated Capabilities: | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Approved: | 02 Jul 2012 |
| Status: | Open. Clearing Status | Opened: | 02 Jul 2012 |
| Phylum: | C - Customer | Funded: | 05 Jul 2012 |
| Priority: | FAST Change Priority | Closed: | |
| IB Entity: | IB-UK | Operator: | |
| Currency: | EUR | Estate: | |

TMS tickets         TMS sticky notes         Assign to ASG         Account Diagnostic

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2012-07-02 16:30:55 | |

Decision: Accepted   (Initial)

**Proclamations:** Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

SEC-IB-E-0207068

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

**Deciding User:** smitman
Deciding Time: 02 Jul 2012 10:01:19 EDT

**Compliance Officer:** ilee
Compliance Time: 02 Jul 2012 08:55:04 EDT

**Risk Officer:** smitman
Risk Time: 02 Jul 2012 10:01:19 EDT

Additional Remarks:

Initial Capabilities: BOND CFD FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

## ACCOUNT CAPABILITIES

| Approved Capabilities | BOND, CFD, CMDTY, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK |
|---|---|
| Activated Capabilities | BOND, CFD, FOP, FUT, LEVFX, OPT, SSF, STK, MRGN, PMRGN |

## ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND CFD CMDTY FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

Decision: Accepted

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

**Deciding Officer:** mwahlkvist
Deciding Time: 07 Aug 2012 10:27:01 EDT

**Compliance Officer:** mwahlkvist
Compliance Time: 07 Aug 2012 10:27:01 EDT

Additional Remarks:

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

| APPLICANT INFO | |
|---|---|
| Applicant ID █████576 | Primary Phon█ |
| US Tax ID: N/A | |
| Country of Legal residence: France | Mailing Address #:2 RUE ALFRED DE VIGNY |
| Applicant Citizenship: France | PARIS, N/A  75008 |
| State of Legal residence: N/A | France |
| | |
| Market Data Status: Professional | Currency/Rate: USD / 1.0 |
| Token Type: Bingo | |
| Show Multiple Security Q/A ▸ | Marketing/Sales Info: |
| | N/A |
| | Whitebranding ID: Halister |

SEC-IB-E-0207069

Token Type: Bingo
Show Multiple Security Q/A ▶

Marketing/Sales Info:
N/A
Whitebranding ID: Halister

Use Trader IDs: Disabled

Change Applicant Information ▶ |

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | > 100 | Extensive |
| Options | > 10 | 51 - 100 | Extensive |
| Commodities | > 10 | 51 - 100 | Extensive |
| Bond | > 10 | 51 - 100 | Extensive |
| FX | > 10 | 51 - 100 | Extensive |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 5,024,801 - 12,562,000 | Estimated Liquid Net Worth | 1,004,961 - 5,024,800 |
| Net Income | 628,101 - 1,256,200 | Sources of Funds (Other than regular income) | Investments from the owner |
| Total Assets | 5,000,001 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the organization or any of its officers or authorized traders ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | No | N/A |
| Has the organization or any of its officers or authorized traders ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |
| Have any of the principals, officers or authorized traders of the Organization ever been arrested for, or convicted of, a crime? | No | N/A |

## COMPLIANCE / REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?   No

Add Broker-Dealer Affiliation ▶

| MIFID | |
|---|---|
| MiFID Category | Retail |

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the Organization engaged in the brokerage business? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, provide details | No | N/A |
| Is the organization required to be registered in the US, pursuant to NFA By-Law 1101, with the Commodities Futures | | |

SEC-IB-E-0207070

Is the Organization engaged in the **brokerage business**? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere) If Yes, provide details — No — N/A

Is the organization required to be registered in the US, pursuant to NFA By-Law 1101, with the Commodities Futures Trading Commission, or in Canada with the IDA, or in any other country, as a futures commission merchant, introducing broker, commodity pool operator, commodity trading advisor, retail foreign exchange dealer or leverage transaction merchant? — No — N/A

* **NFA By-Law 1101 Statement:** This is a proprietary account for an operating business (exempt from registration and no need to apply for exemption under NFA Guidance)

Is the organization a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? — No — N/A

Is the account holder a member of a regulatory or a **self-regulatory organization**? — No — N/A

Is the account holder of any of its officers: i) a **director**, ii) a 10% shareholder, or iii) a policy-making officer of any **publicly traded company**? If Yes, enter stock symbols of companies: — No — No

Does the organization control the trading in, or have an ownership interest in, any **other Interactive Brokers accounts?** — No — No

Is the organization operating under a banking license issued by an OFAC or ML Risk Country? — no — no

Is the organization operating under an **offshore banking** license? — N/A — N/A

Is the organization the branch of a foreign bank found or chartered in one of the listed countries? — no — no

Accepted Futures Arbitration Agreement? — No Decision — No Decision

Edit Compliance Information ▶   Change Arbitration Agreement ▶

---

## APPLICANT ASSOCIATED ENTITIES

Personal Information for Mr. DOMINIQUE ROMANO (TRADER,CEO,SHAREHOLDER)   show ▶

Hide all ▶

**Name:** Mr. DOMINIQUE ROMANO
**Entity ID:** 595
**Opened Account ?** Yes

**Ownership percentage:** 100.0

**US-ASCII Fields**

**Citizenship:** France
**DOB:** 964
**City Of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:**
**National ID:** 2276(France)
has Greencard: false

**Email:** trading_guibor@gmail.com
**Home Phone:**

**Residential Address:** 82 BOULEVARD MAURICE
BARRES
NEUILLY SUR SEINE,92200
France
**Mailing Address:** Same as residential address
**Occupation:**

**Native Language Fields (Language code: en_US)**

**Citizenship:** France
**DOB:** 1964
**City Of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:**
**National ID:** 2276(France)
has Greencard: false

**Email:** trading_guibor@gmail.com
**Home Phone:**

**Residential Address:** 82 BOULEVARD MAURICE
BARRES
NEUILLY SUR SEINE,92200
France
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▶   Request Proof of ID and DOB ▶   Request Proof of Address ▶   Mark as PEP ▶   Ownership History ▶

**Sessions:**

User: banque02( 450F)   Active in TWS: Yes   Role: OWNER   Token Type: Bingo

Entity Remap function moved to User Mgmt page

Personal Information for Sonia HAZARABEDIAN (Employee)   show ▶

---

**Name:** DOMINIQUE ROMANO
**Entity ID:** 7595
**Opened Account ?** Yes

SEC-IB-E-0207071

Personal Information for Sonia HAZARABEDIAN (Employee)

US-ASCII Fields

**Name:** Sonia HAZARABEDIAN
**Entity ID:** ▮5374

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: sonia@louxor.com

Residential Address:

Mailing Address: Same as residential address
Occupation:

Native Language Fields (Language code: en_US)

**Name:** Sonia HAZARABEDIAN
**Entity ID:** ▮5374

City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID:
has Greencard: false

Email: sonia@louxor.com

Residential Address:

Mailing Address: Same as residential address
Occupation:

Change Info ▶    Mark as PEP ▶    Ownership History ▶

**Sessions:**

| User: soniah026 ▮450) | Active in TWS: No | TWS Privilege: No | Role: CUSTOM | Privileges: RM UM | Token Type: N/A |
|---|---|---|---|---|---|

show ▶

moved to User Mgmt page

Entity Remap function
moved to User Mgmt page

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0207072

# EXHIBIT 101

# SUMMARY INFORMATION FOR OMEGA 26 INVESTMENTS LTD

## CUSTOMER SUMMARY FOR OMEGA 26 INVESTMENTS LTD

| | |
|---|---|
| Title: | Omega 26 Investments Ltd |
| Applicant ID: | 1740000 |
| Type: | ORG - Pool - FA Managed - CUST_ENTRY  Master: F560099 |
| Legal Country: | Samoa |
| Mailing Address: | 2 rue alfred de vigny, Paris, , 75008, France |
| E-mail Address | cyril@krammer.org |
| Primary user name: | omega260 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) | |

## ACCOUNTS OF OMEGA 26 INVESTMENTS LTD

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| | 2898 | 2898 | Pool | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 1,264,380 USD |
| ○ | 2898F | 2898F | Pool | CFD CMDTY MRGN | Open. | NORMAL+ | 0 USD |

## ACCOUNT SUMMARY FOR U652898

### U652898

| | | | |
|---|---|---|---|
| ID: | 2898 (VAN: 2898) | Equity yesterday: | 1,264,380 USD |
| Type: | Pool | Started: | 04 Nov 2011 |
| Activated Capabilities: | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Approved: | 05 Jul 2012 |
| Status: | Open.   Clearing Status | Opened: | 06 Jul 2012 |
| Phylum: | C - Customer | Funded: | 30 Aug 2012 |
| Priority | NORMAL+ Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

| | | | |
|---|---|---|---|
| TMS tickets | TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2012-07-06 16:31:32 | |
| 2011-11-07 16:31:47 | 2012-02-06 15:04:03 |

Decision: Accepted   (Reopen)

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information

SEC-IB-E-0217307

Decision: Accepted   (Reopen)

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

Deciding User: dbridges
Deciding Time: 05 Jul 2012 17:46:23 EDT

Initial Capabilities: BOND CFD FOP FUT MRGN MULT OPT SSF STK

Additional Remarks: Re-open account request approved.\n(POOL_REVIEW OK, Foreign Owner)\n

| | Show all |
|---|---|
| PRIOR APPROVAL DECISIONS | show |
| Decision: Accepted (Initial) On 07 Nov 2011 12:58:36 EST | |

Decision: Accepted   (Initial)

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

Deciding User: dbridges
Deciding Time: 07 Nov 2011 12:58:36 EST

Initial Capabilities: BOND CFD FOP FUT MRGN MULT OPT SSF STK

Additional Remarks:

| ACCOUNT CAPABILITIES | |
|---|---|
| Approved Capabilities | BOND, CFD, CMDTY, FOP, FUT, LEVFX, MRGN, MULT, OPT, PMRGN, SSF, STK] |
| Activated Capabilities | BOND, CFD, FOP, FUT, LEVFX, OPT, SSF, STK, MRGN, PMRGN] |
| FP-STK-L: Stock Lend and Borrow Program | |

| ACCOUNT UPGRADE DECISIONS |
|---|

All Requested Capabilities: BOND CFD CMDTY FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

Decision: Accepted

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.
I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

Decision: Accepted

Deciding Officer: smitman
Deciding Time: 31 Aug 2012 12:19:08 EDT

Compliance Officer: dbridges
Compliance Time: 31 Aug 2012 10:28:01 EDT

Risk Officer: smitman
Risk Time: 31 Aug 2012 12:19:08 EDT

Additional Remarks:

SEC-IB-E-0217308

Risk Officer: smitman
Risk Time: 31 Aug 2012 12:19:08 EDT

Additional Remarks:

All Requested Capabilities: BOND CFD FOP FUT MRGN MULT OPT SSF STK

Decision: Accepted

Proclamations: Based on the fact that this customer, an organization, has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, annual income, net worth, liquid net worth and investment experience of its authorized officers, partners and/or traders, I approve this account for trading security futures.

Deciding Officer:
Deciding Time: 05 Jul 2012 17:46:23 EDT

Additional Remarks:

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: 1740000
US Tax ID: N/A
Country of Legal residence: Samoa
Applicant Citizenship: Samoa
State of Legal residence: N/A

Market Data Status: Professional
Token Type: Bingo
Show Multiple Security Q/A ▸

Primary Phone: 9723545762

Mailing Address #2 rue alfred de vigny
Paris, N/A 75008
France

Currency/Rate: USD / 1.0

Marketing/Sales Info:
N/A
Whitebranding ID: Halister

Use Trader IDs: Disabled

Change Applicant Information ▸ |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | > 100 | Extensive |
| Options | > 10 | > 100 | Extensive |
| Commodities | > 10 | > 100 | Extensive |
| Bond | > 10 | > 100 | Extensive |
| FX | > 10 | > 100 | Extensive |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 5,000,001 - 30,000,000 | Estimated Liquid Net Worth | > 5,000,001 |
| Net Income | > 1,000,001 | Sources of Funds (Other than regular income) | Personal Savings from Shareholders |
| Total Assets | 5,000,001 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

SEC-IB-E-0217309

| Total Assets | 5,000,001 | Accredited Investor (for Private Placement?) | No |
| --- | --- | --- | --- |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

Growth,Trading,Speculation

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
| --- | --- | --- |
| Has the organization or any of its officers or authorized traders ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | No | N/A |
| Has the organization or any of its officers or authorized traders ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |
| Have any of the principals, officers or authorized traders of the Organization ever been arrested for, or convicted of, a crime? | No | N/A |

## COMPLIANCE/REGULATORY INFORMATION

Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm?   No

Add Broker-Dealer Affiliation ▶

| QUESTION | ANSWER | NATIVE ANSWER |
| --- | --- | --- |
| Is the Organization engaged in the brokerage business? (e.g., is the Organization registered, authorized or operating as a futures commission merchant, or securities or futures brokerage firm in the US, UK, Canada or elsewhere), provide details | No | N/A |
| Is the organization required to be registered in the US, pursuant to NFA By-Law 1101, with the Commodities Futures Trading Commission, or in Canada with the IDA, or in any other country, as a futures commission merchant, introducing broker, commodity pool operator, commodity trading advisor, retail foreign exchange dealer or leverage transaction merchant? | No | N/A |
| *NFA By-Law 1101 Statement: Account holder has indicated that none of the accountholders are U.S. residents, that the account does not solicit owners that are U.S residents and that the organization would not accept U.S residents as owners or investors. Under NFA Guidance, there is no need for the account to apply for an exemption. | | |
| NFA Registration/Exemption Status | | |
| Does any of the owners/investors of the organization reside in the U.S.? | No | |
| Does the organization solicit owners/investors who reside in the U.S.? | No | |
| Would the organization accept owners/investors who reside in the U.S.? | No | |
| Is the organization a member of an exchange or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No | N/A |
| Is the account holder or any of its officers: i) a director; ii) a 10% shareholder, or iii) a policy-making officer of any publicly traded company? If Yes, enter stock symbols of companies: | No | No |
| Does the organization control the trading in, or have an ownership interest in, any other Interactive Brokers accounts? | No | No |
| Is the organization operating under a banking license issued by an OFAC or ML Risk Country? | no | no |
| Is the organization operating under an offshore banking license? | N/A | N/A |
| Is the organization the branch of a foreign bank found or chartered in one of the listed countries? | no | no |
| Accepted Futures Arbitration Agreement? | Yes | Yes |

Edit Compliance Information ▶   Change Arbitration Agreement ▶

SEC-IB-E-0217310

Edit Compliance Information ▸    Change Arbitration Agreement ▸

## APPLICANT ASSOCIATED ENTITIES

Hide all ▸

### Personal Information for Mr. Cyril Krammer (SO-SIGNATORY,TRADER,CEO,OWNER)

show ▸

**US-ASCII Fields**

**Name:** Mr. Cyril Krammer
**Entity ID:** 12442533
**Opened Account ? Yes**

Ownership percentage: 50.0

**Citizenship:** France
**DOB:** ▮▮ 1968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮▮▮566(France)
**National ID:**
has Greencard: false

**Email:** cyril@krammer.org
**Home Phone:** ▮▮▮▮3762

**Residential Address:** 3 rue du general apert
Paris,75116
France
**Mailing Address:** Same as residential address
**Occupation:**

**Native Language Fields (Language code: en)**

**Name:** Cyril Krammer
**Entity ID:** 12442533
**Opened Account ? Yes**

**Citizenship:** France
**DOB:** ▮▮ 1968
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮▮▮566(France)
**National ID:**
has Greencard: false

**Email:** cyril@krammer.org
**Home Phone:** ▮▮▮▮53762

**Residential Address:** 3 rue du general apert
Paris,75116
France
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸    Request Proof of ID and DOB ▸    Request Proof of Address ▸    Mark as PEP ▸    Ownership History ▸

Sessions:

| User: | ▮▮60 (▮▮▮898) | Active in TWS: Yes | Role: OWNER | Token Type: Bingo | Entity Remap (function moved to User Mgmt page) |

### Personal Information for Dominique Romano (OWNER)

show ▸

**US-ASCII Fields**

**Name:** Dominique Romano
**Entity ID:** 12448856

Ownership percentage: 50.0

**Citizenship:** France
**DOB:** ▮▮ 1964
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮▮▮065(France)
**National ID:**
has Greencard: false

**Home Phone:** 35453762

**Residential Address:** 82 Boulevard Maurice Barres
Neuilly Sur Seine,IDF,92200
France
**Mailing Address:** Same as residential address
**Occupation:**

**Native Language Fields (Language code: en)**

**Name:** Dominique Romano
**Entity ID:** 12448856

**Citizenship:** France
**DOB:** ▮▮ 1964
**City of Birth:**
**Drivers Lic #:**
**Alien ID:**
**Passport:** ▮▮▮065(France)
**National ID:**
has Greencard: false

**Home Phone:** ▮▮▮3762

**Residential Address:** 82 Boulevard Maurice Barres
Neuilly Sur Seine,IDF,92200
France
**Mailing Address:** Same as residential address
**Occupation:**

Change Info ▸    Request Proof of ID and DOB ▸    Request Proof of Address ▸    Mark as PEP ▸    Ownership History ▸

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0217311

# EXHIBIT 102

Omega Jb Investment Ltd

Omega
Investment OSS

**NEW ACCOUNT OPENING CHECKLIST (CFD DIRECT)**

| Sales Form Completed | ✓ |
|---|---|

| Multiple Account - Credit Group | N/A | N/A |
|---|---|---|
| FSA Code / BIC Code | | |
| FSA Country & Institution Code | | |

| POA - Add Authorised Persons (If Corporate) | |
|---|---|
| Base Currency | ✓ |
| FSA Client Categorisation (Memo) | ✓ |
| Address | ✓ |
| Title, First Name, Last Name | ✓ |
| Web Login & Password | ✓ |
| External Reference | N/A |
| Auto Trade Confirm - Email Address & Bet Only | |
| Contract Notes & Statements Required | |
| Auto Email Contract Notes and Statements | |
| Email Addresses for Contract Notes / Statements | |
| Statement Frequency | |
| Cost Centre | |
| Seg / Non Seg | |
| Interest Type & Spread | |
| Interest on Total Cash | |
| Dividend Rates | |
| Compliance Officer | N/A |
| Customer Rate Static | |

Date

Name

Check

10/4/2011

ACCT No:
■■■ OSS

pending:

pending -

| Staff Account? (Compliance Copies)("Z") | |
|---|---|

# SALES - NEW ACCOUNT FORM

| CFD | ✓ | FX | | MT4 | | FSB | |
|-----|---|----|----|-----|----|-----|----|

**CLIENT NAME**  Omega 26 Investment Ltd.

**SALES NAME**  Charles Knott.

**SALES COMMENTS**

## White Label

IS THIS A NEW WHITE LABEL COUNTERPARTY?
ONE ACCOUNT AGGREGATE TRADES OF UNDERLYING CLIENTS? Or
SUB ACCOUNTS TO REPRESENT UNDERLYING CLIENTS?

Date/Time

## Specials (Tick where applicable and ensure completed paperwork is in file)

CLIENT WANTS TO GRANT POWER OF ATTORNEY TO A THIRD PARTY - TRADE ONLY
CLIENT WANTS TO GRANT POWER OF ATTORNEY TO A THIRD PARTY - ALL PURPOSES
CLIENT WANTS US TO PAY FEES FROM THEIR ACCOUNT TO THEIR MONEY MANAGER / BROKER (POA)
TWO+ CLIENTS WANT A JOINT ACCOUNT (Each Individual Must Complete All Paperwork)
FSB CLIENT WANTS TO TRADE SPOT EQUITY
FSB CLIENT WANTS TO CREATE FX HEDGES THEMSELVES ON CURRENEX (Note: Client  Must be Direct CFE FX Client First)
FSB CLIENT WANTS TO CREATE FX HEDGES THEMSELVES ON ARIEL (Note: Client  Must be Direct CFE FX Client First)
FSB CLIENT WISHES TO BE NON SEGREGATED (T&CS ARE STANDARD SEG)

## B Book

IS THIS CLIENT GOING INTO A B BOOK? (Include B Book Form)

## Introducing Broker

IS THERE AN INTRODUCING BROKER INVOLVED?          NAME

## Commercials

### Currenex / Ariel Client

| | Client Pays House | House Pays IB | Book Name: |
|--|--|--|--|
| $/MILLION | | | |
| PIPS | | | PIPS? |

ARIEL SPREAD MARKUP? (Attach Schedule By Product)

### Metatrader Client

Existing Group:

New Group:

| | Spread Markup | Client Pays House | House Pays IB |
|--|--|--|--|
| Forex Group 1 | | | |
| Forex Group 2 | | | |
| Forex Group 3 | | | |
| Forex Group 4 | | | |
| Forex Group 5 | | | |
| Gold | | | |
| Silver | | | |

### CFD Client

| | Cantor Charge | Cantor Min | IB Charge | IB Min |
|--|--|--|--|--|
| GBP Equities | | | | |
| EUR Equities | | | | |
| USD Equities | | | | |
| Funding | | | | |

### Interest

BLENDED DEPOSIT RATE +/-          %

## Middle Office Administration:

| | | |
|--|--|--|
| Signoffs Completed | Elective Professional Form Received (If App) | |
| Account Setup | Give Salesperson Login Details | |
| New Account Notification Letter to Client | Email Internal Notification | |

# SALES - NEW ACCOUNT FORM

**CLIENT NAME** Omega 26 Investment (td).

## Compliance

Retail
Elective Professional       ✓
Per Se Professional
Eligible Counterparty

Sign

**Notes:**
OK for AML checks (pending receipt of certified original docs).
Company documentation ok, ID and proof of address for
two individuals ok, Investments come from the business
activities of Dominique Romeno, who has interests in real estate,
hotels, restaurants, and other diverse businesses. No hits on
World Compliance for any related names, the advisor Makor
Capital, is regulated by the Israeli Securities Authority.

10/11/11
**Date / Time**

COMPLIANCE SCORE - 5
Classified Elective Professional
due to adequate assets under
management and disclosed
trading activity and size.

APPROPRIATENESS APPROVED BY COMPLIANCE
PM day 10-11-11

## Credit

Disclosed?

Limit

LEID

Sign

**Notes:**

8/11/11
**Date / Time**

## Legal

Sign

**Notes:**

10/10/11
**Date / Time**

## Business

Sign

**Notes:**

10/11/11
**Date / Time**

**Brown, Natalie**

**From:** Rosenberg, Nicola
**Sent:** 24 January 2012 11:36
**To:** Brown, Natalie; Soka, Hermes
**Subject:** FW: Omega 26

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

MAKOR

**From:** Benjamin Cantor [mailto:bcantor@makor-capital.com]
**Sent:** 24 January 2012 10:53
**To:** Rosenberg, Nicola
**Subject:** RE: Omega 26

Hi Nicola,

How are you today?

Thanks a lot for your efficiency, we succeed doing the first trade with Omega 26 yesterday.

Please find hereafter the rates that should be apply to the account ████055:

| | | |
|---|---|---|
| UK | 15 basis points, min ticket 20GBP | |
| European | 15 basis points, min ticket 20EUR | ✓ |
| Austria | 20 basis points, min ticket 20EUR | ✓ |
| Greece | 25 basis points, min ticket 20EUR | ✓ |
| | | |
| US | 2.00c per share, min ticket 20USD | ✓ |
| Canada | 2.50c per share, min ticket 20CAD | ✓ |
| | | |
| Japan | 16 basis points | ✓ |
| Hong Kong | 18 basis points | ✓ |
| Singapore | 20 basis points | ✓ |
| Australia | 18 basis points | ✓ |

1

Is there any webex for the client in order for him to check his account positions online?

Please let me know when can we start the trading on behalf of Omega 26.

Many thanks in advance

Have a good day.

Kind regards

Benjamin Cantor
MAKOR CAPITAL LTD

bcantor@makor-capital.com

Tel: +44 207 290 57 81
Fax: +972 3 716 26 80
Cell: +972 544 38 13 69

MAKOR
CAPITAL

MAKOR
SECURITIES

This message has been sent by Makor Capital. The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message

2

in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

**From:** Rosenberg, Nicola [mailto:NRosenberg@cantor.co.uk]
**Sent:** Monday, January 23, 2012 7:58 PM
**To:** Benjamin Cantor
**Subject:** RE: Omega 26

Hi Benjamin

Thanks very much for you prompt response. Have a good evening and I will follow this up with you tomorrow.

Kind regards
Nicola

**From:** Benjamin Cantor [mailto:bcantor@makor-capital.com]
**Sent:** 23 January 2012 15:55
**To:** Rosenberg, Nicola
**Cc:** Knott, Charlie; Hughes, Oliver; Efraim Wolpert
**Subject:** RE: Omega 26

Hi Nicola,

I hope you are well today.

Thanks a lot for your email.

The original certified documents for Omega 26 are being sent to you via FedEx right now.

Please find attached the IB questionnaire as well as Makor KYC package.

I will send you across the signed and scanned POA, Elective professional form and Indemnity to Act. Originals are being sent today via FedEx by the client.

Thanks a lot.

Kind regards

Benjamin Cantor
MAKOR CAPITAL LTD

bcantor@makor-capital.com

Tel: +44 207 290 57 81
Fax: +972 3 716 26 80
Cell: +972 544 38 13 69





This message has been sent by Makor Capital. The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

**From:** Rosenberg, Nicola [mailto:NRosenberg@cantor.co.uk]
**Sent:** Monday, January 23, 2012 4:59 PM
**To:** Benjamin Cantor
**Cc:** Knott, Charlie; Hughes, Oliver
**Subject:** Omega 26

Good afternoon Benjamin

As per our telephone conversation, I have outlined below the documents that are outstanding for Omega 26.  As discussed, we have received scanned copies, but still require the original certified copies of the following:

      a.   Register of Directors of Omega
      b.   Register of Members of Omega
      c.   Cyril Krammer's passport
      d.   Cyril Krammer's gas bill as evidence of address
      e.   Romano Dominique's passport
      f.   Romano Dominique's electricity bill as evidence of address
      g.   Memorandum and Articles of Association of Omega
      h.   Certificate of Incorporation for Omega

I also attach the following documents:

      a.   Elective Professional Form:   This is to be signed by Omega 26 to confirm they agree to be treated as a Professional client (this does not affect their decision to hold their funds as segregated)
      b.   Indemnity to Act:   This is to be signed by Omega 26 and Makor Capital in conjunction with the POA
      c.   POA all Purpose:   This is to be signed by Omega 26 to grant POA to Makor Capital.
      d.   IB Questionnaire:   This is to be completed by Makor Capital as part of our IB onboarding process.

If you have any queries or wish to discuss anything further, please do not hesitate to get in touch.

Kind regards
Nicola

**Nicola Rosenberg**
**Middle Office Manager**

Cantor Fitzgerald Europe | Cantor Index Limited
One Churchill Place | Canary Wharf | London | E14 5RD

CFDs:      +44(0) 207 894 8040
Spread Betting:   +44(0) 207 894 8050
FX:         +44(0) 207 894 7270

Fax:       +44(0) 207 894 8171

Spread Betting - www.cantorindex.co.uk
CFD Trading - www.cantorcfds.com
FX Trading - www.cantorfx.com

CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential. If you are not the named recipient please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights in its contents are the sole property of Cantor Fitzgerald and its affiliates.

E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Although we routinely screen for viruses, addressees should check this e-mail and any attachments for viruses. We make no representation or warranty as to the absence of viruses in this e-mail or any attachments. Please note that to ensure regulatory compliance and for the protection of our customers and business, we may monitor and read e-mails sent to and from our server(s).

Any prices or data contained herein are indicative and subject to change without notice; its accuracy is not guaranteed and should not be relied on. Reliance may not be placed on trade confirmations issued other than by the Operations Department.

This e-mail was issued by Cantor Fitzgerald. Cantor Fitzgerald Europe ("CFE") is regulated by the Financial Services Authority ("FSA"). CFE is an unlimited liability company incorporated under the laws of England (company number 2505767) and VAT registration (number 577 406809). CFE's registered office is at 17 Crosswall, London EC3N 2LB. For any issues arising from this email please reply to the sender.

CFE appears on the FSA register under no 149380. The FSA register appears at http://www.fsa.gov.uk/register/. The FSA regulates the financial services industry in the United Kingdom and is located at 25 The North Colonnade, Canary Wharf, London, E14 5HS.

6

**Brown, Natalie**

| | |
|---|---|
| **From:** | Rosenberg, Nicola |
| **Sent:** | 24 January 2012 11:35 |
| **To:** | Soka, Hermes; Brown, Natalie |
| **Subject:** | FW: Omega Funding |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

US

---

**From:** Rosenberg, Nicola
**Sent:** 14 December 2011 10:42
**To:** Knott, Charlie
**Subject:** RE: Omega Funding

Sorry,
3bp GBP/EUR
0.5cps USD

No mark up advised as yet for Makor

---

**From:** Knott, Charlie
**Sent:** 14 December 2011 10:41
**To:** Rosenberg, Nicola
**Subject:** RE: Omega Funding

Commission?

---

**From:** Rosenberg, Nicola
**Sent:** Wednesday, December 14, 2011 6:40 PM
**To:** Knott, Charlie
**Subject:** Omega Funding

1.25% to us, 1.25% to Makor

1

2



# Cantor Fitzgerald Europe

# CFD Corporate Application Form

| | |
|---|---|
| Postal Address: | Cantor Fitzgerald Europe, CFDs, One Churchill Place, |
| | Canary Wharf, London, E14 5RD |
| Tel: | +44 (0)20 7894 8800 |
| Fax: | +44 (0)20 7894 8171 |
| Email: | cfdsales@cantor.com |
| Web: | www.cantorcfds.com |

## 1. COMPANY DETAILS

Name of Company ___OMEGA 26 INVESTMENT Ltd___

Registered Address ___OFFSHORE CHAMBERS, PO BOX 217, APiA___

Postcode_____ Country ___SAMOA___

Correspondence Address (if different to registered address) ___2 Rue Alfred de Vigny___

___PARIS___

Postcode ___75008___ Country ___FRANCE___

Country of Incorporation ___SAMOA___

Company Website_____

Nature of Business Activity ___PRIVATE INVESTMENT VEHICLE - INVESTING IN STOCK MARKETS___

Are you authorised or regulated to operate in the financial markets?    Yes ☐   No ☒

If yes please provide details_____

Administration Contact Name ___Cyril Kramer___ Email ___Cyril@krammer.org___

Tel No ___+33 1 56 79 2424___ Fax No ___+33 1 46 22 43 55___

What is the approximate size of the company's financial instrument portfolio? (£) ___4,000,000___
(Include Cash Deposits)

## 2. BANK DETAILS (Optional)

Name of Bank ___HSBC HONG KONG___

Bank Address ___1 Queen's Road Central, Futura plaza 111113 How Ming Street___

Postcode ___Kwan Tong Kowloon___ Country ___Hong Kong___

Account Name ___OMEGA 26 INVESTMENT Ltd___

Sort Code ___SWIFT HSBCHKHHHKH___ Account Number ___▮▮▮▮▮5-858___

**Please complete the following section for each of the named Authorised Traders;**

**INVESTMENT EXPERIENCE (First Authorised Trader)**

Do you work, or have you worked in the financial sector for at least one year in a professional position, which requires knowledge of the nature and risks of trading leveraged products?          Yes ☒          No ☐

Do you have any other professional experience or qualifications which would assist your understanding of the nature and risks of trading leveraged products?          Yes ☒          No ☐

If yes to either of the above please provide details   Asset managers ( Business angels

investors in Financial markets For 20 years)

Cyril Krawe-

If you have any experience of trading the following leveraged products *in the last year* on an execution only basis, please provide details;

CFDs / Spread Bets      Avg No. Trades Per Month   5    Avg Transaction Size (£)   2,000,000

Margined FX               Avg No. Trades Per Month   2    Avg Transaction Size (£)   10,000,000

Do you have any experience of trading the following products on an execution only basis?

| | | | |
|---|---|---|---|
| Futures: | ☐ No | ☒ Yes | No Years Experience   20 |
| Options: | ☐ No | ☒ Yes | No Years Experience   20 |
| Equities: | ☐ No | ☒ Yes | No Years Experience   20 |
| Bonds: | ☐ No | ☒ Yes | No Years Experience   20 |

**KNOWLEDGE AND UNDERSTANDING (First Authorised Trader)**

Cantor Fitzgerald provides an execution only service and does not offer investment advice. You should therefore familiarise yourself with the products and service to fully understand the risks involved and seek independent advice if necessary. Please consider the fact that you may be exposing yourself to risks beyond your current experience.

Please confirm that you have read and understood the below statements:          Yes ☒          No ☐

A CFD is a leveraged product and you are only required to deposit a percentage of the full value of the transaction ("margin").

A CFD is valued against the underlying asset to which the CFD is referenced (for example an individual share or index). A CFD can be volatile and a small change to the price of the underlying asset may result in a disproportionately large profit or loss on the CFD.

You can incur losses significantly greater than the amount ("margin") you are initially required to deposit to open a CFD, and should this occur you are required to cover these losses.

If you open a long position (you expect the price of the underlying asset to rise) you will incur a loss if the price falls. If you open a short position (you expect the price of the underlying asset to fall) you will incur a loss if the price rises.

## INVESTMENT EXPERIENCE (Second Authorised Trader)

Do you work, or have you worked in the financial sector for at least one year in a professional position, which requires knowledge of the nature and risks of trading leveraged products?        Yes ☒        No ☐

Do you have any other professional experience or qualifications which would assist your understanding of the nature and risks of trading leveraged products?        Yes ☒        No ☐

If yes to either of the above please provide details  _Asset manager / Business angel_

_Investor in financial for 20 years._

_Dominique Rocano X_ _____

If you have any experience of trading the following leveraged products *in the last year* on an execution only basis, please provide details;

CFDs / Spread Bets      Avg No. Trades Per Month _5_      Avg Transaction Size (£) _1 000 000_

Margined FX      Avg No. Trades Per Month _1_      Avg Transaction Size (£) _20 000 000_

Do you have any experience of trading the following products on an execution only basis?

| | | | | |
|---|---|---|---|---|
| Futures: | ☐ No | ☒ Yes | No Years Experience | _10_ |
| Options: | ☐ No | ☒ Yes | No Years Experience | _10_ |
| Equities: | ☐ No | ☒ Yes | No Years Experience | _10_ |
| Bonds: | ☐ No | ☒ Yes | No Years Experience | _10_ |

## KNOWLEDGE AND UNDERSTANDING (Second Authorised Trader)

Cantor Fitzgerald provides an execution only service and does not offer investment advice. You should therefore familiarise yourself with the products and service to fully understand the risks involved and seek independent advice if necessary. Please consider the fact that you may be exposing yourself to risks beyond your current experience.

Please confirm that you have read and understood the below statements:      Yes ☒      No ☐

A CFD is a leveraged product and you are only required to deposit a percentage of the full value of the transaction ("margin").

A CFD is valued against the underlying asset to which the CFD is referenced (for example an individual share or index). A CFD can be volatile and a small change to the price of the underlying asset may result in a disproportionately large profit or loss on the CFD.

You can incur losses significantly greater than the amount ("margin") you are initially required to deposit to open a CFD, and should this occur you are required to cover these losses.

If you open a long position (you expect the price of the underlying asset to rise) you will incur a loss if the price falls. If you open a short position (you expect the price of the underlying asset to fall) you will incur a loss if the price rises.

## 3. ABOUT YOUR ACCOUNT

You will be sent contract notes for each of your trades. As a default you will also be sent an annual statement of account. Alternatively you can choose to receive statements:

☑ Daily      ☐ Weekly      ☐ Monthly

Would you like to be sent automatic emails confirming the details of each of your trades?    Yes ☑    No ☐

Do you require copies of your contract notes to go to a third party?      Yes ☑    No ☐

If so, please provide;      Email Address _brantor@makor-capital.com_

In which base currency do you wish your account summary to display? ___USD___

## 4. DECLARATION

i) We have read, understand and agree to be bound by CFE's CFD Terms & Conditions

ii) We agree to and accept CFE's Order Execution Policy (as set out in Annex 3 of CFE's CFD Terms & Conditions) For and on behalf of
OMEGA 26 INVESTMENT LTD

Signature _____    Date _07/11/2011_
         Authorised Signature(s)

Print Name _CYRIL KRANNER_

Title _Director_

For and on behalf of _Omega 26 Investment Ltd_
(Print Company Name)

*NOTE: - Please see the attached guidelines for the supporting documentation required with your application.*

You will need to hold a meeting of the Board of Directors of the Company in order to pass certain resolutions to authorise your Contracts for Difference transactions with Cantor Fitzgerald Europe ("CFE"). The form of these resolutions is set out in the Company Secretary's Certificate below. Once the meeting has been held and the resolutions duly passed, the Company Secretary should complete and sign the Certificate below to confirm to CFE that the resolutions have been passed. Whoever has been made an Authorised Signatory at the meeting should also sign the Certificate so that CFE will have a record of their signature(s).

**Company Secretary's Certificate**

I, _CYRIL KRAMMER_____ (name of company secretary) of

_OMEGA 26 INVESTMENT Ltd_____ (name of the company) certify to

Cantor Fitzgerald Europe that the following Resolutions were duly passed by the directors of the Company at a

meeting held on _Monday, November 1st_ (date). _2011_

Resolutions of the Board of _OMEGA 26 INVESTMENT Ltd_ (name of the company).

1. That account(s) (the "Accounts(s)") be opened with Cantor Fitzgerald Europe ("CFE") in the name of the Company for the purpose of entering into Contracts for Difference and any transactions related or ancillary to any such transactions.

2. That an agreement be entered into with CFE in connection with the opening of the Accounts in such form as CFE shall require (the "Agreement") and that all transactions entered into by the Company shall be subject to terms of the Agreement as amended from time to time.

3. That each of the persons whose names and signatures appear below (the "Authorised Signatories") shall be and are hereby jointly and severally authorised to sign any document in connection with the opening or operation of the Account(s), including (but without limitation) the Agreement and to give any oral or written instructions to CFE with respect to the Account(s) including (but without limitation) instructions to effect or otherwise enter into transactions with or on behalf of the Company

(i) _DOMINIQUE ROMANO_____
   Print Name

   _Director_
   Title

   Signature

(ii) _CYRIL KRAMMER_____
    Print Name

    _Director_
    Title

    Signature

4. That each of the persons whose names and signatures appear below (the "Authorised Traders") shall be and are hereby jointly and severally authorised to place instructions to effect or otherwise enter into transactions with or on behalf of the Company.

(i) _Dominique Romano_____
   Print Name

   _director_
   Title

   Signature

(ii) _Cyril Krawler_

Print Name

_Director_

Title

_(signature)_

Signature

(iii) _____

Print Name

_____

Title

_____

Signature

5. That any transactions of any description whatsoever previously entered into by the Company with or through CFE be and are hereby ratified and approved.

6. That these Resolutions be communicated to CFE and shall remain in force and that CFE shall be entitled to rely on the same until an amending resolution shall be passed and a copy certified by an officer of the Company shall have been received by CFE.

I further certify that there is no legal or other reason why the Company should not conduct investment business for Contracts for Difference.

For and on behalf of
OMEGA-3 INVESTMENT LTD

_Authorised Signature(s)_

Signature of Company Secretary

_CYRL KRAMMEN_

Print Name

_07/11/2011_

Date

_(faded illegible text)_

To: CANTOR FITZGERALD EUROPE ("CFE")

CFD TERMS AND CONDITIONS
CASH COLLATERAL

I/we hereby agree, notwithstanding clause 27 of CFE's CFD Terms and Conditions (the "Terms and Conditions"), as a condition to the continued provision by CFE and its Affiliates of services to me/us, that all money transferred to CFE by me/us or on my/our behalf or which is otherwise held by CFE for me/us from time to time for the purpose of securing or otherwise covering my/our obligations to CFE whether present or future, actual or contingent or prospective ("Cash Collateral") shall be transferred to CFE with full ownership so that I/we no longer have a proprietary claim over it.

I/we acknowledge and agree that:

1. all right, title and interest in and to Cash Collateral shall vest in CFE free and clear of any liens, claims, charges or encumbrances or any other interest of mine/ours or of any third person;

2. CFE will not segregate Cash Collateral from CFE's own assets and CFE will use the Cash Collateral in the course of its own business. If CFE becomes insolvent, I/we will rank only as a general creditor.

3. No mortgage, charge, lien, pledge, encumbrance or other security interest is intended to be or is created in favour of CFE in the Cash Collateral.

4. Cash Collateral shall be treated by CFE as collateral in accordance with Chapter 3 of the FSA's Client Assets Sourcebook (as amended from time to time) and not as client money in accordance with the Client Money Rules in that sourcebook.

5. If CFE determines in its discretion that the Cash Collateral held is more than is necessary to cover my/our obligations whether present or future, CFE will return an appropriate amount of money to me/us. This does not prevent me/us from requesting a payment in accordance with the Terms and Conditions.

*For Individuals:*

Signature_____ Date_____

Print Name_____

For and on behalf of
OMEGA 26 INVESTMENT LTD
*For Corporates:*

Signature_____ Date 07/11/2011
            Authorised Signature(s)

Print Name___CYRIL KRAMMER_____

Title___DIRECTOR_____

For and on behalf of___OMEGA 26 INVESTMENT Ltd
*Print Company Name)*



Si le porteur est accompagné d'enfant(s) / If the bearer is accompanied by children (1) (Voir page 15)

**Attention, les enfants ayant atteint l'âge de 15 ans doivent être munis de leur propre passeport**

Domicile, observations / Address, comments (2) (Voir page 16)

Page réservée aux autorités compétentes pour délivrer le passeport / Página reservada a las autoridades competentes para expedir el pasaporte / Forbeholdt de passudstedende myndigheder / Amtliche Vermerke / Ηπποίηση για τις αρχές που είναι αρμόδιες για την έκδοση του διαβατηρίου / Pages reserved for issuing authorities / Leathanaigh in ámhar d'údaráis eisiúna / Pagina riservata alle autorità / Opmerkingen van bevoegde instanties / Página reservada às entidades competentes para emitir o passaporte / Ventru hastinum tvinjámmisille / Forbeholdt utfarmande myndigheet

Signature du titulaire / Bearer's signature (3)

RÉPUBLIQUE FRANÇAISE

**PASSEPORT**
*PASSPORT*

| Type/*Type* | Code du pays/*Country code* | Passeport n°/*Passport no* |
|---|---|---|
| P | FRA | ▮566 |

Nom/*Surname* (1)
**KRAMMER**
Prénoms/*Given names* (2)
**Cyril,Pascal,André**

| Nationalité/*Nationality* (3) | Sexe/*Sex* (3) | Taille/*Height* (12) | Couleur des yeux/*Colour of eyes* (3) |
|---|---|---|---|
| **Française** | M | 1,80 m | Marron |

Date de naissance/*Date of birth* (4)
▮1968

Lieu de naissance/*Place of birth* (6)
**PARIS 8E (75)**

Date de délivrance/*Date of issue* (7)
**10-12-2003**

Autorité/*Authority* (9)
**PREFECTURE DE POLICE (GESVRES)**

Date d'expiration/*Date of expiry* (8)
**09-12-2013**

Le Directeur de la Police Générale
Louis DUCAMP

REPUBLIQUEFRANÇAISE·REPUBLIQUEFRANÇAISE·REPUBLIQUEFRANÇAISE·REPUBLIQUEFRANÇAISE·REPUBLIQUEFRANÇAISE

**P<FRAKRAMMER<<CYRIL<<<<<<<<<<<<<<<<<<<<<<<<<**
**▮05661FRA6812252M1312090<<<<<<<<<<<<<<04**



## Gaz de France
### Dolce*vita*

ZISUBILL5075057647970209803044

SYMPHO 01654 01/01 001837 0034 LG2 00019 CP 023947 3096

MR KRAMMER CYRIL
3 RUE DU GENERAL APPERT
75116 PARIS

**Votre service clients**

Contrat, déménagement, offres et services

☎ 09 69 324 324

Du lundi au samedi : 8H-22H

Appel non surtaxé

☐ Gaz de France DolceVita

TSA 70802 - 22308 LANNION CEDEX

@ www.dolcevita.gazdefrance.fr

**Lieu de consommation**

R.2ETAGE. R.2ETAGE.
3 RUE DU GENERAL APPERT
75116 PARIS

**Gaz naturel**
Point de comptage et d'estimation
074 973 950 100 31

**Votre référence client**

**209 803 044**

**Votre compte de contrats**

409 252 274

**Dépannage 24h/24**

**Gaz : 0 800 473 333** *
**Electricité : 0 810 333 751** *
* Prix de l'appel selon votre opérateur

*Détails au verso →*

**Facture** N°F507505764797 du 05/09/11

Montant TTC prélevé le 19 septembre 2011          **101,49 €**

Cette facture est fondée sur une estimation de vos consommations par votre fournisseur

| | |
|---|---|
| Gaz naturel | 101,49 € |
| **Total TTC** | **101,49 €** |
| Dont total Hors TVA | 88,35 € |
| Dont Total TVA | 13,14 € |
| Total TVA à 5,5 % | 1,63 € |
| Total TVA à 19,6 % | 11,51 € |
| **Montant TTC à prélever** | **101,49 €** |

**PROCHAINE FACTURE** vers le 07 novembre 201
**PROCHAIN RELEVE** vers le 07 janvier 2012

Tout sur vos démarches, vos droits et les économies d'énergie :
www.energie-info.fr , le site d'information des pouvoirs publics.

**HISTORIQUE DE VOTRE CONSOMMATION EN kWh**

19437

1103  4862  10847  10258  -6588  1323

sept  nov  janv  mars  mai  juil  sept
2010        2011
Gaz naturel

☐ Relève   ▨ Estimation Distributeur   ▨ Estimation Fournisseur   ☐ Relève Client

**Evolution des tarifs réglementés du gaz naturel**
Au 1er avril 2011, le prix du tarif réglementé augmente.
Pour mieux comprendre le prix de l'énergie et votre facture rendez-vous sur www.dolcevita-facture.fr

**Une nouvelle ligne sur votre facture**
Pour le gaz naturel , à compter du 1er avril 2010, la Contribution Tarifaire d'Acheminement (CTA) et l'abonnement seront affichés séparément sur votre facture.

Votre prochaine facture sera basée sur une estimation de vos consommations.Pour la fiabiliser et avoir la possibilité de transmettre régulièrement vos relevés de compteur, souscrivez au service M@relève via votre compte en ligne, sur www.dolcevita.gazdefrance.fr ou en contactant votre Service Clients.



**Prélèvement automatique**

■ Conformément à votre demande, le montant de votre facture sera prélevé sur le compte dont vous nous avez communiqué les coordonnées.

**Nom du titulaire du compte :**  MR OU MME KRAMMER

**Références du compte :**  **Nom de la banque**      **Numéro de compte**

STE GENERALE/AG PARC MO      3000303610005001428856

**En cas de modification de références de ce compte, merci de le signaler à votre service clients**

Une marque de GDF SUEZ

GDF SUEZ - SA au capital de 2 260 976 267 € - RCS Nanterre 542 107 651 - N° TVA FR 13 542 107 651



**Page réservée aux autorités compétentes pour délivrer le passeport**
*Página reservada a las autoridades competentes*
*para expedir el pasaporte / Forbeholdt de pasudstedende myndigheder / Amtliche Vermerke*
*Προορίζεται για τις αρχές που είναι αρμόδιες για την έκδοση του διαβατηρίου / Page reserved for issuing authorities*
*Leathanaigh in áirithe d'údaráis eisiúná*
*Pagina riservata all'autorità*
*Opmerkingen van bevoegde instanties*
*Página reservada às entidades competentes*
*para emitir o passaporte / Varattu passinantoviranomaisille*
*Förbehållet utlämnande myndighet.*

**Ce passeport contient un composant électronique. Il convient d'en prendre soin, et en particulier de ne pas le plier, le perforer, l'exposer à des températures extrêmes ou à une humidité excessive.**

*This passport contains sensitive electronics.*
*For best performance please do not bend,*
*perforate or expose to extreme temperatures*
*or excess moisture.*

**Signature du titulaire**/*Holder's signature*



# RÉPUBLIQUE FRANÇAISE

**PASSEPORT**
*PASSPORT*

Type/*Type*  Code du pays/*Country code*  Passeport n°/*Passport no*
**P**  **7065**

Nom/*Surname*
**ROMANO**

Prénoms/*Given names*
**Dominique,Franck**

Nationalité/*Nationality*  Sexe/*Sex*  Taille/*Height* (12)  Couleur des yeux/*Colour of eyes* (13)
**Française**  **M**  **1,82 m**  **BLEUE**

Date de naissance  Lieu de naissance/*Place of birth* (6)
**1964**  **GENNEVILLIERS**

Date de délivrance  Domicile/*Residence* (11)
**13 01 2010**  **82 BOULEVARD MAURICE BARRES**
**92200  NEUILLY-SUR-SEINE**
**FRANCE**

Autorité/*Authority* (9)
**Préfecture des Hauts-de-Seine NANTERRE**

Date d'expiration/*Date of expiry* (8)
**12 01 2020**

```
P<FRAROMANO<<DOMINIQUE<FRANCK<<<<<<<<<<<<<<<
0655FRA6403315M2001126<<<<<<<<<<<<<<08
```

Mon compte sur serveur vocal
Identifiant Internet : OB77P6DU9M
**Mon compte sur serveur vocal** : 0 800 123 333 (N° Vert)
**Mon Conseiller EDF Bleu Ciel pour**
**Mon contrat, ma facture, mon déménagement :**
09 69 39 33 01* (appel non surtaxé)
**Mes travaux dans l'habitat** : 39 29* (0,05 €TTC/min hors
surcoût éventuel selon opérateur)
*Du lundi au samedi de 8h à 21h

**Dépannage électricité** : 0 810 333 092 (prix d'un appel local)

**Pour nous écrire**
EDF SERVICE CLIENTS
TSA 90002
93733 BOBIGNY CEDEX 9

**Mes références**
N° Client : 5 001 754 352
N° de compte : 4 02 7 001 740 588
N° de facture : 24 167 937 653



Mme, M. ROMANO DOMINIQUE
82 BOULEVARD MAURICE BARRES
92200 NEUILLY SUR SEINE

**Titulaire du contrat :**
Mme, M. ROMANO DOMINIQUE
**Lieu de consommation :**
HP
82 BOULEVARD MAURICE BARRES
92200 NEUILLY SUR SEINE

Suite à décisions des pouvoirs publics le tarif réglementé évolue au
01/07/2011, la part acheminement et la CSPE évoluent au
01/08/2011. Plus d'information sur http://bleuciel.edf.com

### Votre facture du 26/09/2011

*Votre prochaine facture vers le 07/09/2012*
*Votre prochain relevé prévu le 07/03/2012*

| | |
|---|---:|
| Electricité | 3 791,30 € |
| Total Hors TVA | 3 791,30 € |
| TVA | 678,01 € |
| Déduction des prélèvements effectués TTC | -3 505,60 € |
| **Montant de votre facture TTC** | **963,71 €** |

### ÉVOLUTION* DE VOTRE CONSOMMATION EN kWh

**Electricité**

■ Heures Pleines    14544
■ Heures Creuses            6580

Mars-10

* Basée uniquement sur les informations transmises par le distributeur

**Total TTC**                                    **963,71 €**
**Prélevé le 11/10/2011**

Au 01/01/2011, le montant de la CSPE évolue et les TLE sont remplacées par les TCFE.
Plus d'information sur http://bleuciel.edf.com

## prélèvement automatique

Conformément à votre contrat et aux conditions particulières de vente de l'offre que vous avez souscrite,
le montant de **963,71 €** sera **prélevé le 11/10/2011** sur le compte dont les coordonnées figurent
ci-dessous :

Titulaire du compte :            ROMANO
Nom de la banque :              **********
Compte bancaire :               ***** ***** 23688900300 **

**En cas de modification de référence de ce compte, merci de contacter votre conseiller EDF Bleu Ciel.**

EDF Société anonyme au capital de 924 433 331 € - Siège social 22-30 avenue de Wagram 75008 Paris - R.C.S. Paris 552 081 317 - N° TVA FH 03 552 081 317