# EXHIBIT 103

U: BeringE
P: Explorer 969

## NEW ACCOUNT OPENING CHECKLIST (CFD DIRECT)

| Sales Form Completed | ✓ |
|---|---|

| | |
|---|---|
| Multiple Account – Credit Group | |
| FSA Code / BIC Code | ✓ |
| FSA Country & Institution Code | ✓ |

| | | | |
|---|---|---|---|
| POA – Add Authorised Persons (If Corporate) | ✓ | | |
| Base Currency | ✓ | | |
| FSA Client Categorisation (Memo) | ✓ | | |
| Address | ✓ | | |
| Title, First Name, Last Name | ✓ | Date | 16/11/12 |
| Web Login & Password | ✓ | | |
| External Reference | N/A | Name | Du |
| Auto Trade Confirm – Email Address & Bet Only | ✓ | | |
| Contract Notes & Statements Required | ✓ | Check | |
| Auto Email Contract Notes and Statements | ✓ | | |
| Email Addresses for Contract Notes / Statements | ✓ | | |
| Statement Frequency | ✓ | | ACCT No: |
| Cost Centre | ✓ | | |
| Seg / Non Seg | ✓ | | |
| Interest Type & Spread | ✓ | | |
| Interest on Total Cash | ✓ | | ████ 00969 |
| Dividend Rates | N/A | | |
| Compliance Officer | ✓ | | |
| Customer Rate Static | ✓ | | |

| Staff Account? (Compliance Copies)("Z") | |
|---|---|

Confidential pursuant to Securities Exchange Act s.24(d).

# SALES - NEW ACCOUNT FORM

CFD [✓]    FX [ ]    MT4 [ ]    FSB [ ]

CLIENT NAME: *BERING EXPLORER FUND.*

SALES NAME: *xFORWARD WHITE*

SALES COMMENTS: *IKERS A/C IN ADDITION TO CFD966*

*POA SAMP X15* [■] *966*    16/11/12

Date/Time

## White Label

IS THIS A NEW WHITE LABEL COUNTERPARTY?
ONE ACCOUNT AGGREGATE TRADES OF UNDERLYING CLIENTS? Or
SUB ACCOUNTS TO REPRESENT UNDERLYING CLIENTS?

## Specials (Tick where applicable and ensure completed paperwork is in file)

CLIENT WANTS TO GRANT POWER OF ATTORNEY TO A THIRD PARTY - TRADE ONLY [✓]
CLIENT WANTS TO GRANT POWER OF ATTORNEY TO A THIRD PARTY - ALL PURPOSES
CLIENT WANTS US TO PAY FEES FROM THEIR ACCOUNT TO THEIR MONEY MANAGER / BROKER (POA)
TWO+ CLIENTS WANT A JOINT ACCOUNT (Each Individual Must Complete All Paperwork)
FSB CLIENT WANTS TO TRADE SPOT EQUITY
FSB CLIENT WANTS TO CREATE FX HEDGES THEMSELVES ON CURRENEX (Note: Client Must be Direct CFE FX Client First)
FSB CLIENT WANTS TO CREATE FX HEDGES THEMSELVES ON ARIEL (Note: Client Must be Direct CFE FX Client First)
FSB CLIENT WISHES TO BE NON SEGREGATED (T&CS ARE STANDARD SEG)

## B Book

IS THIS CLIENT GOING INTO A B BOOK? (Include B Book Form)

## Introducing Broker

IS THERE AN INTRODUCING BROKER INVOLVED? [YES]    NAME [F Q F S]

## Commercials

### Currenex / Ariel Client

|  | Client Pays House | House Pays IB | Book Name: |
|---|---|---|---|
| $/MILLION |  |  |  |
| PIPS |  |  | IPS? |

ARIEL SPREAD MARKUP? (Attach Schedule By Product)

### Metatrader Client

Existing Group:

New Group:

|  | Spread Markup | Client Pays House | House Pays IB |
|---|---|---|---|
| Forex Group 1 |  |  |  |
| Forex Group 2 |  |  |  |
| Forex Group 3 |  |  |  |
| Forex Group 4 |  |  |  |
| Forex Group 5 |  |  |  |
| Gold |  |  |  |
| Silver |  |  |  |

### CFD Client

|  | Cantor Charge | Cantor Min | IB Charge | IB Min |
|---|---|---|---|---|
| GBP Equities | 4 bp | 10 | 1 bp | 10 |
| EUR Equities | 4 bp | 10 | 1 bp | 10 |
| USD Equities | 1 cent | 15 | 2 cent | 15 |
| Funding |  |  |  |  |

No IB.
REBATE
of Finance

### Interest

BLENDED DEPOSIT RATE +/- [ ] %

Seg.    A AA, 175 CFE
B       250 CFE
C, D    350 CFE

## Middle Office Administration:

| Signoffs Completed | | Elective Professional Form Received (If App) | |
|---|---|---|---|
| Account Setup | | Give Salesperson Login Details | |
| New Account Notification Letter to Client | | Email Internal Notification | |

Confidential pursuant to Securities Exchange Act s.24(d).

**Bell, Nicola**

| | |
|---|---|
| **From:** | White, Len |
| **Sent:** | 16 November 2012 16:40 |
| **To:** | Bell, Nicola |
| **Cc:** | Desk, Administration - CFD |
| **Subject:** | RE: New IRESS account for Bering Explorer |

The client doesn't need market data at the moment as won't be executing on the platform,  please add to the same group as Berkerely Futures

↳ Trader Delayed Pro (Nasd + Nysd + Erea + LSEa) + Special.

**From:** Bell, Nicola
**Sent:** 16 November 2012 16:37
**To:** White, Len
**Cc:** Desk, Administration - CFD
**Subject:** RE: New IRESS account for Bering Explorer

Len

We also need the grouping document for which group the client wishes to be on.

Thanks

Nicola

**From:** White, Len
**Sent:** 16 November 2012 10:28
**To:** Bell, Nicola; Soka, Hermes
**Cc:** Desk, Administration - CFD
**Subject:** New IRESS account for Bering Explorer

Please find attached the Electronic agreement form as requested. Could you please set up the IRESS account today as he client wishes to trade in Asia on Monday.

thanks

1

**Bell, Nicola**

| | |
|---|---|
| **From:** | White, Len |
| **Sent:** | 16 November 2012 10:28 |
| **To:** | Bell, Nicola; Soka, Hermes |
| **Cc:** | Desk, Administration - CFD |
| **Subject:** | New IRESS account for Bering Explorer |
| **Attachments:** | hpsc265.pdf |

Please find attached the Electronic agreement form as requested. Could you please set up the IRESS account today as he client wishes to trade in Asia on Monday.

thanks

1

SEC-UKFCA-E-0001880



Cantor Fitzgerald Europe

Electronic Trading Terms

These Electronic Trading Terms are supplemental to and form part of CFE's Terms & Conditions for CFDs and set out the basis upon which Cantor Fitzgerald Europe ("CFE") will enter into contracts for difference ("**CFDs**") via the Electronic Trading Platform.

1. Interpretation

   1.1  In these Electronic Trading Terms

      a.  unless the context otherwise requires, the expressions set out in CFE's Terms & Conditions shall have the same meanings when used herein; and

      b.  the following words shall have the following meanings

         i   "**Electronic Trading Platform**" means any online electronic trading platform (inclusive of the market data) made available by CFE to the Client under these Electronic Trading Terms.

2. The Electronic Trading Platform

   2.1  CFE will use its reasonable endeavours to provide in accordance with these Electronic Trading Terms the Electronic Trading Platform to the Client for use by the Client to enter into CFDs with CFE.

   2.2  The Electronic Trading Platform will provide the Client with on-line, real-time access to trade CFDs.

   2.3  All trades executed on the Electronic Trading Platform will utilise live price feeds from the underlying exchanges. In the event of communications failure or other related problems that prohibit the normal execution of CFDs using the Electronic Trading Platform, then CFE will receive trade execution instructions via telephone in accordance with CFE's Terms and Conditions.

   2.4  CFE may from time to time change the configuration, technical functionality and/or performance of the Electronic Trading Platform.

   2.5  CFE shall not be required to supply or maintain any equipment or communications facilities to the Client in order to use the Electronic Trading Platform.

   2.6  CFE will not be responsible for any failure of the Electronic Trading Platform if such failure is caused by factors beyond CFE's reasonable control including, but not limited to, telecommunications failure or fault, defective equipment utilised by the Client or incorrect operation by the Client of its own facilities.

   2.7  The Client acknowledges and agrees that CFE does not guarantee or warrant that the Client will not experience any downtime or disruptions in its use of the Electronic Trading Platform CFE may restrict, suspend, or terminate the Client's access to and use of the Electronic Trading Platform at any time, without notice or liability. CFE may at any time impose or revise limits on the size, volume, and types of Orders the Client may submit through the Electronic Trading Platform, without notice or liability.  No course of dealing shall be construed as a promise or guarantee of continued availability of the Electronic Trading Platform on the same or similar terms.

   2.8  The Client understands that its right to use the Electronic Trading Platform is non-exclusive, revocable, non-transferable, and that the Client does not have the right to sub-license.

Confidential pursuant to Securities Exchange Act s.24(d).



3. Conditions of Use of the Electronic Trading Platform

   3.1   The Client shall not permit the Electronic Trading Platform to be used for any illegal purpose

   3.2   The Client shall not reproduce or re-transmit, or permit any third party to reproduce or retransmit, any information or content made available through the Electronic Trading Platform without CFE's prior written consent

   3.3   The Client shall use the Electronic Trading Platform in a manner that is

         a.   consistent with the CFE's Terms & Conditions and these Electronic Trading Terms, and

         b.   in accordance with all applicable regulations

   3.4   If the Client's use of the Electronic Trading Platform interferes with CFE's ability to provide the Electronic Trading Platform to the Client or any third parties CFE may suspend provision of the Electronic Trading Platform to the Client until such use is remedied

   3.5   The Client understands that the Client will be permitted to access the Electronic Trading Platform through a user identification ("Access ID"), which may include unique codes, passwords, and other security or authentication mechanisms.  The Client agrees that the Client may not share the Access ID with other parties without the express written consent of CFE, and the Client further agrees not to alter, disable, or circumvent the Access IDs or permit any other person to do so.

   3.6   The Client has the sole responsibility and shall be liable for the security and safekeeping of Access IDs issued to the Client. Accordingly, the Client shall remain fully responsible and liable for any Orders notwithstanding any typographical or keystroke errors made when such Orders were placed with CFE, and transactions entered into, through the use of the Electronic Trading Platform. The Client acknowledges that there are risks associated (such risks may include the risk of misuse and unauthorised use of the Client's Access ID by a third party, hacking of accounts, and other forms of cyber theft and crimes to which the Electronic Trading Platform may be vulnerable) with placing Orders and effecting trades through the use of the Electronic Trading Platform

4. Access

   4.1   The Client shall allow CFE (and its authorised representatives) to remove or prevent, and shall assist CFE (and its authorised representatives) in the removal or prevention of access to any information or content that causes (or is likely to cause) the Client to be in breach of CFE's Terms & Conditions or these Electronic Trading Terms or any other terms applicable to the use of the Electronic Trading Platform, irrespective of whether or not such removal or prevention of access involves impairment of the Electronic Trading Platform

   4.2   CFE shall have the right to require the Client temporarily to cease using or may temporarily suspend the Electronic Trading Platform as a result of a breach or suspected breach of CFE's Terms and Conditions or these Electronic Trading Terms or any other terms applicable to the use of the Electronic Trading Platform until the breach has been remedied

5. Electronic Trading Platform Use Restrictions

   5.1   The Client shall

         a.   not copy or permit any third party to copy in whole or in part any software provided as part of the Electronic Trading Platform other than any temporary copies of such software made on the Client's equipment in the course of using the Electronic Trading Platform.

         b.   notify CFE immediately on becoming aware of any malfunction or error in the Electronic Trading Platform.

Confidential pursuant to Securities Exchange Act s.24(d).



c   not nor permit any third party to:

   i   reverse-engineer, disassemble or decompile any software provided as part of the Electronic Trading Platform;

   ii   remove, change or obscure any product identification or notices of proprietary rights and restrictions on or in any software provided as part of the Electronic Trading Platform; or

   iii   offer to sell, lease, hire, charge or otherwise encumber (or agree to do so) any software provided as part of the Electronic Trading Platform.

d   take all appropriate measures to mitigate any loss or damage to the Client that may be caused by a potential loss of data.

e   not permit any persons to have access to the Electronic Trading Platform. The Client agrees to notify CFE promptly of any loss, theft or disclosure (suspected or otherwise) of the Client's Access ID, or if the Client believes the confidentiality of such Access ID has been compromised, or of any actual or threatened unauthorised use of the Electronic Trading Platform.

## 6.  Trades and instructions

6.1   From time to time the Client may give Orders via the Electronic Trading Platform.

6.2   Prices quoted on the Platform ("On-screen Prices") are indicative only and are subject to confirmation by CFE.  CFE will exercise due care and skill in the preparation and presentation of On-screen Prices but due to the nature and speed of movements in the underlying markets, the prices indicated may not necessarily be the prices at which Clients will be able to open or close a CFD.  CFE will not be liable for any losses or costs which the Client incurs as a result of not being able to open or close a CFD at a particular On-screen Price.

6.3   If the Client wishes to open or close a CFD via the Platform ("On-line Trading") the Client must complete all obligatory fields in the Order Ticket and submit the Order Ticket by clicking the "buy" or "sell" button (as appropriate) to submit an offer to trade.  Once submitted an offer to trade is irrevocable.  For the avoidance of doubt, instructions to open or close CFDs or place or amend Orders may not be given via email.

6.4   An offer to trade will be accepted and a CFD will be opened or closed when CFE sends the Client an Electronic Confirmation Message. If the Client expects, but has not received, an Electronic Confirmation Message, it is the Client's sole responsibility to make enquiry of CFE to seek clarification of the status of the offer and any resulting trade.

6.5   In the event of any dispute the records on CFE's audit reports will be conclusively determinative of whether an Electronic Confirmation Message was in fact sent to the Client.

6.6   If the Client sends communications applicable to On-line Trading which are received outside the dealing hours of the Stock Exchange or other market on which the Contract Security is traded or to which it relates on any Business Day those instructions will not be processed.

## 7.  Charges

7.1   CFE shall be entitled to deduct from the Client's Account the applicable market data charges or royalties for those markets requested by the Client resulting from the provision of the Electronic Trading Platform.

## 8.  Reliance on Information

8.1   The Client acknowledges and accepts that the Electronic Trading Platform cannot be

Confidential pursuant to Securities Exchange Act s.24(d).



operated in all circumstances entirely without error (including errors in any software provided as part of the Electronic Trading Platform) and CFE shall not be liable for any loss or damage arising from any such error in the Electronic Trading Platform or the reliance by the Client upon the Electronic Trading Platform.

9.  **Disclaimer of Representations and Warranties and Liability**

    9.1.  The Electronic Trading Platform is provided to the Client "as is." CFE makes no representation or warranty, express or implied, with respect to the Electronic Trading Platform, or any feature or component thereof, including, without limitation, warranties of fitness for a particular use, purpose, title, merchantability, or non-infringement, or that the Electronic Trading Platform will operate without interruption or be complete, timely, and error free as to the accuracy of the Orders, and CFE and its licensors hereby disclaim all such representations and warranties.

    9.2  Adverse results of using Electronic Trading Platform, which could be the result of hardware, software or communication link inadequacies or other causes, could involve, for example, failures, delays, malfunction, software erosion or permanent hardware damage to your own computer equipment. Such results could lead to possible economic and/or data loss.

    9.3  The Client is responsible for ensuring that its computer equipment is compatible with the Platform.

    9.4  There are risks inherent in electronic communications such that they may not be secure and may be intercepted by unauthorised parties or may fail to reach their intended recipient promptly or at all.

    9.5  CFE will not be liable in respect of any loss (including loss of profit or revenue), cost or damage including, without limitation, consequential, unforeseeable, special or indirect damages or expense which the Client might incur as a result of or arising out of either accessing and using or being unable to access and use the Platform.

    9.6  CFE will not be liable in respect of the sequence, timeliness, accuracy or completeness of any On-Screen Prices.

10.  **Indemnity**

    10.1  The Client will indemnify CFE against all costs, claims, losses, liabilities and expenses assessed against or incurred by CFE arising out of or in connection with: (i) the Client's access or use of, or inability to access, the Electronic Trading Platform (ii) the Client's negligence or breach of these Electronic Trading Terms; or (iii) the Client's violation of any applicable regulation in connection with its use of the Electronic Trading Platform.

11.  **Intellectual Property Rights**

    11.1  All right, title and interest to the intellectual property rights which subsist (or arise) in the Electronic Trading Platform and/or in any software provided as part of the Electronic Trading Platform, shall remain the exclusive property of, or be vested exclusively in, CFE and its suppliers.

12.  **Termination**

    12.1  These Electronic Trading Terms may be terminated at any time by either party on written notice to that effect.

    12.2  These Electronic Trading Terms will terminate automatically on termination of CFE's Terms & Conditions.

Confidential pursuant to Securities Exchange Act s.24(d).

**CANTOR** *Fitzgerald*

Electronic Trading Terms – CFD Client Declaration

To       Cantor Fitzgerald Europe

From     Swiling Explore Land Ltd  Name of Customer

I/we have read, understood and agree to the Electronic Trading Terms.

I/we hereby acknowledge and agree that all CFD transactions entered into by me/us with CFE via the Electronic Trading Platform shall be governed by the Electronic Trading Terms and CFE's Terms & Conditions as the same may be amended from time to time.

Signed _____ ZAKHARCHENKO MAXIM

Date       16 11 2012

Signed _____

Date

Funding Charges relating to CFDs executed via the Electronic Trading Platform

Paragraph 10.2 of CFE's Terms and Conditions for CFDs provides that funding will be calculated by reference to the Opening Contract Value of the CFD. For trades executed via the Electronic Trading Platform or otherwise recorded on the Electronic Trading Platform, funding will be calculated by reference to the Current Contract Value (as such term is defined in CFE's Terms and Conditions) and paragraph 10.2 shall be amended accordingly.

I/we hereby acknowledge and agree to the above amendment to paragraph 10.2 of CFE's Terms and Conditions for CFDs.

Signed _____ ZAKHARCHENKO MAXIM

Date       12 11 2012

Signed _____

Date

Bearing Explorer Fund Ltd

Bearing Explorer F

## NEW ACCOUNT OPENING CHECKLIST (CFD DIRECT)

| Sales Form Completed | | ✓ |
|---|---|---|

| Multiple Account - Credit Group | N/A | N/A |
|---|---|---|
| FSA Code / BIC Code | | |
| FSA Country & Institution Code | | |

| POA - Add Authorised Persons (If Corporate) | N/A | ✓ | |
|---|---|---|---|
| Base Currency | | ✓ | |
| FSA Client Categorisation (Memo) | | ✓ | |
| Address | ✓ | ✓ | |
| Title, First Name, Last Name | ✓ | Date | 19/06/12 |
| Web Login & Password | ✓ | | |
| External Reference | N/A | Name | JLP |
| Auto Trade Confirm - Email Address & Bet Only | ✓ | | |
| Contract Notes & Statements Required | ✓ | Check | |
| Auto Email Contract Notes and Statements | ✓ | ✓ | |
| Email Addresses for Contract Notes / Statements | ✓ | ✓ | |
| Statement Frequency | ✓ | ✓ | ACCT No: |
| Cost Centre | ✓ | ✓ | |
| Seg / Non Seg | ✓ | ✓ | ▉ 966 |
| Interest Type & Spread | ✓ | ✓ | |
| Interest on Total Cash | ✓ | ✓ | |
| Dividend Rates | ✓ | | |
| Compliance Officer | N/A | N/A | |
| Customer Rate Static | ✓ | | |

| Staff Account? (Compliance Copies)("Z") | | |
|---|---|---|



# Cantor Fitzgerald Europe

# CFD Corporate Application Form

| | |
|---|---|
| Postal Address: | Cantor Fitzgerald Europe, CFDs, One Churchill Place, |
| | Canary Wharf, London, E14 5RD |
| Tel: | +44 (0)20 7894 8800 |
| Fax: | +44 (0)20 7894 8171 |
| Email: | cfdsales@cantor.com |
| Web: | www.cantorcfds.com |

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-UKFCA-E-0001887

**1. COMPANY DETAILS**

Name of Company ___BERINC EXPLORER FUND LTD___

Registered Address ___SAFFREY SQUARE , SUITE 205 A , BAY STREET , NASSAU___
___NEW PROVIDENCE___

Postcode_____ Country ___THE BAHAMAS___

Correspondence Address (if different to registered address) ___BERINC CAPITAL PARTNERS LTD___
___4th FLOOR , 15 POZHARSKY PEREULOK, _____, MOSCOW, ___

Postcode ___119034___ Country ___RUSSIA___

Country of Incorporation ___THE BAHAMAS___

Company Website_____

Nature of Business Activity ___INVESTMENT FUND___

Are you authorised or regulated to operate in the financial markets?  Yes ☑  No ☐

If yes please provide details ___LICENCED BY SECURITIES COMMISSION OF BAHAMAS — SMART FUND___
___MODEL SFM002___

Administration Contact Name ___MAXIM ZAKHARCHENKO___ Email ___maximz@berincp.com___

Tel No. ___+7495 974 0596___ Fax No. ___+7495 974 0598___

What is the approximate size of the company's financial instrument portfolio? (£) ___4 m___
(Include Cash Deposits)

**2. BANK DETAILS (Optional)**

Name of Bank _____

Bank Address_____

Postcode_____ Country_____

Account Name_____

Sort Code_____ Account Number_____

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-UKFCA-E-0001888

Please complete the following section for each of the named Authorised Traders;

## 3. INVESTMENT EXPERIENCE (First Authorised Trader)

Do you work, or have you worked in the financial sector for at least one year in a professional position, which requires knowledge of the nature and risks of trading leveraged products?                     Yes ☐     No ☑

Do you have any other professional experience or qualifications which would assist your understanding of the nature and risks of trading leveraged products?                     Yes ☐     No ☑

If yes to either of the above please provide details _____

_____

_____

If you have any experience of trading the following leveraged products *in the last year* on an execution only basis, please provide details;

CFDs / Spread Bets     Avg No. Trades Per Month _12_     Avg Transaction Size (£) _500,000_

Margined FX     Avg No. Trades Per Month _10_     Avg Transaction Size (£) _500,000_

Do you have any experience of trading the following products on an execution only basis?

| | | | |
|---|---|---|---|
| Futures: | ☐ No | ☑ Yes | No Years Experience _10_ |
| Options: | ☐ No | ☑ Yes | No Years Experience _10_ |
| Equities: | ☐ No | ☑ Yes | No Years Experience _10_ |
| Bonds: | ☐ No | ☑ Yes | No Years Experience _10_ |

## KNOWLEDGE AND UNDERSTANDING (First Authorised Trader)

Please confirm that you have read and understood the below statements:     Yes ☑     No ☐

A CFD is a leveraged product and you are only required to deposit a percentage of the full value of the transaction ("margin").

A CFD is valued against the underlying asset to which the CFD is referenced (for example an individual share or index). A CFD can be volatile and a small change to the price of the underlying asset may result in a disproportionately large profit or loss on the CFD.

You can incur losses significantly greater than the amount ("margin") you are initially required to deposit to open a CFD, and should this occur you are required to cover these losses.

If you open a long position (you expect the price of the underlying asset to rise) you will incur a loss if the price falls. If you open a short position (you expect the price of the underlying asset to fall) you will incur a loss if the price rises.

Confidential pursuant to Securities Exchange Act s.24(d).                     SEC-UKFCA-E-0001889

## INVESTMENT EXPERIENCE (Second Authorised Trader)

Do you work, or have you worked in the financial sector for at least one year in a professional position, which requires knowledge of the nature and risks of trading leveraged products?   Yes ☐   No ☐

Do you have any other professional experience or qualifications which would assist your understanding of the nature and risks of trading leveraged products?   Yes ☐   No ☐

If yes to either of the above please provide details_____

_____

_____

_____

If you have any experience of trading the following leveraged products *in the last year* on an execution only basis, please provide details;

CFDs / Spread Bets    Avg No. Trades Per Month_____   Avg Transaction Size (£)_____

Margined FX    Avg No. Trades Per Month_____   Avg Transaction Size (£)_____

Do you have any experience of trading the following products on an execution only basis?

| | | | |
|---|---|---|---|
| Futures: | ☐ No | ☐ Yes | No Years Experience_____ |
| Options: | ☐ No | ☐ Yes | No Years Experience_____ |
| Equities: | ☐ No | ☐ Yes | No Years Experience_____ |
| Bonds: | ☐ No | ☐ Yes | No Years Experience_____ |

## KNOWLEDGE AND UNDERSTANDING (Second Authorised Trader)

Please confirm that you have read and understood the below statements:   Yes ☐   No ☐

A CFD is a leveraged product and you are only required to deposit a percentage of the full value of the transaction ("margin").

A CFD is valued against the underlying asset to which the CFD is referenced (for example an individual share or index). A CFD can be volatile and a small change to the price of the underlying asset may result in a disproportionately large profit or loss on the CFD.

You can incur losses significantly greater than the amount ("margin") you are initially required to deposit to open a CFD, and should this occur you are required to cover these losses.

If you open a long position (you expect the price of the underlying asset to rise) you will incur a loss if the price falls. If you open a short position (you expect the price of the underlying asset to fall) you will incur a loss if the price rises.

Confidential pursuant to Securities Exchange Act s.24(d).    SEC-UKFCA-E-0001890

## 4. ABOUT YOUR ACCOUNT

You will be sent contract notes for each of your trades. As a default you will also be sent an annual statement of account. Alternatively you can choose to receive statements:

☑ Daily      ☐ Weekly      ☐ Monthly

Would you like to be sent automatic emails confirming the details of each of your trades?    Yes ☑   No ☐

Do you require copies of your contract notes to go to a third party?    Yes ☑   No ☐

If so, please provide;    Email Address _backoffice O 7qts.com_

In which base currency do you wish your account summary to display? _USD_

## 5. DECLARATION

i)   We have read, understand and agree to be bound by CFE's CFD Terms & Conditions

ii)   We agree to and accept CFE's Order Execution Policy (as set out in Annex 3 of CFE's CFD Terms & Conditions)

Signature _____    Date _18/05/2012_

Print Name _ZAKHARCHENKO M._

Title _Director_

For and on behalf of _BERING EXPLORER FUND LTD_
(Print Company Name)

*CFE CFD Corporate Application Form -- Nov 2011*

Page 5

Confidential pursuant to Securities Exchange Act s.24(d).

You will need to hold a meeting of the Board of Directors of the Company in order to pass certain resolutions to authorise your Contracts for Difference transactions with Cantor Fitzgerald Europe ("CFE"). The form of these resolutions is set out in the Company Secretary's Certificate below. Once the meeting has been held and the resolutions duly passed, the Company Secretary should complete and sign the Certificate below to confirm to CFE that the resolutions have been passed. Whoever has been made an Authorised Signatory at the meeting should also sign the Certificate so that CFE will have a record of their signature(s).

## Company Secretary's Certificate

I, _ZAKHARCHENKO MAXIM_ (name of company secretary) of

_BERING EXPLORER FUND LTD_ (name of the company) certify to

Cantor Fitzgerald Europe that the following Resolutions were duly passed by the directors of the Company at a

meeting held on _18/05/12_ (date).

Resolutions of the Board of _BERING EXPLORER FUND LTD_ (name of the company).

1. That account(s) (the "Accounts(s)") be opened with Cantor Fitzgerald Europe ("CFE") in the name of the Company for the purpose of entering into Contracts for Difference and any transactions related or ancillary to any such transactions.

2. That an agreement be entered into with CFE in connection with the opening of the Accounts in such form as CFE shall require (the "Agreement") and that all transactions entered into by the Company shall be subject to terms of the Agreement as amended from time to time.

3. That each of the persons whose names and signatures appear below (the "Authorised Signatories") shall be and are hereby jointly and severally authorised to sign any document in connection with the opening or operation of the Account(s), including (but without limitation) the Agreement and to give any oral or written instructions to CFE with respect to the Account(s) including (but without limitation) instructions to effect or otherwise enter into transactions with or on behalf of the Company

(i) _ZAKHARCHENKO MAXIM_          _Director_

Print Name                                            Title

                                                              Signature

(ii) _____          _____

Print Name                                            Title

                                                              Signature

*CFE CFD Corporate Application Form – Nov 2011*                    Page 7

Confidential pursuant to Securities Exchange Act s.24(d).

4. That each of the persons whose names and signatures appear below (the "Authorised Traders") shall be and are hereby jointly and severally authorised to place instructions to effect or otherwise enter into transactions with or on behalf of the Company.

(i) ZAKHARCHENKO

Print Name

DiPeotoR

Title

Signature

(ii)

Print Name

Title

Signature

(iii)

Print Name

Title

Signature

5. That any transactions of any description whatsoever previously entered into by the Company with or through CFE be and are hereby ratified and approved.

6. That these Resolutions be communicated to CFE and shall remain in force and that CFE shall be entitled to rely on the same until an amending resolution shall be passed and a copy certified by an officer of the Company shall have been received by CFE.

I further certify that there is no legal or other reason why the Company should not conduct investment business for Contracts for Difference.

Signature of Company Secretary

ZAKHARCHENKO M

Print Name

18/05/12

Date

CFE CFD Corporate Application Form – Nov 2011

Page 8

## SALES - NEW ACCOUNT FORM

CLIENT NAME: BERING EXPLORER. FUND.

**Compliance**

| Retail | |
|---|---|
| Elective Professional | |
| Per Se Professional | ✓ |
| Eligible Counterparty | |

Notes: Professional Client.
EDD form signed by micro
and

Sign _____

Date / Time: 19/06/12

---

**Credit**

Disclosed? _____

Limit _____

LEIO _____

Notes:

Sign _____

Date / Time: 18/06/2012.

---

**Legal**

Notes:

Sign: ASM.

Date / Time: 18.6.12

---

**Business**

Notes:

Sign _____

Date / Time: 19/6/12

Confidential pursuant to Securities Exchange Act s.24(d).

## SALES - NEW ACCOUNT FORM

CFD ✓  FX ☐  MT4 ☐  FSB ☐

CLIENT NAME: BERING. EXPLORER FUND

SALES NAME: LEONARD WHITE

SALES COMMENTS:

### White Label

Date/Time

IS THIS A NEW WHITE LABEL COUNTERPARTY?
ONE ACCOUNT AGGREGATE TRADES OF UNDERLYING CLIENTS? Or
SUB ACCOUNTS TO REPRESENT UNDERLYING CLIENTS?

### Specials (Tick where applicable and ensure completed paperwork is in file)

CLIENT WANTS TO GRANT POWER OF ATTORNEY TO A THIRD PARTY - TRADE ONLY
CLIENT WANTS TO GRANT POWER OF ATTORNEY TO A THIRD PARTY - ALL PURPOSES
CLIENT WANTS US TO PAY FEES FROM THEIR ACCOUNT TO THEIR MONEY MANAGER / BROKER (POA)
TWO+ CLIENTS WANT A JOINT ACCOUNT (Each Individual Must Complete All Paperwork)
FSB CLIENT WANTS TO TRADE SPOT EQUITY
FSB CLIENT WANTS TO CREATE FX HEDGES THEMSELVES ON CURRENEX (Note: Client Must be Direct CFE FX Client First)
FSB CLIENT WANTS TO CREATE FX HEDGES THEMSELVES ON ARIEL (Note: Client Must be Direct CFE FX Client First)
FSB CLIENT WISHES TO BE NON SEGREGATED (T&CS ARE STANDARD SEG)

### B Book

IS THIS CLIENT GOING INTO A B BOOK? (Include B Book Form)

### Introducing Broker

IS THERE AN INTRODUCING BROKER INVOLVED? ✓   NAME: 7 QFS

### Commercials

#### Currenex / Ariel Client

| | Client Pays House | House Pays IB | Book Name: |
|---|---|---|---|
| $MILLION | | | |
| PIPS | | | IPS? |

ARIEL SPREAD MARKUP? (Attach Schedule By Product)

#### Metatrader Client

Existing Group:

New Group:

| | Spread Markup | Client Pays House | House Pays IB |
|---|---|---|---|
| Forex Group 1 | | | |
| Forex Group 2 | | | |
| Forex Group 3 | | | |
| Forex Group 4 | | | |
| Forex Group 5 | | | |
| Gold | | | |
| Silver | | | |

#### CFD Client

| | Cantor Charge | Cantor Min | IB Charge | IB Min |
|---|---|---|---|---|
| GBP Equities | 4 BP | £ 10 | 11 BP | £ 10 |
| EUR Equities | 4 BP | £ 10 | 11 BP | €10 |
| USD Equities | 1 cent | USD 1 ¢ | 2 cent | USD 1 ¢ |
| Funding | AS TABLE | | | |

Interest: SEG.

| | | AA | 175 +/- |
|---|---|---|---|
| | | A | 175 " |
| | | B | 250 " |
| | | C | 350 " |
| | | D | 350 " |

BLENDED DEPOSIT RATE +/-  _____ %

### Middle Office Administration:

| | | | |
|---|---|---|---|
| Signoffs Completed | ☐ | Elective Professional Form Received (If App) | ☐ |
| Account Setup | | Give Salesperson Login Details | |
| New Account Notification Letter to Client | | Email Internal Notification | |

Confidential pursuant to Securities Exchange Act s.24(d).

### INDEMNITY AND AUTHORITY TO ACT

**THIS INDEMNITY AND AUTHORITY TO ACT** is made the _18th_ day of _MAY_ (month) _2012_ (year)

by.......... _BERING EXPLORER FUND LTD_ ................................(print name of customer)

of.................................................................................................(address).

We hereby irrevocably and unconditionally authorise Cantor Fitzgerald Europe ("CFE") to accept instructions in respect of transactions relating to our account, whether given orally or in writing, from our attorney.._TQ FINANCIAL SERVICES LTD_(print attorney's name) who was appointed by the attached power of attorney dated _18th MAY 2012_(date) and whose signature(s) appears below.

We accept full responsibility and liability for all such instructions (and for all transactions that may be entered into as a result). We will indemnify CFE and keep it indemnified from and against any loss, cost, claim, damage or expense (collectively "losses") incurred or suffered by it as a result of its acting on such instructions.

This indemnity shall be effective:

1.     whatever the circumstances giving rise to such losses;

2.     whatever the knowledge, acts or omissions of CFE in relation to any other account held by any other person or body (including the attorney named above) with CFE

The authority granted hereby may only be amended or revoked by us in writing. Any amendment or revocation of such authority shall not be effective unless and until received by CFE. We acknowledge that we will remain liable for all instructions given prior to the receipt of such amendment or revocation by CFE and that we will be liable for any losses which may arise on any positions or contracts which are open at the time of receipt. We will indemnify and keep CFE indemnified in respect of any such losses.

The authority and indemnity shall be governed by and construed in accordance with English law.

**IN WITNESS** of which this document has been executed and delivered as a deed on the date which appears above.

Signed for and on behalf of....... _BERING EXPLORER FUND LTD_ .(customer)

by.................................(director) _ZAVHARCHENKO MAXIM_ (print name)

and......................................(director/co. secretary)............................(print name)

Confidential pursuant to Securities Exchange Act s.24(d).

To be completed by the Attorney

For attorneys who are individuals:

I, ....................................................................*(print name of attorney)* hereby consent to CFE carrying out checks and searches with third party credit reference agencies to verify my identity and declare that the following is my true signature:

Signed:...................................................... Dated: .............................

For attorneys that are corporate entities:

I, ...... _CHUSTOS SPANOS_ .................... *(print name of company secretary or director of the attorney)* declare that the following signatures are the signatures of persons authorised to issue instructions for and on behalf of ... _FQ FINANCIAL SERVICES LTD_ *(print name of attorney)* as attorney for _BERING EXPLORER FUND LTD_ *(print name of customer):*

| Authorised signatory signatures: | |
|---|---|
| Signature: ............................ | ...JASON KENAP.HANTON...*(print name)* |
| Signature: ............................ | ............................*(print name)* |

Signed: ...................................
Company Secretary/Director

Date: .... 18/05/2012 ...........

SEC-UKFCA-E-0001897

## POWER OF ATTORNEY

**THIS POWER OF ATTORNEY** is made the 18th day of __MAY__ (month) _2012_ (year)
by ............... _BRWIN EXPLORER FUND LTD_ ............................... (name of customer)
of.......................................................................................................................(address)

We hereby appoint...... _F.Q FINANCIAL SERVICES LTD_ ...... (attorney's name)
of..... _SUITE 402, 12-14 KENNEDY AVE., NICOSIA, CYPRUS_ (address) to be our
attorney for the following purposes:

1) To trade on our account with Cantor Fitzgerald Europe ("CFE") pursuant to our
   agreement with CFE and in accordance with the terms and conditions applicable thereto;
   and

   a) for that purpose to give oral or written instructions to open and close trades; and

   b) to do anything else contemplated by our agreement with CFE which is reasonably
      necessary solely for the purposes of opening and closing trades.

We irrevocably and unconditionally undertake to ratify whatever our attorney does under the
authority or purported authority of this power and to indemnify our attorney against all
expenses, losses and liabilities incurred by him when acting in pursuance of this power. This
power of attorney shall be governed by and construed in accordance with the laws of England
and we hereby irrevocably submit to the jurisdiction of the English courts in relation to any
dispute arising out of or in relation to this power of attorney.

**IN WITNESS** of which this document has been executed and delivered as a deed on the date
which appears above.

Signed for and on behalf of ............... _BRWIN EXPLORER FUND LTD_ (customer)
by.............................................. (director) _ZAKHARENKO MAXIM_ (print name)

and .............................................(director/co.secretary).........................................(print name)

Confidential pursuant to Securities Exchange Act s.24(d).

**White, Len**

From: White, Len
Sent: 18 June 2012 13:30
To: Johal, Meenal
Cc: Khan, Khushnood
Subject: Bering Explorer Fund

As discussed

- This client is being introduced by 7QFS, one of the owners of this company is a Jason Xenonphontos whom I worked with at MF Global for over eight years and I've known him for close to a decade. Jason left MF Global in Feb 2011 to set up this new IB, whilst at MF Global he serviced Bering and continued to be an IB for this fund until MF entered special administration. In my experience of dealing with Jason Xenophontos I have never known of any adverse reason not to conduct business with him.
- Bering Explorer Fund is a vehicle whose purpose is to achieve capital appreciation for the beneficiaries, the portfolio manger is a Maxim Zakharchenko. I know of him also as the portfolio manager of the Bering Explorer Fund at MF Global, he was also previously a fund manager of a different client who traded CFDs with MF Global between the years 2003-2006. At all times I have not been aware of any adverse factors regarding Maxim as a fit and proper counterparty to conduct business with. I have met Maxim personally also.

Best Regards


**Leonard White**
**Head of CFDs**

Cantor Index Limited | Cantor Fitzgerald Europe
One Churchill Place | Canary Wharf | London | E14 5RD

*Tel: +44 (0)20 7894 8883*
*Mob: +44 (0)7867 391 974*

18/06/2012

Confidential pursuant to Securities Exchange Act s.24(d).

# Enhanced Due Diligence form

## Corporate clients

| Trading desk: **CIL - CFD** CFE |
|---|
| Name of broker responsible: **Len White** |

**Group Entity:**  BGC ☐  CFE ☑  MINT ☐  CIL ■

| **1. Client Information** |
|---|
| Client legal entity name: **Bering Explorer Fund Limited** |
| Client trading name (if different from entity named above): |
| Type of entity: |

    ☐  Regulated Financial Institution
    ☐  UK Mutual Funds
    ☐  Publicly Listed Companies
    ☐  Public Bodies
    ☐  **Private Companies**
    ☐  Limited Partnership (LP)
    ☐  Limited Liability Partnership (LLP)
    ☐  Limited Liability Companies (LLC)
    ☐  Private Investment Vehicles
    ☐  Special Purpose Vehicle (SPV)
    ☐  Unregulated Funds
    ☐  Hedge Funds
    ☐  Charities
    ☐  Trusts
    ☐  Pension Funds
    ☐  Supranational
    ☐  Clubs and Societies
    ☐  Religious Organisation

| Jurisdiction of client incorporation: **The Bahamas** |
|---|
| Jurisdiction(s) of client operations:  **The Bahamas** |

Confidential pursuant to Securities Exchange Act s.24(d).

## 2. Case Summary

Bering Explorer Fund Limited is a Private Investment Vehicle (company). The potential client is Registered and Regulated in the Bahamas.
The company has been classified as high risk, because of its country of incorporation and the Nationality of the Ultimate Beneficiaries (Russians).

**The Directors of Bering Explorer Fund Limited are:**
Dmitry Chirakadaze  (ID Verified)
Maxim Zakharchenko (IDs Verified)

**The controllers of Bering Explorer Fund Limited are:**
Andis Scordis (ID Verified)
Michael Papapetrou (ID Verified) Ref: See M & A of Doherty Limited, page 8

**The shareholders of Bering Explorer Fund Limited:**
Bering Explorer Fund Limited is owned by Harleigh Holdings Limited, which is owned by Doherty Limited and Ultimately owned by Andis Scordis and Michael Papapetrou. However Doherty Limited in capacity as a Trustee holds 100% shares of Harleigh Holdings Limited in favour of the Orlova's, see Ownership Chart on file.

**The Beneficiaries:**
1. Liubov Evgenievna Orlova – Russian (ID Verified)
2. Maria Dmitrievna Orlova – Russian (ID Verified)
3. Vera Dmitrievna Orlova – Russian (ID Verified)
4. Dmitri Dmitrievich Orlov –Russian (ID Verified)
**The Protector:**
1. Kyriacos Scordis – Cypriot. (ID Verified)
**The Settlor:**
1. Dmitri Z. Chirakatze – Russian (ID Verified)

TheCompany, its directors, controllers, shareholders and UBO's has been searched against worldcheck and Google.

No other adverse information was found

## 3. PEP and Sanctions screening

Confirm that PEP and sanctions screening has been completed on names of client, directors, controllers and beneficial owners in line with KYC/KYB requirements.
☑ Yes
☐ No

## 4. Comments and Sign Off

**Additional comments/information regarding the client and business case as to why the client should/should not be granted an account.**

The Settlor: PROFILE
**DMITRI CHIRAKADZE**

Dmitri Chirakadze was the vice president of MIKOM (Metals Investment Company) and an associate of Mikhail Zhivilo. Shortly before Zhivilo left Russia for the UK a scandal involving MIKOM and NKAZ erupted. Negotiations were conducted between MIKOM and Oleg Deripaska the major shareholder of NKAZ. The talks focused mainly on the division of power and profits, Zhivilo wanted MIKOM to run NKAZ and profits to be distributed according to shareholdings. Deripaska disagreed with such an arrangement.

Unexpectedly, MIKOM lost control of NKAZ, the plant was declared bankrupt and ownership was transferred to the management of Sibirski Aluminium and then Russian Aluminium (RusAl).  NKAZ is currently a part of UC RusAl and has increased its production capacity by 10% Ref: Metalinfo.ru.
RUSAL is the world's largest aluminium producer and one of the world's major producers of alumina.
No adverse information can directly be attributed to Dmitri Chirakadze, as part of the CDD review.

## 5. Additional MLRO Comments (if applicable)

xe attached email as supporting additional information requested from the relaship mang. The position meit will be hosteed CBE CRD arial are to be hostterd from Bank of America / Merille Lynch

## 6. Required Signatures

**Customer Due Diligence team (*Initial review*)**

| Name (print) | Signature | Date |
|---|---|---|
| Piote Vasilva | | 18/06/12 |

**Customer Due Diligence team (*QA review*)**

| Name (print) | Signature | Date |
|---|---|---|
| KHUSH KHAN | | 18/06/12 |

**Money Laundering Reporting Officer**

| Name (print) | Signature | Date |
|---|---|---|
| M Jahd | | 18/06/12 |

**Senior Management (Sign off by Senior Management required for ultra high risk clients where the MLRO feels consultation with Senior Management is required)**

| Name (print) | Signature | Date |
|---|---|---|
| | | 19/6/12 |

OKNOTT

Confidential pursuant to Securities Exchange Act s.24(d).

# EXHIBIT 116

Jaspen Capital Partners Limited
2nd Floor
7 Yaroslaviv Val
Ukraine
01304


FAO: Mr Aleksandr Piniazhyn


13 April 2012

Dear Mr Piniazhyn


We are pleased to confirm that your application for an account with Cantor Fitzgerald Europe has been successful and your account is now open.

Your CFE Account Username is: ████994

This username should be quoted on all correspondence with Cantor Fitzgerald Europe.

Your password for online access to your account will be emailed separately. If you do not receive it within 48 hours please contact us.

**Client Classification**

For the purposes of the rules of the Financial Services Authority we have classified you as a 'per se Professional client'. Please notify us immediately if there is any change in your circumstances that could affect your classification.

**Client Money**

In accordance with paragraph 27 of Cantor Fitzgerald Europe CFD Terms & Conditions, we confirm that we will hold your money subject to the FSA's Client Money Rules.

**Bank Details**

You may fund your account by arranging a transfer from your bank to our NatWest account:

| GBP: | Account Number: | ████8529 |
|------|-----------------|----------|
|      | Sort Code:      | 60-00-01 |
|      | Account Name:   | Cantor Fitzgerald Europe Client Segregated A/C |

Confidential pursuant to Securities Exchange Act s.24(d).

| EUR: | Account Number: | ███8688 |
|------|-----------------|---------|
| | Sort Code: | 60-00-01 |
| | Account Name: | Cantor Fitzgerald Europe Client Segregated A/C |

| CHF: | Account Number: | ███8718 |
|------|-----------------|---------|
| | Sort Code: | 60-00-01 |
| | Account Name: | Cantor Fitzgerald Europe Client Segregated A/C |

| USD: | Account Number: | ███8661 |
|------|-----------------|---------|
| | Sort Code: | 60-00-01 |
| | Account Name: | Cantor Fitzgerald Europe Client Segregated A/C |
| | Intermediary: | Chase NY: CHASUS33 |

**Contact Us**

If you have any questions or require any assistance, please don't hesitate to contact us:

Trading desk   +44 (0)20 7894 8020   cfdtrading@cantor.com
Client Services +44 (0)20 7894 8040   cfdadmin@cantor.co.uk

Please let me know if I can be of any further assistance, otherwise I would like to welcome you as a client of Cantor Fitzgerald Europe.

Yours sincerely


Hermes Soka
Client Services

Confidential pursuant to Securities Exchange Act s.24(d).

# EXHIBIT 124

**Europe Compliance Academy - 21-24 May, Brussels. Manage compliance & business conduct more effectively** - From **Society of Corporate Compliance and Ethics (SCCE)**

# Andriy Supranonok

## Head of Sales and Trading at Phoenix Capital, Ukraine, Kiev

Ukraine | Investment Banking

| | |
|---|---|
| Current | **Deputy CEO** at **Phoenix Capital, Ukraine, Kiev** |
| Past | Principal Trader at BNP Paribas Securities Services |
| Education | University College London, U. of London |
| Connections | **56** connections |
| Public Profile | http://ua.linkedin.com/pub/andriy-supranonok/1b/79/572 |

| Share | PDF | Print |
|---|---|---|

## Experience

**Deputy CEO**

**Phoenix Capital, Ukraine, Kiev**

Privately Held; 51-200 employees; Investment Banking industry

September 2009 – Present (2 years 8 months)

**Principal Trader**

**BNP Paribas Securities Services**

Public Company; 10,001+ employees; BNP, Banking industry

October 2005 – December 2007 (2 years 3 months)

## Education

**University College London, U. of London**

BA, Economics

2002 – 2005

## Contact Andriy for:

- career opportunities
- new ventures
- expertise requests
- reference requests

- consulting offers
- job inquiries
- business deals
- getting back in touch

**Send a message to Andriy Supranonok**

**Send InMail**

LinkedIn Corporation © 2012 |

# EXHIBIT 125

**Subject:** Информация к обсуждению
**From:** Turchynov alias ████████████████████
**Date:** 10/24/2010 8:17 AM
**To:** Unidentified person ████████████████

В прикрепленных архивах то что нужно.

──Attachments:────────────────────────────────────

| | |
|---|---|
| 22 Oct 1431.zip | 11.6 MB |
| 22 Oct 1901.zip | 333 KB |
| 22 Oct 1947.zip | 2.1 MB |

# EXHIBIT 126

Unidentified person    10/20/12 skype chat

| | | | | | | EISENBERG NOTES |
|---|---|---|---|---|---|---|
| 251 49 | 10/10/2 012 01:40:19 PM | Unidentified person | | | ve4erom mayakni esli budesh tut | at night signal if you will be here |
| 251 50 | 10/10/2 012 01:41:40 PM | | Teremenk o alias | Unidentified person | ok | ok |
| 251 54 | 10/10/2 012 06:08:30 PM | Unidentified person | | | nu 4e Shalyapin ..budem po traffu dvigatsa ? | |
| 251 55 | 10/10/2 012 06:09:45 PM | Unidentified person | | | 21:44:26 Кароч одна акция ебанула на 43% по нашей конторе, в админке я её так и не нашел<br><br>21:44:41 За 10 окт<br><br>21:44:49 OCZ | 21:44:26 one stock moved 43% but I did not find it in adminka<br><br>21:44:41 for 10th of october<br><br>21:44:49 OCZ |
| 251 56 | 10/10/2 012 06:09:49 PM | Unidentified person | | | PIZDEC BLAD !!! | [curse] |
| 251 57 | 10/10/2 012 06:10:01 PM | Unidentified person | | | 43% !!!!! ti prikidivaesh voobshe ??????? | 43%!! Can you imagine! |
| 251 58 | 10/10/2 012 | Unidentified person | | | v admonek net etoy novosti a na sayte etoy kontori vishla | the news is not there but the site of this company has it |

1

Unidentified person 10/20/12 skype chat

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06:10:50 PM | | | | | |
| 251 59 | 10/10/2012 06:11:01 PM | Unidentified person | Unidentified person | Unidentified person | toker : OCZ<br><br>vot gde on bro ???????? | toker : OCZ<br><br>where it it bro ???????? |
| 251 60 | 10/10/2012 06:11:41 PM | Unidentified person | | | mi mg li bi sha vebat 100-200k $ pribili | mi mg li bi sha vebat 100-200k $ pribili[we could have made this much profit?] |
| 251 63 | 10/10/2012 06:24:17 PM | Ieremenko alias | Ieremenko alias | Unidentified person | тут | I am here |
| 251 64 | 10/10/2012 06:25:00 PM | Unidentified person | Unidentified person | Unidentified person | 43% mmo nas proshlo , u mena sha babla s ple4em na 700k$<br><br>ya bi og sha vebat 200k pribili | |
| 251 65 | 10/10/2012 06:25:30 PM | Unidentified person | | | OCZ vot gde v adminke ? ili kto to po ney srabotal u teba , i udalil novost ?? | where is OCZ in adminka? Or did someone else use it and deleted the news?? |
| 251 66 | 10/10/2012 06:25:31 PM | Ieremenko alias | Ieremenko alias | Unidentified person | заебись | [curse] |
| 251 67 | 10/10/2012 06:25:57 PM | Ieremenko alias | Ieremenko alias | Unidentified person | ты хочешь всего одновременно | you want all at same time |
| 251 68 | 10/10/2012 06:26:10 PM | Ieremenko alias | Ieremenko alias | Unidentified person | и трафик, и ittrade и прибэйды и новости | not just traffic, but also ittrade and prepaid (?) and news |

████ **Unidentified person**   10/20/12 skype chat

| | | | | | | |
|---|---|---|---|---|---|---|
| 251 69 | 10/10/2 012 06:26:14 PM | Teremenko alias | Teremenk o alias | Unidentified person | определись… | figure out… (what you want) |
| 251 70 | 10/10/2 012 06:26:31 PM | Teremenko alias | Teremenk o alias | Unidentified person | и чтец и жнец и на дуде игрец… | |
| 251 71 | 10/10/2 012 06:26:49 PM | Teremenko alias | Teremenk o alias | Unidentified person | и таких как ты у меня дохуя в контакте… | |
| 251 72 | 10/10/2 012 06:26:55 PM | Teremenko alias | Teremenk o alias | Unidentified person | кому датинг, кому фарма | |
| 251 73 | 10/10/2 012 06:26:58 PM | Teremenko alias | Teremenk o alias | Unidentified person | кому картон | |
| 251 74 | 10/10/2 012 06:27:03 PM | Teremenko alias | Teremenk o alias | Unidentified person | всем что то надо | everybody wants something |
| 251 75 | 10/10/2 012 06:27:11 PM | Teremenko alias | Teremenk o alias | Unidentified person | я вон дал тебе акки кликсора | |
| 251 76 | 10/10/2 012 06:27:16 PM | Teremenko alias | Teremenk o alias | Unidentified person | ты хоть 1 доллар показал? | |
| 251 77 | 10/10/2 012 | Teremenko alias | Teremenk o alias | Unidentified person | постоянно делаю что то и ни копейки не получаю… | I am constantly doing something but do not get even a cent |

[Unidentified person]   10/20/12 skype chat

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06:31:47 PM | | | | | |
| 251 78 | 10/10/2 012 06:32:15 PM | [Unidentified person] | | | bro ya po insaydu - eto osnovnoe | bro ya po insaydu - eto osnovnoe [bro, for me insaydu [reference to inside information] -- that's the main thing |
| 251 79 | 10/10/2 012 06:32:24 PM | [Unidentified person] | [Unidentified person] | [Unidentified person] | ya tebe govoru 4to v adminku ne vse prihodit | I am telling you not everything makes its way to the adminka [server] |
| 251 80 | 10/10/2 012 06:32:25 PM | | [Ieremenk o alias] | [Unidentified person] | ну тогда впизду этот кликсор | |
| 251 81 | 10/10/2 012 06:32:28 PM | [Ieremenko alias] | [Ieremenk o alias] | [Unidentified person] | я не могу так работать | I cannot work that way |
| 251 82 | 10/10/2 012 06:32:31 PM | [Ieremenko alias] | [Ieremenk o alias] | [Unidentified person] | распылятся | |
| 251 83 | 10/10/2 012 06:32:35 PM | [Unidentified person] | [Unidentified person] | [Unidentified person] | kliksor v pizdu, esli admina ne budet | |
| 251 84 | 10/10/2 012 06:32:36 PM | [Ieremenko alias] | [Ieremenk o alias] | [Unidentified person] | не пиши мне вообще ничего | |
| 251 85 | 10/10/2 012 06:32:42 PM | [Ieremenko alias] | [Ieremenk o alias] | [Unidentified person] | я щас работаю как раз над PR | I am working on PR now btw |

4

**Unidentified person**   10/20/12 skype chat

| | | | | | | |
|---|---|---|---|---|---|---|
| 251 86 | 10/10/2 012 06:32:46 PM | Unidentified person | ■ | ■ | razumeetsa | of course you are |
| 251 87 | 10/10/2 012 06:32:49 PM | Teremenko alias | Teremenko alias | Unidentified person | ок. | ок. |
| 251 88 | 10/10/2 012 06:33:09 PM | Unidentified person | ■ | ■ | ya tebe pro traffik skazal 4ot nado lomat , a ne acci ih imet, ih acci ya kupit mogu skolko ugodno bro | [something about traffic] |
| 251 89 | 10/10/2 012 06:33:39 PM | Unidentified person | ■ | ■ | davay ne budem raspilatsa ! vse verno ti govorish | |
| 251 90 | 10/10/2 012 06:33:46 PM | Unidentified person | ■ | ■ | insaid - eto nomer 1 | insaid - eto nomer 1 [insaid [inside] is Number1] |
| 251 91 | 10/10/2 012 06:35:36 PM | Teremenko alias | Teremenko alias | Unidentified person | по PR есть несколько мыл сотрудников, щас ломаю хостинг их | for PR have emails for some empoloyees, will hack into their hosting (?) now |
| 251 92 | 10/10/2 012 06:35:43 PM | Teremenko alias | Teremenko alias | Unidentified person | есть несколько шеллов и скуля в хостинге | [shells, sql, hosting] |
| 251 93 | 10/10/2 012 06:36:57 PM | Unidentified person | ■ | ■ | bilo bi zaebok o4en | |
| 251 94 | 10/10/2 012 | Unidentified person | ■ | ■ | po nashemu marketwire pofixi plz , 4ot bi vse dohodilo | [seems to ask to make sure that everything from MW get to the server] |

**Unidentified person** 10/20/12 skype chat

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06:37:26 PM | | | | | |
| 251 95 | 10/10/2012 06:37:36 PM | Unidentified person | | | nu relano bro proebali samiy zhirniy moment za vse vrema | |
| 251 96 | 10/10/2012 06:37:38 PM | Unidentified person | | | 43% | 43% |
| 251 97 | 10/10/2012 06:37:40 PM | Teremenko alias | Teremenko alias | Unidentified person | я ж тебе скидывл ссылку | I already sent you a link to the news |
| 251 98 | 10/10/2012 06:37:41 PM | Teremenko alias | Teremenko alias | Unidentified person | на новость | to the news |
| 251 99 | 10/10/2012 06:37:46 PM | Teremenko alias | Teremenko alias | Unidentified person | то что твои ребята не видели | the one your guys/friends did not see |
| 252 00 | 10/10/2012 06:37:58 PM | Unidentified person | Unidentified person | Unidentified person | ne ne | no no |
| 252 01 | 10/10/2012 06:38:00 PM | Unidentified person | Unidentified person | | drugaya | a different one |
| 252 02 | 10/10/2012 06:38:02 PM | Unidentified person | | | segodna bila | it was today |

6

Unidentified person 10/20/12 skype chat

| | | | | | |
|---|---|---|---|---|---|
| 252 03 | 10/10/2 012 06:38:10 PM | Unidentified person | | | tiker:OCZ | tiker:OCZ |
| 252 04 | 10/10/2 012 06:38:18 PM | Unidentified person | | | vot ee to4n ne bilo v adminke | this one for sure was not on the adminka |
| 252 05 | 10/10/2 012 06:38:26 PM | Jeremenko alias | Jeremenk o alias | Unidentified person | скинь линк на маркете | send the mw link |
| 252 06 | 10/10/2 012 06:38:32 PM | Unidentified person | | | sec | sec |
| 252 12 | 10/10/2 012 06:40:33 PM | Unidentified person | | | <a href="http://finance.yahoo.com/news/vs b-bancorp-inc-third-quarter-130000388.html">http://finance.yahoo.c om/news/vsb-bancorp-inc-third-quarter-130000388.html</a> | <a href="http://finance.yahoo.com/news/vs b-bancorp-inc-third-quarter-130000388.html">http://finance.yahoo.c om/news/vsb-bancorp-inc-third-quarter-130000388.html</a> |
| 252 13 | 10/10/2 012 06:41:28 PM | Unidentified person | | | ces | ces |
| 252 14 | 10/10/2 012 06:41:30 PM | Unidentified person | | | ne to | not this one |
| 252 15 | 10/10/2 012 06:41:37 PM | Unidentified person | | | to , no s yahoo prosto ) | that's the one, but it's just from Yahoo |

■ Unidentified person   10/20/12 skype chat

| 252 16 | 10/10/2012 06:41:38 PM | ■ Unidentified person | ■ | ■ | sha dam | will send shortly |
|---|---|---|---|---|---|---|
| 252 18 | 10/10/2012 06:42:27 PM | ■ Unidentified person | ■ | ■ | <a href="http://www.marketwire.com/press-release/vsb-bancorp-inc-third-quarter-2012-results-of-operations-nasdaq-vsbn-1711167.htm">http://www.marketwire.com/press-release/vsb-bancorp-inc-third-quarter-2012-results-of-operations-nasdaq-vsbn-1711167.htm</a> | <a href="http://www.marketwire.com/press-release/vsb-bancorp-inc-third-quarter-2012-results-of-operations-nasdaq-vsbn-1711167.htm">http://www.marketwire.com/press-release/vsb-bancorp-inc-third-quarter-2012-results-of-operations-nasdaq-vsbn-1711167.htm</a> |
| 252 19 | 10/10/2012 06:42:28 PM | ■ Unidentified person | ■ | ■ | vot ! | here! |
| 252 20 | 10/10/2012 06:46:34 PM | ■ Unidentified person | ■ | ■ | А это которая на 40% отработала  <a href="http://www.marketwire.com/press-release/ocz-technology-announces-filing-extension-form-10-q-revised-revenue-estimate-second-nasdaq-ocz-1711112.htm">http://www.marketwire.com/press-release/ocz-technology-announces-filing-extension-form-10-q-revised-revenue-estimate-second-nasdaq-ocz-1711112.htm</a> | This is the one that changed 40%  <a href="http://www.marketwire.com/press-release/ocz-technology-announces-filing-extension-form-10-q-revised-revenue-estimate-second-nasdaq-ocz-1711112.htm">http://www.marketwire.com/press-release/ocz-technology-announces-filing-extension-form-10-q-revised-revenue-estimate-second-nasdaq-ocz-1711112.htm</a> |
| 252 21 | 10/10/2012 06:48:41 PM | ■ Unidentified person | ■ | ■ | ona tozhe vishla, a v adminek net | this one also came out but it is not in the adminka |
| 252 29 | 10/10/2012 09:21:31 PM | ■ Unidentified person | ■ | ■ | Слух, я тут в админке полазил, какието настройко поковырял(галочки разные и начало отображаться то чего не было) или мож ты уже подкутил, хз | listen, I went back in, messed around with checkboxes and now see things that were not there before, did you change anythin |

Eisenberg notes on 10/20/12 skype chat

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 252 30 | 10/10/2 012 09:46:02 PM | Jeremenko alias | Jeremenko o alias | Unidentified person | я ничего не менял | I did not change anything |
| 252 31 | 10/10/2 012 09:46:35 PM | Unidentified person | | | щл | |
| 252 32 | 10/10/2 012 09:46:36 PM | Unidentified person | | | ok | ok |
| 252 33 | 10/10/2 012 09:46:47 PM | Unidentified person | | | pokazivat stalo bolshe | it's now showing more |
| 252 34 | 10/10/2 012 09:46:53 PM | Jeremenko alias | Jeremenko o alias | Unidentified person | гуд | good |
| 252 35 | 10/10/2 012 09:47:00 PM | Unidentified person | | | prosto s galo4kami poexperementiroval ))) | it's just that I experimented with checkboxes |

# EXHIBIT 127

<message sender="DSU@darklife.ws" time="2011-04-21T03:24:20+03:00" alias="DSU"><div>ладно смотри сам</div></message>

<message sender="fly@darklife.ws" time="2011-04-21T03:24:23+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">я ему тцпо нехя не обяснил</span></div></message>

<message sender="fly@darklife.ws" time="2011-04-21T03:24:31+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">просто попросил прокосультироватса</span></div></message>

<message sender="DSU@darklife.ws" time="2011-04-21T03:24:38+03:00" alias="DSU"><div>)))</div></message>

<message sender=██████████s" time="2011-04-21T03:24:39+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">он мне сказал чтоб я ваще не лез</span></div></message>

<message sender=██████████s" time="2011-04-21T03:24:49+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">а еси лезу то не с большой сумой</span></div></message>

<message sender=██████████" time="2011-04-21T03:24:54+03:00" alias="DSU"><div>он прав</div></message>

<message sender=██████████" time="2011-04-21T03:25:23+03:00" alias=██████div>c небольшйо даже если проебеш то набереш опыт который хуй ты купиш</div></message>

<message sender=██████████" time="2011-04-21T03:25:42+03:00" alias=██████ <div>без инфы там делать нехуй если нету очнеь дохуя бабоса</div></message>

<message sender=██████████" time="2011-04-21T03:25:47+03:00" alias="DSU"><div>очень очень дохуя</div></message>

<message sender=██████████s" time="2011-04-21T03:26:05+03:00" alias=██████████v>чтоб хватало бабоса регулировать цены на акции компаний некоторых по своему желанию)</div></message>

<message sender=██████████ time="2011-04-21T03:26:37+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">так еще один вопрос </span></div></message>

<message sender=██████████ time="2011-04-21T03:26:41+03:00" alias=██████ <div>м?</div></message>

<message sender=██████████" time="2011-04-21T03:26:50+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">в принцыпе я этого иожидал в тових ответаз</span></div></message>

<message sender=██████████" time="2011-04-21T03:27:02+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">но я просто бля спать не могу понимаеш )))</span></div></message>

13

&lt;message sender="Unidentified hacker" time="2011-04-21T03:27:18+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;вопрос такой,как ты видеш совместную работу &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Unidentified hacker" time="2011-04-21T03:27:37+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;тоесть как и что будет происходить еси я вот все организовал &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Unidentified hacker" time="2011-04-21T03:27:46+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;и все готов и я вот уже могу работать &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:28:06+03:00" alias="Turchynov alias"&gt;&lt;div&gt;с нас доступ к инфе в более менее удобном веб интерфейсе&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" s" time="2011-04-21T03:28:40+03:00" alias="Turchynov alias"&gt;v&gt;дальще как договоримся в месяц или в сезон % поднимитесь совсем высоко со временем будете платить фиксировано в месяц бабос&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:29:16+03:00" alias="Turchynov alias"&gt;v&gt;с нач поддержка итд итп&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:29:21+03:00" alias="Turchynov alias"&gt;div&gt;что касается чатси инфы&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" ws" time="2011-04-21T03:29:30+03:00" alias="Turchynov alias"&gt;&lt;div&gt;как вы торгуете чо торгуете ваше дело&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" s" time="2011-04-21T03:29:34+03:00" alias="Turchynov alias"&gt;&lt;div&gt;+&lt;/div&gt;&lt;/message&gt;

&lt;status type="away" sender="Unidentified hacker" time="2011-04-21T03:29:51+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;Отошел &lt;/span&gt;&lt;/div&gt;&lt;/status&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:29:54+03:00" alias="Turchynov alias"&gt;&lt;div&gt;с вас доступ как для инвестора к счетам где бабос такой позволяет только смотреть что к чему&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" s" time="2011-04-21T03:30:00+03:00" alias="Turchynov alias"&gt;&lt;div&gt;еще&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:30:25+03:00" alias="Turchynov alias"&gt;div&gt;я анализирую постояно логи просмотренной инфы почую кидалово закрою доступ без каких либо обьяснений&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:30:33+03:00" alias="Turchynov alias"&gt;&lt;div&gt;тут тупо статистика&lt;/div&gt;&lt;/message&gt;

&lt;status type="online" sender="Unidentified hacker" time="2011-04-21T03:30:51+03:00"&gt;&lt;/status&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:31:15+03:00" alias="Turchynov alias"&gt;&lt;div&gt;да в конце каждого сезона список конторым по которым закупались со всеми нюансами сколько потратили сколько купили итд итп&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:31:22+03:00" alias="Turchynov alias"&gt;&lt;div&gt;чтоб посчитать чистую прибыль&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:31:26+03:00" alias="Turchynov alias"&gt;&lt;div&gt;и высчитать процент&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Unidentified hacker" time="2011-04-21T03:32:20+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;ясно подход суперский&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Unidentified hacker" time="2011-04-21T03:32:48+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;бывает перебой с постуоением инфы ?&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:16+03:00" alias="Turchynov alias"&gt;&lt;div&gt;как бы подход такой что кидать можно но не более чем на 10-15% и то через время спалится&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:19+03:00" alias="Turchynov alias"&gt;&lt;div&gt;флай&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:22+03:00" alias="DSU"&gt;&lt;div&gt;ну как те сказать&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:23+03:00" alias="Turchynov alias"&gt;&lt;div&gt;бывали&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:28+03:00" alias="Turchynov alias"&gt;&lt;div&gt;закрывали доступы&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:33+03:00" alias="Turchynov alias"&gt;&lt;div&gt;но мы их востонавливаем&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:41+03:00" alias="Turchynov alias"&gt;&lt;div&gt;бабос постоянно на эту тему тратится&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:45+03:00" alias="Turchynov alias"&gt;&lt;div&gt;руткиты&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:49+03:00" alias="Turchynov alias"&gt;&lt;div&gt;патчи&lt;/div&gt;&lt;/message&gt;

&lt;message sender="Turchynov alias" time="2011-04-21T03:33:50+03:00" alias="Turchynov alias"&gt;&lt;div&gt;итд итп&lt;/div&gt;&lt;/message&gt;

<message sender=[Turchynov alias] " time="2011-04-21T03:33:57+03:00" alias=[Turchynov alias] <div>то есть работы ведутся постоянно</div></message>

<message sender=[Turchynov alias] time="2011-04-21T03:34:02+03:00" alias=[Turchynov alias] ><div>но </div></message>

<message sender=[Turchynov alias] " time="2011-04-21T03:34:06+03:00" alias=[Turchynov alias] <div>шум помниш за насдак</div></message>

<message sender=[Turchynov alias] time="2011-04-21T03:34:11+03:00" alias=[Turchynov alias] iv>все бывает</div></message>

<message sender=[Unidentified hacker] s" time="2011-04-21T03:34:11+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">да</span></div></message>

<message sender=[Turchynov alias] time="2011-04-21T03:34:27+03:00" alias="DSU"><div>кто -то влез </div></message>

<message sender=[Turchynov alias] " time="2011-04-21T03:34:32+03:00" alias=[Turchynov alias] iv>но мне нашептали</div></message>

<message sender=[Turchynov alias] time="2011-04-21T03:34:36+03:00" alias=[Turchynov alias] div>что китайцы влезли</div></message>

<message sender=[Turchynov alias] time="2011-04-21T03:34:42+03:00" alias=[Turchynov alias] div>и спамили троянами</div></message>

<message sender=[Turchynov alias] time="2011-04-21T03:34:50+03:00" alias=[Turchynov alias] iv>внутрение мыльники потому шум поднялся</div></message>

<message sender=[Turchynov alias] " time="2011-04-21T03:34:53+03:00" alias=[Turchynov alias] iv>и пошла песда</div></message>

<message sender=[Unidentified hacker] " time="2011-04-21T03:35:22+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">ясно я так понял инфа не с одного источника </span></div></message>

<message [Turchynov alias] ="2011-04-21T03:35:26+03:00" alias=[Turchynov alias] <div>неа</div></message>

<message sender=[Unidentified hacker] " time="2011-04-21T03:35:27+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">верно ?</span></div></message>

<message sender=[Turchynov alias] " time="2011-04-21T03:35:31+03:00" alias=[Turchynov alias] iv>ога</div></message>

<message sender=[Unidentified hacker] " time="2011-04-21T03:35:34+03:00"><div><span style="font-family: Helvetica; font-size: 12pt;">сколько примерно их ?</span></div></message>

16

&lt;message sender=█████████" time="2011-04-21T03:35:50+03:00" alias=█████&lt;div&gt;их в общем пять&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:00+03:00" alias=█████div&gt;щас 2 сделанных 1 еще надо чтуь доделать&lt;/div&gt;&lt;/message&gt;

&lt;message sender=████████s" time="2011-04-21T03:36:11+03:00" alias=█████&lt;div&gt;й в разрабе&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:13+03:00" alias=█████iv&gt;1&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:14+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;аха ясно значб я со списком готов&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:20+03:00" alias=█████&lt;div&gt;и последний пока руки не дошли&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████time="2011-04-21T03:36:30+03:00" alias=█████&lt;div&gt;со списком?&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████ time="2011-04-21T03:36:36+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;не тебе &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:39+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;сорьки &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:43+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;не успеваю путаюсь&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:36:45+03:00" alias=█████&lt;div&gt;крупных источников такой инфы вообще в уса 5&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:37:21+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;угу я видел какие &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:37:27+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;какотйо хуйлов в шопе постанул )&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████ time="2011-04-21T03:37:45+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;потому спать не магу )&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender=█████████" time="2011-04-21T03:37:46+03:00" alias=█████&lt;div&gt;угу&lt;/div&gt;&lt;/message&gt;

&lt;message sender=████████s" time="2011-04-21T03:37:48+03:00" alias=█████&lt;div&gt;знаем уже кто&lt;/div&gt;&lt;/message&gt;

17

&lt;message sender="[REDACTED: Turchynov alias]" time="2011-04-21T03:37:52+03:00" alias="[REDACTED: Turchynov alias]"&gt;div&gt;но то пох&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Turchynov alias]" time="2011-04-21T03:37:58+03:00" alias="[REDACTED: Turchynov alias]"&gt;div&gt;1 из них мб кто-то бы сделал&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified hacker]" time="2011-04-21T03:38:00+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;да не только он&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified hacker]s" time="2011-04-21T03:38:04+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;есть еще пару хуев &lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified hacker]s" time="2011-04-21T03:38:10+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;которые интресовались&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified hacker]" time="2011-04-21T03:38:13+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;но я нах слал&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Turchynov alias]" time="2011-04-21T03:38:20+03:00" alias="[REDACTED: Turchynov alias]"&gt;&lt;div&gt;а второй который был на его разрабу 8 месяцев ушло в двоем потому забил бы нарожд&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Turchynov alias]" time="2011-04-21T03:38:24+03:00" alias="[REDACTED: Turchynov alias]"&gt;&lt;div&gt;не сделали бы&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Turchynov alias]" time="2011-04-21T03:38:27+03:00" alias="[REDACTED: Turchynov alias]"&gt;&lt;div&gt;флай&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Turchynov alias]" time="2011-04-21T03:38:34+03:00" alias="[REDACTED: Turchynov alias]"&gt;&lt;div&gt;ноги от одного типа ростут&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified hacker]" time="2011-04-21T03:38:41+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;мне нокл обяснил&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified person]s" time="2011-04-21T03:38:41+03:00" alias="[REDACTED: Unidentified alias]"&gt;&lt;div&gt;притом гнилого&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified person]" time="2011-04-21T03:38:47+03:00" alias="[REDACTED: Unidentified alias]"&gt;&lt;div&gt;ну норм&lt;/div&gt;&lt;/message&gt;

&lt;message sender="[REDACTED: Unidentified person]s" time="2011-04-21T03:39:14+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;ну я гнилить не собираюсь ,у мня с расчетами строго все&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

&lt;message [REDACTED: Unidentified person]" time="2011-04-21T03:39:24+03:00"&gt;&lt;div&gt;&lt;span style="font-family: Helvetica; font-size: 12pt;"&gt;все бабло отдаю всегда и всегда вовремя&lt;/span&gt;&lt;/div&gt;&lt;/message&gt;

# EXHIBIT 128

**Subject:** Fwd:
**From:** Pavel Dubovoy <dubovoyp@gmail.com>
**Date:** 7/20/2011 8:46 AM
**To:** ███████████████a

Отправлено с iPhone

Начало переадресованного сообщения:

**От:** Павел Дубовой <dubovoyp@gmail.com>
**Дата:** 12 июля 2011 г. 16:31:59 Восточноевропейское летнее время
**Кому:** Павел Дубовой <dubovoyp@gmail.com>

Arkadiy Dubovoy
Account number: ████94751
████ R1964  -  username
████1964  - Password
1██  - PIN
What city was your highschool  -   Belorechensk
Best Friend's name - Rudik
First Pet's Name - Barsik
City name where you met your wife - Dneprodzerzhinsk

# EXHIBIT 129

**From:** Павел Дубовой
**To:**
**Subject:** Fwd: Здравствуйте, Павел!
**Date:** Wednesday, October 12, 2011 2:31:59 PM
**Attachments:** this week.png
Untitled attachment 00013.txt
next week.png
Untitled attachment 00016.txt

>

> Здравствуйте,

>

> Во вторник после закрытия рынка отчитывались 7 стаков и в среду до открытия 5. К сожалению информацию на них мы не получили.

>

> 11 октября после закрытия рынка:

> ADTN, AA, EXFO, HCSG, JOEZ, NSR, SURG.

>

> 12 октября до открытия рынка:

> ASML, HST, INFY, PEP, PGR.

>

> Владислав попросил написать график отчетности компаний до конца следующей недели, возможно это поможет вам.

>

>

# EXHIBIT 130

My photo on Viber

**Subject:** My photo on Viber
**From:** Vladislav Khalupsky <vkhalupsky@gmail.com>
**Date:** 12/18/2013 1:49 PM
**To:** vkhalupsky2002@yahoo.com
**Return-Path:** <vkhalupsky@gmail.com>
**Received:** from ████████ 0.100] (dolphin.TeNeT.Odessa.UA. ████████ 2.114]) by mx.google.com with ESMTPSA id 1sm2476644eeg.4.2013.12.18.10.49.08 for <vkhalupsky2002@yahoo.com> (version=TLSv1 cipher=ECDHE-RSA-RC4-SHA bits=128/128); Wed, 18 Dec 2013 10:49:09 -0800 (PST)
**Content-Type:** multipart/alternative; boundary=Apple-Mail-3F2446CC-3E11-48C8-9984-715421FF5B09
**Content-Transfer-Encoding:** 7bit
**Message-ID:** <57AC2D40-1FE8-4D44-972A-58291939D42B@gmail.com>
**MIME-Version:** 1.0 (1.0)
**X-Mailer:** iPhone Mail (10A525)

Viber is a cool app that lets you call, text and share photos for free.
Get Viber: www.viber.com/dl

Yours,



Sent from my iPhone

1 of 1

# EXHIBIT 131

| **From:** | Leonard Momotok <leonard4m@gmail.com> |
|---|---|
| **Sent:** | Sunday, January 5, 2014 11:02 PM |
| **To:** | Leonard Momotok <leonard4m@gmail.com> |
| **Subject:** | oleh |
| **Attach:** | oleh IB.pdf |

SEC-Momotek-E-0004612

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 COL | 17 A7S | 31 KS3 | 49 4X9 | 65 I17 | 81 64C | 97 KHL |
| 2 CJK | 18 KKN | 34 JAO | 50 PBR | 66 3FX | 82 LY1 | 98 N9C |
| 3 TSH | 19 7IF | 35 ISN | 51 6PY | 67 WVA | 83 VN4 | 99 X1Q |
| 4 HVB | 20 SEC | 36 FLM | 52 FQX | 68 E5C | 84 IX4 | 100 EIO |
| 5 YIF | 21 CHW | 37 3TB | 53 AQO | 69 QA2 | 85 0WP | 101 ASY |
| 6 PIY | 22 P3C | 38 GPL | 54 MNH | 70 0OO | 86 CIJ | 102 2WD |
| 7 M6R | 23 7KJ | 39 ZWB | 55 FB3 | 71 1HQ | 87 DD0 | 103 TEC |
| 8 UT5 | 24 8F3 | 40 DG2 | 56 W9K | 72 ACA | 88 EOG | 104 IPE |
| 9 ZM3 | 25 PN4 | 41 1LF | 57 P43 | 73 7NY | 89 392 | 105 1FL |
| 10 RP1 | 26 THO | 42 87I | 58 JEZ | 74 AGZ | 90 P2G | 106 9P2 |
| 11 EH3 | 27 ZW0 | 43 XBI | 59 B6O | 75 4VG | 91 39V | 107 XBN |
| 12 X7G | 28 X3P | 44 PSV | 60 3CR | 76 53U | 92 8WB | 108 4RA |
| 13 BY6 | 29 HX2 | 45 O1M | 61 RL3 | 77 KWD | 93 C9U | 109 96P |
| 14 IEU | 30 O5Z | 46 H1M | 62 CH0 | 78 JKW | 94 V1Z | 110 REM |
| 15 HI3 | 31 7IL | 47 CAI | 63 9TY | 79 1XK | 95 3X4 | 111 PU8 |
| 16 RRN | 32 Y60 | 48 P5B | 64 L4O | 80 BKN | 96 UXO | 112 LSF |

| | | | | | | |
|---|---|---|---|---|---|---|
| 113 LD4 | 129 124 | 145 BI1 | 161 JYS | 177 ICW | 193 X5K | 209 19W |
| 114 KNN | 130 WVY | 146 VEI | 162 LWT | 178 U04 | 194 FHH | 210 AC5 |
| 115 9RK | 131 UUY | 147 PJD | 163 FKA | 179 DPY | 195 EKL | 211 5NH |
| 116 HSY | 132 R4K | 148 T4B | 164 5DM | 180 E1G | 196 3OZ | 212 31W |
| 117 63O | 133 K75 | 149 YII | 165 5NF | 181 WEU | 197 43L | 213 47J |
| 118 NPX | 134 70A | 150 BP4 | 166 SJ8 | 182 A7Y | 198 Y6D | 214 VQG |
| 119 4NU | 135 IBA | 151 K07 | 167 ZEA | 183 4O4 | 199 V5Y | 215 81G |
| 120 N4G | 136 IHN | 152 0FC | 168 74F | 184 7K7 | 200 O5C | 216 VLK |
| 121 W40 | 137 ZZU | 153 RQK | 169 MVR | 185 472 | 201 ESZ | 217 NR5 |
| 122 U4W | 138 PSU | 154 Z3J | 170 4N4 | 186 KLD | 202 WFY | 218 V9L |
| 123 ZJ5 | 139 GMD | 155 CXP | 171 P1W | 187 P3E | 203 8HL | 219 9HL |
| 124 XLU | 140 GGI | 156 SKO | 172 5J3 | 188 3WF | 204 5ZM | 220 FBO |
| 125 VX1 | 141 9T6 | 157 TX9 | 173 7V2 | 189 LWQ | 205 CRH | 221 TPZ |
| 126 QIC | 142 KHD | 158 Q3F | 174 VWC | 190 X3I | 206 SUL | 222 D4G |
| 127 6FB | 143 H9H | 159 K6U | 175 5S2 | 191 0WY | 207 4HZ | 223 ORI |
| 128 HLU | 144 DZG | 160 MGG | 176 V1Z | 192 O8W | 208 AGO | 224 Q2M |

87060021

SEC-Momotek-E-0004613