# EXHIBIT 132

| From: | igor dubovoy <dubovoy1@gmail.com> |
| Sent: | Wednesday, June 6, 2012 4:10 PM |
| To: | Leonard4m@gmail.com |
| Subject: | Fwd: security |

login 1. Ddexport1

Login 2 miadvising1

Password. ███nka1

---------- Forwarded message ----------
From: "igor dubovoy" <dubovoy1@gmail.com>
Date: Jan 24, 2012 3:50 PM
Subject: security
To: <375293099999.by@gmail.com>

1.in what city was your high school

    alpharetta
2. In what city were you married
    atlanta

3. In what city were you born
    izmail

4 What wad your paternal grandfathers first name
    pavel

--
Igor Dubovoy
███████-7771

SEC-Momotek-E-0004079

**From:** Leonard Momotok <leonard4m@gmail.com>
**Sent:** Sunday, July 22, 2012 3:04 AM
**To:** Leonard Momotok <leonard4m@gmail.com>
**Subject:**

---

Question #1:        In what city was your high school? (Enter full name of city only.)

Answer:                        ████/

Question #2:        What was the first name of your first manager?

Answer:                        sarnyr

Question #3:        What was the name of your first pet?

Answer:                        sarnyt

Question #4:        What is your paternal grandfather's first name?

Answer:                        sarnye

$spx

Olehbosiuk@gmail.com oleh12345 verifiy L2m.aol.com  troskovets
████9810  ████-67  PASP ████5631  zip02099
Rosijska 31/160

Velrostyslav      ████345  veryfy  L4m@gmail.com  ████7 4993

E trade L4m s…..4..2  ████6 5338 ext  0256 Robert Chapdelaine
P 8645 customer serv 800 387 2331

        L9m st00  phone32.2
Ameritrade Acc ████2779

Andrey Momotok
████979
SSN: ████7630

Bank of America
Routing#: ████0024
Account#: ████2460 (Growth Money Market Savings)other account  531 044 3684
DL # MOMOTA*212PQ  ex 10/18/2011
L2m  s00tucco  At what hospital were you born?  S…yn  Your new Schwab One Brokerage account number is ████3160.

509 585-1145

SEC-Momotek-E-0004234



1711 W 40th Ave
Kennewick, WA 99337

TiSport LLC
2701 West Court Street
Pasco, WA 99301

Address
Citibank, N.A. (New York Branch)
111 Wall St, 19th floor, New York, NY, 10043, United States
SWIFT BIC Code: CITI US 33
ABA Number: ████089
Bank Account Name: Interactive Brokers UK Ltd.
Interactive Brokers UK Ltd. Bank account number at Citibank: ████8988
Wire Beneficiary Address: Interactive Brokers (U.K.) Ltd, One Carey Lane, Fifth floor, London, England, EC2V 8AE, United Kingdom
For further benefit to: ████463 / Oleh Bosiuk
Questions DOB ████/1967  ████4463  bosiuk321  b3....1

All kiev + last letter

    CIM  b3....1  S...C011

Manufacturing ice cream making

Cim st...011  Anastasia.Orlova@cimbanque.ch  ████████5369 PS B3....1T79HJFLGGJGKJOIG;OIKJGKGKJGKJ


Tradestation  ████7799 accont bosiuk31  oleh15    all kiev and last 800 822 0512

████████810   1████67  PASP ████531


Olehbosiuk@gmail.com oleh12345 verifiy L2m.aol.com troskovets

████79810  ████67  PASP █████631


    Rosijska 31/160  zip02099 Kiev  DOB ████/1967

Phone 095 767 4993 IB    Rostik321  ros12345    all lutsk plus last letter  mail velrostyslav  ros12345

095 916 9842 ros sent

████8944  Date of birth ████1970 ████ 1970  trotskovetss?  Security device pin 3..2 for IB

Kvartal Holmogorskiy 35  Lugansk  zip 91043

Phone ████9 7791 real

SEC-Momotek-E-0004235

Atm ███████3 5603   exp  05-12   tree digit 529

Velrostyslav     ros12345   veryfy  L4m@gmail.com   38 095 767 4993 added for gmail

Tolia ss ████-6549  Date of Birth████-1970  BA # ███████9356

Address 4814 Metaline Ave, Kennewick WA 99336

Shabatall   ps 4814todi    wedding anywersary month     april  DL S███████05NW

**Schwab rostik  ros15    # 9911-0875  phone ███████67 4993**

**Kvartal Holmogorskiy 35  Lugansk  zip 91043  Date of birth ███████-1970 ███████1970 troskovetss?**

**R J Construction Sovetskaya 22     415  667 8400**

**562 Lakeland plaza # 288, Cumming GA 30040 Rostyslav Velychko**

**Trade station ████7917**

Lutsk  e   vedgetable

SEC-Momotek-E-0004236

| From: | Leonard Momotok <leonard4m@gmail.com> |
|-------|----------------------------------------|
| Sent: | Friday, April 26, 2013 12:41 PM |
| To: | igor dubovoy <dubovoy1@gmail.com> |
| Subject: | info |

https://www.mbtrading.com/clientArea/Login.aspx?logout=1&CompanyId=1

Login  **alpha54321**
**all questions izmail plus first  letter of last word in question of last**

**4digit code 5432**

SEC-Momotek-E-0004499

| From: | Leonard Momotok <leonard4m@gmail.com> |
| Sent: | Thursday, October 10, 2013 1:06 AM |
| To: | shkotovo17@hotmail.com |
| Subject: | info |

| | |
|---|---|
| **Amount** | U.S. Dollar Amount |
| **Pay** | Citibank NA |
| **Citibank Address** | 111 Wall Street— New York, NY 10005 |
| **Citibank ABA#** | ██████089 |
| **For Credit to** | Charles Schwab & Co., Inc. |
| **Account #** | ██████3953 |
| **In Line 1 of Detail** | Full title & Account Number of Your Schwab Account<br>name on account Leonid Tovkach   account number at schwab ██████-4224 |

SEC-Momotek-E-0004589

| | |
|---|---|
| **From:** | Leonard Momotok <leonard4m@gmail.com> |
| **Sent:** | Sunday, January 5, 2014 11:02 PM |
| **To:** | Leonard Momotok <leonard4m@gmail.com> |
| **Subject:** | oleh |
| **Attach:** | oleh IB.pdf |

SEC-Momotek-E-0004612

```
1 COL    17 A7S   33 KS3   49 4X9   65 I17   81 64C   97 KHL
2 CJK    18 KKN   34 JAO   50 PBR   66 3FX   82 LY1   98 N9C
3 TSH    19 7IF   35 ISN   51 6PY   67 WVA   83 VN4   99 X1Q
4 HVB    20 5EC   36 FLM   52 FQX   68 ESC   84 IX4   100 EIO
5 YIF    21 CHW   37 3TB   53 AQO   69 QA2   85 0WP   101 ASY
6 PIY    22 P3C   38 GPL   54 MNH   70 OOO   86 C1J   102 2WD
7 M6R    23 7KJ   39 ZMB   55 FB3   71 1HQ   87 DD0   103 TEC
8 UT5    24 8F3   40 DG2   56 M9K   72 ACA   88 EOG   104 IPE
9 ZM3    25 PN4   41 1LF   57 P43   73 7NY   89 39Z   105 1FL
10 RP1   26 TH0   42 87I   58 JEZ   74 AG2   90 P2G   106 9P2
11 EH3   27 ZW0   43 XBI   59 B6O   75 4VG   91 39V   107 XBN
12 X7G   28 X3P   44 PSV   60 3CR   76 53U   92 8WB   108 4RA
13 BY6   29 HX2   45 O1W   61 RL3   77 KWD   93 C9U   109 96P
14 IEU   30 O5Z   46 H1M   62 CH0   78 JKW   94 VIZ   110 REM
15 HI3   31 7IL   47 CAI   63 9TY   79 1XK   95 3X4   111 PU8
16 RRN   32 Y60   48 P5B   64 L4O   80 BKN   96 UXO   112 LSF
```

```
113 LD4   129 124    145 BI1   161 JYS   177 ICW   193 X5K   209 19W
114 KNN   130 WVY    146 VEI   162 LMT   178 U04   194 FHH   210 AC5
115 9RK   131 UUY    147 PJD   163 FKA   179 DPY   195 EKL   211 5NH
116 HSY   132 R4K    148 T4B   164 5DM   180 E1G   196 3O2   212 31W
117 63O   133 K75    149 YII   165 5NF   181 WEU   197 43L   213 47J
118 NPX   134 70A    150 BP4   166 SJ8   182 A7Y   198 Y6D   214 VQG
119 4NU   135 IBA    151 K07   167 ZEA   183 4O4   199 V5Y   215 81G
120 N4G   136 IHN    152 0FC   168 74F   184 7K7   200 0SC   216 VLK
121 W40   137 ZZU    153 RQK   169 MVR   185 47Z   201 ESZ   217 NR5
122 U4W   138 PSU    154 Z3J   170 4N4   186 KLD   202 WFY   218 V9L
123 2J5   139 GMD    155 CXP   171 P1N   187 P3E   203 8HL   219 9HL
124 XLU   140 GGI    156 SKO   172 5J3   188 3WF   204 5ZM   220 FBO
125 VX1   141 9T6    157 TX9   173 7V2   189 LWQ   205 CRH   221 TPZ
126 QIC   142 KHD    158 Q3F   174 VWC   190 X3I   206 SUL   222 D4G
127 6FB   143 H9H    159 K6U   175 5S2   191 OWY   207 4HZ   223 0RI
128 HLU   144 DZG    160 MGG   176 V12   192 O8M   208 AGO   224 Q2M
```

87060021

SEC-Momotek-E-0004613

| From: | O <olehbosiuk@gmail.com> |
|---|---|
| Sent: | Wednesday, February 19, 2014 1:48 PM |
| To: | leonard4m@gmail.com |
| Subject: | Fwd: Your TradeStation Account Application |
| Attach: | image001.jpg; Untitled attachment 05469.htm; image002.jpg; Untitled attachment 05472.htm; Passport.jpg; Untitled attachment 05475.htm; Passprt O B.pdf; Untitled attachment 05478.htm |

Sent from my iPhone

Begin forwarded message:

> From: O B <olehbosiuk@gmail.com>
> Date: April 18, 2012, 4:19:32 PM EDT
> To: ACCOUNT SERVICES <AccountServices@tradestation.com>
> Subject: Re: Your TradeStation Account Application
> Dear David Batchelder,
> Please find attached copy of my passport and as for fees I would like to have flat fee
> Regards
> Oleh Bosiuk
>
> On Wed, Apr 18, 2012 at 4:06 PM, ACCOUNT SERVICES <AccountServices@tradestation.com> wrote:
>>
>> Dear Mr. Bosiuk,
>>
>>
>>
>> To complete your account application, please provide the following information and/or documentation; if required, links to TradeStation / TradeStation Europe Limited Forms have been included. Click on the link, print, complete, and return via e-mail or fax, unless otherwise instructed.
>>
>>
>>
>> Elect your commission schedule, Per Share or Flat Fee - This is an important decision that should be made by you after careful analysis of the fee commission choices found at TradeStation Commissions.
>> Provide a copy of your valid passport.
>>
>>
>> After receiving the requested information and/or documentation, please allow one (1) business day for processing; we will follow-up with you promptly if we require any additional information and/or documentation.
>>
>>
>>
>> For assistance completing the required forms or have questions regarding the processing of your application, please contact me.
>>
>>
>>
>> Regards,

>>
>>
>>
>> David Batchelder
>>
>> Account Services Specialist
>>
>> dbatchelder@tradestation.com
>>
>> (p): 954-652-7811
>>
>> (f): 954-652-5497
>>
>>
>>
>> TradeStation ®
>>
>> www.tradestation.com
>>
>> 8050 SW 10th Street
>>
>> Suite 2000
>>
>> Plantation, Florida 33324
>>
>>
>>
>> Equities, equities options and futures products and services are offered by TradeStation Securities, Inc.
(Member NYSE, FINRA, NFA and SIPC).  Forex products and services are offered by TradeStation Forex, Inc.
(Member NFA)
>>
>>
>>
>> TradeStation Group, Inc. is the parent company of four operating subsidiaries, TradeStation Securities, Inc.
(Member NYSE, FINRA, SIPC and NFA), TradeStation Forex, Inc. (Member NFA), TradeStation
Technologies, Inc., a trading software and subscription company, and TradeStation Europe Limited, a United
Kingdom, FSA-authorized introducing brokerage firm. None of these companies provides trading or investment
advice, recommendations or endorsements of any kind. The information transmitted is intended only for the
person or entity to which it is addressed and may contain confidential and/or privileged material. Any review,
retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by
persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the
sender and delete the material from any computer.
>

SEC-Momotek-E-0004685

# EXHIBIT 133

| | |
|---|---|
| **From:** | Leonard Momotok <leonard4m@gmail.com> |
| **Sent:** | Monday, April 1, 2013 8:11 PM |
| **To:** | nadiaw@apddevelopers.com |
| **Subject:** | application |
| **Attach:** | options house aplication.pdf |

# EXHIBIT 134

**PRINT, SIGN and SEND YOUR APPLICATION**

This document may print on several pages. Please make sure you read and send us all the printed pages to expedite the opening of your account.

Send or Fax to: OptionsHouse, LLC
P.O. BOX 812
Chicago, IL 60690

Fax Number: (866) 492-2478

**NEWF**

optionshouse.

**INDIVIDUAL Account Application**

**Primary Applicant**

Pending Application Number: ■8957

Comments (Office Use Only)

| | |
|---|---|
| Citizenship: | U.S. Resident Alien |
| Presence In United States: | 20 Years |
| Left The US During That Time? | Yes |
| For How Long? | 3 Weeks |
| Account Type: | Individual, Margin |

**Personal Profile: Email Address And Security Question**

| | |
|---|---|
| Email Address: | ■■■■@gmail.com |
| Username: | alpha5432100 |
| Security Question: | Firstcar |
| Security Answer: | lzmails |

| | |
|---|---|
| Prefix: | |
| First Name: | Arkadiy |
| Middle Name: | |
| Last Name: | Dubovoy |
| Suffix: | |
| Social Sec. Number: | ■■■6147 |
| Date Of Birth: | ■■■1964 |
| Marital Status: | Married |
| Dependents: | 3 |
| Residential Address: | 3374 Cedar Farms CT<br>Alpharetta , Georgia, 30004 |
| Phone (Day): | (404) 247-6088 |
| Phone (Evening): | |
| Fax: | |

| | |
|---|---|
| **Employment Status:** | Employed |
| Employer: | APD Custom Homes |
| Occupation: | Manager |
| Employer Address: | 6495 Shiloh RD, Suite 400<br>Alpharetta, Georgia, 30005 |
| Employer Country: | United States Of America |
| Associated With FINRA/Exchange Firm: | No |

**Financial Profile**

| | |
|---|---|
| Annual Gross Income: | $100,001 To $250,000 |
| Net Worth: | Over $250,000 |
| Liquid Net Worth: | Over $250,000 |
| Federal Tax Bracket: | Approx. 30% To 45% |

**Investing Profile**

| | |
|---|---|
| Years Of Trading Experience: | 10 Years Of Options Trading<br>15 Years Of Trading Stocks |
| Avg. Trades Per Year: | 300 Options; 300 Stocks |
| Experienced Trading Online: | No |
| Investment Objectives: | Speculation |
| Trading Strategies: | Buy Stock And Options<br>Trade Cash Covered Puts, Covered Calls,<br>Protective Puts<br>Buy Spreads<br>Sell Spreads |

> 10% Public Company Ownership:

**Agreements:**
New Account Application - NEWF
Customer Account Agreement - CAGR
Customer Agreement - UMIS
Option Agreement - OPTA
Characteristics And Risks
Special Statement For Uncovered Options Writers
Short Stock Agreement - UMIS
Margin Disclosure Document - UMIS
Margin Agreement - MRGN

**Agreement to "Customer Agreement" and other Account Agreements:**

I (or we) hereby request that OptionsHouse, LLC, ("OptionsHouse") open an account as indicated above, and I acknowledge that I have read and understood the "Customer Agreement" and all Account Agreements that govern this account, including agreements regarding use of data and exchange quotes, and I agree to be bound by these agreements as currently in effect and as amended from time to time and posted on the OptionsHouse website. I have legal capacity to enter into and be bound by this legal contract. I agree that the information I have provided to OptionsHouse is complete, accurate, and true. Further, I agree to immediately advise OptionsHouse of any material changes to the information I have provided, including but not limited to my financial status, investment objectives, residence, employment or legal status. I agree to receive all account notices, including all confirmation of trades, by electronic means and to access my account regularly to receive such notices. I EXPRESSLY ACKNOWLEDGE THAT OPTIONSHOUSE DOES NOT MAKE RECOMMENDATIONS REGARDING INVESTMENTS, TAXES, OR LEGAL MATTERS. BY SIGNING BELOW, THE UNDERSIGNED CERTIFIES THAT THE INFORMATION CONTAINED HEREIN IS COMPLETE AND ACCURATE. **I understand that my account is governed by a pre-dispute arbitration clause contained in OptionsHouse "Customer Agreement" section #24.**

**Important Information About Procedures for Opening a New Account**

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask you to provide us with a copy of your driver's license or other identifying documents.

**Citizenship**

Due to differing tax implications and foreign securities regulations, OptionsHouse is not able to maintain accounts for customers residing outside of the United States on a long-term or permanent basis. If you plan on leaving the United States on a long-term or permanent basis, please contact OptionsHouse ten (10) days in advance of your departure for further assistance. Customer hereby confirms the information furnished to OptionsHouse on the account application is true and accurate. Customer also acknowledges and agrees to contact OptionsHouse if there are any changes to their US visa, permanent residency status or should they leave the United States on a long-term or permanent basis. Customer further agrees to contact OptionsHouse when changes to their personal information have occurred, such as email address, physical address or phone number. OptionsHouse reserves the right to request additional information of the account holder during the account sign-up process or as long as the account is held at OptionsHouse.

**Options Agreement Terms**

I represent that I am aware of the inherent risks associated with options trading and that I am financially able to bear such risks and withstand options trading losses. I have read and understood the terms and conditions that govern this options account and the special risk statement for uncovered option writers, where applicable, and agree to be bound by them as currently in effect and as amended from time to time. I have also fully read and understood the disclosure document entitled Characteristics and Risks of Standardized Options issued by the Options Clearing Corporation and delivered to me by OptionsHouse, LLC either electronically or in hard copy.

---

**Disclosure of Name/Address on Securities You Own**

Under SEC Rule 14b-1(c), brokerage firms are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities.

_____ I object to the disclosure of such information

---

**Margin Account Information**

By signing below, the undersigned agrees to all terms of the Margin and Short Account Agreement ("Agreement"). The undersigned acknowledges that the undersigned's margin account securities may be borrowed by you or loaned to others. The undersigned also acknowledges receipt of a copy of this Agreement and a copy of the Margin Risk Disclosure Statement.

**Payment Instructions**

Unless otherwise instructed, you agree that securities will be held in street name, the proceeds of any securities transactions, including maturities and dividends, will be credited to your account and your available credit balances will be swept into a money market account.

---

**Certification of Taxpayer Number (Substitute W-9):**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because:
   a. I am exempt from backup withholding, or
   b. I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or
   c. the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

X _____

Customer Signature, Pending Application#▮▮▮▮8957                              Date

# NEWF

# EXHIBIT 135

| From: | Vitaly Korchevsky <vkorchevsky@gmail.com> |
|---|---|
| Sent: | Thursday, August 22, 2013 7:37 PM |
| To: | Dubovoy01 <dubovoy01@gmail.com> |
| Subject: | Re: реквизиты счета Freatta Business Inc |

need following info:

Vitaly


We are missing the passport and utility bill for any named individuals (Alfred Brewster and Dubovyi Viacheslav), and information on the source of funds/wealth.


Thank you.


Regards,

Tim

Passport need in a scan PDF file format....

thx


2013/7/5 Dubovoy01 <dubovoy01@gmail.com>

> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** "Павел Дубовой." <dubovoyp@gmail.com>
>> **Date:** July 5, 2013, 5:06:52 AM EDT
>> **To:** "Аркадий. Дубовой." <dubovoy01@gmail.com>
>> **Subject: Fwd: реквизиты счета Freatta Business Inc**
>>
>>
>> Отправлено с iPhone
>>
>> Начало переадресованного сообщения:
>>
>>> **От:** Ирина Курганова <kurganova@campiogroup.com>

**Дата:** 5 июля 2013, 12:00:00 GMT+03:00
**Кому:** <dubovoyp@gmail.com>
**Тема: FW: реквизиты счета Freatta Business Inc**

Павел, добрый день!

Уведомляем Вас, что по компании Freatta Business Inc счет в Norvik Banka открыт. В приложении данного письма находятся реквизиты данного счета. Также просим Вас выслать нам контракт на инвестирование денег в венчурный фонд, так как он должен был быть предоставлен в момент открытия счета, но банк пошел Вам на встречу и открыл счет без контракта, но при условии, что он будет предоставлен в кратчайшие сроки.

Заранее благодарим за понимание!

Sincerely yours,

Kurganova Iryna

Director of Kiev office

Shota Rustaveli str., 44, 2nd Floor,

Office 1, Kyiv, Ukraine, 01033
Mob.: +380 67 624 80 02

Tel.: +380 44 592 87 53

Fax: +380 44 569 59 32

E-mail:
kurganova@campiogroup.com

Web: www.campiogroup.com

Join us on

and

**Конфиденциальность:** Это сообщение и любые документы, приложенные к нему, содержат конфиденциальную информацию, которая защищена законом. Если это сообщение не предназначено Вам, настоящим уведомляем Вас о том, что использование, копирование, распространение информации, содержащейся в настоящем сообщении, а также осуществление любых действий на основе этой информации, строго запрещено. Если Вы получили это сообщение по ошибке, пожалуйста, сообщите об этом отправителю по электронной почте: kiev@campiogroup.com и удалите это сообщение.

**Confidentiality:** This e-mail or any attachments hereto are confidential and protected by applicable law. If you have received this e-mail in error, we hereby notify you that any use, disclosure or copying of this email or taking of any action in reliance upon this information is strictly prohibited. In case you have received this e-mail by mistake, please notify the sender hereof accordingly via e-mail: kiev@campiogroup.com and delete this e-mail.

8/5/2015

# EXHIBIT 136

| From: | Knowles, Anastasia <anastasia.knowles@rbc.com> |
|-------|-----|
| Sent: | Wednesday, March 21, 2012 9:29 PM |
| To: | leonard4m@gmail.com |
| Subject: | RBC Wealth Management - New Account Opening Forms - Personal Private Banking |
| Attach: | New Account Opening Forms - Personal PB 2011.doc |

<<New Account Opening Forms - Personal PB 2011.doc>>

Dear Mr. Bosiuck,

It was a pleasure to have spoken with you earlier.

As promised, I have attached a copy of our forms and requirements for the establishment of a Private Banking account with us. If you have any questions, please do not hesitate to contact me. I will forward a copy of our fees under separate cover,

Thank you and I look forward to hearing from you,

Best regards,

Anastasia

**Anastasia N. S. Knowles**| Manager, Private Banking| **RBC Wealth Management**| Nassau Bahamas, **Lyford Cay House, Western Road, Floor #3**|Tel.242-702-5900, Direct: 242-702-5913 Fax. 242-702-5970 or 242-702-5971 http://www.rbcwminternational.com/

Institutional Trust Team of the Year | STEP Private Client Awards 2011/12

Best Private Banking Services Overall – Caribbean | Euromoney 2010 & 2011 Private Banking Awards

This [email] may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this [email] or the information it contains by other than an intended recipient is unauthorized. If you received this [email] in error, please advise the sender (by return [email] or otherwise) immediately. You have consented to receive the attached electronically at the at the above-noted address; please retain a copy of this confirmation for future reference.

SEC-Momotek-E-0004114

# EXHIBIT 137

| | |
|---|---|
| **From:** | Larisa Plodovskaya <LarisaP@apddevelopers.com> |
| **Sent:** | Wednesday, August 21, 2013 6:57 PM |
| **To:** | vkorchevsky@gmail.com |
| **Subject:** | Freatta Business Inc. |
| **Attach:** | 0935_001.pdf |

Vitaly,

Attached please find documents in response to the due diligence request.

I will send a second email with POA and Articles of Association.


Larisa Plodovsky
APD Developers, Inc.
678/845-0293 direct
678/845-0290 x1016
678/845-0295 fax
███████ cell

# EXHIBIT 138



# Republic of Seychelles

## INTERNATIONAL BUSINESS COMPANIES ACT, 1994
## (Act 24 of 1994)

### Certificate of Incorporation

THIS IS TO CERTIFY that, having satisfied all the requirements in respect of incorporation under the International Business Companies Act, 1994,

**Freatta Business Inc.**

is incorporated in the Republic of Seychelles as an International Business Company,

on this   **12**th day of   **June 2013**

Given at Victoria, Seychelles.

Randolf Samson
*Seychelles International Business Authority*
REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

Company No:   **126477**

# THE INTERNATIONAL BUSINESS COMPANIES ACT, 1994

## REPUBLIC OF SEYCHELLES

## Freatta Business Inc.

### Company Number: 126477

SEYCHELLES INTERNATIONAL BUSINESS AUTHORITY

12 JUN 2013

P.O. 991, VICTORIA, MAHE SEYCHELLES

### MEMORANDUM OF ASSOCIATION

1. The name of the company is Freatta Business Inc..

2. The registered office of the company is situated Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles

3. The registered agent of the company is Alpha Consulting Ltd of Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles

4. The objects of the company are to engage in any act or activity that is not prohibited under any law for the time being in force in Seychelles, provided that the company shall not carry on any banking, insurance, reinsurance or trust business.

5. The authorised capital of the company is One Hundred Thousand United States Dollars (US$100,000.00) which consists of One Hundred Thousand (100,000) shares of One United States Dollar (US$1.00) each and the aggregate of the par value of the shares that the company is authorised to issue is equal to its authorised capital.

6. All the shares in the company shall be issued in United States Dollars.

7. All the shares in the company shall be of the same class and series.

8. All the shares in the company shall be ordinary shares. All the shares of the company shall carry equal voting rights, equal rights to dividends, equal rights to the return of capital and participation in surplus assets on a winding-up and shall rank pari passu in every other respect.

9. The directors are authorised to issue shares as registered shares or to bearer as they may determine by resolution.

10. Shares issued as registered shares may be exchanged for bearer shares and vice-versa.

11. Notice required to be given to members of the company shall be given to the holders of the bearer shares in the following manner:
   a) by publishing the notice, information or written statement required to be given to members under the Act in the Gazette, a newspaper circulating in Seychelles, a newspaper circulating in the place where the company has its principal office, and where a company is registered in a branch office, a newspaper circulating in the country of jurisdiction where the branch is situated, or

b) in the event that the holder of bearer shares has provided the registered agent with an address for service of notices, the notice shall be served in the same manner as notices are served on holders of registered shares.

**We, undersigned subscribers are desirous of being formed into an International Business Company to be governed by this Memorandum of Association.**

12th day of June 2013

**Subscriber's signature:**

Name:

Ms. Gina Kilindo
For and on behalf of Alpha Consulting Ltd
Suite 1, Second Floor, Sound & Vision House,
Francis Rachel Str., Victoria, Mahe, Seychelles

Address:

**Witness to the above signature**

Name:

Ms. Genevieve Uzice
Belvedere, Mahé, Seychelles

Address:

SEYCHELLES
INTERNATIONAL
BUSINESS AUTHORITY

12 JUN 2013

BOX 991 VICTORIA, MAHE
SEYCHELLES

2

**SHARE CERTIFICATE**

# FREATTA BUSINESS INC.

Incorporated under the Laws of the Territory of the Seychelles

No. of Certificate

| 1 |
|---|

No. of shares

| 1 |
|---|

**THIS IS TO CERTIFY** that *Mr. Alfred Victor Brewster, Baie Lazare, Mahe, Seychelles* is the Registered Proprietor of *One (1)* Share of *US$ 1.00* numbered *1* to *1* inclusive in the above-named Company subject to the Memorandum and Articles of Association thereof.

Dated this *12th day of June 2013.*



_____

Mr. Alfred Victor Brewster
Director

CERTIFIED TRUE COPY OF ORIGINAL



JOEL F. CAMILLE
NOTARY PUBLIC



### REGISTER OF MEMBERS OF

# Freatta Business Inc.

(a company incorporated in Seychelles on the 12th day of June 2013, registration number No.126477,

and having its registered office at Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles)

| MEMBER'S NAME | NUMBER OF SHARES | CLASS AND SERIES OF SHARES (IF ANY) | CERTIFICATE NUMBER | SHARE NUMBERED | DATE OF ACQUISITION | TRANSFER OF SHARES | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DATE OF CANCELLA-TION | NUMBER OF SHARES | TRANSFER-EE |
| Mr. Alfred Victor Brewster | 1 | Registered | 1 | 1-1 | 12th day of June 2013 | | | |
| | | | | | | | | |
| | | | | | | | | |
| ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- |

**Dated this 12th day of June 2013**

**REGISTER OF DIRECTORS AND OFFICERS OF**

# Freatta Business Inc.

(a company incorporated in Seychelles on the 12th day of June 2013, registration number No.126477,
and having its registered office at Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles)

| DIRECTOR'S NAME | ALTERNATE DIRECTOR'S NAME | ADDRESS | OCCUPATION | APPOINTED | RESIGNED |
|---|---|---|---|---|---|
| **Mr. Alfred Victor Brewster** | ------- | **Baie Lazare, Mahe, Seychelles** | Director | **12th day of June 2013** | |
| | | | | | |

| OFFICER'S NAME | OFFICE HELD | ADDRESS | OCCUPATION | APPOINTED | RESIGNED |
|---|---|---|---|---|---|
| -------------------------------- | ------- | ------------------------------------ | ---------- | ---------- | ---------- |

**DATED: 12th day of June 2013**

# THE INTERNATIONAL BUSINESS COMPANIES ACT, 1994

## RESOLUTION OF SUBSCRIBER IN WRITING

### Freatta Business Inc.

Company № 126477

The undersigned being the subscriber to the Memorandum of the above named company declare as follows:

1. It is resolved that the following person be and is hereby appointed as the director of the company:

   **Mr. Alfred Victor Brewster**

   **Baie Lazare, Mahe, Seychelles**

2. It is resolved that the Director be and is hereby authorised to issue share certificates as registered shares or bearer shares.

3. It is resolved that all the rights of the subscriber shall expire upon acceptance by the directors of the company of their appointment duly notified in writing to the subscriber.

Made in two originals this 12th day of June 2013

..............................

Ms. Gina Kilindo
For and on behalf of
Alpha Consulting Ltd
Subscriber

# THE INTERNATIONAL BUSINESS COMPANIES ACT, 1994

## RESOLUTION OF DIRECTOR IN WRITING

## Freatta Business Inc.

### Company Number: 126477

I, the undersigned being the director of the above named company declare as follows:

1. I hereby accept my appointment as a director of the company **Freatta Business Inc.**

2. It is resolved that Alpha Consulting Ltd be and is hereby appointed registered agent of the company **Freatta Business Inc.**

3. It is hereby resolved that the registered office of **Freatta Business Inc.** shall be at Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles.

4. It is hereby resolved that the register of shareholders, directors and officers of the company and the minutes and resolutions thereof shall be kept at:

   **Suite 1, Second Floor, Sound & Vision House, Francis Rachel Str., Victoria, Mahe, Seychelles.**

5. It is hereby resolved that the accounting records of the company shall be kept at:

6. It is hereby resolved in accordance with the section 65 (1(e)) of IBC (Amendment) Act, 2011 that the accounting records shall be retained for 7 years, from the date of completion of the transactions to which they relate.

Made in two originals this 12th day of June 2013.

Mr. Alfred Victor Brewster
Director
Freatta Business Inc.

# EXHIBIT 139

| **From:** | igor dubovoy <dubovoy1@gmail.com> |
| **Sent:** | Friday, December 30, 2011 3:38 PM |
| **To:** | Hall, Jason M <JasonM.Hall@tdameritrade.com> |
| **Subject:** | Bremen Global Statements |
| **Attach:** | Statement-1.pdf; Statement.pdf |

--
Igor Dubovoy
█████-7771

# EXHIBIT 140

**Subject:** Re: Vitalik do you have Internet on the airplane please let me know
**From:** Vitaly Korchevsky <vkorchevsky@gmail.com>
**Date:** 4/26/2013 11:00 AM
**To:** igor dubovoy <dubovoy1@gmail.com>

its ok... not the last day...it was strange anyway..... got the numbers right... reaction mixed\

On Fri, Apr 26, 2013 at 10:21 AM, igor dubovoy ████████████ wrote:
I already sold everything and just saw your email not sure if i sold it the way you had it planed

On Fri, Apr 26, 2013 at 9:32 AM, Vitaly Korchevsky ████████████ wrote:
yes I do

On Fri, Apr 26, 2013 at 7:35 AM, igor dubovoy ████████████ wrote:
Arkadiy asked me to sell all the stocks if you do not have Internet can you please let me know if I should do it or if you have the service to do it

Sent from my iPhone

--
Dubovoy
████████-7771

# EXHIBIT 141

# ADDITIONAL ACCOUNT INFORMATION

## CUSTOMER SUMMARY FOR GLOBAL HEDGE CAPITAL FUND

| | |
|---|---|
| Title: | GLOBAL HEDGE CAPITAL FUND |
| Applicant ID: | 802914 |
| Type: | ORG - Pool - Single Hedge Fund |
| Legal Country: | Cayman Islands |
| Mailing Address: | Bolshoy Savvisky 11, Moscow, , 119435, Russian Federation |
| E-mail Address | sk@ghcg.com |
| Primary user name: | slovo204 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

## ACCOUNTS OF GLOBAL HEDGE CAPITAL FUND

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ● | ████444 | ████4444 | Pool | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | NORMAL+ | 240,632 USD |
| ○ | ████444F | ████444F | Pool | CFD CMDTY MRGN | Open. | NORMAL+ | 0 USD |

## ACCOUNT SUMMARY FOR U824444

### U824444

| | | | |
|---|---|---|---|
| ID: | ████4444 (VAN: ████4444) | Equity yesterday: | 240,632 USD |
| Type: | Pool | | |
| Activated Capabilities: | BOND CFD FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Started: | 09 Nov 2009 |
| Status: | Open.   Clearing Status | Approved: | 22 Dec 2009 |
| Phylum | C - Customer | Opened: | 22 Dec 2009 |
| Priority | NORMAL+ Change Priority | Funded: | 14 Jan 2010 |
| IB Entity: | IBLLC-US | Closed: | |
| Currency: | USD | Operator: | |
| | | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

Login (3 years)   Login (All)   Account Configuration   OFAC Check History   Token Share   PTAM Info   Consolidation Info   Trader IDs for Users

Trader ID History

## ALL AM LOGIN ACTIVITIES

### Full list of AM login attempts

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|
| slovo204 | 2013-12-09 04:18:42 | Success | ████.61.12 |
| slovo204 | 2013-11-26 08:57:12 | Success | ████4.246 |

# EXHIBIT 142

**From:** Dropbox <no-reply@dropboxmail.com>
**To:** david.amaryan@gmail.com
**Subject:** Nick Slepenkov invited you to Dropbox
**Received(Date):** Fri, 28 Jan 2011 10:41:07 +0000

Nick Slepenkov wants you to use Dropbox to sync and share files online and across computers.

Get started here.

- The Dropbox Team

To stop receiving invites from Dropbox, click here

© 2011 Dropbox

SEC-DOJ-E-0042403

# EXHIBIT 143

**Subject:**
**From:** Alexander Fedoseev <veesodef@gmail.com>
**Date:** 10/31/2012 1:55 PM
**To:** Роман Лавлинский <romanlavlinskiy@gmail.com>

| | | |
|---|---|---|
| 24.10.2012 | 0,3 | VMW |
| 24.10.2012 | 0,4 | CMRE |
| 25.10.2012 | -0,2 | NXPI |
| 31.10.2012 | 0,275 | FSP |
| 31.10.2012 | -0,225 | ADVS |

--
С уважением,
            Александр.