IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　　**Plaintiff,**<br>　　　v.<br>**ZAVODCHIKOV, et al.,**<br>　　　　　　　　　**Defendants.** | CA No: 16-cv-00845 (MCA) |

**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
AND TO ISSUE A CORRECTED SUMMONS**

Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission (the "Commission") requests that this Court issue an order authorizing the Commission to serve defendants Evgenii Zavodchikov ("Zadvochikov"), Andrey Bokarev ("Bokarev"), Radion Panko ("Panko"), Natalia Andreevna Alepko ("Alepko"), and Anton Maslov ("Maslov") (collectively the "Russian Defendants") by alternative means. All of these defendants reside in Russia. Although Russia is a signatory to the Hague Convention on International Service of Process, it has refused to serve process in civil and commercial litigations filed in the United States. The Commission seeks to serve these defendants by publication in the New York Times International Edition (previously known as The International New York Times and, before that,

International Herald Tribune) and by email for the four defendants—Zavodchikov, Bokarev, Alepko, and Panko—for whom the Commission has email addresses to which the Commission, respectively, was able to send the temporary restraining order, motion papers in support of that order, and complaint.

As explained in the Commission's supporting papers, alternative service of these defendants is necessary, and the proposed method of alternative service is reasonably calculated, under all of the circumstances, to apprise these defendants of the pendency of this action and afford them an opportunity to present their objections.

For the reasons set forth in the supporting memorandum of law and the declaration of John Donnelly dated June 15, 2017 and the attached documents, the Commission respectfully requests that the Court grant the Commission's motion and enter an order in the form of the attached proposed order.

In addition, for the reasons set forth in Plaintiff's Letter Motion to correct the complaint and the civil cover sheet (Docket No. 7, Feb. 26, 2016), which the

Court granted (Docket No. 11, Feb. 29, 2016), Plaintiff asks the Court to direct that the summons in this case also be corrected and reissued.

                                    Respectfully submitted,

                  By: /s John Donnelly
                        Kelly Gibson
                        John Donnelly

                        Attorneys for Plaintiff
                        U.S. Securities and Exchange Commission
                        Philadelphia Regional Office
                        1617 JFK Boulevard, Suite 520
                        Philadelphia, PA  19103
                        (215) 597-3100
                        DonnellyJ@sec.gov

**Of Counsel**
Joseph Sansone

Dated:  June 15, 2017