# EXHIBIT 1

| | |
|---|---|
| **From:** | Donnelly, John V. (PLRO) |
| **To:** | zavodchikov_e@yahoo.com |
| **Cc:** | Donnelly, John V. (PLRO) |
| **Subject:** | SEC v. Zavodchikov, et al., No 16-cv-845 (MCA) (LDW) |
| **Date:** | Wednesday, September 06, 2017 5:17:00 PM |
| **Attachments:** | Evgenii_Zavodchikov.pdf<br>Complaint.pdf<br>18_ORDER Granting Alternate Service.pdf |

Dear Mr. Zavodchikov:

I am an attorney with the United States Securities and Exchange Commission. I am writing in connection with the above-referenced matter, a case pending in the United States District Court for the District of New Jersey, in which you have been named as a defendant. Attached are the following documents: (1) summons directed to you; (2) complaint; and (3) Memorandum Opinion and Order in the above matter granting the United States Securities and Exchange Commission's motion for alternative service and to issue a corrected summons. These documents contain important information and deadlines and should be reviewed carefully.

If you are represented by an attorney, please have your attorney contact me to discuss this matter. My contact information is in the signature block below. If you are not represented by an attorney, you may contact me yourself to discuss this matter.

Sincerely,

**John Donnelly**
**Senior Trial Attorney**
**United States Securities and Exchange Commission**
**Philadelphia Regional Office**
**One Penn Center**
**1617 JFK Blvd., Ste. 520**
**Philadelphia, PA 19103**
**215-861-9670**
**donnellyj@sec.gov**