# EXHIBIT 1

**LEGAL NOTICE:**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY,**
**CIVIL ACTION NO. 2:16-00845 (MCA)**

**SECURITIES AND EXCHANGE COMMISSION,**
Plaintiff,
v.
**EVGENII ZAVODCHIKOV, et al.,**
Defendants.

**LEGAL NOTICE TO:**
**DEFENDANT EVGENII ZAVODCHIKOV,**
**DEFENDANT ANDREY BOKAREV,**
**DEFENDANT RADION PANKO,**
**DEFENDANT NATALIA ANDREEVNA ALEPKO, AND**
**DEFENDANT ANTON MASLOV**

**NOTICE IS HEREBY GIVEN:**

You have been named as a defendant in a lawsuit filed by the U.S. Securities and Exchange Commission ("SEC") in the U.S. District Court for the District of New Jersey. The name of the case is *SEC v. Zavodchikov, et al.*, No. 2:16-00845 MCA (D.N.J.). The SEC alleges that you violated the antifraud provisions of the federal securities laws by engaging in a fraudulent scheme by working in concert with hackers who hacked the computer servers of at least two news wire services and stole, through deception, confidential earnings information for numerous publicly-traded companies that had not yet been released to the public, and using that stolen, material, non-public information to trade securities. The SEC seeks disgorgement of ill-gotten gains (plus prejudgment interest), a civil penalty and a permanent injunction from further violations of the antifraud provisions of the federal securities laws.

You are directed to contact **John Donnelly, Senior Trial Counsel, Securities and Exchange Commission, 1617 JFK Boulevard, Suite 520, Philadelphia, PA 19103, 215-861-9670** to arrange to receive the summons and complaint by mail, delivery service, or email. You are also hereby notified to file an answer to the complaint or other responsive pleading with the Clerk of Court at Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 21 days of this notice. If you fail to contact SEC counsel or file an answer or responsive pleading within the time stated above, SEC counsel will request that a judgment by default pursuant to U.S. Federal Rule of Civil Procedure 55(a) be entered against you.