IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**EVGENII ZAVODCHIKOV, et al.,**<br><br>Defendants. | CA No. 16-cv-00845 (MCA-LDW)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Dr. Eugene P. Canjels, the Declaration of John Donnelly, and all prior proceedings herein, Plaintiff Securities and Exchange Commission moves this Court pursuant to Federal Rule of Civil Procedure 55(b)(2) for the entry of a default judgment against Defendants Evgenii Zavodchikov, Extra Trading Company, Andrey Bokarev, Radion Panko, Green Road Corp., Natalia Andreevna Alepko, Solar Line, Inc., and Anton Maslov.  The hearing date for this motion is January 7, 2019, or at a date and time to be set by the Court.

                                              Respectfully submitted,

                            By:    /s John Donnelly
                                       John Donnelly, Esq.

                                       Attorneys for Plaintiff
                                       U.S. Securities and Exchange Commission
                                       Philadelphia Regional Office
                                       1617 JFK Boulevard, Suite 520
                                       Philadelphia, PA  19103
                                       Tel:  (215) 597-3100
                                       Fax:  (215) 597-2740
Dated: December 4, 2018              DonnellyJ@sec.gov