# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**EVGENII ZAVODCHIKOV, et al.,**<br><br>　　　　　　　　　Defendants. | CA No. 16-cv-00845 (MCA-LDW)<br><br>**DECLARATION OF DR. EUGENE P. CANJELS IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT** |

I, Eugene P. Canjels, Ph.D., pursuant to 28 U.S.C. § 1746, declare as follows:

## I.　Qualifications

　　1.　My name is Eugene P. Canjels. I am an Assistant Director in the Division of Economic and Risk Analysis at the U.S. Securities and Exchange Commission (the "Commission"). I currently work in the Office of Litigation Economics and provide financial, economic, and statistical analyses to assist the Commission in its enforcement investigations. I obtained my Ph.D. in Economics from Northwestern University with specializations in Applied Microeconomics and Econometrics.

　　2.　I have taught graduate level courses in financial econometrics, microeconomics, time-series analysis, cross-section econometrics, and mathematical methods. I have published in the Review of Economics and Statistics, and served as a reviewer for other peer-reviewed journals in economics, including the Journal of Econometric Theory, the Journal of Applied Econometrics, and the Journal of Economic Dynamics and Control. In addition to a doctorate

1

from Northwestern University, I hold a Master's degree in Quantitative Economics from Maastricht University in the Netherlands.

3.  I testified as an expert witness at the hearing regarding the Commission's motion for a preliminary injunction against certain defendants in the related civil case *SEC v. Dubovoy*, No. 15-cv-06076 (DNJ) (MCA). I also testified as an expert witness in the related criminal trial, *United States v. Korchevsky*, No. 15-cr-381 (E.D.N.Y.) (RJD).

## II.   Scope

4.  Commission staff asked me to assist in an investigation of trading activity in advance of the public distribution of company press releases (hereinafter "news events" or "events") by two newswire services, Marketwired and PR Newswire (collectively, "Newswires").  Among other things, I was asked to perform a quantitative and statistical analysis of the trading activity in the accounts held in the name of defendants Extra Trading Company (account *1217), Green Road Corp. (account *1213), Solar Line Inc. (account *1228), and Tarek Investors Inc. (account *1228) (collectively the "Defaulting Defendants' Accounts"), at Exante Ltd. ("Exante"), which traded in securities on the U.S. markets through Exante's omnibus accounts at two U.S. brokers, to determine if the trading was based on pre-publication press release information obtained from the Newswires and, if so, to calculate profits resulting from such trading.  This declaration is based on my training, experience, and analysis of the trading in these accounts to date.  The available trading records for these accounts cover the period from January 1, 2012 through December 31, 2014 (the "Relevant Period").

## III.  Data

5.  In conducting my analysis, I reviewed and analyzed the following data:

2

    a.    a database of press releases distributed by Marketwired, PR Newswire, and Business Wire (the "Events Database"). The database contains information on press releases issued by publicly traded companies and distributed to the general public through these three newswires services. Among other things, the Events Database contains the stock symbol of the company and the distribution date and time of the press release. The Events Database also contains information on the date and time that the publicly traded company (also called an "issuer") electronically uploaded the press release to three newswire services (the "submission" date and time).

    b.    trading records from various broker-dealers. This data contains details on the purchases and sales of securities, including common stock and options.

    c.    information from publicly available commercial databases, including stock price information (from the Center of Research in Security Prices ("CRSP")) and company earnings information and analyst earnings expectations (from I/B/E/S ("IBES")).

## IV. Events Database Observations

6.    The Events Database contains information on approximately 920,000 news events for over 20,000 companies. My observations of the Events Database are as follows:

    a.    The Newswires typically distribute press releases containing company earnings news when the markets are closed, either shortly after the markets close (*i.e.*, after 4 p.m. ET) or before the markets open (*i.e.*,

before 9:30 a.m. ET). Non-earnings news is more likely to be distributed during hours when the markets are open.

    b. Publicly traded companies typically upload press releases containing earnings and non-earnings news to the Newswires late in the morning or during the afternoon.

    c. The Newswires typically disseminate press releases containing earnings and non-earnings news within 24 hours of upload.

7. These observations lead to the following conclusions:

    a. A trader who unlawfully obtained a press release of a publicly traded company before it was publicly disseminated would typically have a short window of time to trade based on this information (*i.e.*, the time from upload to market close).

    b. If press release upload to the Newswires happened after the close of the market, a trader would have limited opportunity to profitably trade on the information, due to a lack of liquidity in or access to after-hours trading.

## V. Trading Analysis

8. <u>Creation of Roundtrip Database:</u> I created a database of "roundtrip" transactions to serve as the basis for my analysis. I define a "roundtrip" transaction as a transaction that is opened (*i.e.*, a new position, either long or short) and then subsequently closed (*i.e.*, an offsetting position, the opposite of what was done to "open" the position, is taken).

9. <u>Comparison of Trading Activity and Gains Between News Event Trades and All Other Trades:</u> I isolated "News Event Trades" by (1) identifying all roundtrips where a position was opened before the Newswire disseminated the press release and closed after dissemination,

4

(2) removing all events where a position was opened before the press release was uploaded, and

(3) removing all roundtrips that took more than three calendar days from open to close.

10. I found that the Extra Trading Account placed 54 News Event Trades representing 80% of the total dollars traded by that account during the relevant period. (*See* Table 1). The Extra Trading Account realized $2,120,618 in gross profits on its News Event Trades. (*See* Table 1 and Table 2A).

11. I found that the Green Road Account placed 78 News Event Trades representing 85% of the total dollars traded by that account during the relevant period. (*See* Table 1). The Green Road Account realized $3,161,160 in gross profits on its News Events Trades. (*See* Table 1 and Table 2B).

12. I found that the Solar Line Account placed 60 News Event Trades representing 81% of the total dollars traded by that account during the relevant period. (*See* Table 1). The Solar Line Account realized $4,426,507 in gross profits on its News Events Trades. (*See* Table 1 and Table 2C).

13. I found that the Tarek Investors Account placed 86 News Event Trades representing 75% of the total dollars traded by that account during the relevant period. (*See* Table 1). The Tarek Investors Account realized $9,653,814 in gross profits on its News Events Trades. (*See* Table 1 and Table 2D).

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

December 4, 2018

Washington, D.C.

_____

Eugene P. Canjels

Table 1

## Summary of Trading

| Account | Number of News Events Trades | Total Dollars Traded Around News Events | Total Dollars Traded | % Dollars Traded Around News Events | Gross Profits Around News Events |
|---|---|---|---|---|---|
| Extra Trading Company | 54 | $73,238,089 | $91,183,372 | 80% | $2,120,618 |
| Green Road Corp. | 78 | $83,634,145 | $98,944,685 | 85% | $3,161,160 |
| Solar Line Inc. | 60 | $75,670,336 | $93,186,074 | 81% | $4,426,507 |
| Tarek Investors Inc. | 86 | $191,388,446 | $254,671,789 | 75% | $9,653,814 |

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.

## Extra Trading Company (Account *1217)

**Total Gross Profit:** $2,120,618

| | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|---|---|---|---|---|---|---|---|---|
| 1 | LVS | LAS VEGAS SANDS CORP | 7/25/12 | MW | 7/24/12 11:08 PM | 7/25/12 3:20 PM | 7/25/12 4:01 PM | $57,849 |
| 2 | NVDA | NVIDIA CORP | 8/9/12 | MW | 8/8/12 7:48 PM | 8/9/12 3:06 PM | 8/9/12 4:20 PM | $4,716 |
| 3 | BRCD | BROCADE COMMUNICATIONS SYS INC | 8/16/12 | MW | 8/15/12 8:01 PM | 8/16/12 3:45 PM | 8/16/12 4:05 PM | $45,263 |
| 4 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 10:47 AM | 10/17/12 4:00 PM | $465,043 |
| 5 | SIG | SIGNET JEWELERS LTD | 11/20/12 | MW | 11/19/12 12:54 PM | 11/19/12 3:13 PM | 11/20/12 7:30 AM | $9,143 |
| 6 | WDAY | WORKDAY INC | 11/28/12 | MW | 11/28/12 12:03 PM | 11/28/12 3:45 PM | 11/28/12 4:05 PM | $7,232 |
| 7 | ZUMZ | ZUMIEZ INC | 11/29/12 | MW | 11/29/12 1:28 PM | 11/29/12 3:41 PM | 11/29/12 4:00 PM | $1,664 |
| 8 | WWD | WOODWARD INC | 1/22/13 | MW | 1/22/13 2:17 PM | 1/22/13 3:15 PM | 1/22/13 4:07 PM | $12,927 |
| 9 | JNPR | JUNIPER NETWORKS INC | 1/24/13 | MW | 1/24/13 1:08 PM | 1/24/13 3:46 PM | 1/24/13 4:05 PM | $75,451 |
| 10 | LXK | LEXMARK INTERNATIONAL INC NEW | 1/29/13 | PR | 1/28/13 1:08 PM | 1/28/13 3:38 PM | 1/29/13 7:00 AM | $181,682 |
| 11 | ALGN | ALIGN TECHNOLOGY INC | 1/30/13 | MW | 1/30/13 1:34 AM | 1/30/13 11:57 AM | 1/30/13 4:00 PM | $126,447 |
| 12 | LSTR | LANDSTAR SYSTEM INC | 1/31/13 | PR | 1/30/13 2:20 PM | 1/30/13 3:22 PM | 1/31/13 7:50 AM | $23,136 |
| 13 | LEA | LEAR CORP | 2/1/13 | PR | 1/31/13 3:42 PM | 1/31/13 3:54 PM | 2/1/13 7:00 AM | $1,288 |
| 14 | DFT | DUPONT FABROS TECHNOLOGY INC | 2/6/13 | PR | 2/5/13 1:12 PM | 2/5/13 2:06 PM | 2/6/13 7:00 AM | $15,849 |
| 15 | CPA | COPA HOLDINGS SA | 2/6/13 | PR | 2/5/13 4:53 PM | 2/6/13 3:18 PM | 2/6/13 4:00 PM | $44,180 |
| 16 | ABCO | ADVISORY BOARD CO | 2/6/13 | PR | 2/6/13 2:29 PM | 2/6/13 3:34 PM | 2/6/13 4:10 PM | $72,492 |
| 17 | TDC | TERADATA CORP DE | 2/7/13 | PR | 2/6/13 2:43 PM | 2/6/13 3:33 PM | 2/7/13 6:45 AM | $50,580 |
| 18 | RSG | REPUBLIC SERVICES INC | 2/7/13 | PR | 2/6/13 6:30 PM | 2/7/13 2:29 PM | 2/7/13 4:10 PM | $70,105 |
| 19 | TWTC | T W TELECOM INC | 2/11/13 | PR | 2/11/13 11:35 AM | 2/11/13 3:30 PM | 2/11/13 4:01 PM | $35,926 |
| 20 | LPSN | LIVEPERSON INC | 2/12/13 | PR | 2/12/13 2:02 PM | 2/12/13 3:45 PM | 2/12/13 4:15 PM | $2,944 |
| 21 | NVDA | NVIDIA CORP | 2/13/13 | MW | 2/13/13 12:33 PM | 2/13/13 3:36 PM | 2/13/13 4:20 PM | $3,572 |
| 22 | NTAP | NETAPP INC | 2/13/13 | MW | 2/12/13 7:46 PM | 2/13/13 1:58 PM | 2/13/13 4:01 PM | $11,162 |
| 23 | HPQ | HEWLETT PACKARD CO | 2/21/13 | MW | 2/20/13 3:37 PM | 2/21/13 3:04 PM | 2/21/13 4:04 PM | $162,340 |
| 24 | DGI | DIGITALGLOBE INC | 2/26/13 | MW | 2/26/13 1:09 PM | 2/26/13 3:33 PM | 2/26/13 4:01 PM | $938 |
| 25 | PNRA | PANERA BREAD CO | 4/23/13 | MW | 4/23/13 1:05 PM | 4/23/13 2:50 PM | 4/23/13 4:00 PM | $34,065 |
| 26 | EW | EDWARDS LIFESCIENCES CORP | 4/23/13 | MW | 4/23/13 11:39 AM | 4/23/13 12:42 PM | 4/23/13 4:01 PM | $341,500 |
| 27 | STMP | STAMPS COM INC | 4/24/13 | MW | 4/24/13 2:18 PM | 4/24/13 3:48 PM | 4/24/13 4:30 PM | $38,615 |
| 28 | SWI | SOLARWINDS INC | 4/30/13 | MW | 4/30/13 1:03 PM | 4/30/13 2:30 PM | 4/30/13 4:10 PM | $87,920 |
| 29 | CLX | CLOROX CO | 5/1/13 | MW | 4/30/13 12:42 PM | 4/30/13 2:38 PM | 5/1/13 8:30 AM | $4,676 |
| 30 | QCOM | QUALCOMM INC | 11/5/14 | PR | 11/4/14 11:21 PM | 11/5/14 3:55 PM | 11/5/14 4:01 PM | $131,913 |

**Total Gross Profits:** $2,120,618

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.
Note: MW refers to Marketwired and PR refers to PR Newswire.

## Green Road Corp. (Account *1213)

**Total Gross Profit:** $3,161,160

| # | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|---|--------|--------------|-----------------|----------|-------------------------------|---------------------|--------------------------------|--------------|
| 1 | ISIL | INTERSIL CORP | 4/25/12 | MW | 4/25/12 12:58 PM | 4/25/12 2:55 PM | 4/25/12 4:05 PM | $30,342 |
| 2 | VRSN | VERISIGN INC | 4/26/12 | MW | 4/26/12 10:53 AM | 4/26/12 3:42 PM | 4/26/12 4:05 PM | $9,384 |
| 3 | CRAY | CRAY INC | 4/26/12 | MW | 4/26/12 1:39 PM | 4/26/12 3:24 PM | 4/26/12 4:05 PM | $94,290 |
| 4 | EEP | ENBRIDGE ENERGY PARTNERS LP | 4/30/12 | MW | 4/30/12 11:14 AM | 4/30/12 3:55 PM | 4/30/12 4:09 PM | $1,411 |
| 5 | JDSU | J D S UNIPHASE CORP | 5/2/12 | MW | 5/2/12 12:08 PM | 5/2/12 3:14 PM | 5/2/12 4:05 PM | $20,514 |
| 6 | NTAP | NETAPP INC | 5/23/12 | MW | 5/22/12 8:08 PM | 5/23/12 2:27 PM | 5/23/12 4:01 PM | $244,130 |
| 7 | ESL | ESTERLINE TECHNOLOGIES CORP | 5/31/12 | MW | 5/31/12 1:56 PM | 5/31/12 3:58 PM | 5/31/12 4:00 PM | $1,662 |
| 8 | FLIR | FLIR SYSTEMS INC | 7/16/12 | MW | 7/16/12 2:31 PM | 7/16/12 3:25 PM | 7/16/12 4:10 PM | $17,232 |
| 9 | PNRA | PANERA BREAD CO | 7/24/12 | MW | 7/24/12 11:07 AM | 7/24/12 2:32 PM | 7/24/12 4:00 PM | $64,905 |
| 10 | GNTX | GENTEX CORP | 7/24/12 | MW | 7/20/12 3:13 PM | 7/23/12 2:43 PM | 7/24/12 6:09 AM | $175,707 |
| 11 | SWI | SOLARWINDS INC | 7/25/12 | MW | 7/24/12 12:16 PM | 7/24/12 3:25 PM | 7/25/12 8:00 AM | $80,268 |
| 12 | LVS | LAS VEGAS SANDS CORP | 7/25/12 | MW | 7/24/12 11:08 PM | 7/25/12 3:29 PM | 7/25/12 4:01 PM | $96,591 |
| 13 | DGI | DIGITALGLOBE INC | 7/31/12 | MW | 7/31/12 11:50 AM | 7/31/12 12:56 PM | 7/31/12 4:01 PM | $405 |
| 14 | BSFT | BROADSOFT INC | 8/6/12 | MW | 8/3/12 11:38 AM | 8/6/12 9:46 AM | 8/6/12 4:13 PM | $414,088 |
| 15 | NVDA | NVIDIA CORP | 8/9/12 | MW | 8/8/12 7:48 PM | 8/9/12 3:00 PM | 8/9/12 4:20 PM | $35,161 |
| 16 | LRCX | LAM RESH CORP | 10/17/12 | MW | 10/17/12 12:22 PM | 10/17/12 2:16 PM | 10/17/12 4:15 PM | $70,871 |
| 17 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 2:03 PM | 10/17/12 4:00 PM | $230,589 |
| 18 | PNRA | PANERA BREAD CO | 10/23/12 | MW | 10/23/12 1:42 PM | 10/23/12 3:25 PM | 10/23/12 4:02 PM | $44,681 |
| 19 | SWI | SOLARWINDS INC | 10/25/12 | MW | 10/24/12 2:54 PM | 10/24/12 3:53 PM | 10/25/12 8:00 AM | $6,994 |
| 20 | LVS | LAS VEGAS SANDS CORP | 11/1/12 | MW | 10/31/12 8:33 PM | 11/1/12 11:25 AM | 11/1/12 4:01 PM | $71,885 |
| 21 | ENR | ENERGIZER HOLDINGS INC | 11/8/12 | PR | 11/8/12 8:39 AM | 11/8/12 3:48 PM | 11/8/12 5:02 PM | $141,808 |
| 22 | NTAP | NETAPP INC | 11/14/12 | MW | 11/13/12 9:29 PM | 11/14/12 3:35 PM | 11/14/12 4:01 PM | $112,733 |
| 23 | WBSN | WEBSENSE INC | 1/29/13 | PR | 1/29/13 2:12 PM | 1/29/13 3:41 PM | 1/29/13 4:05 PM | $6,566 |
| 24 | LXK | LEXMARK INTERNATIONAL INC NEW | 1/29/13 | PR | 1/28/13 1:08 PM | 1/28/13 3:28 PM | 1/29/13 7:00 AM | $177,841 |
| 25 | UIS | UNISYS CORP | 1/29/13 | PR | 1/29/13 2:46 PM | 1/29/13 3:50 PM | 1/29/13 4:30 PM | $192,806 |
| 26 | ALGN | ALIGN TECHNOLOGY INC | 1/30/13 | MW | 1/30/13 1:34 AM | 1/30/13 2:16 PM | 1/30/13 4:00 PM | $75,020 |
| 27 | LSTR | LANDSTAR SYSTEM INC | 1/31/13 | PR | 1/30/13 2:20 PM | 1/30/13 3:22 PM | 1/31/13 7:50 AM | $30,657 |
| 28 | DFT | DUPONT FABROS TECHNOLOGY INC | 2/6/13 | PR | 2/5/13 1:12 PM | 2/5/13 2:04 PM | 2/6/13 7:00 AM | $23,611 |
| 29 | ABCO | ADVISORY BOARD CO | 2/6/13 | PR | 2/6/13 2:29 PM | 2/6/13 3:37 PM | 2/6/13 4:10 PM | $31,525 |
| 30 | CPA | COPA HOLDINGS SA | 2/6/13 | PR | 2/5/13 4:53 PM | 2/6/13 3:19 PM | 2/6/13 4:00 PM | $43,957 |
| 31 | TDC | TERADATA CORP DE | 2/7/13 | PR | 2/6/13 2:43 PM | 2/6/13 3:31 PM | 2/7/13 6:45 AM | $45,008 |
| 32 | RSG | REPUBLIC SERVICES INC | 2/7/13 | PR | 2/6/13 6:30 PM | 2/7/13 2:22 PM | 2/7/13 4:10 PM | $62,558 |
| 33 | TWTC | T W TELECOM INC | 2/11/13 | PR | 2/11/13 11:35 AM | 2/11/13 3:30 PM | 2/11/13 4:01 PM | $24,172 |
| 34 | NVDA | NVIDIA CORP | 2/13/13 | MW | 2/13/13 12:33 PM | 2/13/13 3:27 PM | 2/13/13 4:20 PM | $1,880 |
| 35 | NTAP | NETAPP INC | 2/13/13 | MW | 2/12/13 7:46 PM | 2/13/13 12:09 PM | 2/13/13 4:01 PM | $39,119 |
| 36 | HPQ | HEWLETT PACKARD CO | 2/21/13 | MW | 2/20/13 3:37 PM | 2/21/13 3:02 PM | 2/21/13 4:04 PM | $175,244 |
| 37 | FTNT | FORTINET INC | 4/10/13 | MW | 4/10/13 2:39 PM | 4/10/13 3:46 PM | 4/10/13 4:15 PM | $84,901 |
| 38 | SWI | SOLARWINDS INC | 4/30/13 | MW | 4/30/13 1:03 PM | 4/30/13 2:25 PM | 4/30/13 4:10 PM | $98,581 |
| 39 | CLX | CLOROX CO | 5/1/13 | MW | 4/30/13 12:42 PM | 4/30/13 2:39 PM | 5/1/13 8:30 AM | $1,246 |
| 40 | PNRA | PANERA BREAD CO | 7/23/13 | MW | 7/23/13 10:00 AM | 7/23/13 3:44 PM | 7/23/13 4:00 PM | $80,818 |

**Total Gross Profits:** $3,161,160

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.
Note:  MW refers to Marketwired and PR refers to PR Newswire.

## Solar Line Inc. (Account *1228)

**Total Gross Profit:** $4,426,507

| | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|---|---|---|---|---|---|---|---|---|
| 1 | AMD | ADVANCED MICRO DEVICES INC | 7/19/12 | MW | 7/19/12 1:25 PM | 7/19/12 3:26 PM | 7/19/12 4:16 PM | $81,102 |
| 2 | PNRA | PANERA BREAD CO | 7/24/12 | MW | 7/24/12 11:07 AM | 7/24/12 3:46 PM | 7/24/12 4:00 PM | $50,747 |
| 3 | GNTX | GENTEX CORP | 7/24/12 | MW | 7/20/12 3:13 PM | 7/23/12 2:33 PM | 7/24/12 6:09 AM | $188,157 |
| 4 | ISIL | INTERSIL CORP | 7/25/12 | MW | 7/25/12 1:47 PM | 7/25/12 2:33 PM | 7/25/12 4:05 PM | $12,535 |
| 5 | SWI | SOLARWINDS INC | 7/25/12 | MW | 7/24/12 12:16 PM | 7/24/12 3:44 PM | 7/25/12 8:00 AM | $84,671 |
| 6 | LVS | LAS VEGAS SANDS CORP | 7/25/12 | MW | 7/24/12 11:08 AM | 7/25/12 3:08 PM | 7/25/12 4:01 PM | $143,070 |
| 7 | CNH | C N H GLOBAL N V | 8/1/12 | MW | 7/27/12 4:14 PM | 7/31/12 3:14 PM | 8/1/12 4:30 AM | $788 |
| 8 | BSFT | BROADSOFT INC | 8/6/12 | MW | 8/3/12 11:38 AM | 8/6/12 9:33 AM | 8/6/12 4:13 PM | $541,766 |
| 9 | NVDA | NVIDIA CORP | 8/9/12 | MW | 8/8/12 7:48 PM | 8/9/12 2:46 PM | 8/9/12 4:20 PM | $27,001 |
| 10 | DGIT | DIGITAL GENERATION INC | 8/9/12 | MW | 8/9/12 2:49 PM | 8/9/12 3:46 PM | 8/9/12 4:05 PM | $62,858 |
| 11 | AMD | ADVANCED MICRO DEVICES INC | 10/11/12 | MW | 10/11/12 3:14 PM | 10/11/12 3:55 PM | 10/11/12 4:15 PM | $137,241 |
| 12 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 10:32 AM | 10/17/12 4:00 PM | $821,949 |
| 13 | AMD | ADVANCED MICRO DEVICES INC | 10/18/12 | MW | 10/18/12 10:13 AM | 10/18/12 3:34 PM | 10/18/12 4:15 PM | $84,121 |
| 14 | PNRA | PANERA BREAD CO | 10/23/12 | MW | 10/23/12 1:42 PM | 10/23/12 3:51 PM | 10/23/12 4:02 PM | $133,734 |
| 15 | CDNS | CADENCE DESIGN SYSTEMS INC | 10/24/12 | MW | 10/23/12 2:24 PM | 10/24/12 3:51 PM | 10/24/12 4:05 PM | $1,352 |
| 16 | NUVA | NUVASIVE INC | 10/26/12 | MW | 10/25/12 10:11 PM | 10/26/12 11:54 AM | 10/26/12 11:58 AM | $1,371 |
| 17 | LVS | LAS VEGAS SANDS CORP | 11/1/12 | MW | 10/31/12 8:33 PM | 11/1/12 11:18 AM | 11/1/12 4:01 PM | $16,378 |
| 18 | TS | TENARIS S A | 11/7/12 | MW | 11/7/12 7:50 AM | 11/7/12 10:26 AM | 11/7/12 4:10 PM | $1,445 |
| 19 | ENR | ENERGIZER HOLDINGS INC | 11/8/12 | PR | 11/8/12 8:39 AM | 11/8/12 3:48 PM | 11/8/12 5:02 PM | $128,566 |
| 20 | NTAP | NETAPP INC | 11/14/12 | MW | 11/13/12 9:29 PM | 11/14/12 3:48 PM | 11/14/12 4:01 PM | $125,519 |
| 21 | SIG | SIGNET JEWELERS LTD | 11/20/12 | MW | 11/19/12 12:54 PM | 11/19/12 2:54 PM | 11/20/12 7:30 AM | $16,372 |
| 22 | ALGN | ALIGN TECHNOLOGY INC | 1/30/13 | MW | 1/30/13 1:34 AM | 1/30/13 1:57 PM | 1/30/13 4:00 PM | $102,708 |
| 23 | HPQ | HEWLETT PACKARD CO | 2/21/13 | MW | 2/20/13 3:37 PM | 2/21/13 3:28 PM | 2/21/13 4:04 PM | $82,701 |
| 24 | BSFT | BROADSOFT INC | 2/27/13 | MW | 2/26/13 7:16 PM | 2/27/13 3:42 PM | 2/27/13 4:05 PM | $232,962 |
| 25 | NXPI | N X P SEMICONDUCTORS N V | 4/22/13 | MW | 4/22/13 11:41 AM | 4/22/13 3:46 PM | 4/22/13 8:00 PM | $5,006 |
| 26 | EW | EDWARDS LIFESCIENCES CORP | 4/23/13 | MW | 4/23/13 11:39 AM | 4/23/13 1:47 PM | 4/23/13 4:01 PM | $457,763 |
| 27 | SWI | SOLARWINDS INC | 4/30/13 | MW | 4/30/13 1:03 PM | 4/30/13 3:24 PM | 4/30/13 4:10 PM | $203,072 |
| 28 | HPQ | HEWLETT PACKARD CO | 5/22/13 | MW | 5/21/13 10:08 AM | 5/22/13 3:41 PM | 5/22/13 4:04 PM | $233,674 |
| 29 | RLGY | REALOGY HOLDINGS CORP | 7/16/13 | MW | 7/15/13 2:23 PM | 7/16/13 3:52 PM | 7/16/13 4:00 PM | $89,206 |
| 30 | PNRA | PANERA BREAD CO | 7/23/13 | MW | 7/23/13 10:00 AM | 7/23/13 1:40 PM | 7/23/13 4:00 PM | $170,720 |
| 31 | MTH | MERITAGE HOMES CORP | 7/24/13 | MW | 7/23/13 1:02 PM | 7/23/13 3:15 PM | 7/24/13 7:00 AM | $3,572 |
| 32 | LVS | LAS VEGAS SANDS CORP | 7/24/13 | MW | 7/23/13 11:52 AM | 7/24/13 3:41 PM | 7/24/13 4:01 PM | $10,654 |
| 33 | CDNS | CADENCE DESIGN SYSTEMS INC | 7/24/13 | MW | 7/23/13 12:38 PM | 7/24/13 3:43 PM | 7/24/13 4:05 PM | $20,688 |
| 34 | ABAX | ABAXIS INC | 7/25/13 | PR | 7/24/13 7:56 PM | 7/25/13 3:47 PM | 7/25/13 4:00 PM | $153,039 |

**Total Gross Profits:** $4,426,507

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.
Note: MW refers to Marketwired and PR refers to PR Newswire.

Case 2:16-cv-00845-MCA-LDW   Document 45   Filed 12/04/18   Page 11 of 11 PageID: 1786

Table 2D

## Tarek Investors Inc. (Account *1228)

**Total Gross Profit:** $9,653,814

| # | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|---|---|---|---|---|---|---|---|---|
| 1 | PNRA | PANERA BREAD CO | 7/24/12 | MW | 7/24/12 11:07 AM | 7/24/12 2:33 PM | 7/24/12 4:00 PM | $90,010 |
| 2 | GNTX | GENTEX CORP | 7/24/12 | MW | 7/20/12 3:13 PM | 7/23/12 2:47 PM | 7/24/12 6:09 AM | $294,425 |
| 3 | SWI | SOLARWINDS INC | 7/25/12 | MW | 7/24/12 12:16 PM | 7/24/12 2:02 PM | 7/25/12 8:00 AM | $195,785 |
| 4 | LVS | LAS VEGAS SANDS CORP | 7/25/12 | MW | 7/24/12 11:08 PM | 7/25/12 3:11 PM | 7/25/12 4:01 PM | $239,857 |
| 5 | CNH | C N H GLOBAL N V | 8/1/12 | MW | 7/27/12 4:14 PM | 7/31/12 3:09 PM | 8/1/12 4:30 AM | $15,860 |
| 6 | ESL | ESTERLINE TECHNOLOGIES CORP | 8/6/12 | MW | 8/6/12 1:58 PM | 8/6/12 3:41 PM | 8/6/12 4:00 PM | $26,356 |
| 7 | BSFT | BROADSOFT INC | 8/6/12 | MW | 8/3/12 11:38 AM | 8/6/12 12:28 PM | 8/6/12 4:13 PM | $181,653 |
| 8 | NVDA | NVIDIA CORP | 8/9/12 | MW | 8/8/12 7:48 PM | 8/9/12 3:03 PM | 8/9/12 4:20 PM | $31,794 |
| 9 | DGIT | DIGITAL GENERATION INC | 8/9/12 | MW | 8/9/12 2:49 PM | 8/9/12 3:57 PM | 8/9/12 4:05 PM | $43,999 |
| 10 | BRCD | BROCADE COMMUNICATIONS SYS INC | 8/16/12 | MW | 8/15/12 8:01 PM | 8/16/12 3:49 PM | 8/16/12 4:05 PM | $35,515 |
| 11 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 11:08 AM | 10/17/12 4:00 PM | $1,211,574 |
| 12 | PNRA | PANERA BREAD CO | 10/23/12 | MW | 10/23/12 1:42 PM | 10/23/12 3:30 PM | 10/23/12 4:02 PM | $136,623 |
| 13 | LVS | LAS VEGAS SANDS CORP | 11/1/12 | MW | 10/31/12 8:33 PM | 11/1/12 1:13 PM | 11/1/12 4:01 PM | $20,264 |
| 14 | BSFT | BROADSOFT INC | 11/5/12 | MW | 11/4/12 2:18 PM | 11/5/12 2:48 PM | 11/5/12 4:05 PM | $47,867 |
| 15 | SREV | SERVICESOURCE INTERNATIONAL INC | 11/5/12 | MW | 11/5/12 11:35 AM | 11/5/12 3:23 PM | 11/5/12 4:05 PM | $72,128 |
| 16 | ENR | ENERGIZER HOLDINGS INC | 11/8/12 | PR | 11/8/12 8:39 AM | 11/8/12 3:50 PM | 11/8/12 5:02 PM | $300,448 |
| 17 | NTAP | NETAPP INC | 11/14/12 | MW | 11/13/12 9:29 PM | 11/14/12 3:39 PM | 11/14/12 4:01 PM | $204,474 |
| 18 | BRCD | BROCADE COMMUNICATIONS SYS INC | 11/19/12 | MW | 11/19/12 11:11 AM | 11/19/12 12:54 PM | 11/19/12 4:05 PM | $1,246 |
| 19 | SIG | SIGNET JEWELERS LTD | 11/20/12 | MW | 11/19/12 12:54 PM | 11/19/12 3:18 PM | 11/20/12 7:30 AM | $29,828 |
| 20 | WDAY | WORKDAY INC | 11/28/12 | MW | 11/28/12 12:03 PM | 11/28/12 3:35 PM | 11/28/12 4:05 PM | $4,879 |
| 21 | TIVO | TIVO INC | 11/28/12 | MW | 11/27/12 7:35 PM | 11/28/12 3:52 PM | 11/28/12 4:03 PM | $6,646 |
| 22 | ZUMZ | ZUMIEZ INC | 11/29/12 | MW | 11/29/12 1:28 PM | 11/29/12 3:42 PM | 11/29/12 4:00 PM | $53,887 |
| 23 | WWD | WOODWARD INC | 1/22/13 | MW | 1/22/13 2:17 PM | 1/22/13 3:11 PM | 1/22/13 4:07 PM | $6,435 |
| 24 | JNPR | JUNIPER NETWORKS INC | 1/24/13 | MW | 1/24/13 1:08 PM | 1/24/13 3:49 PM | 1/24/13 4:05 PM | $82,155 |
| 25 | WBSN | WEBSENSE INC | 1/29/13 | PR | 1/29/13 2:12 PM | 1/29/13 3:40 PM | 1/29/13 4:05 PM | $6,413 |
| 26 | UIS | UNISYS CORP | 1/29/13 | PR | 1/29/13 2:46 PM | 1/29/13 3:50 PM | 1/29/13 4:30 PM | $191,345 |
| 27 | LXK | LEXMARK INTERNATIONAL INC NEW | 1/29/13 | PR | 1/28/13 1:08 PM | 1/28/13 3:57 PM | 1/29/13 7:00 AM | $391,575 |
| 28 | ALGN | ALIGN TECHNOLOGY INC | 1/30/13 | MW | 1/30/13 1:34 AM | 1/30/13 12:02 PM | 1/30/13 4:00 PM | $138,114 |
| 29 | LSTR | LANDSTAR SYSTEM INC | 1/31/13 | PR | 1/30/13 2:20 PM | 1/30/13 3:24 PM | 1/31/13 7:50 AM | $33,541 |
| 30 | LEA | LEAR CORP | 2/1/13 | PR | 1/31/13 3:42 PM | 1/31/13 3:55 PM | 2/1/13 7:00 AM | $1,483 |
| 31 | SREV | SERVICESOURCE INTERNATIONAL INC | 2/6/13 | MW | 2/6/13 12:28 PM | 2/6/13 3:01 PM | 2/6/13 4:05 PM | $1,955 |
| 32 | DFT | DUPONT FABROS TECHNOLOGY INC | 2/6/13 | PR | 2/5/13 1:12 PM | 2/5/13 2:07 PM | 2/6/13 7:00 AM | $37,250 |
| 33 | CPA | COPA HOLDINGS SA | 2/6/13 | PR | 2/5/13 4:53 PM | 2/6/13 3:47 PM | 2/6/13 4:00 PM | $72,558 |
| 34 | ABCO | ADVISORY BOARD CO | 2/6/13 | PR | 2/6/13 2:29 PM | 2/6/13 3:38 PM | 2/6/13 4:10 PM | $170,232 |
| 35 | RSG | REPUBLIC SERVICES INC | 2/7/13 | PR | 2/6/13 6:30 PM | 2/7/13 2:22 PM | 2/7/13 4:10 PM | $64,538 |
| 36 | TDC | TERADATA CORP DE | 2/7/13 | PR | 2/6/13 2:43 PM | 2/6/13 3:28 PM | 2/7/13 6:45 AM | $78,328 |
| 37 | TWTC | T W TELECOM INC | 2/11/13 | PR | 2/11/13 11:35 AM | 2/11/13 3:27 PM | 2/11/13 4:01 PM | $63,345 |
| 38 | LPSN | LIVEPERSON INC | 2/12/13 | PR | 2/12/13 2:02 PM | 2/12/13 3:39 PM | 2/12/13 4:15 PM | $12,400 |
| 39 | NTAP | NETAPP INC | 2/13/13 | MW | 2/12/13 7:46 PM | 2/13/13 1:19 PM | 2/13/13 4:01 PM | $9,783 |
| 40 | NVDA | NVIDIA CORP | 2/13/13 | MW | 2/13/13 12:33 PM | 2/13/13 3:42 PM | 2/13/13 4:20 PM | $14,602 |
| 41 | BRCD | BROCADE COMMUNICATIONS SYS INC | 2/14/13 | MW | 2/13/13 9:00 PM | 2/14/13 3:22 PM | 2/14/13 4:05 PM | $543 |
| 42 | PEGA | PEGASYSTEMS INC | 2/20/13 | MW | 2/20/13 9:50 AM | 2/20/13 3:46 PM | 2/20/13 4:30 PM | $216,582 |
| 43 | HPQ | HEWLETT PACKARD CO | 2/21/13 | MW | 2/20/13 3:37 PM | 2/21/13 2:59 PM | 2/21/13 4:04 PM | $818,690 |
| 44 | DGI | DIGITALGLOBE INC | 2/26/13 | MW | 2/26/13 1:09 PM | 2/26/13 3:13 PM | 2/26/13 4:01 PM | $43,092 |
| 45 | BSFT | BROADSOFT INC | 2/27/13 | MW | 2/26/13 7:16 PM | 2/27/13 3:01 PM | 2/27/13 4:05 PM | $2,062,192 |
| 46 | FTNT | FORTINET INC | 4/10/13 | MW | 4/10/13 2:39 PM | 4/10/13 3:52 PM | 4/10/13 4:15 PM | $865,773 |
| 47 | LSCC | LATTICE SEMICONDUCTOR CORP | 4/18/13 | MW | 4/18/13 12:53 PM | 4/18/13 3:53 PM | 4/18/13 4:00 PM | $12,449 |
| 48 | AMD | ADVANCED MICRO DEVICES INC | 4/18/13 | MW | 4/18/13 9:03 AM | 4/18/13 3:39 PM | 4/18/13 4:15 PM | $23,170 |
| 49 | PNRA | PANERA BREAD CO | 4/23/13 | MW | 4/23/13 1:05 PM | 4/23/13 2:49 PM | 4/23/13 4:00 PM | $56,064 |
| 50 | EW | EDWARDS LIFESCIENCES CORP | 4/23/13 | MW | 4/23/13 11:39 AM | 4/23/13 1:16 PM | 4/23/13 4:01 PM | $598,864 |
| 51 | STMP | STAMPS COM INC | 4/24/13 | MW | 4/24/13 2:18 PM | 4/24/13 3:14 PM | 4/24/13 4:30 PM | $22,283 |
| 52 | SWI | SOLARWINDS INC | 4/30/13 | MW | 4/30/13 1:03 PM | 4/30/13 2:09 PM | 4/30/13 4:10 PM | $194,973 |
| 53 | CLX | CLOROX CO | 5/1/13 | MW | 4/30/13 12:42 PM | 4/30/13 2:36 PM | 5/1/13 8:30 AM | $4,717 |
| 54 | PNRA | PANERA BREAD CO | 7/23/13 | MW | 7/23/13 10:00 AM | 7/23/13 3:46 PM | 7/23/13 4:00 PM | $89,220 |
| 55 | PNRA | PANERA BREAD CO | 2/18/14 | MW | 2/18/14 10:15 AM | 2/18/14 3:45 PM | 2/18/14 4:28 PM | $8,996 |
| 56 | SWY | SAFEWAY INC | 2/19/14 | MW | 2/19/14 12:22 PM | 2/19/14 3:55 PM | 2/19/14 4:05 PM | $15,034 |

**Total Gross Profits:** $9,653,814

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.
Note: MW refers to Marketwired and PR refers to PR Newswire.