# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>EVGENII ZAVODCHIKOV, et al.,<br><br>*Defendants.* | Civil Action No. 16-845<br><br>ORDER |

**THIS MATTER** comes before the Court upon application by Plaintiff Securities and Exchange Commission ("the Commission") for entry of default judgment against Tarek Investors Inc. ("Defendant" or "Tarek") pursuant to Federal Rule of Civil Procedure 55(b)(2), ECF No. 53;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 10th day of February, 2020;

**ORDERED** that the Commission's Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered against Defendant in the following amounts: $9,653,814 in disgorgement, $571,246.31 in prejudgment interest, and a monetary penalty of $28,961,442; and it is further

**ORDERED** that Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request, or by payment made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm, or by certified check, bank cashier's check, or United

States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Defendant's name as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment; and it is further

**ORDERED** that Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action, and that by making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant; and it is further

**ORDERED** that the Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment; and it is further

**ORDERED** that Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961; and it is further

**ORDERED** that each Defendant shall satisfy their obligation by paying the amounts owed to the Commission within 14 days after entry of this Final Judgment; and it is further

**ORDERED** that the Commission's request for injunctive relief is **GRANTED**, and that Defendant Tarek, along with its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of Order by personal service or otherwise are enjoined from future violations of violations of Section 17(a) of the Securities Act, 15 U.S.C. §§ 77e(a), 77e(c), and 77q(a); Section 10(b) of the Exchange Act, 15 U.S.C.§ 78j(b);

Rule 10b-5, 17 C.F.R. § 240.10b5; and Sections 20(b) and 20(e) of the Exchange Act, 15 U.S.C. §§ 78t(b) and (e); and it is further

**ORDERED** that Plaintiff's request that the Temporary Restraining Order issued on February 17, 2016, ECF Nos. 5-6, and in the Preliminary Injunction issued on February 29, 2017, ECF No. 10, be lifted for the limited purpose of transferring assets, up to the amount owed under this Order, to an account designated by the Commission is **GRANTED**.

*/s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**